**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Northern District of West Virginia

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-2418972 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 667 Stone Shannon Road | |
| Number        Street | Number        Street |
| | P.O. Box |
| Wheeling        WV        26003 | |
| City           State       ZIP Code | City           State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Ohio County | |
| County | Number        Street |
| | |
| | City           State       ZIP Code |

5. **Debtor's website** (URL)   https://www.serenityhillslifecenter.org

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 1

Debtor  Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center                     Case number (*if known*)_____
        Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|
| | | ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☐ None of the above |
| | | |
| | | B. *Check all that apply:* |
| | | ☑ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ . |
| | | 621420 |

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☑ Chapter 11. *Check **all** that apply*: |
| | | ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☑ No |
|---|---|---|
| | | ☐ Yes.  District _____  When _____  Case number _____ |
| | | MM / DD / YYYY |
| | | District _____  When _____  Case number _____ |
| | | MM / DD / YYYY |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☑ No |
|---|---|---|
| | | ☐ Yes.  Debtor _____  Relationship _____ |
| | | District _____  When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Debtor __Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center__ Case number *(if known)*_____
      Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number    Street

_____

_____  _____  _____
City                                              State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor  Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center _____ Case number (*if known*)_____
     Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/27/2025
               MM / DD / YYYY

✗ **/s/ Sharon Travis**_____      Sharon Travis_____
Signature of authorized representative of debtor     Printed name

Title  President_____

**18. Signature of attorney**

✗ **/s/ Kirk B. Burkley**_____      Date  02/27/2025
Signature of attorney for debtor                                                            MM / DD / YYYY

Kirk Burkley_____
Printed name
Bernstein-Burkley, P.C._____
Firm name
601 Grant Street 9th Floor_____
Number    Street
Pittsburgh_____    PA_____    15219_____
City                                                               State         ZIP Code

412-456-8100_____     kburkley@bernsteinlaw.com_____
Contact phone                                              Email address

89511_____                                PA_____
Bar number                                                              State

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

| | |
|---|---|
| Business | 220 Bethany Pike Wheeling, WV 26003, Ohio County |

**Fill in this information to identify the case:**

Debtor name: Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

United States Bankruptcy Court for the: Northern District of West Virginia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Small Business Administration<br>409 Third St SW<br>Washington, DC, 20416 | | | Unliquidated<br>Contingent | | | 165,519.62 |
| 2 | The Fundworks LLC<br>299 S. Main St<br>Suite 1300, PMB 93894<br>Salt Lake City, UT, 84111 | | | Disputed<br>Unliquidated<br>Contingent | | | 118,410.00 |
| 3 | Synrgi Partners, Inc<br>PO Box 5599<br>Florence, SC, 29502 | | | Unliquidated<br>Contingent | | | 70,633.47 |
| 4 | Legend Advance Funding<br>800 Brickell Ave<br>Miami, FL, 33131 | | | Disputed<br>Unliquidated<br>Contingent | | | 69,931.19 |
| 5 | Itria Ventures LLC<br>1 Penn Plz<br>STE 3101<br>New York, NY, 10119 | | | Disputed<br>Unliquidated<br>Contingent | | | 58,100.00 |
| 6 | American Electric Power<br>PO Box 24401<br>Canton, OH, 44701 | | | Unliquidated<br>Contingent | | | 35,317.85 |
| 7 | Avion Funding LLC<br>101 Chase Avenue<br>STE 208<br>Lakewood, NJ, 08701 | | | Disputed<br>Unliquidated<br>Contingent | | | 32,613.50 |
| 8 | Gordon Food Service<br>1300 Gezon Parkway SW<br>Wyoming, MI, 49509 | | | Unliquidated<br>Contingent | | | 28,947.66 |

Debtor  Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center        Case number (*if known*)_____
             Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | WV BRIM<br>PO BOX 1373<br>Charleston, WV, 25325 | | | Unliquidated<br>Contingent | | | 28,539.52 |
| 10 | Candy Capital Corp<br>124 Grove Avenue<br>Suite 309<br>Cedarhurst, NY, 11516 | | | Disputed<br>Unliquidated<br>Contingent | | | 27,489.00 |
| 11 | The Money Store Funding, Inc<br>7 Kermit Avenue<br>Staten Island, NY, 10305 | | | Disputed<br>Unliquidated<br>Contingent | | | 26,323.31 |
| 12 | Community Bank<br>875 National Rd<br>Wheeling, WV, 26003 | | | Unliquidated<br>Contingent | | | 20,038.71 |
| 13 | Dean's Natural Wellness<br>489 Charleston St.<br>Cadiz, OH, 43907 | | | Unliquidated<br>Contingent | | | 16,096.00 |
| 14 | Highmark<br>614 Market Street<br>Parkersburg, WV, 26101 | | | Unliquidated<br>Contingent | | | 15,151.95 |
| 15 | Schrader Companion Duff & Law<br>401 Main St.<br>Wheeling, WV, 26003 | | | Unliquidated<br>Contingent | | | 10,351.19 |
| 16 | United Bank Card Center<br>PO Box 3364<br>Charleston, WV, 25333 | | | Unliquidated<br>Contingent | | | 8,413.61 |
| 17 | Gompers Lohri & Associates<br>117 Edgingon Lane<br>Wheeling, WV, 26003 | | | Unliquidated<br>Contingent | | | 7,040.00 |
| 18 | Integrated Software Solutions<br>PO BOX 822272<br>South Florida, FL, 33082 | | | Unliquidated<br>Contingent | | | 4,320.60 |
| 19 | Dalton Service Company LLC<br>1230 Mercer Road<br>Ellwood City, PA, 16117 | | | Unliquidated<br>Contingent | | | 2,515.12 |
| 20 | Stericycle<br>28883 Network Place<br>Chicago, IL, 60673 | | | Unliquidated<br>Contingent | | | 2,504.06 |

