IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re

    HEART 2 HEART VOLUNTEERS INC.
    d/b/a SERENITY HILLS LIFE CENTER        Case No.: 3:25-bk-00087

        Debtor.                                             Chapter 11

### NOTICE OF APPEARANCE

Please take notice that the United States Trustee is represented in this proceeding by Gary O. Kinder.

Dated: February 28, 2025

                                                                     MATTHEW W. CHENEY
                                                                       ACTING UNITED STATES TRUSTEE
                                                                       By Counsel

*/s/ Gary O. Kinder*
Gary O. Kinder [WV Bar No.7732]
Attorney, Office of U.S. Trustee
2025 United States Courthouse
300 Virginia Street, East
Charleston, WV 25301
304-347-3405
Gary.O.Kinder@usdoj.gov