# EXHIBIT A

## Heart 2 Heart Volunteers, Inc

| Hourly Employee Name | | Gross Pay 3/7/2025 |
|---|---|---|
| Endly, Charlie C | Supportive Therapist | $1,799.09 |
| McClarren, Jaylynn M | Supportive Therapist | $1,719.59 |
| Newhart, Brianna M | Therapist | $1,702.08 |
| Smith, Sade' M | Therapist | $1,672.33 |
| Winters, Andrea D | Therapist | $1,778.09 |
| Basich, Elizabeth M | RN –PRN | $529.38 |
| Groh, Samantha K | Utilization Nurse | $3,744.00 |
| Poplawski, Kimberly R | LPN – PT | $2,068.38 |
| Teasdale, Chriselda D | LPN | $2,638.25 |
| Bender, Bridgette J | Mental Health Tech | $1,513.19 |
| Eagle, Seanna L | Mental Health Tech | $1,247.76 |
| Kelley, Kristen E | Mental Health Tech | $1,652.69 |
| Prohaska, Jeffrey P | Mental Health Tech | $1,216.88 |
| Seibel, Destiny A | Mental Health Tech | $1,561.31 |
| Selmon, Natasha N | Mental Health Tech | $1,670.13 |
| Thomas, Lakin D | Mental Health Tech | $1,054.00 |
| Harrison, Jacquetta L | Peer Specialist/Sober House Mother | $2,847.50 |
| Poole, Amari M | Case Manager | $1,787.18 |
| Lanham, Ashley | Secretary | $2,781.81 |
| Forshey, Michelle M | Medical Biller | $1,840.00 |
| Edwards, Jennifer E | Kitchen staff | $1,613.50 |
| Keener, Jonel D | Kitchen Supervisor | $841.50 |
| Musgrove, Jessica M | Kitchen Staff | $693.00 |
| Powers, Jessica | Kitchen Staff | $798.00 |
| Hendershot, Mary | Kichen Manager | $540.00 |
| Quinn, Amanda M | Cleaning Supervisor | $1,249.69 |
| Richardson, Rachel D | Cleaning Staff | $563.50 |
| Shuman, Melissa R | Cleaning Staff | $647.50 |
| Truax, Paula J | Cleaning Staff | $1,095.50 |
| Blackburn, Michael D | Maintenance staff | $1,600.00 |
| Duill, James R | Maintenance Director | $2,109.65 |
| We our in the process of hiring a Clinical Director, Case manager, MHT Supervisor, RN | | |
| Employees no longer employed | | |

| Salaried Employee Name | | Gross Pay 3/12/2025 |
|---|---|---|
| Weese, Sheila M | Medical Director, NP | $5,384.62 |
| Singer, Tara P | HR/In–house accountant | $1,923.08 |
| Travis, Sharon M | CEO | $3,000.00 |

$10,307.70 Salaried pay

$48,575.48 Hourly Gross pay
$10,370.70 Salary Gross Pay
$3,643.27 Employer Social Security Tax
$852.04 Employer Medicare Tax
$1,940.62 Employer - WV SUI
$65,382.11