Fill in this information to identify the case and this filing:

Debtor Name _____ Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center _____

United States Bankruptcy Court for the: __Northern District of West Virginia__

Case number (*If known*): _____ 5:25-bk-00087 _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/27/2025__          ✘ /s/ Sharon Travis
          MM / DD / YYYY          Signature of individual signing on behalf of debtor

                    Sharon Travis
                    Printed name

                    President
                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center___

United States Bankruptcy Court for the: ___Northern District of West Virginia___
                                              (State)

Case number (If known): ___5:25-bk-00087___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:**   **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...................................................  $ __5,000,000.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...................................................  $ __175,718.16__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...................................................  $ __5,175,718.16__

---

**Part 2:**   **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............  $ __3,846,647.78__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................  $ __0.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...............  +$ __278,226.41__

4. **Total liabilities** ...............................................................................................  $ __4,124,874.19__
   Lines 2 + 3a + 3b

---

Fill in this information to identify the case:

Debtor name _Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center_

United States Bankruptcy Court for the: _Northern District of West Virgin_ia

Case number (If known): _5:25-bk-00087_

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | United Bank | Checking | 5  9  0  0 | $ 31,993.86 |
| 3.2. | See continuation sheet | | | $ 152.70 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $ 32,146.56

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1. _____    $_____

     8.2. _____    $_____

9. **Total of Part 2.**

     Add lines 7 through 8. Copy the total to line 81.      $_____

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.

     ☑ Yes. Fill in the information below.

                                                  **Current value of debtor's interest**

11. **Accounts receivable**

     11a. 90 days old or less:   94,121.60   –   0.00   = ........➜   $ 94,121.60

                           face amount         doubtful or uncollectible accounts

     11b. Over 90 days old:   0.00   –   0.00   = ........➜   $ 0.00

                           face amount         doubtful or uncollectible accounts

12. **Total of Part 3**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $ 94,121.60

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

     ☑ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. _____ | _____ | $_____ |
| 14.2. _____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                                % of ownership:

     15.1. _____   _____%    _____    $_____

     15.2. _____   _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

     16.1. _____    _____    $_____

     16.2. _____    _____    $_____

17. **Total of Part 4**

     Add lines 14 through 16. Copy the total to line 83.      $_____

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|--------------------------------------------------------|------------------------------------------|------------------------------------|
| **19. Raw materials** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    $_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|--------------------------------------------------------|------------------------------------------|------------------------------------|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** <br> Assorted Office Equipment | $_____ | _____ | $ 20,000.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** <br> See continuation sheet | $ 0.00 | _____ | $ 7,800.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | · _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 27,800.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 0.00 | _____ | $ 21,650.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ 21,650.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

No. 5:25-bk-00087    Doc 92    Filed 03/27/25    Entered 03/27/25 11:27:32    Page 8 of 52

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  667 Stone Shannon Road, Wheeling, WV 26003 | | $_____ | _____ | $ 5,000,000.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 5,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** www.serenityhillslifecenter.org | $_____ | _____ | $ Unknown |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** Patient List | $_____ | _____ | $ 0.00 |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ — _____ = ➡    $_____
                           Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 12:** | **Summary** |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 32,146.56 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 94,121.60 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 27,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 21,650.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................➜ | | $ 5,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 175,718.16 | **+** 91b. $ 5,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... | 5,175,718.16 | $ 5,175,718.16 |

Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

Debtor 1     No. 5:25-bk-00087    Doc 92    Filed 03/27/25    Entered 03/27/25 11:27:32    Page 11 of 52
First Name        Middle Name        Last Name

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| United Bank | Checking | 8726 |
| Balance: 0.00 | | |
| United Bank | Checking | 2134 |
| Balance: 2.70 | | |
| United Bank | Checking | 1528 |
| Balance: 3.00 | | |
| United Bank | Checking | 6979 |
| Balance: 0.00 | | |
| Main Street Bank | Checking | 5669 |
| Balance: 147.00 | | |

