## UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF WEST VIRGINIA

In re:  Case No. 25-00087

HEART 2 HEART VOLUNTEERS, INC.

Chapter 11

Debtors.
_____/

## NOTICE OF FILING OF PATIENT CARE OMBUDSMAN'S FIRST PRELIMINARY REPORT PURSUANT TO BANKRUPTY CODE SECTION 333

Deborah L. Fish, the Patient Care Ombudsman, hereby files her First Report to the Court, attached hereto as Exhibit A, as to the quality of patient care rendered by the Debtor.

/S/Deborah L. Fish_____
Patient Care Ombudsman
211 West Fort Street Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated:  May 15, 2025
z:\25\404\pld\1st report.notice.doc