UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF WEST VIRGINIA

In re:                                                                 Case No. 25-00087

    HEART 2 HEART VOLUNTEERS, INC.

                            Debtors.                                             Chapter 11
_____/

# PATIENT CARE OMBUDSMAN'S FIRST REPORT

Deborah L. Fish, patient care ombudsman, appointed by order dated April 4, 2025, (Docket #34); and in accordance with Section 333 of Title 11 of the United States Bankruptcy Code (the "Code"), submits this report on the status of the quality of patient care in the Chapter 11 Case of Heart 2 Heart Volunteer's Inc., (the "Debtor"). This written report covers the period from April 4, 2025, to May 13, 2025. It is based on two visits to the facility, numerous telephone conferences and in-person interviews with current staff including the CEO, and telephone conferences with former employees. Additionally, I receive and review census emails and schedules on a daily basis. I requested and reviewed forms and policies including the resident handbook.

## BACKGROUND

The Debtor filed a petition under Chapter 11 of the Code on February 27, 2025, and the PCO was appointed on April 4, 2025, following an evidentiary hearing. The Debtor provides substance abuse recovery treatment for women only as well as treatment for sober living under the assumed name Serenity Hills Life Center. The goal is to provide the residents with quality, one-on-one and group care to improve the patient's overall well-being while in the recovery process. At Serenity Hills, the Debtor maintains an integrated program of therapy, behavioral management, and education (life skills, prenatal, and parenting classes). Additionally, the Debtor disburses prescribed medications.

The Debtor's facilities sit atop a hill with a beautiful view of the Ohio river. There are four buildings on 149 acres of property. Those buildings include the facility where the residents reside, the administration house, the sober house, and the maintenance building. See the Debtors web-site for additional information on services provided and photos of the buildings: https://www.serenityhillslifecenter.org

## STATE OVERSIGHT

The West Virginia Office Health Facility Licensure and Certification ("OFLAC" or the "State") provides the state licensure and oversight for this

facility. In November of 2024, the Debtor underwent its two-year licensing survey, and the license renewal was received by the facility on April 25, 2025.

Additionally, the state investigates the complaints it receives about the facility. There were complaints pending with the state at the time of my appointment. Those complaints were investigated by OFLAC, substantiated, the plan of Correction submitted by the Debtor, and it was accepted by OFLAC. For a copy of the license renewal or additional information on the complaints *see:*

https://ohflac.wvdhhr.org/Apps/Lookup/FacilityDetails/159065

## **CONCERNS ADDRESSED**

It was my understating that the following concerns existed at the time of my appointment:

- Issues relating to staffing
- Issues relating to Intake of residents
- Issues relating to compliance with policies
- Issues relating to the grievance process
- Issues relating to security of the building

The PCO has investigated all of these concerns, and the Debtor has addressed or is continuing to address all of the issues listed above. The Debtor has provided and continues to provide information to the PCO about its status on working to

eliminate the issues listed above. For example, the Debtor has hired and is training a new Clinical Director/Therapist, the Debtor hired a new mental health counselor, a case manager and has an offer pending with a new supportive counselor. The initiatives and responses of the Debtor in other areas are incorporated below.

## AREAS OF ADDITIONAL REVIEW

Listed below are some additional items reviewed with management.

- Licensing: I have confirmed that all licensed staff hold valid licenses in the State of West Virginia or Ohio. Any staff members with an Ohio license are in the process of obtaining West Virgina licenses and are currently providing services under the license of the Nurse Practitioner. The Debtor advises that this process was approved by the State. Additionally, all kitchen staff hold valid certificates.

- Insurance: The Debtor advises that it maintains general liability and professional liability insurance policies and that those policies are effective through July 1, 2025. The Debtor provided a copy of the certificate of insurance to the UST and the PCO.

- Staffing: The Debtor reports that staffing is sufficient to properly address the residents' requirements and needs in the programs. I recommended to the CEO that the Debtor regularly evaluate the staff/census ratio to provide

assurance that the program therapy hours and other residents' needs are being maintained. Thus far, the Debtor has managed the fine line of increasing the resident census while maintaining sufficient staff to provide the proper resident care. I confirm on a regular basis the number of residents staffing ratio.

- Intake of Residents: Currently, the CEO accepts all calls and conducts an initial assessment of potential new residents. Once the resident arrives at the facility the clinical director performs the necessary clinical evaluations for placement and the initial treatment plan. The Debtor will hire an intake specialist when cash flow permits. In the meantime, the Debtor is working to make the current process as efficient and organized as possible, this may include cross training a current staff member. The CEO makes time but does not have the time necessary to devote to intake like a full-time person would. Going forward, the Debtor needs to hire an intake person.

- Supplies: The Debtor does not have any reported supply or vendors issues. I advised the staff to contact the CEO immediately if there were any supply or vendors issues affecting resident care. I further advised the CEO to contact its counsel immediately and to alert the PCO to any problems.

- Security: The Debtor has contracted with Yawn Electric to replace the circuit board that controls the locking mechanisms on the doors, the Debtor expects this to be complete by the end of May.

- Medical Records: The Debtor maintains an electronic medical record system with MEDEZ. Any paper medical records are stored on site in the administrative building.

- Resident complaints: I was advised that resident complaints and staff complaints were an issue for this facility prior to my appointment. We implemented the following procedure for any post appointment complaints. The Debtor will immediately notify the PCO of the complaint, the deemed severity, the appointed investigation team, the result, and the Debtor will cooperate if the PCO requires anything further. All management level staff are aware of the process.

## **CONCLUSION**

Pursuant to Section 333 (b) (3) the quality of patient care provided to residents of the debtor has been maintained post-my appointment and is not being materially compromised. The Debtor hired new clinical staff, the new members of the team have acclimated well, and the Debtors staff and operations are much more stable than when I was first appointed.

The Debtor has been responsive to my calls, requests for information, emails and has provided access to employees. Additionally, while there is still work to be done, in my opinion, the Nurse Practitioner, therapists, new clinical

director/therapist, nurses, counselors, case managers and the administrative staff are all dedicated to the residents, their care, and their successful completion of the program.

/S/Deborah L. Fish
Patient Care Ombudsman
211 West Fort Street
Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated: May 15, 2025

:\25/0404/pld\1st.report.doc