IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: <br><br> HEART 2 HEART VOLUNTEERS INC. d/b/a SERENITY HILLS LIFE CENTER <br><br><br> Debtor. | Bankruptcy No. 5:25-bk-00087 <br><br> Chapter 11 |
| HEART 2 HEART VOLUNTEERS INC. d/b/a SERENITY HILLS LIFE CENTER, <br><br> Movant, <br><br> v. <br><br> NO RESPONDENTS. | |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Extend Exclusivity Period for the Confirmation of a Plan of Reorganization Pursuant to 11 U.S.C. § 1121(d), after notice and hearing as deemed necessary and appropriate under the circumstances, is it hereby **ORDERED, ADJUDGED, and DECREED**

1. Debtor's Motion is hereby GRANTED;

2. The exclusive period for which only the Debtor may file a Chapter 11 Plan pursuant to 11 U.S.C. § 1121(d) is hereby extended to January 26, 2026; and,

3. The exclusive period for which only the Debtor may solicit acceptances and seek confirmation of a Chapter 11 Plan is hereby extended to March 27, 2026.

It is FURTHER ORDERED that this Order is without prejudice to the Debtor's right to request further extensions of time if necessary and appropriate.