**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

| | |
|---|---|
| In Re: Heart 2 Heart Volunteers Inc. Debtor | Case No.: 5:25−bk−00087<br>Chapter: 11 |

## NOTICE TO ALL CREDITORS AND OTHER PARTIES IN INTEREST

On October 27, 2025, the following document was filed:

*144* − Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by Kirk B. Burkley on behalf of Heart 2 Heart Volunteers Inc. (Burkley, Kirk)

The debtor is requesting an extension of the debtor's exclusive time to file a plan to January 6, 2026, and to obtain acceptance of a plan to March 27, 2026.

**It is the responsibility of the moving party to ensure adequate service of the above−mentioned document. Nothing herein excuses the moving party from their responsibility in that regard.**

Unrelatedly, you may contact the moving party for a copy of the document if you believe you are entitled to service but did not receive the document. Also, the document is on file in the Clerk's Office, and you may review it during regular business hours. You may also view the document electronically through the Public Access to Court Electronic Records system: www.pacer.gov

YOU ARE FURTHER NOTIFIED that if you object to the Motion/Application, you must file your written objection with the Clerk of this Court on or before seven (7) days from the date of this Notice.

If you object, you should provide an explanation for the basis of your objection. If you are a business entity, any objection must be filed by an attorney. The Court, in its discretion, may grant or deny the relief sought based on the written contents of the above−mentioned document and any filed objection, or, if an objection is filed, may set the matter for hearing upon further notice by the Clerk to affected parties. A failure to timely file a written objection may result in the entry of an order that grants the relief sought in the document without further notice or opportunity for a hearing.

Date of Issuance: 10/28/25

    Clerk of Court
    U.S. Bankruptcy Court
    Northern District of WV
    Post Office Box 70
    Wheeling, WV 26003
    304−233−1655

United States Bankruptcy Court
Northern District of West Virginia

| | |
|---|---|
| In re: | Case No. 25-00087-dlb |
| Heart 2 Heart Volunteers Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0424-5 | User: ad | Page 1 of 2 |
| Date Rcvd: Oct 28, 2025 | Form ID: negntc | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heart 2 Heart Volunteers Inc., 667 Stone Shannon Road, Wheeling, WV 26003-6742 |
| aty | + | Jeffrey A. Grove, Grove, Holmstrand & Delk, PLLC, 44 15th Street, Wheeling, WV 26003-3552 |
| aty | + | Sally E. Edison, Spilman Thomas & Battle, PLLC, 301 Grant Street, Suite 3440, Pittsburgh, PA 15219-6401 |
| ombh | + | Deborah L. Fish, Allard & Fish, P.C., 211 West Fort Street, Suite 705, Detriot, MI 48226-3263 |
| cr | + | Partner Community Capital, Inc., 106 W. Washington Street, 2nd Floor, Charles Town, WV 25414, UNITED STATES 25414-1530 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcynotices@sba.gov | Oct 28 2025 19:00:00 | Small Business Administration, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 1701467 | + | Email/Text: rnewton@communitybank.tv | Oct 28 2025 19:00:00 | Community Bank, 2111 N. Franklin Drive, Suite 200, Washington, PA 15301-5893 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 30, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Ira Werner | |

District/off: 0425-5 | User: auto | Form ID: negntc | Total Noticed: 7
Date Rcvd: Oct 28, 2025

| | |
|---|---|
| Anthony Ira Werner | on behalf of Creditor Cristyn Davis awerner@johnwernerlaw.com lkobasko@johnwernerlaw.com |
| | on behalf of Creditor Crystal Bauer awerner@johnwernerlaw.com lkobasko@johnwernerlaw.com |
| Christopher J. Prezioso | on behalf of Creditor United States Department of Agriculture Christopher.J.Prezioso@usdoj.gov anna.oneil@usdoj.gov;susan.collins@usdoj.gov |
| Deborah Fish | on behalf of Health Care Ombudsman Deborah L. Fish dfish@allardfishpc.com |
| Debra Lee Allen | on behalf of Creditor Partner Community Capital Inc. dallen@spilmanlaw.com |
| Gary O. Kinder | on behalf of U.S. Trustee United States Trustee gary.o.kinder@usdoj.gov |
| Gwenyth Ann Ortman | on behalf of Debtor Heart 2 Heart Volunteers Inc. gortman@bernsteinlaw.com |
| Harry Greenfield | on behalf of Debtor Heart 2 Heart Volunteers Inc. hgreenfield@bernsteinlaw.com |
| John Pizzo | on behalf of Debtor Heart 2 Heart Volunteers Inc. jpizzolaw@gmail.com |
| John Zachary Balasko | on behalf of Interested Party The Health Plan zak.balasko@steptoe-johnson.com |
| Kirk B. Burkley | on behalf of Debtor Heart 2 Heart Volunteers Inc. kburkley@bernsteinlaw.com pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Morgan McKee | on behalf of Creditor Small Business Administration morgan.mckee@usdoj.gov susan.collins@usdoj.gov;anna.oneil@usdoj.gov;CaseView.ECF@usdoj.gov |
| Morgan McKee | on behalf of Creditor United States Department of Agriculture morgan.mckee@usdoj.gov susan.collins@usdoj.gov;anna.oneil@usdoj.gov;CaseView.ECF@usdoj.gov |
| Shari Lynne Collias | on behalf of U.S. Trustee United States Trustee shari.collias@usdoj.gov |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |

TOTAL: 15