IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Bankruptcy No. 5:25-bk-00087 |
| HEART 2 HEART VOLUNTEERS | : | |
| INC. d/b/a SERENITY HILLS | : | Chapter 11 |
| LIFE CENTER, | : | |
| | : | |
| Debtor. | : | |

## NOTICE OF APPEARANCE OF W. ERIC GADD AND WITHDRAWAL OF DEBRA LEE ALLEN

The undersigned attorney, Debra Lee Allen, with the law firm of Spilman Thomas & Battle, PLLC, hereby notices the appearance of W. Eric Gadd, with the law firm of Spilman Thomas & Battle, PLLC, together with her withdrawal as counsel for Partner Community Capital, Inc. ("PCC"), a secured creditor.

Ms. Allen is retiring from the practice of law effective January 30, 2026, after which, she will be an inactive member of the West Virginia State Bar. In her place, Mr. Gadd will represent PCC in this bankruptcy proceeding, together with Sally E. Edison, Esq., who previously noticed her appearance on March 12, 2025 (ECF # 61).

Please remove Ms. Allen from mailing lists for all correspondence, service copies of papers filed with the Court, and any other materials circulated to counsel in this matter.

Counsel requests that, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, all notices given or required to be given, and all papers served or required to be served, in this case, be given to and served on:

       W. Eric Gadd, Esq.
       WV State Bar # 9377
       Spilman Thomas & Battle, PLLC
       P.O. Box 831
       1233 Main Street, Suite 4000
       Wheeling, West Virginia  26003
       (304) 230-6977
       egadd@spilmanlaw.com

       The debtor, U.S. Trustee, and the Clerk of the Court are requested to add Mr. Gadd's name and address to any mailing matrix or list to be prepared or existing in this bankruptcy proceedings.

Dated:  January 20, 2026

                                 *s/  Debra Lee Allen*
                                 Debra Lee Allen, WV Bar # 9838
                                 Spilman Thomas & Battle, PLLC
                                 c/o 528 E. Liberty St.
                                 Charles Town, West Virginia  25414
                                 304.216.5835 | 304.291.7979 (facsimile)
                                 dallen@spilmanlaw.com
                                 *Counsel for Partner Community Capital, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Bankruptcy No. 5:25-bk-00087** |
| **HEART 2 HEART VOLUNTEERS** | : | |
| **INC. d/b/a SERENITY HILLS** | : | **Chapter 11** |
| **LIFE CENTER,** | : | |
| | : | |
| **Debtor.** | : | |

**CERTIFICATE OF SERVICE**

I, Debra Lee Allen, do hereby certify that on January 20, 2026, I electronically filed the foregoing *Notice of Appearance of W. Eric Gadd and Withdrawal of Debra Lee Allen* with the Clerk of Court through the Court's ECF system on all parties registered to receive CM/ECF notices.

s/ *Debra Lee Allen*
Debra Lee Allen (WVSB # 9838)

22551634 (028699.0009)