IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re:

Heart 2 Heart Volunteers, Inc., Case No. 25-00087

Debtor Chapter 11

MOTION TO DENY THE UNITED STATES TRUSTEE FOR THE ENTRY OF AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

AND A MOTION TO DENY AN EXPEDIATED HEARING.

A MOTION TO HAVE MORE TIME TO FIND AN ATTORNEY AND TO HAVE AN EVIDENTIARY HEARING

I come before the courts with all respect in representation of the Board of Directors and as the founder of Heart2 Heart Volunteers Inc., Serenity Hills Life Center.

I have read and have had to endure accusations that I could easily disprove if an evidentiary hearing had been held by our attorneys. I requested that at the time of the accusations made by the ombudsman about holding residents back, which was totally untrue. The lawyers stated it would be better if we just got a CRO. To take away the rights of this company based on untrue facts does not serve justice, which this court and all courts are to abide. This company would not exist if it were not for my many nights writing a grant and winning it that purchased this facility. I had to oversee the renovations, putting together the budget, writing the

policies and procedures. This company would not exist now if I had not used up all of my retirement money to fight the state and win. This is because I had a fair trial.

Just like I told the lawyer who took my case when he said it does not look good. I stated that none of it is true, and you will see. He told me after the hearing that I was right. I plead with the court because I do not have a hero to represent us at this time, as we did in the past, to let us have more time to get a lawyer and to have an evidentiary hearing. It is hard, as you know, to find someone at this stage in the process.

Heart 2 Heart has a right to be heard and have an evidentiary hearing to prove The facts that have been made without due process.

I will present on Monday some evidence that I have to rebut the accusations. The witnesses who will come forward.

There is also the side that our facility has not turned around, and that is also not True. You were told that our facility numbers were up and down, and you were not presented with the projections that were done and given to the lawyers. Our numbers have been consistently climbing and are past our break-even point.

We believe that once you hear the facts, you will understand that a
A smear campaign has been happening with former disgruntled employees and that the ombudsman did not ask me questions before writing any accusations concerning and of the things she reported, so that I could give my side or find out

whether any of it was true.

I am asking for that right now, and I plead with the court to pierce through all this noise, so you can get the real facts and then be able to see the credibility of the witness before you. Many girls will come forward who have gone through this program to tell you about what I did in this program that made it personal and special. I thank you for your consideration.

Sincerely

*[signature]*

Sharon "Marie" Travis