

David L. Bissett
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| *In re*: | ) | |
| | ) | |
| HEART 2 HEART VOLUNTEERS, INC., | ) | Case No. 5:25-bk-87 |
| | ) | |
| Debtor. | ) | Chapter 11 |

## **O R D E R**

On February 18, 2026, a hearing was held in the above-styled bankruptcy case to consider the Motion to Appoint Chapter 11 Trustee filed by the United States Trustee.  Upon consideration of the pleadings, the argument of the respective parties, the testimony and exhibits presented and governing law, and for the reasons expressly stated by the Court at the hearing, it is hereby

**ORDERED** that the Motion to Appoint Chapter 11 Trustee is GRANTED. The Parties shall work diligently towards the appointment of a Chapter 11 Trustee subject to the guidelines and regulations of the Office of the United States Trustee.  The Office of the United States Trustee shall confer with the necessary parties in making the appointment.  It is further

**ORDERED** that, in the interim, the Chief Restructuring Officer (the "CRO") shall continue to direct day-to-day operations of the Debtor until the Chapter 11 Trustee is appointed. It is further

**ORDERED** that the CRO shall direct counsel to the Debtor until further order of this Court; and it is further

**ORDERED** that the CRO shall control the financial operations of the Debtor until further order of this Court; and it is further

**ORDERED** that the CRO shall hold in abeyance the management agreement previously executed and shall refrain from making other permanent substantive operational decisions until such time as a Trustee is appointed; and it is further

**ORDERED** that Sharon Marie Travis ("CEO") shall refrain from interfering with any decisions made by the CRO and assist as necessary with the transition of control to the appointed Trustee; and it is further

**ORDERED** that the CEO shall continue to provide the CRO, and appointed Trustee, with all required credentials to operate the facility; and it is further

**ORDERED** that current counsel to the Debtor shall remain in such capacity until further order from this Court.