IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re:

Heart 2 Heart Volunteers, Inc., Case No. 25-0008

Debtor Chapter 11

2/24/2026



Motion to request a reconsideration to appoint a trustee, or am requesting a stay on that order, and time to get another attorney.

Dear Honorable Judge,

I come before the courts to plead for a just decision based on facts.
I ask the judge to please look at all the evidence, and I know that you couldn't do so in a half hour.

I have all respect for this court in allowing me to have a say during the hearing. I know that I presented evidence half an hour before the hearing, but remember, There was a lot of information that had to be put together to present the facts. This was documented evidence disproving what the ombudsman stated, and the state.
I could only cross-examine the ombudsman and did not know if I could have called her as a witness, which I believe would have been beneficial.

I had asked the courts to delay their decision based on the evidence coming in as soon as I got it all. I told the courts that I was not well, and I still am not at this time. There were 90 pages of documented evidence, not hearsay.

I asked for time to find an attorney, and it was not granted.

I was punished courts for the following reasons.

1. For the Board of Directors for supposedly disagreeing with the CRO for signing a contract with a managing company that had a history of unethical business practices dating back 5 years. They were correct it started in 2002 and continued with multiple business infractions. Including a felony and him being incarcerated. How was this wrong, and would any board have concerns and rights?

    a) The CRO stated it was 25 years ago. Exhibits were provided on Keith Greenburg that this was not true. Also, his contract prohibited the CRO from signing anything on behalf of the company without written permission of the Board.

    b) Evidence was presented by 2 board members that they were misled by the Attorneys on signing the contract.

    c) The attorney Gwyneth Ortman, bragged that Kirk Burkley were respected by the courts and we would not be listened to.

2. The ombudsman was making complaints.
   The court stated that she was hired by and represented the court.

    a) From disgruntled employees. As she told me some were fired employees.

    b) Employees that were under investigation at the time of her information and the investigation was provided into evidence.

    c) A nurse practitioner that was not being honest with her and purposely misleading her.

    d) Documented evidence is provided for to show statements made by the Ombudsman was not correct.

    e) She never discussed anything about complaints made with the CEO about the false allegations that she held persons back. The CEO ask her to come and do a thorough investigation being an employee herself and she did not.

    f) She stated that the residents were safe, they eat and besides things that can be proven not true. There were no complaints that were of a serious nature.

3. OHFLAC the state entity who closed Serenity Hills Life Center down in 2022 and it was reversed and a judge from their own tribunal reversed the decision and found them guilty of wrong doings. The persons who makes the decisions at OHFLAC is presently named in the Lawsuit against OHFLAC. This is a conflict of interest.

a) The ALJ judge in stated as is now that the evidence was not properly developed. This was later confirmed by the intermediate courts

b) Months ago, the OHFLAC's surveyor informed that they heard that the Board of Directors were being replaced as though they have knowledge of

the event that is taking place now. This is disturbing to say the least and it was discussed with our female attorney.

c) The person who makes the decisions was the OHFLAC head who was a total conflict of interest.

d) The CRO did not allow us to do an independent review of the charges, which would have easily shown we were innocent. Documentation provided in the exhibits provided to the courts at our last hearing.

e) The CEO has provided evidence that she did not scream at resident from the Human Rights commission meeting, this included testimony from residents that were present. These notes are included in the exhibits and the notes were approved by the CRO who was present.

4. The court stated that the original witnesses that testified to the courts that there was a need for an ombudsman. The court stated that these were still being reported by the Ombudsman.

    a) The lawyers ask for an extension of time to develop all the information provided by Serenity Hills life Center. The court denied that extension.

    b) There were 3 witnesses
        1. Sarah Dean- She was fired. the clinical director who was not following policies and procedures and not applying rules fairly amongst residents.
        2. Robert Boles-Compliance officer- Who lied under Oath and stated that the Board voted on complaints made against the CEO and the that persons who had a conflict of interest voted. This did not happen. Any conflict of interest, the person has to abstain from voting and the record shows this.
        3. The third person was who name was Jaylynn a supportive counselor, testified that she never heard the CEO yell at anyone.

5. If the court's goal is to make their decision to pay off the debt, then all of the options I gave were similar to getting another rehab to purchase the facility or to get a managing company. None of them included the CEO running the company. Not because she was not doing a good job, but because of all the noise that filing for Chapter 11 was causing by allowing the disgruntled employees who were fired for good cause to come out of the woodwork. The Ombudsman is not properly vetting the facts of witnesses and their agenda. The state agency that is being sued, is using this opportunity to get another entity to drop the lawsuit.

The options below were presented to the court.

1) Serenity Hills Life Center sells the facility to another rehab that provides treatment for substance abuse. With the understanding that the women will not be affected that are there and will continue their treatment.

2) That Serenity Hills Life Center sells part of the property to pay off the unsecured depts and finds a Managing company to run the company. Continues to pay the USDA.

3) Serenity Hills Life Center sells the facility and parts of the property to another treatment Center and keeps parts of the property for continuing the sober living home and takes any money after all the depts are paid to build more sober living houses on site, that would which is needed in the community.

4) Dismiss the case, and Serenity Hills Life Center sells the facility and parts of the property and continues to run the sober living homes and build others with any profit from the sale after paying off all the depts. Which is needed in the community.

