

David L. Bissett
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| *In re*: | ) | |
| | ) | |
| HEART 2 HEART VOLUNTEERS, INC., | ) | Case No. 5:25-bk-87 |
| | ) | |
| Debtor. | ) | Chapter 11 |

### O R D E R

On February 25, 2026, Sharon Marie Travis, CEO, and Tara Singer, Secretary, filed a Motion to Request a Reconsideration to Appoint a Trustee, or Motion to Stay On That Order, and Time to Get Another Attorney. Based upon the Court's review, it finds no grounds to reconsider its ruling. Therefore, the Court does hereby

**ORDER** the Motion (Doc. No. 223) is **DENIED.**