

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re:

    Heart 2 Heart Volunteers, Inc.,          Case No. 25-00087

          Debtor                              Chapter 11

**ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE**

The Court having considered the Application of the United States Trustee for entry of an Order approving appointment of Robert L. Johns as Chapter 11 Trustee in the above-captioned case(s), it is hereby

ORDERED that the appointment is approved.

Prepared by:

/s/ Gary O. Kinder
Gary O. Kinder (WVSB #7732)
Assistant United States Trustee
United States Courthouse, Room 2025
300 Virginia Street, East
Charleston, WV 25301
(304) 347-3400
gary.o.kinder@usdoj.gov