**IN THE UNITED STATES BANKRUPTSY COURT**

**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF WV

**IN RE:**

**Heart 2 Heart, Inc Case No 25-00087**

MAY 0 1 2026

**Debtor Chapter 11**

**5/01/2026**

Time:___9:25___ AV am/pm

**TO THE COURTS CONCERNING NON-COMPLIANCE AND BREACH OF DUTY OF CARE WHILE UNDER THE CRO AND THEN TRUSTEE. I AM ON LEAVE AT THIS TIME AND I BELIEVE THAT I AM BEING RETALIATED AGAINST BECAUSE OF MY NON-COMPLIANCE CONCERNS.**

I am writing this letter for my concerns of the facility being run with real compliance issues not being addressed and for my concern of resident care. I have tried to keep the facility compliant by telling the CRO and then the Trustee. I feel like it is more important to keep the status quo and not upset the staff then it is to obey state, federal rules, and quality care.

I am on leave now and I will get into that separately. It has been over a month. I believe that this is in retaliation to what I will present.

I do not know how to copy text showing who they are from. If there is any denial of their existence then will find bring my phone before the court.

I have not been told if our board still exist and my concern that the board might be responsible for the noncompliance issues and I have been stating this throughout the tenure of both the CRO and now the Trustee. As you will see.

I will try to show the continued noncompliance of the staff, but now there is no one keeping them compliant. I was told when I was concerned to do what is best for the company by the Trustee. He stated it is only fraud in you do it intentionally.

**CRO was assigned in December, came in one time and then made his presence the first of January.**

February 1, 2026, I ask for an audit to be done by the utilization nurse, because I knew that the current staff had a habit of not keeping up with their notes which were crucial to resident care, and state compliance. If you are audited by the Medicaid you would owe money back. In the past if I found out they did not do their notes, they were given a short time to do there notes. If they did not get them done they could be fired. I did fire a staff member for that very reason.

The audit was a total fail.

**February 1st,2026 email sent from utilization nurse who did the audit. She includes all the missing notes. (Which was too many and horrific. I do not want to put it before the court for HIPPA reasons) See Utilization Nurse states the following:**

**Utilization Nurse email to Clinical Team and the CRO.**

**Good evening, Team,**

**I am writing to formally express my concerns regarding current group service hours and associated documentation for January's dates of service. Based on recent reviews in preparation for requesting authorization for services, I noticed documented group hours reported do not consistently align with billing standards for minimum group hours per week. Documentation in several instances does not meet required compliance criteria. Accurate reporting of group hours and thorough, timely documentation are essential to meet payer requirements and to also protect both our clients and ourselves professionally within our organization. Failure to meet these standards places us at risk for additional audits, claim denials, potential recoupments, and other legal issues, which I (and I believe all of us, for that matter), would like to avoid. As I understand, level 3.1's requires a minimum of 5 hours of group per week, and level 3.5's require a minimum of 15 hours of group per week (Michelle, please correct me if I am inaccurate). Keep in mind, this list does not account for any times the clients may have not been available for services for doctor's appointments/hospitalizations, court, etc. (I did not see any notes within the group documentation indicating lack of services for those specific reasons). If any additional documentation for missing groups can be added into MedEZ, I would greatly appreciate the assistance.**

**Medical Biller:** After seeing this the medical biller said she would not bill unless the Clinical Director signed off weekly that all notes were being done. Nobody would get paid if she did not.

**February** the results of an audit request for information on April 6, 2025 came back by an insurance company. The Nurse Practioner (Medical Director) did the audit and did not send the correct information. They looked at 30 residents between 2023 and 2024. This was when Sarah Dean was the Clinical Director and Robert Boles was the Compliance officer (court witnesses). Making sure this was done correctly originally was their responsibility. It was a total fail.

I told Will that I knew exactly what they were looking for and instead he let the Nurse Practitioner do it again. It came back a complete fail again. The Insurance company called me yesterday 4/28/2026.

We now owe a 6 figure amounts back to the insurance company. I know what they needed, but Will (CRO) believed The Nurse Practitioner understood it more that me and she did not.

**On February 18th** the hearing about the trustee being appointed. The CRO admitted we had 44 residents.

Nursing – A separate Motion will show delays in accepting residents for admission.

**February 23rd, 2026 8:05 am**

**Marie Travis: text message to Will Frederick the CRO:**

**I am going to get blood work today. Not well. I try to do get assessments done, but I am sure this program is being destroyed from the inside and it is deteriorating. I believe a new company needs to take over. Hopefully someone that will allow the girls in there to finish their treatment. I get girls in here and bad decisions, and kicking people out, we are at 32. I brought almost eight in in one week. This is ridiculous.**

**My concern is that you are not addressing the unprofessional toxic behavior of some of the employees. Did they catch up with their notes, did you send the notes from the committees and address what was important? What is my role at this time? The judge said I am the CEO, but what does that mean.**

**Will Fredericks – Text to Marie Travis: I did. Your role is the same it has been for the last 3 weeks.**

**March 3rd, 2026 8:30 am**

**Sharon "Marie" Travis to William Frederick CRO:**

**Did you make the decision to kick the two girls out? Do you know when nurses make the wrong decisions that we always keep them until we change it back over, which is easy to do. One is court ordered for 6 months. We lost over 30 thousand dollars.**

I mention this in a text message because they were kicking out persons they should not kicked out and here are the examples.

1. We had 2 women come in with traditional Medicaid (which we accept) from jail in which the nurse has to change them to an HMO insurance or it could turn into an insurance we do not take. The girls or at least one was court ordered here for six months. The nurses did not turn their insurances over in a timely manner and they turned into an insurance we did not accept. If the nurse makes a mistake then we have to eat the loss for the month until the insurance gets turned to one we do. Will ordered the 2 girls to be kicked out of the program. Which is unethical to the well being of the resident, does not sit well with the courts, plus it was a loss of the 5 months of income. I called the temporary place the one girl was at and got her back eventually. The other found a bed.

2. A woman who filed a complaint against the clinical director for bullying her and humiliating her, was kicked out shortly after the complaint. There was no proper investigation done.

3. A serious complaint was made against the nurse practitioner by a resident and no investigation was done.

4. A resident who went to a higher level of care because of need, came back. She was having a hard time and felt like she needed to go back to the higher level of care. She stated that if she could not go back because she mentally felt she needed to, that she would leave against medical advice. The Clinical director released her onto the streets instead of sending her for proper evaluation to see if she needed readmitted.

