

David L. Bissett
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HEART 2 HEART VOLUNTEERS, INC., | ) | Case No. 5:25-bk-00087 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |

## <u>ORDER</u>

On May 4, 2026, Sharon Travis submitted a filing to the Court regarding the termination of her employment with the Debtor.  Having reviewed the filing, and construing it liberally in Ms. Travis's favor, the court finds it appropriate to docket the filing as correspondence and take no further action.

Therefore, the court does hereby

**ORDER** that the Clerk of Court docket Ms. Travis's May 4 filing as correspondence.  The Court does hereby

**FURTHER ORDER** that no further action be taken with the filing.