**Notice Recipients**

District/Off: 0424–5          User: ad                    Date Created: 5/5/2026
Case: 5:25–bk–00087          Form ID: pdfdoc             Total: 31

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty          Debra Lee Allen

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust          United States Trustee          ustpregion04.ct.ecf@usdoj.gov
tr           Robert L. Johns          rjohns@turnerjohns.com
aty          Anthony Ira Werner          awerner@johnwernerlaw.com
aty          Chad Taylor          clt@simmermanlaw.com
aty          Christopher J. Prezioso          Christopher.J.Prezioso@usdoj.gov
aty          Deborah Fish          dfish@allardfishpc.com
aty          Gary O. Kinder          gary.o.kinder@usdoj.gov
aty          Gwenyth Ann Ortman          gortman@bernsteinlaw.com
aty          Harry Greenfield          hgreenfield@bernsteinlaw.com
aty          John Pizzo          jpizzolaw@gmail.com
aty          John Zachary Balasko          zbalasko@rc.com
aty          Kirk B. Burkley          kburkley@bernsteinlaw.com
aty          Morgan McKee          morgan.mckee@usdoj.gov
aty          Robert L Johns          rjohns@turnerjohns.com
aty          Shari Lynne Collias          shari.collias@usdoj.gov
aty          W. Eric Gadd          EGadd@spilmanlaw.com

TOTAL: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Heart 2 Heart Volunteers Inc.          667 Stone Shannon Road          Wheeling, WV 26003
cr           Partner Community Capital, Inc.          106 W. Washington Street          2nd Floor          Charles Town, WV 25414
             UNITED STATES
cr           Small Business Administration          660 American Avenue, Suite 301          King of Prussia, PA 19406
ombh         Deborah L. Fish          Allard & Fish, P.C.          211 West Fort Street          Suite 705          Detriot, MI 48226
aty          Bernstein–Burkley          601 Grant Street          9th Floor          Pittsburgh, PA 15219
cr           Atlas Acquisitions LLC          492C Cedar Lane, Ste 442          Teaneck, NJ 07666
fa           Meridian Management Partners, LLC          39 Newgate Road          Pittsburgh, PA 15202
op           William Frederick          Meridian Management Partners, LLC          39 Newgate Road          Pittsburgh, PA 15202
intp         Sharon Travis          667 Stone Shannon Road          Wheeling, WV 26003
intp         Tara Singer          667 Stone Shannon Road          Wheeling, WV 26003
sp           Ellen S. Cappellanti          Jackson Kelly, PLLC          PO Box 553          Charleston, WV 25322
aty          Jeffrey A. Grove          Grove, Holmstrand & Delk, PLLC          44 15th Street          Wheeling, WV 26003
aty          Sally E. Edison          Spilman Thomas & Battle, PLLC          301 Grant Street, Suite 3440          Pittsburgh, PA 15219
aty          W. Eric Gadd          Spilman Thomas & Battle, PLLC          PO Box 831          1233 Main Street, Suite
             4000          Wheeling, WV 26003 UNITED STATES

TOTAL: 14