CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF WV

MAY 0 4 2026

Time: 4:30 am/pm

# JOHNS & ASSOCIATES, PLLC

Phone No. **304-720-2300** • Fax No. 304-720-2311
101 Brook Hill Drive, Charleston, West Virginia 25311

May 1, 2026

***Via USPS, Email and Certified Mail***
Sharon Marie Travis
930 Main Street, Apt. 303
Wheeling, WV  26003

> Re:    Termination of Employment / Heart 2 Heart Volunteers, Inc.

Dear Ms. Travis:

The purpose of this letter is to advise you that your employment with Heart 2 Heart Volunteers, Inc. ("H2H") has been terminated, effective immediately.

To review, by Order dated February 19, 2026, the U.S. Bankruptcy Court for the Northern District of West Virginia granted a motion by the United States Trustee for the appointment of a Chapter 11 Trustee.  On March 5, 2026, I was appointed to serve as the Trustee for the bankruptcy estate of Heart 2 Heart Volunteers, Inc.

Following my appointment, I assumed operational control of the organization and quickly developed concerns that your continued service as President and CEO would contribute substantially to ongoing operational deficiencies.  Many of these operational deficiencies were identified during the February 18, 2026 hearing before Judge Bissett.  And I have become aware of additional concerns.  In particular, I learned that several potential referral agencies declined to refer patients to H2H because of your affiliation with the organization.

I also became aware of several resident concerns following a resident evacuation event that was caused by an electrical outage.  Based on the nature of those concerns and my own observations, I chose to place you on paid administrative leave.  I also appointed a special committee to investigate the residents' concerns.  Among other things, the Investigation Committee concluded that your resident interactions have been unprofessional, creating a hostile and unsafe environment.  Additional concerns were noted about your failure to implement the facility's Plan of Correction following several recent OHFLAC investigations.

Based on the foregoing, I have determined that the estate of H2H will best be served by relieving you of duties and terminating your employment.

**Error! Unknown document property name.**

During our prior exchanges, you have indicated that H2H owes you money and that it possesses several items of personal property that belong to you. Because of the bankruptcy estate, you may file a proof of claim, as Judge Bissett noted during the February 18, 2026 hearing. If you have personal effects that you would like to remove from your office, please identify them in writing. Those items that clearly are personal in nature and not belonging to the estate of H2H will be inventoried. We will make arrangements for you to retrieve them at a date and time that I approve.

Because your employment has been terminated, you are no longer authorized to enter upon any premises owned or maintained by H2H without prior approval from me.

If you have any questions or concerns, you are welcome to contact me via email.

I wish you well in your future endeavors.

Very truly yours,

Robert L. Johns, Trustee

RLJ/alm

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF WV

MAY 04 2026

Time: 4:30 ____ am/pm

**Sharon "Marie" Travis**

**930 main Street Wheeling, West Virginia 26003**

**May 4,2026**

Re:  My Termination from employment/ Heart 2 heart Volunteers Inc.

I am writing to address the letter sent me explaining the reasons for my termination.

At the beginning of your letter you say that you quickly developed concerns that my continued service as president and CEO would contribute substantially to ongoing operations deficiencies. You were only here once a week and you were over at the building with the nurse practitioner following her direction. You state that these operational deficiencies were identified during the February 18, 2026 hearing before Judge Bissett.

That is the problem you came in with a preconception of who I am based on things that I am going to prove are not true. No one identified to me that I was still the CEO (except for the judge) or President as you identify that I was. I did not know if our board of directors still existed or not. I was treated like I was the least important person in the building based on false allegations.  I ran this program for 8 years and Heart 2 Heart for 12 years. I wrote the grant that purchased this facility, the grant that purchased the buses, the continual peer grant, wrote every policy, put the program together and bought every single thing in this building. You chose to listen to the nurse practitioner who did not do her job before you came and had her nurse supervisor do most of her work.