United States Bankruptcy Court
Northern District of West Virgini

In re: Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 02/27/2025

/s/ Sharon Travis
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

Advance Communications
PO BOX 6650
Wheeling, WV 26003

Advance Lock & Security
109 3rd ST.
Bellaire, OH 43906

Alliance Laundry
P. O. Box 844226
Dallas, TX 75284

American Electric Power
PO Box 24401
Canton, OH 44701

Avion Funding LLC
101 Chase Avenue
STE 208
Lakewood, NJ 08701

Brewer & Company of WV Inc
3601 7th Avenue
Charleston, WV 25387

Candy Capital Corp
124 Grove Avenue
Suite 309
Cedarhurst, NY 11516

Citynet
3600 University Avenue
Morgantown, WV 26505

Community Bank
875 National Rd
Wheeling, WV 26003

Culligan
809 Boulevard St.
Dover, OH 44622

Dalton Service Company LLC
1230 Mercer Road
Ellwood City, PA 16117

Dean's Natural Wellness
489 Charleston St.
Cadiz, OH 43907

Dish
PO Box 7203
Pasadena, CA 91109

Frontier
PO BOX 740407
Cincinnati, OH 45274

Gompers Lohri & Associates
117 Edgingon Lane
Wheeling, WV 26003

Gordon Food Service
1300 Gezon Parkway SW
Wyoming, MI 49509

Groupstar
111 Park View Lane
Suite 102
Wheeling, WV 26003

Highmark
614 Market Street
Parkersburg, WV 26101

Hughes Office
3114 Belmont St
Bellaire, OH 43906

Integrated Software Solutions
PO BOX 822272
South Florida, FL 33082

Itria Ventures LLC
1 Penn Plz
STE 3101
New York, NY 10119

Jochum Refuse
1 Ellen St
Wheeling, WV 26003

Klein Consulting FIrm
188 Springdale Ave
Wheeling, WV 26003

Lauttamus Security
PO Box 2216
Weirton, WV 26062

Legend Advance Funding
800 Brickell Ave
Miami, FL 33131

Lowes
PO Box 669807
Dallas, TX 75266

Main Street Bank
2001 Main St.
Wheeling, WV 26003

Medstat
5308 Park Ave
Bethel Park, PA 15102

Medstat
PO Box 1826
Albany, GA 31702

National Equipment
1 Fourteenth St.
Wheeling, WV 26003

Ohio County Public Service District
PO Box 216
Triadelphia, WV 26059

Ohio County Sheriff's Department
PO Box 188
Wheeling, WV 26003

On-Site Testing Specialist
5308 Park Ave
Bethel Park, PA 15102

Orkin
90 W Chestnut St
STE 145UL
Washington, PA 15301

Partner Community Capital, Inc.
1000 Galliher Drive
Fairmont, WV 26654

Relias Learning
PO Box 74008620
Chicago, IL 60674

Schrader Companion Duff & Law
401 Main St.
Wheeling, WV 26003

Small Business Administration
409 Third St SW
Washington, DC 20416

Stericycle
28883 Network Place
Chicago, IL 60673

Subaru
PO Box 650516
Dallas, TX 75265

Synrgi Partners, Inc
PO Box 5599
Florence, SC 29502

The Fundworks LLC
299 S. Main St
Suite 1300, PMB 93894
Salt Lake City, UT 84111

The Money Store Funding, Inc
7 Kermit Avenue
Staten Island, NY 10305

United Bank Card Center
PO Box 3364
Charleston, WV 25333

USDA
2118 Ripley Rd.
Ripley, WV 25271

WV BRIM
PO BOX 1373
Charleston, WV 25325

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS

## CORPORATE RESOLUTION

OF

Heart 2 Heart Volunteers Inc.

BE IT RESOLVED that the Board of Directors of Heart 2 Heart Volunteers Inc. (the "Company") is hereby authorized and empowered for and on behalf of the Company to file a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, and to undertake all necessary acts consistent with the rights and duties of the Board of Directors under West Virginia Corporation Law, and any and all other statutory, regulatory, and common law to effectuate bankruptcy filing.

BE IT FURTHER RESOLVED that the President of the Company, Sharon Travis, is hereby authorized to serve as the signatory to sign all documents necessary to the administration of the bankruptcy case on behalf of the Company.

BE IT FURTHER RESOLVED that the Board of Directors hereby authorize the Company to engage the law firm of Bernstein-Burkley, P.C. for all legal services related to the bankruptcy filing and related proceedings.

The undersigned hereby certifies that the above and foregoing is a true and correct copy of a Resolution adopted by the Board of Directors of the above named Company by written consent on this 25th day of February, 2025, in lieu of a meeting.

*[signature]*

Sharon Travis, President