**41) Office equipment, including all computer equipment and communication systems equipment and software**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Assorted Office Equipment | | | 7,300.00 |
| Medical Equipment | | | 500.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Tractor with attachments | | | 10,000.00 |
| Weed Trimmer | | | 250.00 |
| Lawn Mowers | | | 900.00 |
| Assorted Tools | | | 10,000.00 |
| Arc Welder | | | 500.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center |
| United States Bankruptcy Court for the: | Northern District of West Virginia |
| Case number (If known): | 5:25-bk-00087 |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Avion Funding LLC | Accounts, deposit accounts, and accounts receivable | $ 32,613.50 | $ 0.00 |

Creditor's mailing address
101 Chase Avenue
STE 208, Lakewood, NJ 08701

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Candy Capital Corp | Proceeds, chattel paper, inventory, equipment, general intangibles, and negotiable instruments | $27,489.00 | $0.00 |

Creditor's mailing address
124 Grove Avenue
Suite 309, Cedarhurst, NY 11516

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 3,846,647.78

| Debtor | Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center | Case number (if known) 5:25-bk-00087 |
| | Name | |

## Part 1: Additional Page

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
Itria Ventures LLC

_____

**Creditor's mailing address**

1 Penn Plz
STE 3101, New York, NY 10119

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Present and future accounts, chattel paper, deposit accounts, documents, personal property, general intangibles, instruments, equipment (including assets and fixtures), inventory and proceeds

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

$58,100.00    $0.00

---

**2.4** **Creditor's name**
Legend Advance Funding

_____

**Creditor's mailing address**

800 Brickell Ave
Miami, FL 33131

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All of Debtor's Goods, Inventory, Machinery, Equipment, Furniture and Fixtures (as those terms are defined under the UCC) and all of Debtor's Accounts Receivable, including but not limited to Credit Card and Charge Card Receivables, Cash on Hand and in Deposit in Banks, Cash Equivalents, Contracts, Real Property Leases, Notes, Bills, Acceptances, Chooses in Action, Chattel Paper, Instruments, Documents, and all other General Intangibles

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

$69,931.19    $0.00

---

Debtor    Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

Name

Case number (if known)    5:25-bk-00087

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5 Creditor's name**
Partner Community Capital, Inc.

**Creditor's mailing address**

1000 Galliher Drive
Fairmont, WV 26654

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All Inventory, Chattel Paper, Accounts, Equipment, General Intangibles, Consumer Goods.

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$230,000.00    $0.00

---

**2.6 Creditor's name**
Small Business Administration

**Creditor's mailing address**

409 Third St SW
Washington, DC 20416

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles and as-extracted collateral

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

$165,519.62    $0.00

---

| Debtor | Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center | Case number (if known) | 5:25-bk-00087 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>*Value of collateral*<br>that supports this claim |
| --- | --- | --- | --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** | **Creditor's name**
The Fundworks LLC

**Describe debtor's property that is subject to a lien**

all accounts, deposit accounts, chattel paper, documents, equipment, general intangibles, instruments, inventory, investment property, letter of credit rights, commercial tort claims and as-extracted collateral; (b) all patents, patent applications, trademarks, trade names, service marks, logos, copyrights, and other sources of business identifiers, and all registrations, recordings and applications

$118,410.00    $0.00

**Creditor's mailing address**

299 S. Main St
Suite 1300, PMB 93894, Salt Lake City, UT

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines ____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.8** | **Creditor's name**
USDA

**Describe debtor's property that is subject to a lien**

Improvements now on the premises or hereafter placed thereon, including, without limitation, all heating, lighting, refrigeration, plumbing, ventilating, incinerating, water heating, cooling and air-conditioning equipment and apparatus and all appurtenances now and hereafter installed or placed within such improvements. Fixtures, machinery, appliances, and equipment on the premises or hereafter placed or installed. Chattels and articles of personal property owned by the Borrower

$3,144,584.47    $0.00

**Creditor's mailing address**

2118 Ripley Rd.
Ripley, WV 25271

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines ____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

Debtor    Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

United States Bankruptcy Court for the:    Northern District of West Virginia

Case number    5:25-bk-00087
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**    Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Priority amount: $_____