5) The 4th option is preferred by Heart 2 Heart Volunteers Inc., and then 3rd option.

The court considered the testimony of:

1. An attorney, we asked him to step down for not representing the company, misleading and not being honest with the contract that we signed with the CRO. Coming to the courts because we did not agree with the CRO hiring a managing company that had a history of unethical business practices. A managing company whose owner was friends with Harry Greenfield, an attorney with Bernstein and Burkley. Serenity Hills Life Center had said no in the summer to a partnership with Keith Greenburg because of his criminal history. Did not provide an evidentiary hearing to prove information was not true. In which the US attorney quoted in their motion.

2. A CRO who signed a contract, whose contract did not allow him to do so, without written permission from the Board of Directors. A CRO who admitted that SHLC numbers were up to 44 and admitted the CEO's new program was working. The CEO likes the CRO, but he is not doing anything differently than what we would already be doing.

3. An Ombudsman who took information admittedly from former employees who were fired and residents who were kicked out of the program. She was bringing up accusations that would have been easily shown through the documentation provided, that it was not true. She barely communicated with the CEO about anything or told her of the accusations prior to making them in court as facts. The CEO invites her as an employee to come and get to the truth, and she says she will, but does not.

4. A document that is provided by the state that is targeting Serenity Hills Life Center in to the record. After we were precluded by the CRO from getting an independent review. That would have shown their accusations were not true.

We ask the courts to reconsider the order giving Heart 2 Heart Volunteers Inc. over to a Trustee in which we wholeheartedly believe, is a premature decision, based on the facts of our clients' count increase and the revenue increase, which will sustain us until we have a managing company in place or the sale to a rehab, which we prefer. We provided a plan, which would start after the taxes are paid.

We believe that this has gone beyond getting creditors paid off, as the Chapter 11 is about. The Ombudsman was supposed to make sure the residents were safe, but none of her concerns were true. If they were true, they were not of a serious nature. We believe that this has been replaced with taking control away from the Board of Directors of Serenity Hills Life Centers. As OHFLAC was told would happen.

We plead with the court to keep this from becoming a long, drawn-out legal battle by allowing us to gracefully sell our program or get a managing company. Either way, we want this to continue as a treatment center. We want to immediately pay off the debts.

We have our joint commission certification, which means we have a high standard of treatment. They spoke with residents and staff, and our program was looked into very thoroughly. We are still in good standing. Exhibit 1

We just won the Best of Business Treatment Center in Wheeling for 2026 by Business rate earned by client feedback. Exhibit 2

You will be getting a bombardment of residents' letters.

Please reconsider your decision, grant us a stay, let us find another attorney, and let us have a fair hearing. Let us continue with the options that we presented.

Sharon Marie Travis, CEO

Filed by Tara Singer, secretary of the board

*Tara Singer*
2/25/26

# Heart 2 Heart Volunteers Inc.

## Wheeling, WV

has been Accredited by



# The Joint Commission

Which has surveyed this organization and found it to meet the requirements for the

## Behavioral Health Care and Human Services Accreditation Program

### October 28, 2025

Accreditation is customarily valid for up to 36 months.

Michael Suk, MD, JD, MPH, MBA, FACS
Chair, Board of Commissioners

ID #733420
Print/Reprint Date: 10/31/2025

Jonathan B. Perlin, MD, PhD, MSHA, MACP, FACMI
President and Chief Executive Officer

The Joint Commission is an independent, not-for-profit national body that oversees the safety and quality of health care and other services provided in accredited organizations. Information about accredited organizations may be provided directly to The Joint Commission at 1-800-994-6610. Information regarding accreditation and the accreditation performance of individual organizations can be obtained through The Joint Commission's web site at www.jointcommission.org.







BUSINESS RATE
2375 E CAMELBACK RD STE 600
PHOENIX AZ 85016-3493



142292 AV 0.372
SERENITY HILLS LIFE CENTER
667 Stone Shannon Rd
Wheeling, WV 26003-6742

## Serenity Hills Life Center
## Best Addiction Treatment Center in Wheeling for 2026

**RECENT WINNERS**



Dear Serenity Hills Life Center Team,

We are pleased to inform you that Serenity Hills Life Center has been officially recognized as the BEST of 2025 Wheeling Award Winner in the Addiction Treatment Center category - an honor based on verified data from Google Reviews, as analyzed and certified by BusinessRate. BusinessRate provides intelligent ranking solutions and comprehensive review management services to help local businesses thrive in competitive markets through data-driven insights and proven strategies.

This recognition is part of the BusinessRate BEST of 2025 Awards, which identify local leaders in customer satisfaction, brand reputation, and service excellence. Your BusinessRate Score is a complete performance metric that combines all factors with a simple, easy-to-understand score. This comprehensive rating shows how your business ranks against local competitors.

Congratulations again on this outstanding achievement; earned not by application or nomination, but by the authentic feedback of your own customers.

**TRUSTED BY LEADING BRANDS**

  
  
  

Warm regards,

Kyle Pittman
BEST of 2025 Wheeling Awards

Powered by Google Reviews

**NEXT STEP:**
Scan the QR code to view the rankings, awards and digital images



**OR, GO TO:**
www.businessrate.com/awards
Enter your Access Code:
EAQ6U3