5. There was a resident that came in with extreme trauma that was not properly evaluated and kicked out of the program for her behavior. She should have been properly

evaluating by a Psychiatrist for her resent traumatic situation. The courts sent her there because her trauma was a public case, in which the courts wanted her to get help. She is now in jail. I prompted the staff to send a letter to state that she needed a higher level of care if they believed she needed it. They believed she needed it and sent a letter to the courts. If she got the care she needed and was put on the proper medications, we possibly could have avoided this.

6. A woman who came in from another 28-day rehab that was given a small dose of a medication because of nerves and was sent out to detox. The Psychiatrist from the other facility she came from stated that she did not need detoxed, but our nurse sent her out to detox. She showed no signs of needing detoxed by the persons transporting her. We lost the girl and she never came back. The Doctor from the previous detox sent a letter to us confirming this she did not need detoxed.

7. A resident left the facility because she stated that the Clinical Director act like he did not want to be there and when one of the residents stated there was not structure there he agreed with her. Her parole officer called me and stated how unprofessional that was

Saturday February 7th 7:15 text from Sharon Travis to Will Frederick the CRO

I state: Will I just got a call from a PO and the Clinical Director is bad mouthing the program to a client. This lady is not happy and said that is inappropriate. If you have time please call me.

I ended trying to keep the girl here and put Will on the phone to hear her complaint, but she left anyways.

This was a breach of duty of care.

This is why I stated to the courts that new persons were needed and if not, it needed to be sold.


## March 3rd, 2026

The Mental Health technicians were complaining that there was no schedule for the girls that step down for the last level of the 6-month program. They stated that the girls had one group per day and sometimes the girl teaching would call off and a lot of times they would go into the group and they were watching movies.

I was in charge of the MHT department and they must have a schedule. I asked the MHT to contact the Clinical Director and request for the schedule. I also ask one of the MHTs to sit in during the Instructors group.  The girl reported to me that they were watching a show that had nothing to do with the class.

I did ask some of the residents about some of the curriculum that I had purchased and about the parenting program. It seemed as though they were not familiar or doing some of the classes that they should be doing.

These are things that needed taken care of right away to keep us compliant.

I called the Utilization nurse to do an audit of this supportive counselor to see if the supportive counselor was noting the groups properly for these classes and if the girls were getting their acquired 5 hours a week of clinical.

She looked into it and there should have been 80 hours of notes for the number of persons in that group times hours per person. There were only 20. I was told later that Will instructed her to not do another audit.

I also wondered if a schedule had been sent into the state an approved. This has to by their regulations.

I had called my contact, the head of the sub waiver program for addiction and he state that one had been sent but it was unreadable. He asks for a new one he could read and it was never sent.

Instead of listening to what I was trying to tell the Will (CRO) that we are being uncompliant and that I was concerned and wanted to make sure that the board was responsible for what was going on . I had at one point I think via phone stated I wanted to make sure before the judge that my board was not responsible.

**March 3rd 2026 11:33 am via text**

**William Fredrick (CRO) to Sharon "Marie" Travis**

**Marie you need to stop interrogating the staff and residents regarding curriculum. Your responsibility is overseeing the Kitchen and MHTs. FYI- the schedule was sent to Keith King a few weeks ago. KMs notes are fully up to date. If you have other problems that you would like to write to the judge, let me know.**

Again, I just had an audit done by the utilization nurse about KM and all her notes were not done, I will send the email from Keith King ahead of the sub waiver program stating he received a picture of it and could not read it. Ask for another one and it did not come. My team of MHTs never had a schedule. You cannot bill for non-clinical groups and movies can not be used as a group if it is not a clinical video. If you do that is fraud. I will send you the email on that from Keith King.

**March early in the month, Robert Johns Trustee arrives**

I try to explain to him how the Nurse practitioner is harassing me and that she was not doing her job. He states well we need her license. I meet with him, Will and Tara (HR)about the taxes that are owed.

I tell him about the concerns of the residents not getting the classes they need in our six-month program, I explain my concern with the notes not getting done, persons getting kicked out and resident care.

He comes back one day and states that he needs more intakes and I explained we had 44, but the clinical staff kicking people out, nursing delaying intakes and nurses making errors on insurance that is causing the low census.

He talks to me about getting the nurse's mother to do intakes. I said why don't you hire a full-time intake. He stated that the nursing is wanting it all in their department. I said that is not a good idea at this time and that I have brought in more residents than any other intake has. He wanted me to help her and do grants.

I state I am concerned fraud is being had by not doing notes he assures me that you have to intentionally be doing something to be fraud. I am still concerned.

**March 14th 2025 there is a power outage that I have to take the lead because no one is following protocol.** Compliance is being broken but I come in to get everyone in place and keep the Trustee informed and the CRO. I will talk about this in a second motion before the court concerning the harassment, bullying and humiliation done by the Nurse Practitioner.

**March 18th, 2026 8:14 pm by texted**

**Sharon "Marie" Travis**

**Bob do I get paid for what was owed to me after the chapter 11 was filed? I will be submitting what is totally owed to me to the courts. I am wanting to make sure that my board members are not responsible or liable for decisions made after you or will are appointed. I have my whole life in to this place. You seem not to want or need my help. I was hoping to retire in a couple months. It is hard watching my business go down in flames. I am seeing one mistake after another and no matter what facts I show you or Will, it is ignored because you believe she is more vital to this company than me. Because the way the company is being ran, we could be shut down, lose our insurance companies or joint commission. I was hoping for a better outcome, but I am not seeing it. I was hoping to get paid for a while before retiring. I know a plan has not been put together to pay everyone back. You said you could not afford a proven intake specialist. Well if they are good then they will bring them in, like you believe I am not, then they will pay for themselves. You bring an inexperienced intake person then you will go from bad to worse. I do not want to write grant for a company that has no direction. A grant reflects a vision and a plan. It is not as simple as you think. I am a great grant writer. I would rather be a part of a new company that breath fresh blood an experience. You are being used to hurt me. I do not want any part of it. I am not putting my resignation in at this time. I will continue to oversee the Mental Health Technitions, the cleaning as Will had me doing. I will no longer do intake. That was a volunteer position to begin with. If you are going to fire me let me know so I can report to the courts, He ask me to teach you what I know. If that is not happening then the courts need to know.**

**Friday March 20th 2026**

**The Trustee comes in and meets with me at the administrative office. He tells me that is I want to call the judge then go ahead. I can tell he is mad. He then tells me that there is a complaint made against me and that OHFLAC told them that as long as I am out of the building during the investigation that they will not site the facility. I am told that I am**

accused of driving recklessly with the resident when I transported them to the cabin. I am told that I said that the girls were homeless before so they should not be cold.

I was told by two important persons that sent people to us that they are no longer sending people or referring people.