The Nurse practitioner  has been harassing me, humiliating me and lying about me to get me fired So, she could take control and her plan worked. I had made verbal; text messages to you and Will, that I was being harassed and you did nothing because you said that you needed her license. I finally filed a formal complaint and you did nothing. You gave my email over to the persons that I claimed were harassing me. You gave my email over to a person you know wanted me fired and that I filed a claim of harassment against. This is a serious breach of my confidentiality and I believe was an act of retaliation. You were told by both me and the HR that that was my email. I find out that Sheila Weese has brought in to the office others who have been harassing me. One is Robert Boles, that gave false testimony before the court that I just presented evidence Friday. You also have had Sarah Dean that has an ethics complaint against her. They have access to my personal account, because they are friends with Sheila.

I informed you, The CRO, and the ombudsman of continued serious compliance issues and you continued to ignore it and many times things were covered up. The judge was only reported things of not a serious nature, while she did not report the serious actions that were taking place. Actions that truly affected the residents and that could get us shut down and cause legal issues. You tell me that when they are not doing what they are suppose to it is not fraud. It is fraud if you do not report it and you got paid for it. That is why SHLC owes $500,000 dollars to WellPoint. This is because under the care of Robert Boles the compliance officer and Sarah Dean the Clinical Director they were not doing their jobs.

I will address your accusation that several potential referral agencies are not sending residents here because of my affiliation with the facility. Is that what the nursing staff is telling you because they cannot get the census up. There is only one jail that is not sending them because of me and that is because the false allegation made about me by the former employee, who was friends with the parole officer here in Wheeling. People who were able to walk out their sentences could still come from there. I quickly replaced that jail with two new jails after that. The reason the census is down is because I am not running the place and have not been for 5 months.

I gave you two good rehabs that were interested in this facility that I introduced you. Instead you are bringing this facility down instead of doing what is best for the facility and creditors.

You have been misinformed. The program has been deteriorating and the clinical and nursing are making huge mistakes. The court will receive letters from persons that were in charge of sending people from different jails and they will not any more because of how the program is now. Letters are coming from parents, former residents and employees stating how wonderful the program use to be. Most of the employees here are afraid of getting fired so they cannot speak up.

You discriminated against me and retaliated against me because I said I was going to the court about the noncompliance issues two days earlier and because I wanted to know about the money due to me now.  I was treated differently than anyone else that has worked here that was under investigation. You thought that you could prolong an investigation and I would quit, but that did not work. You appointed a biased person to lead the investigation. A person I told not to because he would be biased.

You claim that I acted unprofessional on the day of the transport. I am the one that directed persons and took care of the emergency. You should be grateful that I helped in that emergency and I am the one that kept us compliant. I am the one that kept the clients safe. You sat by and said yes and no. I was only one of the only ones that would transport patients. I was only with the patient to drive them and bring their food and I am not believing nor is anyone, what I am accused of. You were directed by the state to keep me out while the facility while being investigated or you would not be sited. That is unheard of. I have been directed by agencies to send reports on these activities.

You state I did not follow the plans of corrections or implement them. Sir I did not write the plan of corrections nor was I given a copy of them that as I recall. That was done by Will and whomever. As I stated earlier I was not treated with respect or told anything that was going on behind the scene.

You and the CRO have had five months to turn this place around and you have not. It has gotten so bad I would not recommend someone to go there. It is like the blind leading the blind. Even a state official stated to me that the way it is being run that it needs shut down. You are bringing people in on the reputation I have founded and it is not the same. Persons are now going out with negative reviews.

I am named as a creditor in bankruptcy. I need to file a formal proof of claim for the amount. I had requested during the investigation to come on the property to get copy of my receipts. So, I could get them in a timely manner and help your staff because some files are in storage. Denial of information is a breach of your Fiduciary Duty. You have a legal duty to administer the estate for the benefit of the

creditors. You are intentially acting unreasonably in getting copy of receipts and the recovery of my property, which I argue is also a Breach of your Fiduciary Duty.

You want me to make a list of everything that I own there. Could you make a list of everything in your house if you could not physically see it?  Again, this is unreasonable and I believe retaliatory.

Sincerely.