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number    _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.2**    Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number    _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.3**    Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number    _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

| Debtor | Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center | Case number *(if known)* | 5:25-bk-00087 |
|---|---|---|---|
| | Name | | |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Advance Communications
PO BOX 6650
Wheeling, WV 26003

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

$ 264.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Advance Lock & Security
109 3rd ST.
Bellaire, OH 43906

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

$ 313.76

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Alliance Laundry
P. O. Box 844226
Dallas, TX 75284

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

$ 96.31

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
American Electric Power
PO Box 24401
Canton, OH 44701

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

$ 35,317.85

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Brewer & Company of WV Inc
3601 7th Avenue
Charleston, WV 25387

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

$ 700.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Citynet
3600 University Avenue
Morgantown, WV 26505

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,360.82

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7** **Nonpriority creditor's name and mailing address**

Community Bank
875 National Rd
Wheeling, WV 26003

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 20,038.71

---

**3.8** **Nonpriority creditor's name and mailing address**

Culligan
809 Boulevard St.
Dover, OH 44622

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 1,116.50

---

**3.9** **Nonpriority creditor's name and mailing address**

Dalton Service Company LLC
1230 Mercer Road
Ellwood City, PA 16117

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 2,515.12

---

**3.10** **Nonpriority creditor's name and mailing address**

Dean's Natural Wellness
489 Charleston St.
Cadiz, OH 43907

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 11,030.00

---

**3.11** **Nonpriority creditor's name and mailing address**

Dish
PO Box 7203
Pasadena, CA 91109

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 121.99

---

**Part 2:**  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.12** Nonpriority creditor's name and mailing address

Frontier
PO BOX 740407
Cincinnati, OH 45274

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 88.79

---

**3.13** Nonpriority creditor's name and mailing address

Gompers Lohri & Associates
117 Edgingon Lane
Wheeling, WV 26003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,040.00

---

**3.14** Nonpriority creditor's name and mailing address

Gordon Food Service
1300 Gezon Parkway SW
Wyoming, MI 49509

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28,947.66

---

**3.15** Nonpriority creditor's name and mailing address

Groupstar
111 Park View Lane
Suite 102
Wheeling, WV 26003

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 463.75

---

**3.16** Nonpriority creditor's name and mailing address

Highmark
614 Market Street
P.O. Box 1948
Parkersburg, WV 26101

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,117.51

---

| Debtor | Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center | Case number (if known) | 5:25-bk-00087 |
| --- | --- | --- | --- |
| | Name | | |

No. 5:25-bk-00087   Doc 92   Filed 03/27/25   Entered 03/27/25 11:27:32   Page 21 of 52

**Part 2:**  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17**  **Nonpriority creditor's name and mailing address**

Hughes Office
3114 Belmont St
Bellaire, OH 43906

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 548.49

---

**3.18**  **Nonpriority creditor's name and mailing address**

Integrated Software Solutions
PO BOX 822272
South Florida, FL 33082

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,320.60

---

**3.19**  **Nonpriority creditor's name and mailing address**

Jochum Refuse
1 Ellen St
Wheeling, WV 26003

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,109.69

---

**3.20**  **Nonpriority creditor's name and mailing address**

Klein Consulting FIrm
188 Springdale Ave
Wheeling, WV 26003

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.21**  **Nonpriority creditor's name and mailing address**

Lauttamus Security
PO Box 2216
Weirton, WV 26062

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 96.00

---

**No. 5:25-bk-00087    Doc 92    Filed 03/27/25    Entered 03/27/25 11:27:32    Page 22 of 52**

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22**   **Nonpriority creditor's name and mailing address**

Lowes
PO Box 669807
Dallas, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.23**   **Nonpriority creditor's name and mailing address**

Main Street Bank
2001 Main St.
Wheeling, WV 26003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.24**   **Nonpriority creditor's name and mailing address**

Medstat
PO Box 1826
Albany, GA 31702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 156.68