One mom called me and stated her daughter that was at Serenity Hills at the time stated to her that they are trying to push Ms. Travis out and she is the only one that cares about us.

I had also filed a complaint of harassment and bullying against the nursing department and this will follow up tomorrow. I have not been fired yet, but my email access was given to the nurse practitioner with all my private information and access to the information proving all of her harassment.

I will discuss this in the complaint of Harassment and retaliation to the court being sent tomorrow.

**IN THE UNITED STATES BANKRUPTSY COURT**

**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**IN RE:**

**Heart 2 Heart, Inc Case No 25-00087**

**Debtor Chapter 11**

**5/01/2026**

**TO THE COURTS CONCERNING NON-COMPLIANCE AND BREACH OF DUTY OF CARE WHILE UNDER THE CRO AND THEN TRUSTEE. I AM ON LEAVE AT THIS TIME AND I BELIEVE THAT I AM BEING RETALIATED AGAINST BECAUSE OF MY NON-COMPLIANCE CONCERNS.**

I am writing this letter for my concerns of the facility being run with real compliance issues not being addressed and for my concern of resident care. I have tried to keep the facility compliant by telling the CRO and then the Trustee. I feel like it is more important to keep the status quo and not upset the staff then it is to obey state, federal rules, and quality care.

I am on leave now and I will get into that separately. It has been over a month. I believe that this is in retaliation to what I will present.

I do not know how to copy text showing who they are from. If there is any denial of their existence then will find bring my phone before the court.

I have not been told if our board still exist and my concern that the board might be responsible for the noncompliance issues and I have been stating this throughout the tenure of both the CRO and now the Trustee. As you will see.

I will try to show the continued noncompliance of the staff, but now there is no one keeping them compliant. I was told when I was concerned to do what is best for the company by the Trustee. He stated it is only fraud in you do it intentionally.

**CRO was assigned in December, came in one time and then made his presence the first of January.**

February 1, 2026, I ask for an audit to be done by the utilization nurse, because I knew that the current staff had a habit of not keeping up with their notes which were crucial to resident care, and state compliance. If you are audited by the Medicaid you would owe money back. In the past if I found out they did not do their notes, they were given a short time to do there notes. If they did not get them done they could be fired. I did fire a staff member for that very reason.

The audit was a total fail.

**February 1ˢᵗ,2026 email sent from utilization nurse who did the audit. She includes all the missing notes. (Which was too many and horrific. I do not want to put it before the court for HIPPA reasons) See Utilization Nurse states the following:**

**Utilization Nurse email to Clinical Team and the CRO.**

**Good evening, Team,**

**I am writing to formally express my concerns regarding current group service hours and associated documentation for January's dates of service. Based on recent reviews in preparation for requesting authorization for services, I noticed documented group hours reported do not consistently align with billing standards for minimum group hours per week. Documentation in several instances does not meet required compliance criteria. Accurate reporting of group hours and thorough, timely documentation are essential to meet payer requirements and to also protect both our clients and ourselves professionally within our organization. Failure to meet these standards places us at risk for additional audits, claim denials, potential recoupments, and other legal issues, which I (and I believe all of us, for that matter), would like to avoid. As I understand, level 3.1's requires a minimum of 5 hours of group per week, and level 3.5's require a minimum of 15 hours of group per week (Michelle, please correct me if I am inaccurate). Keep in mind, this list does not account for any times the clients may have not been available for services for doctor's appointments/hospitalizations, court, etc. (I did not see any notes within the group documentation indicating lack of services for those specific reasons). If any additional documentation for missing groups can be added into MedEZ, I would greatly appreciate the assistance.**

**Medical Biller:** After seeing this the medical biller said she would not bill unless the Clinical Director signed off weekly that all notes were being done. Nobody would get paid if she did not.

**February** the results of an audit request for information on April 6, 2025 came back by an insurance company. The Nurse Practioner (Medical Director) did the audit and did not send the correct information. They looked at 30 residents between 2023 and 2024. This was when Sarah Dean was the Clinical Director and Robert Boles was the Compliance officer (court witnesses). Making sure this was done correctly originally was their responsibility. It was a total fail.

I told Will that I knew exactly what they were looking for and instead he let the Nurse Practitioner do it again. It came back a complete fail again. The Insurance company called me yesterday 4/28/2026.

We now owe a 6 figure amounts back to the insurance company. I know what they needed, but Will (CRO) believed The Nurse Practitioner understood it more that me and she did not.

**On February 18ᵗʰ** the hearing about the trustee being appointed. The CRO admitted we had 44 residents.

Nursing – A separate Motion will show delays in accepting residents for admission.

**February 23ʳᵈ, 2026 8:05 am**

**Marie Travis: text message to Will Frederick the CRO:**

**I am going to get blood work today. Not well. I try to do get assessments done, but I am sure this program is being destroyed from the inside and it is deteriorating. I believe a new company needs to take over. Hopefully someone that will allow the girls in there to finish their treatment. I get girls in here and bad decisions, and kicking people out, we are at 32. I brought almost eight in in one week. This is ridiculous.**

**My concern is that you are not addressing the unprofessional toxic behavior of some of the employees. Did they catch up with their notes, did you send the notes from the committees and address what was important? What is my role at this time? The judge said I am the CEO, but what does that mean.**

**Will Fredericks – Text to Marie Travis: I did. Your role is the same it has been for the last 3 weeks.**

**March 3rd, 2026 8:30 am**

**Sharon "Marie" Travis to William Frederick CRO:**

**Did you make the decision to kick the two girls out? Do you know when nurses make the wrong decisions that we always keep them until we change it back over, which is easy to do. One is court ordered for 6 months. We lost over 30 thousand dollars.**

I mention this in a text message because they were kicking out persons they should not kicked out and here are the examples.

1.  We had 2 women come in with traditional Medicaid (which we accept) from jail in which the nurse has to change them to an HMO insurance or it could turn into an insurance we do not take. The girls or at least one was court ordered here for six months. The nurses did not turn their insurances over in a timely manner and they turned into an insurance we did not accept. If the nurse makes a mistake then we have to eat the loss for the month until the insurance gets turned to one we do. Will ordered the 2 girls to be kicked out of the program. Which is unethical to the well being of the resident, does not sit well with the courts, plus it was a loss of the 5 months of income. I called the temporary place the one girl was at and got her back eventually. The other found a bed.

2.  A woman who filed a complaint against the clinical director for bullying her and humiliating her, was kicked out shortly after the complaint. There was no proper investigation done.

3.  A serious complaint was made against the nurse practitioner by a resident and no investigation was done.

4.  A resident who went to a higher level of care because of need, came back. She was having a hard time and felt like she needed to go back to the higher level of care. She stated that if she could not go back because she mentally felt she needed to, that she would leave against medical advice. The Clinical director released her onto the streets instead of sending her for proper evaluation to see if she needed readmitted.