Sharon "Marie" Travis

To file a formal Proof of claim   denial of information Breach of Fiduciary Duty you have a legal duty to administer the estate for the benefit of the creditor. I have already requested the documents in writing and If you do not

**Harassment and Discrimination:**

The SHLC upholds and maintains a professional and respectful workplace environment. The SHLC prohibits harassment or discrimination of any kind toward fellow employees, clients and visitors.

33

All employees are responsible for ensuring the workplace is free from all types of harassment and/or discrimination, including any form of employee misconduct, that constitutes unlawful harassment and/or discrimination due to race, gender, sexual orientation and/or gender identity and expression, religion, age, national origin, disability or any other protected status.

The SHLC will not tolerate harassment and/or discrimination. Any violation will result in disciplinary action up to and including the immediate termination of employment. An employee can be, without pay, pending an investigation of an allegation of harassment and/or discrimination by the CEO.

All employees have an obligation, as a condition of employment, to cooperate with the Executive Director of SHLC in any investigation of any allegation of harassment and/or discrimination or any other allegation pertaining to the workplace.

There are many types of harassment. The Equal Employment Opportunity Commission defines Sexual Harassment as any unwelcome sexual advance, or request for sexual

favors and/or any other verbal or physical conduct of a sexual nature when:

o Submission to harassment is made a term or condition of employment, either explicitly or implicitly

o Submission to or rejection of the harassment is used as a basis for work-related decisions; or

o The harassment has the purpose and or effect of interfering with the individual's work performance or creating an atmosphere of intimidation and/or a hostile or offensive working environment.

Harassment directed toward a member of the opposite sex or toward a subordinate

May 3, 2026

To whom it may concern

My name is Mark Childers. I have been a Peer Recovery Support Specialist for over 7 years. As a PRSS it is my job help people get treatment for Substance Use Disorder or SUD. I can only speak of my experience with Serenity Hills Life Center and Marie as the Director.

During my time working as a PRSS it has been challenging to develop good working relationships with quality treatment organizations, especially early in my career, because at that time there were many more people seeking treatment than there were treatment beds available. And when facilities are full and have a waiting list, good luck getting a facility to answer the phone or return your call.

And then I called SHLC. What a breath of fresh air. They answered the phone, returned my phone calls, they were professional. And come to find out, they had a great program. For years, it was my first choice for female treatment. Unfortunately, I'm not sure that's still the case.

As I said, I can only speak of my experience with SHLC and Marie as the Director.

During that time, I could call and she made sure that the client would get an assessment, even if she had to do it herself. Even after hours. She cared deeply for her clients and made sure they were taken care of. SHLC had a great program when she was running it. I witnessed the results of that program myself.

I am uncertain that that is still the case. Which is a shame because I've relied on SHLC for many years.