---

**3.25**   **Nonpriority creditor's name and mailing address**

National Equipment
1 Fourteenth St.
Wheeling, WV 26003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,185.21

---

**3.26**   **Nonpriority creditor's name and mailing address**

Ohio County Public Service District
PO Box 216
Triadelphia, WV 26059

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,300.81

---

| Debtor | Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center | Case number (if known) | 5:25-bk-00087 |
| --- | --- | --- | --- |
| | Name | | |

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** Nonpriority creditor's name and mailing address

Ohio County Sheriff's Department
PO Box 188
Wheeling, WV 26003

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,564.50

---

**3.28** Nonpriority creditor's name and mailing address

On-Site Testing Specialist
5308 Park Ave
Bethel Park, PA 15102

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 78.48

---

**3.29** Nonpriority creditor's name and mailing address

Orkin
90 W Chestnut St
STE 145UL
Washington, PA 15301

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 680.97

---

**3.30** Nonpriority creditor's name and mailing address

Relias Learning
PO Box 74008620
Chicago, IL 60674

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.31** Nonpriority creditor's name and mailing address

Schrader Companion Duff & Law
401 Main St.
Wheeling, WV 26003

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 10,351.19

---

| Debtor | Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center | Case number (if known) | 5:25-bk-00087 |
|---|---|---|---|
| | Name | | |

No. 5:25-bk-00087    Doc 92    Filed 03/27/25    Entered 03/27/25 11:27:32    Page 24 of 52

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.32** Nonpriority creditor's name and mailing address

Sharon Travis
220 Bethany Pike
Wheeling, WV 26003

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

Stericycle
28883 Network Place
Chicago, IL 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

$ 2,504.06

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

Subaru
PO Box 650516
Dallas, TX 75265

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

$ 693.53

Date or dates debt was incurred _____

Last 4 digits of account number    4703

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

Subaru
PO Box 650516
Dallas, TX 75265

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$ 693.52

Date or dates debt was incurred _____

Last 4 digits of account number    1031

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

Synrgi Partners, Inc
PO Box 5599
Florence, SC 29502

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

$ 70,633.47

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center | Case number (if known) | 5:25-bk-00087 |
| | Name | | |

**No. 5:25-bk-00087     Doc 92     Filed 03/27/25     Entered 03/27/25 11:27:32     Page 25 of 52**

**Part 2:** Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 37 **Nonpriority creditor's name and mailing address**

The Money Store Funding, Inc
7 Kermit Avenue
Staten Island, NY 10305

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**$ 26,323.31**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 38 **Nonpriority creditor's name and mailing address**

United Bank Card Center
PO Box 3364
Charleston, WV 25333

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 8,413.61**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 39 **Nonpriority creditor's name and mailing address**

WV BRIM
PO BOX 1373
Charleston, WV 25325

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 28,539.52**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** ____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

---

**3.** ____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 278,226.41 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 278,226.41 |

Fill in this information to identify the case:

Debtor name ___Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center___

United States Bankruptcy Court for the: __Northern District of West Virginia__

Case number (If known): ___5:25-bk-00087___   Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 2024 Subaru Ascent Lessee | Subaru<br>PO Box 650516<br>Dallas, TX, 75262 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | 2024 Subaru Ascent Lessee | Subaru<br>PO Box 650516<br>Dallas, TX, 75265 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Annual monitoring of fire alarm system | Yahn Electric Company<br>113 17th Street<br>Wheeling, WV, 26003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | New hire orientation training- annual subscription | Relias<br>1010 Sync<br>Morrisville, NC, 27560 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center___

United States Bankruptcy Court for the: ___Northern District of West Virginia___

Case number (If known): ___5:25-bk-00087___

❑ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ❑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.2 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case:**

Debtor name ___Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center___

United States Bankruptcy Court for the: ___Northern District of West Virginia___

Case number (If known): ___5:25-bk-00087___

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 489,887.40 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 2,324,988.62 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 1,161,817.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | | $ |
| **For prior year:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |
| **For the year before that:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |

Debtor  Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center
　　　　Name

Case number (if known) 5:25-bk-00087

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | American Electric Power<br>Creditor's name<br>PO Box 24401<br>Canton, OH 44111 | | $ 5,694.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | Advance Communications<br>Creditor's name<br>PO BOX 6650<br>Wheeling, WV 26003 | | $ 288.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. | Insider's name<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $_____ | |

Debtor  Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center
        Name

Case number *(if known)*  5:25-bk-00087

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name | | _____ | $_____ |
| 5.2. _____ <br> Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number <br> _____ | | | |

| Case title | | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. | | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number <br> _____ | | | |

---

Debtor  Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center
_____  Case number (if known)___5:25-bk-00087
Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| Recipient's relationship to debtor _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| Recipient's relationship to debtor _____ | | | |

---

| **Part 5:** | **Certain Losses** |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor   Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center
_____
Name                                          Case number (*if known*)___5:25-bk-00087___

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. _____ | | _____ | $_____ |
| Address | | | |
| Email or website address | | | |
| _____ | | | |
| Who made the payment, if not debtor? | | | |
| _____ | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | | _____ | $_____ |
| Address | | | |
| Email or website address | | | |
| _____ | | | |
| Who made the payment, if not debtor? | | | |
| _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| Trustee | | | |
| _____ | | | |

Debtor    Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

Name

Case number *(if known)*   5:25-bk-00087

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | _____ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | _____ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

Debtor   Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center
          Name

Case number (if known)  5:25-bk-00087

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? Check all that apply: ☐ Electronically ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? Check all that apply: ☐ Electronically ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Personal and medical information

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor  Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center     Case number *(if known)*  5:25-bk-00087
         Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | United Bank <br> Name | XXXX–8726 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other___ | 02/04/2025 | $ 0.00 |
| 18.2. | United Bank <br> Name | XXXX–6979 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other___ | 01/26/2025 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| ___ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| ___ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

Debtor    Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center                Case number (*if known*)   5:25-bk-00087
          Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
|  |  |  | $_____ |
| Name |  |  |  |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
|  |  |  | ☐ Pending |
| Case number | Name |  | ☐ On appeal |
|  |  |  | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name |  | _____ |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **9**

Debtor  Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center
_____
Name

Case number (*if known*)_____5:25-bk-00087_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____  To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____  To _____ |

---

Debtor  Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center
_____
Name

Case number (*if known*)  5:25-bk-00087

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Gompers Lohri & Associates<br>Name<br>117 Edgington Lane, Wheeling, WV 26003 | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Gompers Lohri & Associates<br>Name<br>117 Edgington Lane, Wheeling, WV 26003 | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor  Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center
_____
Name

Case number (*if known*)____5:25-bk-00087_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |
| 27.2. _____ <br> Name | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ <br> Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

Debtor   Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center   Case number (*if known*)   5:25-bk-00087
Name

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | | _____ | _____ |
| | Name | | _____ |
| | | | _____ |
| | | | _____ |
| | Relationship to debtor | | _____ |
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/27/2025
          MM  / DD  / YYYY

✖ /s/ Sharon Travis                              Printed name   Sharon Travis
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **14**

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | |
|---|---|
| Brewer & Company of WV Inc., 3601 7th Avenue, Charleston, WV 25387 | $350.00 |
| Citynet LLC, 3600 University Avenue, Morgantown, WV 26505 | $6,433.73 |
| Culligan, 809 Boulevard St., Dover, OH 44622 | $1,189.21 |
| Dalton Service Company LLC, 1230 Mercer Road, Ellwood City, PA 16117 | $3,405.16 |
| Dish, PO Box 7203, Pasadena, CA 91109 | $243.98 |
| Frontier, PO BOX 740407, Cincinnati, OH 45274 | $178.75 |
| Gompers Lohri & Associates, 117 Edgingon Lane, Wheeling, WV 26003 | $1,205.00 |
| Hughs Office, 3114 Belmont St, Bellaire, OH 43906 | $1,231.81 |
| Jochum Refuse, 1 Ellen St, Wheeling, WV 26003 | $277.22 |
| Subaru, PO Box 650516, Dallas, TX 75265 | $1,390.05 |
| On-Site Testing Specialist, 5308 Park Ave, Bethel Park, PA 15102 | $78.48 |
| Main Street Bank, 2001 Main St., Wheeling, WV 26003 | $1,019.78 |
| WV Brim, PO BOX 1373, Charleston, WV 25325 | $4,797.33 |
| Gordon Food Service, 1300 Gezon Parkway SW, Grand Rapids, MI 49509 | $51,915.02 |
| Ohio County Public Service District, PO Box 216, Triadelphia, WV 26059 | $5,950.27 |
| Schrader Companion Duff | $687.50 |