5.  There was a resident that came in with extreme trauma that was not properly evaluated and kicked out of the program for her behavior. She should have been properly

evaluating by a Psychiatrist for her resent traumatic situation. The courts sent her there because her trauma was a public case, in which the courts wanted her to get help. She is now in jail. I prompted the staff to send a letter to state that she needed a higher level of care if they believed she needed it. They believed she needed it and sent a letter to the courts. If she got the care she needed and was put on the proper medications, we possibly could have avoided this.

6. A woman who came in from another 28-day rehab that was given a small dose of a medication because of nerves and was sent out to detox. The Psychiatrist from the other facility she came from stated that she did not need detoxed, but our nurse sent her out to detox. She showed no signs of needing detoxed by the persons transporting her. We lost the girl and she never came back. The Doctor from the previous detox sent a letter to us confirming this she did not need detoxed.

7. A resident left the facility because she stated that the Clinical Director act like he did not want to be there and when one of the residents stated there was not structure there he agreed with her. Her parole officer called me and stated how unprofessional that was

Saturday February 7th 7:15 text from Sharon Travis to Will Frederick the CRO

I state: Will I just got a call from a PO and the Clinical Director is bad mouthing the program to a client. This lady is not happy and said that is inappropriate. If you have time please call me.

I ended trying to keep the girl here and put Will on the phone to hear her complaint, but she left anyways.

This was a breach of duty of care.

This is why I stated to the courts that new persons were needed and if not, it needed to be sold.

**March 3rd, 2026**

The Mental Health technicians were complaining that there was no schedule for the girls that step down for the last level of the 6-month program. They stated that the girls had one group per day and sometimes the girl teaching would call off and a lot of times they would go into the group and they were watching movies.

I was in charge of the MHT department and they must have a schedule. I asked the MHT to contact the Clinical Director and request for the schedule. I also ask one of the MHTs to sit in during the Instructors group. The girl reported to me that they were watching a show that had nothing to do with the class.

I did ask some of the residents about some of the curriculum that I had purchased and about the parenting program. It seemed as though they were not familiar or doing some of the classes that they should be doing.

These are things that needed taken care of right away to keep us compliant.

I called the Utilization nurse to do an audit of this supportive counselor to see if the supportive counselor was noting the groups properly for these classes and if the girls were getting their acquired 5 hours a week of clinical.

She looked into it and there should have been 80 hours of notes for the number of persons in that group times hours per person. There were only 20. I was told later that Will instructed her to not do another audit.

I also wondered if a schedule had been sent into the state an approved. This has to by their regulations.

I had called my contact, the head of the sub waiver program for addiction and he state that one had been sent but it was unreadable. He asks for a new one he could read and it was never sent.

Instead of listening to what I was trying to tell the Will (CRO) that we are being uncompliant and that I was concerned and wanted to make sure that the board was responsible for what was going on . I had at one point I think via phone stated I wanted to make sure before the judge that my board was not responsible.

**March 3rd 2026 11:33 am via text**

**William Fredrick (CRO) to Sharon "Marie" Travis**

**Marie you need to stop interrogating the staff and residents regarding curriculum. Your responsibility is overseeing the Kitchen and MHTs. FYI- the schedule was sent to Keith King a few weeks ago. KMs notes are fully up to date. If you have other problems that you would like to write to the judge, let me know.**

Again, I just had an audit done by the utilization nurse about KM and all her notes were not done, I will send the email from Keith King ahead of the sub waiver program stating he received a picture of it and could not read it. Ask for another one and it did not come. My team of MHTs never had a schedule. You cannot bill for non-clinical groups and movies can not be used as a group if it is not a clinical video. If you do that is fraud. I will send you the email on that from Keith King.

**March early in the month, Robert Johns Trustee arrives**

I try to explain to him how the Nurse practitioner is harassing me and that she was not doing her job. He states well we need her license. I meet with him, Will and Tara (HR)about the taxes that are owed.

I tell him about the concerns of the residents not getting the classes they need in our six-month program, I explain my concern with the notes not getting done, persons getting kicked out and resident care.

He comes back one day and states that he needs more intakes and I explained we had 44, but the clinical staff kicking people out, nursing delaying intakes and nurses making errors on insurance that is causing the low census.

He talks to me about getting the nurse's mother to do intakes. I said why don't you hire a full-time intake. He stated that the nursing is wanting it all in their department. I said that is not a good idea at this time and that I have brought in more residents than any other intake has. He wanted me to help her and do grants.

I state I am concerned fraud is being had by not doing notes he assures me that you have to intentionally be doing something to be fraud. I am still concerned.

**March 14th 2025 there is a power outage that I have to take the lead because no one is following protocol.** Compliance is being broken but I come in to get everyone in place and keep the Trustee informed and the CRO. I will talk about this in a second motion before the court concerning the harassment, bullying and humiliation done by the Nurse Practitioner.

**March 18th, 2026 8:14 pm by texted**

**Sharon "Marie" Travis**

**Bob do I get paid for what was owed to me after the chapter 11 was filed? I will be submitting what is totally owed to me to the courts. I am wanting to make sure that my board members are not responsible or liable for decisions made after you or will are appointed. I have my whole life in to this place. You seem not to want or need my help. I was hoping to retire in a couple months. It is hard watching my business go down in flames. I am seeing one mistake after another and no matter what facts I show you or Will, it is ignored because you believe she is more vital to this company than me. Because the way the company is being ran, we could be shut down, lose our insurance companies or joint commission. I was hoping for a better outcome, but I am not seeing it. I was hoping to get paid for a while before retiring. I know a plan has not been put together to pay everyone back. You said you could not afford a proven intake specialist. Well if they are good then they will bring them in, like you believe I am not, then they will pay for themselves. You bring an inexperienced intake person then you will go from bad to worse. I do not want to write grant for a company that has no direction. A grant reflects a vision and a plan. It is not as simple as you think. I am a great grant writer. I would rather be a part of a new company that breath fresh blood an experience. You are being used to hurt me. I do not want any part of it. I am not putting my resignation in at this time. I will continue to oversee the Mental Health Technitions, the cleaning as Will had me doing. I will no longer do intake. That was a volunteer position to begin with. If you are going to fire me let me know so I can report to the courts, He ask me to teach you what I know. If that is not happening then the courts need to know.**

**Friday March 20th 2026**

**The Trustee comes in and meets with me at the administrative office. He tells me that is I want to call the judge then go ahead. I can tell he is mad. He then tells me that there is a complaint made against me and that OHFLAC told them that as long as I am out of the building during the investigation that they will not site the facility. I am told that I am**

accused of driving recklessly with the resident when I transported them to the cabin. I am told that I said that the girls were homeless before so they should not be cold.