Sincerely,

Mark Childers

PRSS Coordinator for Peers in the Regional Jails

**M** Gmail

Sharon Travis <serenityhillscenterceo@gmail.com>

## Suzanna

1 message

**Suzanna Hoffman** <susnthesunflower@gmail.com>
To: SerenityHillsCenterCeo@gmail.com

Mon, May 4, 2026 at 11:52 AM

05/03/2026

Hello,
I am Suzanna Hoffman, I worked since the opening of Serenity Hills and I literally watched so many beautiful miracles take place in the lives of so many women. I watched as Women conquered their demons and bounced back better than ever thanks to such a great program. I remember one beautiful lady specifically that hits my heart the most as she never thought she would be able to even see her kids anymore and she ended up getting them back after going through the program. The CEO's vision is beautiful and she literally never stops caring, I watched so many get their glow and shine back in life thanks to Serenity Hills. I even just relapsed in 2024 unfortunately and I was welcomed with open arms into the facility and I completed the program in May. The program filled me with Integrity and now I am no longer codependent on others, I complete myself. I made it to the beautiful side of recovery thanks to Marie and the program. I did however have serious complications due to my addiction, I had severe ulcers and a hernia that was hindering my ability to recover while I was there and couldn't even eat much. I was told by the medical director and clinical director that I would have to wait until I graduated to have surgery and I ended up going through the program daily throwing up after my meals because of intense stomach pain and issues swallowing. I ended up having to have surgery like not even a few weeks after my graduation. Due to the fact I waited so long I had to have my stomach wrapped, parted  and I can only eat small portions. I feel as if I should've had the surgery while I was in the facility because it was hindering to my recovery because I was unable to take certain medications due to my recovery and would've been better in a monitored environment so I definitely feel as if the medical team was neglecting my severe gastric issues and my medical needs were not met. I do also remember hearing from my peers that were also attending the facility with me that they would have to wait forever to get an appt or to get on MAT when they needed it for their recovery so this is a big issued. I do however remember tho with other nurses things were handled much better but with the director, Sheila things were delayed and set back. I even remember having severe issues with my tooth and having to wait forever to get it taken care of. Unfortunately, this really impaired my ability to recover but I stayed strong after my surgery and I still to this day have issues swallowing due to waiting so long, my esophagus has damage in some parts as well from acidic erosion from the stomach acid coming back up. I have been clean since February 21, 2025 thanks to the wonderful program at Serenity Hills and at the time I went through the program I always thought it was strict at times but now I look back and I'm so thankful for the strictness because I needed that to get back to a healthier and recovered self. Marie's vision is beautiful and it is shown on all of the beautiful recovered ladies that pass through the program. Unfortunately, the medical department and clinical department were definitely neglecting some but I know one thing was for sure whenever Marie was there I felt safe and heard and she helped me whenever I needed my voice to be heard.
Thanks for your time and consideration,
Suzanna Hoffman
(304)905-4095

M Gmail

## Serenity Hills Life Center

1 message

**Natalie Flannigan** <nataliefkannigan@gmail.com>                    Mon, May 4, 2026 at 9:05 AM
To: "serenityhillscenterceo@gmail.com" <serenityhillscenterceo@gmail.com>

To Whom It May Concern,

My name is Natalie Flannigan. I had the opportunity to attend Serenity Hills while struggling with a severe addiction to heroin and fentanyl.

Recovery from this level of dependency is incredibly difficult, and many do not make it. While I won't focus on statistics, I can say that overcoming it takes immense strength, support, and guidance. I am grateful to say that I have been able to recover and have not returned to that place that once affected my mind, body, and soul so deeply.

While I take responsibility for my own recovery, there are a few individuals who played a meaningful role in my journey. One of the most significant is Miss Marie Travis. She gave me a second chance at life through her Women of Integrity group, where I learned values and skills that helped shape my future.

During my time in sober living, Miss Marie also gave me the opportunity to work as her assistant. Through that experience, I learned a great deal about how Serenity Hills operates, including grant writing and program development. She even supported me in becoming a certified Recovery Coach by paying for my training. Afterward, she hired me as a Recovery Coach at Serenity Hills.

Since then, I have received multiple recognitions in my field, including being named the number one Recovery Coach in the state of West Virginia in 2023. I have also had the opportunity to work with several other substance abuse treatment centers.

I do not attribute my entire recovery and success to one person, but I can confidently say that Miss Marie's patience, guidance, and belief in me played a major role in both my personal recovery and my career path. Without her, I do not believe I would have achieved as much as I have.

The allegations being made against her are deeply concerning to me. From my experience, Serenity Hills is closely tied to her leadership, dedication, and compassion. I sincerely believe that the success of Serenity Hills has been largely influenced by her work and her genuine care for the women who come through its doors.

Serenity Hills Life Center is more than just a name. It reflects the environment and support that Miss Marie has helped create. Without her presence, I believe something essential would be lost.

I am not alone in feeling this way. Many other women who have gone through the program share similar sentiments about the impact she has had on their lives.

Thank you for your time and consideration. I hope my perspective is helpful as you review this matter.