**Statement of Financial Affairs for Non-Individuals**

Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

Debtor Name _____ No. 5:25-bk-00087   Doc 92   Filed 03/27/25   Entered 03/27/25 11:25:30   Desc Main Case number (if known) _____ Page 44 of 52

## Continuation Sheet for Official Form 207

& Law, 401 Main St.,
Wheeling, WV 26003

| | |
|---|---|
| United Bank Card Center, PO Box 3364, Charleston, WV 25333 | $28,520.93 |
| Avion Funding, 101 Chase Avenue STE 208, Lakewood, NJ 08701 | $5,000.00 |
| Legend Advance Funding, 800 Brickell Ave, Miami, FL 33131 | $14,850.00 |
| Candy Capital Corporation, 124 Grove Avenue Suite 309, Cedarhurst, NY 15516 | $4,500.00 |
| The Money Store, Inc., 7 Kermit Avenue, Staten Island, NY 10305 | $6,953.48 |
| Itria Ventures LLC, 1 Penn Plz STE 3101, New York, NY 10119 | $5,000.00 |
| The Fundworks LLC, 299 S. Main St Suite 1300 PMB 93894, Salt Lake City, UT 84111 | $2,000.00 |
| USDA, 2118 Ripley Rd., Ripley, WV 25271 | $13,823.00 |
| Encova Insurance, One PPG Place # 2700, Pittsburgh, PA 15222 | $567.00 |
| Go Daddy, 2155 E GoDaddy Way, Tempe, AZ 85284 | $86.58 |
| Lowes, 2100 Georgetown Dr Suite 200, Sewickley, PA 15143 | $767.95 |
| MedEZ, Integrated Software Solutions, Co., 7450 Griffin Rd STE 150, Fort Lauderdale, FL 33314 | $6,355.90 |
| Yahn Electric Company, 113-17th Street, Wheeling, WV 26003 | $3,335.00 |
| Sal Chemical, 3036 Birch Dr, Weirton, WV 26062 | $813.50 |
| Quality Environmental, | $146.54 |

## Continuation Sheet for Official Form 207

**13123 Lakeland Rd Ste.
A1, Santa Fe Springs, CA
90670**

**Small Business            $128.20
Administration, 409
Third St SW, Washington,
DC 20416**

**Partner Community          $7,530.60
Capital, 1000 Galliher
Drive, Fairmont, WV 26654**

**17) Pension Contributions**

**Principal Life**

**United States Bankruptcy Court**

**IN RE:**                                                                    Case No.  5:25-bk-00087

Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center  Chapter  11
_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |

This Debtor is a non-profit, therefore there are no equity security holders

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____

Northern District of West Virginia

**In re** Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

Case No.   5:25-bk-00087

**Debtor**

Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[ ] <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

[✔] <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 5,000.00_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 0.00_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

[✔] Debtor          [ ] Other (specify)

3. The source of compensation to be paid to me is:

[✔] Debtor          [ ] Other (specify)

Heart 2 Heart signed an engagement letter on February 25, 2025. At that time, a retainer was paid in this matter. Fees for preparation of the petition and other first day documents in the amount of $3,584.00 were paid from that retainer. A retainer balance of $1,416.00 remains and is being held in Trust.

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

[ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

   d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/27/2025

*Date*

/s/ Kirk Burkley, WV #11767

*Signature of Attorney*

Bernstein-Burkley, P.C.