I was told by two important persons that sent people to us that they are no longer sending people or referring people.

One mom called me and stated her daughter that was at Serenity Hills at the time stated to her that they are trying to push Ms. Travis out and she is the only one that cares about us.

I had also filed a complaint of harassment and bullying against the nursing department and this will follow up tomorrow. I have not been fired yet, but my email access was given to the nurse practitioner with all my private information and access to the information proving all of her harassment.

I will discuss this in the complaint of Harassment and retaliation to the court being sent tomorrow.

Sharon Travis

5/1/2026

## M Gmail

Sharon Travis <serenityhillscenterceo@gmail.com>

---

## Heart 2 Heart

2 messages

---

**Sharon Travis** <serenityhillscenterceo@gmall.com>                          Wed, Mar 25, 2026 at 2:13 PM
To: rjohns@johnswvlaw.com, Frederick Will <wfrederick@meridianmp.com>

--Dear Bob,

I wish you could understand that Serenity Hills Life Center needs to come to a close, and Heart 2 Heart Volunteers Inc. needs to stay in the hands of the founder. You only know of me through the consequences of the shutdown and reopening that have brought us. This would include the targeting of OHFLAC and Chapter 11. It also allowed former fired employees to cause problems because everything was public. Our facility ran beautifully until the incident, and two new employees caused problems.

The text I sent you was not to threaten you, but to express my real concern about the compliance of the facility and the responsibility and harm it would cause to the facility and the laws being broken. You are right, you have to know you are committing fraud, but if you know your mistake and do not report it, it then becomes fraud. These are payments being made.

I truly believe that the property needs to be sold at the Heart 2 Heart Volunteers dba Serenity Hills Life Center to pay off the debts to a capable and good company. I truly believe that Serenity Hills Life Center could satisfy the debtors, and we could then come out of bankruptcy.

Both companies seem okay with Heart 2 Heart holding on to the sober house and some of the property, which could be carved out. I might have a previous plot that already has the division.

Heart 2 Heart Volunteers Inc. does not want to be involved in anything under the state. We do not want to lose our lawsuit against the state, in which we have a right. Serenity Hills Life Center is not the only program that we have. We do a lot of great volunteer work for the sick also, we have the sober house house and we have the QRT grant for first responders, which continued after we closed temporarily. See the links to our other websites, podcasts, and work that we do. I will send this information also to the court. We would like to go back and continue in these works with our current board in place, see below.

https//www.heart2heart-livingfree.com

Serenityhillslifecenter.org

https://positivelywv.com/s=sharon+travis&et_pb_searchform_submit=et_search_proccess&et_pb_include_posts=yes&et_pb_include_pages=yes

**Marie Travis "CEO"**
**Serenity Hills Life Center**
**304-277-4657 Ext 104/ 304-971-4171 Fax**
**667 Stone Shannon Rd. Wheeling Wv 26003**

---

**Sharon Travis** <serenityhillscenterceo@gmail.com>                          Thu, Mar 26, 2026 at 2:41 PM
To: rjohns@johnswvlaw.com, Frederick Will <wfrederick@meridianmp.com>



Sharon "Marie" Travis

304-281-0474

4/7/2025

To whom it may concern,

I believe it was about the 20th of March that I was asked to leave the building because there had been a call into OHFLAC with a complaint. I was told verbally that the complaint was about me almost hitting a Semi and also me making a statement about the woman being homeless and being able to handle the cold. I was told that OHFLAC stated that if I were taken out of the building during this investigation, Serenity Hills Life Center would not be cited. This is highly unethical on their part, and they have no laws in their code about this, and neither do we have anything in our code stating that I am to be removed for what I was verbally accused of. No resident was in danger. I sent you a ruling against OHFLAC stating that very same thing from a judge in 2022.

I did not receive a written notice detailing why I was being investigated or a time frame for its completion. I did not receive anything. I have not been updated.

All staff accused of anything must be treated equally. I feel I am being discriminated against and retaliated against.

I have asked to be able to come in and get my files ready for the courts because I am owed a lot of money. I am not at the building near the residents. I would just be working on getting all of my information for the courts, and it is going to take a lot of work because we are talking 5 years back, and some of the information is filed upstairs.

I have a lot of money owed to me, and also money owed to me for wages and reimbursements for purchases for the business. I also refinanced my car for payroll, which was 21,000 dollars.

I have no savings because it was all given to Serenity Hills, and we would have probably been closed a long time ago if it were not for my financial help in many ways.

The employees at the facility were told not to speak to me. This was done in the presence of Bob, Sheila, and the Clinical Director. We have never told employees that they could not speak to other employees under investigation. We had a counselor under investigation, still doing groups.

This is humiliating me and treating me as though I am guilty. I should have been allowed to continue my work and told not to discuss the investigation with staff.

I also need to know the results because if I am fired, I will need to be paid for the money owed to me by the company, and to be able to get the equipment in the kitchen and elsewhere I have allowed them to use, and other stuff belonging to me at the building.

I will be filing complaints here to you and expect them to be treated the same way that mine was and still is. Persons that I had complained about and situations with no consequences.

If any of these complaints have to do with my daughter. I had talked to Will about this before the complaint. Which I will not speak about that in this letter.

I am asking you to come up and get my documentation, which includes access to my email while doing everything, because that is the email that I used. I am asking for a clear description of what the complaints were and who made them, so I can address them properly. I have no power to retaliate and can not fire anyone. I have never done that in the past.

I have legal rights, and this treatment is undeserving. It has caused me much harm and humiliation.


Sincerely,

Sharon "Marie" Travis



# Gmail

Sharon Travis <serenityhillscenterceo@gmail.com>

## Schedules

*Exhibit C*

King, Keith <keith.king@wv.gov>
To: Sharon Travis <serenityhillscenterceo@gmail.com>

Tue, Mar 3, 2026 at 12:40 PM

They sent a picture of a schedule back in the early part of Feb, but it was unreadable, I asked them for another one in a Word or PDF format and have not received it.

**A picture containing text, clipart Description automatically generated**

**Keith King**
1115 Waiver Program Manager
Bureau for Medical Services
West Virginia Department of Human Services
350 Capitol Street Rm 251
Charleston, WV 25301-3706
P: 304-352-4307
F: 304-558-4398

NOTE: The information contained in this electronic message is legally privileged and confidential under applicable state and federal law and is intended for the individual named above. If the recipient of the message is not the above-named recipient, you are hereby notified that any distribution, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Keith King, Bureau for Medical Services, and discard this communication immediately without making any copy or distribution.