Sincerely,
Natalie Flannigan

**Gmail**

Sharon Travis <serenityhillscenterceo@gmail.com>

## (no subject)

**Tracy Casto** <castotracy927@gmail.com>                                    Mon, May 4, 2026 at 1:15 AM
To: serenityhillscenterceo@gmail.com

Hi my name is Tracy Casto. Im a September 2021 graduate of serenity hills. I have been clean and sober for over 5years now thanks to this blessed program! Not only i but many from my 6month rehab period are also thriving and beating the odds! I can name some first names...my roommate Frankie, Amber and a another Amber and Whitney. Also Stacey, Amanda, Kat, Misty, Samantha, April, Brittany1 and Brittany #2, Stephanie, Andrea, Alexis, Natalie and three other girls i know is clean also but forgetting name atm. Then the 3 or 4 alumni workers... that's amazing to still have 23 or so addicts that I went there with still clean! If thats not proof that the program was a success idk what would!
Ms. Sharon is the underlying common denominator in all of this! It was her program. She designed the facility. She was the ceo. She shared with us her history of having a dream and filing her own paperwork in the beginning to get awarded the property and grants! All on her own to get this started. She is a beacon of hope not only as business creator and owner but also her shared struggles and trauma from her life is similar to us recovering addicts.
Sernity Hills was the tajmahal of rehabs in my opinion in 2021 in the state of WV. God blessed us clients and staff and thats why most are still here. We had many activities in the time i was there from April 26 to September 14, 2021. A life changing.. successful learning of self love, cbt, relapse prevention/tool box, feelings..dealing and sharing them and healing from trauma! Pedicures, big picnics on site and off. Went to park and public swimming pool at private hours for us! It taught us gratitude. To be trustworthy and honest! Ms Sharon always participate at every event. They was her ideas, her successful plans and at the center of it all was love. She made me feel, important, valued, forgiven, encouraged and loved. We had healthy snacks and meals and a weight room and work out area. We danced. We had classes of learning self love for first time ever for me and it changed my life where I want better for me cuz I love me and deserve it! Indivualized therapy and therapist. And help with court hearings or custody issues etc. Fun variety of Art classes!! Jewerly making. One large monthly birthday cake for all girls bdays that month. Small choice of gift. More than one evening of Fireworks in park and on site. Yoga by a professional several times while I was there. Much outdoor activities like recess, vollyball. Which encouraged building friendships and support from other women. Relay races. Baseball. Church. Baptism. Movie nights. Card and board games. And NA/AA meeting s and speakers from h&i service of the 12 steps fellowships. You know the important stuff that helped me stay successful after completing the program.
Thank you for the opportunity to share my memories and gratitude for serenity hills and Ms.Sharon aka Ms.Marie.
Sincerely yours,
Tracy Casto
240-727-0124
May 4, 2026

**M** Gmail

## My Experience at Serenity Hills

**Brandy Hadley** <hadleybrandyann@yahoo.com>                    Sun, May 3, 2026 at 6:08 PM
Reply-To: Brandy Hadley <hadleybrandyann@yahoo.com>
To: "Serenityhillscenterceo@gmail.com" <Serenityhillscenterceo@gmail.com>

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "Brandy Hadley" <hadleybrandyann@yahoo.com>
**To:** "Serenityhillscenterceo@gmail.com" <Serenityhillscenterceo@gmail.com>
**Sent:** Sun, May 3, 2026 at 5:57 PM
**Subject:** My Experience at Serenity Hills
Hi, my name is Brandy.

I arrived at Serenity Hills on July 9, 2025, uncertain and hesitant to accept the help being offered to me. At that point in my life, I wasn't sure what my future held, or if sobriety was even something I could truly achieve. Looking back now, I can say with complete honesty that Serenity Hills helped me find my path to a happier, healthier life.

From the very beginning, the program encouraged me to believe in myself and recognize the possibilities that sobriety could bring. Adjusting to structure again was challenging at first—having a set schedule with consistent meals, group sessions, and responsibilities took time. But that structure became one of the most important tools in helping me rebuild my life.