*Name of law firm*
601 Grant Street
9th Floor
Pittsburgh, PA 15219

United States Bankruptcy Court

Northern District of West Virgini

In re:  Heart 2 Heart Volunteers Inc d/b/a Serenity
Hills Life Center

Case No.   5:25-bk-00087

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date: _____03/27/2025_____

/s/ Sharon Travis
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

Advance Communications
PO BOX 6650
Wheeling, WV 26003

Advance Lock & Security
109 3rd ST.
Bellaire, OH 43906

Alliance Laundry
P. O. Box 844226
Dallas, TX 75284

American Electric Power
PO Box 24401
Canton, OH 44701

Avion Funding LLC
101 Chase Avenue
STE 208
Lakewood, NJ 08701

Brewer & Company of WV Inc
3601 7th Avenue
Charleston, WV 25387

Candy Capital Corp
124 Grove Avenue
Suite 309
Cedarhurst, NY 11516

Citynet
3600 University Avenue
Morgantown, WV 26505

Community Bank
875 National Rd
Wheeling, WV 26003

Culligan
809 Boulevard St.
Dover, OH 44622

Dalton Service Company LLC
1230 Mercer Road
Ellwood City, PA 16117

Dean's Natural Wellness
489 Charleston St.
Cadiz, OH 43907

Dish
PO Box 7203
Pasadena, CA 91109

Frontier
PO BOX 740407
Cincinnati, OH 45274

Gompers Lohri & Associates
117 Edgingon Lane
Wheeling, WV 26003

Gordon Food Service
1300 Gezon Parkway SW
Wyoming, MI 49509

Groupstar
111 Park View Lane
Suite 102
Wheeling, WV 26003

Highmark
614 Market Street
P.O. Box 1948
Parkersburg, WV 26101

Hughes Office
3114 Belmont St
Bellaire, OH 43906

Integrated Software Solutions
PO BOX 822272
South Florida, FL 33082

Itria Ventures LLC
1 Penn Plz
STE 3101
New York, NY 10119

Jochum Refuse
1 Ellen St
Wheeling, WV 26003

Klein Consulting FIrm
188 Springdale Ave
Wheeling, WV 26003

Lauttamus Security
PO Box 2216
Weirton, WV 26062

Legend Advance Funding
800 Brickell Ave
Miami, FL 33131

Lowes
PO Box 669807
Dallas, TX 75266

Main Street Bank
2001 Main St.
Wheeling, WV 26003

Medstat
PO Box 1826
Albany, GA 31702

National Equipment
1 Fourteenth St.
Wheeling, WV 26003

Ohio County Public Service District
PO Box 216
Triadelphia, WV 26059

Ohio County Sheriff's Department
PO Box 188
Wheeling, WV 26003

On-Site Testing Specialist
5308 Park Ave
Bethel Park, PA 15102

Orkin
90 W Chestnut St
STE 145UL
Washington, PA 15301

Partner Community Capital, Inc.
1000 Galliher Drive
Fairmont, WV 26654

Relias
1010 Sync
Morrisville, NC 27560

Relias Learning
PO Box 74008620
Chicago, IL 60674

Schrader Companion Duff & Law
401 Main St.
Wheeling, WV 26003

Sharon Travis
220 Bethany Pike
Wheeling, WV 26003

Small Business Administration
409 Third St SW
Washington, DC 20416

Stericycle
28883 Network Place
Chicago, IL 60673

Subaru
PO Box 650516
Dallas, TX 75265

Subaru
PO Box 650516
Dallas, TX 75262

Synrgi Partners, Inc
PO Box 5599
Florence, SC 29502

The Fundworks LLC
299 S. Main St
Suite 1300, PMB 93894
Salt Lake City, UT 84111

The Money Store Funding, Inc
7 Kermit Avenue
Staten Island, NY 10305

United Bank Card Center
PO Box 3364
Charleston, WV 25333

USDA
2118 Ripley Rd.
Ripley, WV 25271

WV BRIM
PO BOX 1373
Charleston, WV 25325

Yahn Electric Company
113 17th Street
Wheeling, WV 26003