[Quoted text hidden]

 **Gmail**

No. 5:25-bk-00087    Doc.2̶8̶7̶    Filed 05/04/26    Entered 05/04/26 17:12:43    Page 20 of 33

Sharon Travis <serenityhillscenterceo@gmail.com>

---

## Recovering some of my stuff and getting the documentation that you have.

---

**Sharon Travis** <serenityhillscenterceo@gmail.com>                    Thu, Apr 23, 2026 at 12:02 PM
To: rjohns@johnswvlaw.com, Tara Singer <accountant@serenityhillslifecenter.org>

I will be coming in for documentation and a copy of the receipts that are needed for the courts. This will happen on Monday, the 27th of April 2026. If you have an objection to this, please provide the reason why you are objecting, the reason why that reflects the current policies concerning investigations, and how putting me on leave reflects the policies. If they changed, when and why. Was everyone trained on these policies? Was I made aware of these policies before being put on leave?

I am also coming to get some of my personal things that belong to me. I can not make a list because over 9 years in the office, I never kept count. You are welcome to have someone observe me. I will also be making an active effort to get my personal stored items and also to get my items used by Serenity Hills, and I expect my property to be secure and not stolen or touched.

I will expect an answer by tomorrow, Friday, the 24th of 2026. If I receive no answer, then I will presume that it is okay.

Thanks,

**Marie Travis**
**Serenity Hills Life Center**
**304-277-4657 Ext 104/ 304-971-4171 Fax**
**667 Stone Shannon Rd. Wheeling Wv 26003**

No. 5:25-bk-00087   Doc 257   Filed 05/04/26   Entered 05/04/26 17:12:43   Page 21 of 33

 

**Sharon Travis <serenityhillscenterceo@gmail.com>**

# Recovering some of my stuff and getting the documentation that you have.

**Bob Johns** <RJohns@johnswvlaw.com>                                Fri, Apr 24, 2026 at 2:58 PM
To: Sharon Travis <serenityhillscenterceo@gmail.com>, Tara Singer <accountant@serenityhillslifecenter.org>

Ms. Travis,

You are still on administrative leave and are prohibited from accessing the office.  If you have personal belongings that you need,  once again, please identify them and we will make arrangements to have them boxed and returned to you. Please make arrangements to have a licensed mover, with proper insurance, move your personal belongings, that were moved from your house to the detox area, from out of the facility. Please provide at least seven days' notice.  It makes no sense why these items were placed at the facility in the first place.

Robert L. Johns

Johns & Associates, PLLC

101 Brook Hill Drive

Charleston, WV  25311

(304)720-2312

(304)720-2311 *fax*

*CONFIDENTIALITY NOTICE:*

*This e-mail, including any attachments, is intended for the sole use of the addressee(s) and may contain information legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this e-mail or the information contained herein is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone (304 720-2300) or reply by e-mail, and permanently delete this e-mail from your computer system. Thank you.*

[Quoted text hidden]

 

≡  M Gmail    🔍  Keith King

Compose

| | |
|---|---|
| **Inbox** | 2,257 |
| Starred | |
| Sent | |
| Drafts | 132 |
| Purchases | 45 |
| Travel | 5 |
| More | |

Labels

## Group Supportive Counseling Definition   Inbox ×

≝ Summarize this email

**King, Keith** <keith.king@wv.gov>
to me

The definition of group support counseling Is

Definition: Behavioral Health Counseling, Supportive, Group is a face-to-face coordinated care intervention that is directly related to the assist members in their day-to-day behavioral and emotional functioning. This Is not a professional therapy service, but must supplement In the member's service plan. The objectives of the service must be clearly identified and reviewed at a minimum of each 90 days and at

1. Consistently augment other coordinated care services being provided by the agency and, if possible, services being provided to the m

2. Promote application and generalization of age appropriate skills such as problem solving, Interpersonal relationships, anger managem

3. Assist the individual as he or she explores newly developing skills as well as Identifying barriers to Implementing those skills that are re

This is the definition of supportive group counseling and does not Include basic recreational activities such as crafts or movies.

Keith

A picture containing text, clipart Description automatically generated

Keith King
1115 Waiver Program Manager
Bureau for Medical Services
West Virginia Department of Human Services
350 Capitol Street Rm 251
Charleston, WV 25301-3706
P: 304-352-4307
F: 304-558-4398

NOTE: The Information contained In this electronic message is legally privileged and confidential under applicable state and federal law hereby notified that any distribution, copy or disclosure of this communication is strictly prohibited. If you have received this communicati making any copy or distribution.

( Reply )  ( Forward )  ( ☺ )

 

Sharon Travis <serenityhillscenterceo@gmail.com>

## Admission Information- AM

**SamanthaGroh** <utilizationnurse@serenityhillslifecenter.org>               Fri, Sep 27, 2024 at 10:34 PM
To: "serenityhillscenterceo@gmail.com" <serenityhillscenterceo@gmail.com>, Robert Boles <complianceofficer@serenityhillslifecenter.org>

Angela M. was admitted today. I received the ASAM from Sheila. I do not see a medication list in MedEZ. When I went to access the initial assessment, part of the document is missing; listed as pending. I am missing some information needed to submit to Kepro, if someone could either send me the following responses, or the pre-admission assessment. I cannot submit a request until this information is received.

If she is court ordered and the copy of the court order-

Medication list-

If client has ever been admitted to a psychiatric facility (not rehab)-

If she's ever had CPS involvement-

How many years of education she has-

Any symptoms- anxiety, depression, suicidal thoughts, obsessions/compulsions, manic, aggressive, etc?-

Thank you!
Sam!

# Samantha Groh, BSN, RN

Utilization Review Nurse

Serenity Hills Life Center

667 Stone Shannon Road

Wheeling, WV 26003

740-310-3425 (Phone)

304-971-4171 (Fax)

No. 5:25-bk-00087    Doc 257    Filed 05/04/26    Entered 05/04/26 17:12:43    Page 24 of 33

No. 5:25-bk-00087   Doc 257   Filed 05/04/26   Entered 05/04/26 17:12:43   Page 25 of 33

 Gmail

Sharon Travis <serenityhillscenterceo@gmail.com>

## HIPAA Violation

**Sharon Travis** <serenityhillscenterceo@gmail.com>                    Thu, Apr 16, 2026 at 11:53 AM
To: Tara Singer <accountant@serenityhillslifecenter.org>

I was just called by the mother of a resident who was just kicked out of the program. I was told that when they asked who Marie is, Stacy said that I was on administrative leave. I do not believe that she was legally allowed to say that.