The program offered a well-rounded approach to recovery. We participated in group therapy where we shared, learned, and supported one another, along with one-on-one counseling that allowed for deeper personal growth. There was also a dedicated medical team ensuring that each of us was properly cared for, both physically and mentally, as we worked through our recovery journeys. We were taught how to identify our triggers, understand our behaviors, and develop the skills needed to maintain long-term sobriety.

What truly made Serenity Hills special was the staff. Most of all Miss Marie, who was always the very first to welcome and accept us with open arms.  They consistently showed compassion, patience, and genuine care for every individual there. They made sure each of us knew we were supported, valued, and capable of achieving a better life. Their dedication created an environment where healing felt possible, was possible.

Beyond the clinical care, Serenity Hills provided meaningful experiences that helped us reconnect with ourselves. We had opportunities for self-care through spa days, creative expression through art and crafts, and moments of joy through activities like bowling, swimming, hiking, bonfires, and holiday celebrations. These experiences reminded us that life in sobriety can be fulfilling, fun, and beautiful.

I am especially grateful to Miss Marie and the entire staff for helping me see that my past does not define me. Addiction was a mountain in my life, but with their guidance, I learned that it was one I could climb and overcome. They helped me understand that true happiness is possible when you have the willingness to change and the support to keep going.

There was a time when I couldn't imagine a sober future for myself. Today, I am living proof that it is possible. Serenity Hills didn't just help me get sober—they helped me rediscover my worth, my strength, and my hope for the future.

Serenity Hills saved my life, and for that, I will be forever grateful—to them and to my higher power.

Thank you for taking the time to read my story.

Sincerely,
Brandy Ann Hadley

M Gmail

# Misty Mason 💜 Letter for Serenity Hills
1 message

**Misty Mason** <mistydcottrill@gmail.com>                                    Sun, May 3, 2026 at 7:59 AM
To: Serenityhillscenterceo@gmail.com

My journey truly began when I walked through the doors of Serenity Hills in 2020, broken, exhausted, and unsure if a different life was even possible for me. After a 21 year battle with drug and alcohol addiction, I had grown used to cycles of jail, institutions, and chaos. I believed that was all my life would ever be. But Serenity Hills became the place where everything started to change.

From the very beginning, I was met with a level of love and acceptance that I had never experienced before, especially at a time when I couldn't even love myself. The staff and community surrounded me with compassion, patience, and understanding. The friendships I built there were real, deep, and life giving. For the first time, I felt like I belonged somewhere, and that feeling alone was powerful enough to begin shifting something inside of me.

What made Serenity Hills so special wasn't just the structure of the program, it was the heart behind it. The CEO led with genuine kindness, love, and encouragement. She ran the program in a way that was fair, compassionate, and firm when it needed to be. She held us accountable while still showing us grace, and that balance made a lasting impact on me. You could feel that this wasn't just a job to her, it was a calling. She created an environment where people were truly seen, supported, and given a real chance to change their lives.

I will never forget my first sober Christmas there. It was something I had never experienced before. Instead of chaos or emptiness, it was filled with joy, connection, and a sense of peace that I didn't even know was possible. She made sure every single person felt included and cared for, and that day gave me a glimpse of the kind of life I could have if I stayed the course.

The program she developed didn't just teach coping skills, it gave me a foundation to rebuild my entire life. I was shown how to face myself honestly, how to sit with uncomfortable emotions, and how to begin healing from the inside out. Most importantly, I was reintroduced to God in a way that was personal and meaningful, and that spiritual connection became a cornerstone in my recovery.

Today, I stand with five years of complete abstinence from all drugs and alcohol, something I once believed was impossible. I have rebuilt my life in ways I never imagined. I earned my associate degree, became dual certified as a Peer Support Specialist in Mental Health and Substance Use Disorder, and now have the privilege of helping others who are walking the same path I once did.

Serenity Hills didn't just help me get sober, it helped save my life. The love I received there, the lessons I was taught, and the environment that was created all played a role in who I am today. I am living proof that the program works, and that when people are met with compassion, structure, and belief, real transformation is possible.

I will forever be grateful for the role Serenity Hills played in my story.

Misty Mason, A.A., Peer Support Specialist MH-SUD