**Marie Travis "CEO"**
**Serenity Hills Life Center**
**304-277-4657 Ext 104/ 304-971-4171 Fax**
**667 Stone Shannon Rd. Wheeling Wv 26003**



Sharon Travis <serenityhillscenterceo@gmail.com>

## Money owed to Sharon Travis for 2025

**Sharon Travis** <serenityhillscenterceo@gmail.com>                    Fri, Apr 17, 2026 at 12:15 PM
To: Tara Singer <accountant@serenityhillslifecenter.org>

This came directly out of my account. I know that not all the Krogers are for Serenity Hills Life Center. Not everything is for Serenity Hills. I know all Dollar Tree and Dollar General are. I know most of the Riesbecks are, and some Krogers. There are also obvious ones, like the ones for drug tests, and there are also some Walmart.

Please tell me which ones you have receipts for. I would also like to come up and get it done myself. It is a conflict of interest to rely on a company that owes me money to be accurate. If I do not get to do that or receive timely cooperation, I will take it to court and may have to hire an attorney.

I will be sending the rest from 2020 to 2025

I would like to do this amicably.

**Marie Travis "CEO"**
**Serenity Hills Life Center**
**304-277-4657 Ext 104/ 304-971-4171 Fax**
**667 Stone Shannon Rd. Wheeling Wv 26003**

---

 **Money owed to Sharon Travis update.docx**
52K

 

**Sharon Travis <serenityhillscenterceo@gmail.com>**

## My personal accounts

**Sharon Travis** <serenityhillscenterceo@gmail.com>       Tue, Apr 21, 2026 at 4:53 PM
To: Tara Singer <accountant@serenityhillslifecenter.org>, rjohns@johnswvlaw.com, wfrederick@merdian.mp.com

I am sending this email to let you know that my personal Amazon account is being used to try to place orders for Serenity Hills. These accounts were opened a long time ago in my name. Did I use them to order some business items? Yes, but let's be clear, they are not Serenity Hills Life Centers' account. They were opened for me and used by me. Anyone trying to use any of my accounts will be prosecuted. An order was placed, but was not verified for handwashing. Tara, please go around and make sure no one has access to my computers, since my personal information was left open on some computers, leaving my identity vulnerable, because I had to leave so suddenly without securing my privacy. This also includes Walmart or any other account in my name. Serenity Hills needs to start accounts in the trustee's name, not mine.

--

**Marie Travis "CEO"**
**Serenity Hills Life Center**
**304-277-4657 Ext 104/ 304-971-4171 Fax**
**667 Stone Shannon Rd. Wheeling Wv 26003**



Sharon Travis <serenityhillscenterceo@gmail.com>

## Recovering some of my stuff and getting the documentation that you have.

Sharon Travis <serenityhillscenterceo@gmail.com>                          Mon, Apr 27, 2026 at 11:35 AM
To: Bob Johns <RJohns@johnswvlaw.com>, Tara Singer <accountant@serenityhillslifecenter.org>

You did not answer any of my questions but one, nor did I get answers through HR, but I will have the courtesy to answer you. I left stuff in the future detox area because we were going to have an auction of my stuff and the facility to raise money. I was also going to invite the neighbors to set up auction tables. This was a way to build community with our facility. This would have been a yearly event, but too much was going on at the time, and it did not happen. On top of that, I had to file Chapter 7 for myself because I signed for Heart 2 Heart Volunteers Inc. debts, and they had put a lien on my house. Therefore, unless I filed Chapter 7, my house could not be sold, and I had good credit. I would think that at the time, that would be the least that Serenity Hills could do for me. On top of all of this, I have my dining room table in the farmhouse that Serenity Hills Life Center is using as a boardroom table, a commercial freezer, and a regular refrigerator that is used in the facility Kitchen and also my freezer is at the farmhouse, and a large one is at the Sober living house. These were to help out the facility. I did not know we would be taken over by a trustee.

You surely answered this, but when asked about the complaint that I sent in on the harassment and lies told by the nurse practitioner and the nurse supervisor, there is no update on whether an investigation is being done. There is no way that after being there for 8 years, a place that I was more than my own home, that you would expect me to remember everything that I have there,

I do not know what your so-called strategy is here, but all this started after I told you that I was going to the judge about my concerns regarding how the facility was being run and its compliance. A day or two later, you come in angry and tell me to go ahead and reach out to the judge, then I am told that I am under investigation for so-called driving recklessly and almost hitting a semi on my transportation of residence, and a statement of telling the residents that they were homeless and they should know what it is like to be cold. In which neither happened. I am also told that the OHFLAC tells you that if I leave during the investigation, the facility would not get cited. This is all against our policies and not allowed by OHFLAC to pull a blackmail move.I believe you are retaliating against me and trying to find something on me.

I get calls from a mother telling me that her daughter told her that they are trying to push Miss Marie out, and she is the only one who cares about us. Who is stating what to residents so that they can see what everyone already knows is happening? I am also told by this mother in court that when asked who I am, the Casemanager states that I am on administrative leave. That is a Breach of Confidentiality that I reported, and no one told me it was addressed. I get calls from two top persons who say that they are not sending anyone there anymore because of the way it is being run now.

I also heard that the former compliance officer, who testified falsely under oath, has been up at the facility. I am getting ready to present to the court the documentation showing he lied under oath. My concern is that you are trying to find something on me in retaliation for my stating that I was going to the judge to make sure my board was no longer responsible for the compliance of the facility under the control of others, appointed by the court.

This is unfortunate. I truly took seriously what the judge had tasked me with. He tasked me with helping you, and I really tried to do that. You decided to listen to someone who you agreed wanted me fired, and you gave her my email with the evidence of her harassment. I am still an employee here any intake information could have been provided by me from the email. That was the only email I used with resident information. to be HIPAA compliant.
[Quoted text hidden]
--
## Marie Travis "CEO"
[Quoted text hidden]

No. 5:25-bk-00087    Doc 257    Filed 05/04/26    Entered 05/04/26 17:12:43    Page 29 of 33

 **Gmail**

Sharon Travis <serenityhillscenterceo@gmail.com>

# Recovering some of my stuff and getting the documentation that you have.

**Sharon Travis** <serenityhillscenterceo@gmail.com>        Mon, Apr 27, 2026 at 1:43 PM
To: Bob Johns <RJohns@johnswvlaw.com>, Tara Singer <accountant@serenityhillslifecenter.org>

Also as far as a licensed movers.I am broke Mr. Johns because all my money is held up in the facility before the Chapter 11 late 2020 to 2025. I took no money from 2014 to 2018 to run the non-profit because I had a disability and did not know if I could handle working as needed. So I could stay home when I was sick. In late 2020 I started to go into full remission and decided to work full time instead of volunteering when I could. I did it because of my faith and my disability. I obviously can not get the money owed to me after the Chapter 11 was filed because you have access to the receipts proving that to the courts. I also do not have access to the receipts for all those years before chapter 11 because you are not giving me access.

 Let's go over this. After the closing in march 22, I paid for the fight against the state and used up all of my savings to pay for lawyers, payroll for the few employees that were there and the facility bills to protect the integrity of the building. While it was closed and not all was paid back. After opening, I paid for many of the residents' needs because there was not enough money, paid for things to be fixed because there was not enough money, paid for payroll and refinanced my car to do that, cosigned for the business when I had good credit. Then I had to file bankruptcy because one of Serenity Hills Life Center creditors put a lien on my home when I was trying to sell it. Once I sold my house in 2025, I used my money to help with payroll, bills maintenance and other things, with the money from the sale of my house. On top of all of this the board had voted on my salary to be $ 105,000 dollars a year. I had to defer my salary and take less first, because of COVID and then because of the closing . I could not get Unemployment because I could not try to get a job, because the lawyers had me working on stuff for the appeal for the closing . So I went the whole year also living off the money saved for retirement. Then after opening back up we struggled with no startup money and had to defer my payroll again, sometimes making less than the cleaning staff in order to hire staff needed. Took on jobs like intake so nursing and clinical could have what they needed.

So for you to come in and treat me this way because of a staff that did not like me because I was all business and about compliance . I have had to deal with former employees that are no longer there for good reasons. Most because of serious compliance issues.The former employees are using Chapter 11 to retaliate against me. In conjunction with that I have the state targeting me because of the lawsuit. The head of the OHFLAC who is named in the lawsuit making all the decisions and they usually revolve around a complaint made by a fired employee, disgruntled employee, and residents who are mad about rules. They do this because they know we were closed before and think they can cause trouble again. Then I have the ombudsman reporting on things that have to do with me that she states she discussed with former employees. That are not true. I have been mentally abused, lied about all by people with agendas.

You wonder why at this time that I am upset and all I want is my money owed. If I get fired, I will be out on the streets, I am mentally exhausted and have not been feeling well. I have tests being run on me at this time. Stress is playing a major role in how I feel. I was diagnosed with PTSD and this has me in a very bad place. This is all because I tried to help people in addiction get their lives back. I am 66 and a half and even if I get social security it will not be much because I was disabled for many years and at times in a wheelchair on and off. It will not be enough. It is very important I get to present the evidence of what is owed to me.

You come in and I have been there for 13 years and am the founder of Heart 2 heart Volunteers Inc. and you treat me like I am not an important figure and you listen to someone that you state you need her because of her license instead of me( only there for two years). I was trying to teach you and keep you compliant, but that seems not important. You can retaliate against me if you will. you can give my information and email to a person who wishes me wrong and who I filed a complaint against. I will not stop trying to get justice and the truth.
[Quoted text hidden]

**M** Gmail

## Sara Dean and Robert Boles

**Sharon Travis** <serenityhillscenterceo@gmail.com>                    Thu, Apr 30, 2026 at 6:34 PM
To: Tara Singer <accountant@serenityhillslifecenter.org>, Bob Johns <rjohns@johnswvlaw.com>

I am told by three separate people that Sarah Dean and Robert Boles were at the facility today. I have an ethics complaint against Sarah Dean at this moment before the licensing board, I am also filing a motion against Robert Boles with documentation showing he lied under oath. Sarah Dean use to be my counselor. Mr. Johns you have given access to my private email to a nurse who is best friends with people who went out to harm me and they could have access. You are a lawyer and this is totally causing me harm.

--

**Marie Travis "CEO"**
**Serenity Hills Life Center**
**304-277-4657 Ext 104/ 304-971-4171 Fax**
**667 Stone Shannon Rd. Wheeling Wv 26003**

**M** Gmail

## Sara Dean and Robert Boles

**Sharon Travis** <serenityhillscenterceo@gmail.com>                    Thu, Apr 30, 2026 at 11:17 PM
To: Tara Singer <accountant@serenityhillslifecenter.org>, Bob Johns <rjohns@johnswvlaw.com>

I am being told that things are being released to a lot of ex employee staff, Attached is how I am being attacked in the public by a fake page. That I am on leave is put on Facebook. Robert Boles, wife Tiffany Boles making comments against me that are not true. She states I have two pending charges against me and I only have one. My lawyer states that it is bogus and everyone at the pretrial knew that. As far as me yelling at residents, that was not true and a human rights committee was held and I was found that that was not true by residents on the human rights committee questioned without me there by Will. The man on there I do not know. I think this was all a fake set up to harm me, attached is the Facebook page. This is being sent to the court tomorrow.

[Quoted text hidden]

---

**2 attachments**



**Tiffany Boles, Robert Boles wife.PNG**
125K



**Email showing the investigation on facebook.PNG**
505K



**Cathy Conners**
Mar 25 · 🌐

Sharon Travis was kicked out of Serenity Hills Life Center pending an investigation.

I bet the atmosphere there is finally calm and peaceful without the wicked witch.

 10      12     ↗ 2       



**Cathy Conners**
Mar 6 · 🌐

Sharon has lost all control over Serenity Hills Life Center. Praise God!

No. 5 25-bk 00087   Doc 230   Filed 03/05/26   Entered 03/05/26 15 04 54   Page 1 of 1



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re:
Heart 2 Heart Volunteers, Inc.,
Debtor

Case No. 25-00087

Chapter 11

**ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE**

The Court having considered the Application of the United States Trustee for entry of an
Order approving appointment of Robert L. Johns as Chapter 11 Trustee in the above-captioned

at This Means Now

s point:

t L. Johns is fully in control of the
uptcy estate.

means he now has authority to:





11:29

**Messenger**
🔒 mobile.facebook.com  **Done**

‹  **Replies**  🔍

**Dan Womeldorff**
Why all this negative talk about Sharon Travis. She was very, very good to me the last time I was in town.

1mo   Like   Reply                    1 ⓞ

**Tiffany Boles**
**Dan Womeldorff** do good people have 2 pending assault charges? Do good people berate a room full of girls fighting addiction telling them awful things? (It's on the page in court documents)

She is a tyrannical narcissist.

1mo   Like   Reply                    1 ⓞ

**Dan Womeldorff**
**Tiffany Boles** That may be true but she was great in the sack when I visited for a month.

1mo   Like   Reply                    4 👥

**Taylor Elizabeth**
**Dan Womeldorff** you're literally

[🖼] Write a reply...          💬 GIF ☺

‹        ›        ⟳        ⬆        •••