**IN THE UNITED STATES BANKRUPTSY COURT**

**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

MAY 0 6 2026

Time: 3:50 am/pm

**IN RE:**

**Heart 2 Heart, Inc Case No 25-00087**

**Creditor Chapter 11**

**Pro se/Former Employee and Creditor**

**5/6/2026**

**TO THE UNITED STATES BANKRUPTSY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA. A MOTION TO COMPEL THE PRODUCTION OF PROPERTY AND OR A MOTION UNDER RULE 2004 EXAMINATION. ALSO, A MOTION TO COMPEL TURNOVER OF PROPERTY AND OR A MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO RETRIEVE PERSONAL PROPERTY.**

I hope to show the court that the trustee is acting unreasonable and in a retaliatory way for reasons I will explain. The trustee's denial of information to me as a creditor is a breach of his duty. He has a legal duty to administer the estate for the benefit of the creditors. He is intentially acting unreasonably in not allowing me get copies of receipts and the recovery of my property, which I argue is also a Breach of his Fiduciary Duty.

I respectfully ask the court to order the trustee to allow me as a creditor to come and examine the books and the files to get my receipts and to be provided evidence of what was paid back to me. I ask this under Rule 2004 Examination.

I respectfully request that the court order the Trustee to allow me supervised access to retrieve my belongings. He states that I make a list of my property and they will get it ready for me to pick up.  This is unreasonable. The Trustee is demanding itemized, comprehensive inventory of personal property located at Serenity Hills, which is not currently in my possession, making it impossible to produce an accurate list.

He has failed to provide reasonable access to the facility for me to identify my personal, sentimental, non-company property that does not constitute property of the estate.

I need two separate times to pick up me property.

I need to go on site to get my smaller personal property.

I then need to get paid for what is owed to me for 2025 and 2026 after the Chapter 11 was filed, so I can pay for my other larger amount and stuff to be pick up and stored.

I will state facts below:

- I cannot get my larger Items until I am paid what is owed to me for 2025 and 2026. All my money is tied up in Serenity Hills and because I am terminated I will have a hard time surviving, let alone being able to pay for it to be stored and moved.
- I have since COVID 2020 until the present, been purchasing supplies and helping out with my own finances and some has not been paid back yet.
- I opened Heart 2 Heart in 2014 and Serenity Hills Life Center In 2019. I did not take a pay until the end 2020. I had a disability and it was only a volunteer program. Once I went into remission I could work full time and I took a pay. The board voted on $105,000 a year. I deferred some of my pay.
- I deferred most of my pay in, 2020, 2021, 2022, 2023, 2024, 2025, 2026. Because of COVID, then the shutdown and then struggling after the reopen.
- The board voted that I would be paid back anything that I purchase for the business and any the deferment owed to me.
- In 2024 I refinanced my car that was paid off for 21,000 and gave it to the business to pay payroll.
- I had good credit and cosigned loans for the business, so when I went to sell my home one of the creditors put a lien on my house. The only way for it to come off so I could sell my home was to file chapter 7. So now I cannot purchase a house or get credit.
- I sold my house in July of 2025 and used some of the money to help with payroll and other things.
- I did not have the money to store all my house so a lot of my belongings are at Serenity Hills Life Center in the future detox area. Which a houseful of stuff.
- Besides that, I let the facility use my commercial freezer in the Kitchen, a refrigerator also in the kitchen that they use. I have a large upright freezer at the Sober Living house I let them use. An Amish built 12-seater table is in the farm house as a board room table and a small freezer in the farmhouse.
- I also have 4,000 dollars' worth of emergency food in my office that will last 25 years. I kept it there in case we needed it for the girls in case of an emergency.
- My name is on the 2 leased vehicles that Serenity Hills has.

Many persons there know what is mine, they helped move it. That would include the maintenance, Tara and some of in the cleaning department.

My concern is that are my belongings being kept secure?

I send 11 emails during my leave and then termination concerning the receipts and then my property amongst other things. I did not get any response from the trustee, but one and nothing much from the HR. Exhibit A, B, C, D, E, F, G, H, I, J, K.

<u>On or about March 11.</u> Robert Johns came in once a week and would talk to me for maybe 10 minutes and then go spend the day with the nursing. He told me that the nurse practitioner wanted me fired. He told me that he was getting a new intake person and that would be the nurse supervisors' mother. She was one of the nurses that were harassing me.

I knew that that would not be a good idea at a time that we needed intakes. Girls from the jails would call me any times of the day, including weekends. I knew that the nursing would not do what I did. I had built up a relationship with these places. A lot of the girls that had gone through the program that worked at facilities, would recommend Serenity Hills because of the program that I ran there and that they had experienced. They knew that I was the one that made the program special.

I knew that this was another tactic to get rid of me. He stated that nurses wanted to keep the intake into their department. I am sending a separate motion on the nurse's harassment of me. He did everything to keep the Medical Director happy. I was hurt because I knew what they doing. He said he wanted me to write a grant. How was I going to do that when the company was a mess? They were not following state and federal rules and had no direction. I was not allowed to know what was going behind the scene. When he was not there, the nurse practitioner was in charge. I will speak of her in another motion.

I stated to him that the nurse has been the one that has caused a lot of the problems here and he yelled at me and said, so what is she did. He said we need her license. At one point he told me to do what is best for the company. To me keeping us compliant is was doing what was best for the company.


<u>March 18th, 2026 8:14 pm by text Message</u>

Sharon "Marie" Travis to Robert Johns the

Bob do I get paid for what was owed to me after the chapter 11 was filed? I will be submitting what is totally owed to me to the courts. I am wanting to make sure that my board members are not responsible or liable for decisions made after you or Will are appointed. I have my whole life in to this place. You seem not to want or need my help. I

was hoping to retire in a couple months. It is hard watching my business go down in flames. I am seeing one mistake after another and no matter what facts I show you or Will, it is ignored because you believe she is more vital to this company than me. Because the way the company is being ran, we could be shut down, lose our insurance companies or joint commission. I was hoping for a better outcome, but I am not seeing it. I was hoping to get paid for a while before retiring. I know a plan has not been put together to pay back. You said you could not afford a proven intake specialist. Well if they are good then they will bring them in, like you believe I am not, then they will pay for themselves. You bring an inexperienced intake person then you will go from bad to worse. I do not want to write grants for a company that has no direction. A grant reflects a vision and a plan. It is not as simple as you think. I am a great grant writer. I would rather be a part of a new company that breaths fresh blood an experience. You are being used to hurt me. I do not want any part of it. I am not putting my resignation in at this time. I will continue to oversee the Mental Health Technicians, the cleaning as Will had me doing. I will no longer do intake. That was a volunteer position to begin with. If you are going to fire me let me know so I can report to the courts, He ask me to teach you what I know. If that is not happening then the courts need to know why.

March 20th, In person-Robert Johns meets with me and sarcastically and smugly tells me to go talk to the judge. I felt he was confident that the judge would not listen to anything I have to say. He then states that there is a complaint against me and that the state told him if I am out of the building during the investigation that they would not site me. He tells me that they say I drove recklessly on a transport of the women to a cabin during an outage, and that I told the women that you are use to being homeless so you should not be cold. He stated the investigation would be 10 days, I knew that I did not do any of those things, so I believed that it was no big deal. I stated that we usually did not sent people out on leave for things that were no abusive in nature. I also told him not to put on the investigative to because they would not be biased.

March 21,2026 9:50 am. text Robert Johns to Sharon Marie TravisYou will be given an opportunity to give a statement. Until the committee completes its work, you will be on paid leave. Please do not contact anyone at the facility until the committee completes its task.

March 25th, 2026 Sharon "Marie" Travis to Robert Johns that noted about his being upset and my concern with compliance.

I was on paid leave for from March 20th 2025 to May1st 2026. When I was terminated on One month and 10 days after I was put on leave with no update in writing or verbally of anything.

I plead with the courts, I am 66 years old and not in the greatest health. I have PTSD and this has taken a toll on my health. By firing me it will leave me out on the streets soon enough, because I have not had my Social Security appointment yet, I have no savings because all my money is tied up in Serenity Hills Life Center. I have deferred and given to the facility close to $400,000 dollars or maybe more.

I believe that the Trustee is retaliating against me and being unreasonable. I believe he wanted me removed for several reasons and one is because I am honest and I would report the facts, because the nurses wanted me out and because he knows he will have to come up with what is owed to me in 2025 and 2026 after the chapter 11. Was filed.

I am willing to take a polygraph test and would pay for it myself when I have the money.

Please I ask for relieve from the courts and help with what I request in this proposal.


Sincerely,

Sharon "Marie" Travis

Exhibit A

**M Gmail**

Sharon Travis <serenityhillscenterceo@gmail.com>

---

## Heart 2 Heart

---

Sharon Travis <serenityhillscenterceo@gmail.com>                          Wed, Mar 25, 2026 at 2:13 PM
To: rjohns@johnswvlaw.com, Frederick Will <wfrederick@meridianmp.com>

--Dear Bob,

I wish you could understand that Serenity Hills Life Center needs to come to a close, and Heart 2 Heart Volunteers Inc. needs to stay in the hands of the founder. You only know of me through the consequences of the shutdown and reopening that have brought us. This would include the targeting of OHFLAC and Chapter 11. It also allowed former fired employees to cause problems because everything was public. Our facility ran beautifully until the incident, and two new employees caused problems.

The text I sent you was not to threaten you, but to express my real concern about the compliance of the facility and the responsibility and harm it would cause to the facility and the laws being broken. You are right, you have to know you are committing fraud, but if you know your mistake and do not report it, it then becomes fraud. These are payments being made.

I truly believe that the property needs to be sold at the Heart 2 Heart Volunteers dba Serenity Hills Life Center to pay off the debts to a capable and good company. I truly believe that Serenity Hills Life Center could satisfy the debtors, and we could then come out of bankruptcy.

Both companies seem okay with Heart 2 Heart holding on to the sober house and some of the property, which could be carved out. I might have a previous plot that already has the division.

Heart 2 Heart Volunteers Inc. does not want to be involved in anything under the state. We do not want to lose our lawsuit against the state, in which we have a right. Serenity Hills Life Center is not the only program that we have. We do a lot of great volunteer work for the sick also, we have the sober house house and we have the QRT grant for first responders, which continued after we closed temporarily. See the links to our other websites, podcasts, and work that we do. I will send this information also to the court. We would like to go back and continue in these works with our current board in place, see below.

https//www.heart2heart-livingfree.com

Serenityhillslifecenter.org

https://positivelywv.com/s=sharon+travis&et_pb_searchform_submit=et_search_proccess&et_pb_include_posts=yes&et_pb_include_pages=yes

**Marie Travis "CEO"**
**Serenity Hills Life Center**
**304-277-4657 Ext 104/ 304-971-4171 Fax**
**667 Stone Shannon Rd. Wheeling Wv 26003**

Exhibit B

**M Gmail**

---

## Owned property

---

**Sharon Travis** <serenityhillscenterceo@gmail.com>                    Fri, Apr 10, 2026 at 12:17 PM
To: Tara Singer <accountant@serenityhillslifecenter.org>, rjohns@johnswvlaw.com

I am looking to remove the property that is owned by me at Serenity Hills. I will get back to you as soon as I find a mover. That includes the stuff stored at the facility downstairs in the unfinished detox, the emergency food that is stored in the office, the large commercial Freezer in the Kitchen, they regular refrigerator in the kitchen, the large freezer at the sober living house,  the dining room table, and the smaller upright freezer in the farmhouse, and the tools that Jim took from downstairs. There are also things stored in the old garage. Tara, please keep the office locked to secure my property. I would also want to know why I am not allowed to come up and focus on the money that is owed to me. There is no legal reason that I cannot, and if you can tell me, please quote the law or policies on this. There is no one in harm's way. There has been nothing stated that I have done from the investigation as been told to me.

I will be putting together what needs to be paid to me now, after we filed for bankruptcy. I will also get what is owed to me from 2020, before the bankruptcy. That is in the process also. I feel I am being precluded from gathering this information.

I have also filed a complaint against Sheila Weese and would like to know if there is an investigation at this time.


**Marie Travis "CEO"**
**Serenity Hills Life Center**
**304-277-4657 Ext 104/ 304-971-4171 Fax**
**667 Stone Shannon Rd. Wheeling Wv 26003**

M Gmail    Exhibit C

## Money owed to Sharon Travis for 2025

**Sharon Travis** <serenityhillscenterceo@gmail.com>    Fri, Apr 17, 2026 at 3:18 PM
To: Tara Singer <accountant@serenityhillslifecenter.org>

I might have ones that are not there. Please add the ones that are not. Please also add the difference of the 105,000 that I should have made and the 83,000 I was paid for 2025. I know that I have receipts also that you might not have on Amazon and things that I ordered directly, like a 12-panel now and Walmart. I just want the ones that you have. I might have to find the others. You might not have all of the receipts for Kroger's that I might be able to get.
[Quoted text hidden]

--

[Quoted text hidden]

*Exhibit D*

*This does not include Deferred Pay*

## MARCH

*I am not sure if all is owed I need receipts*

| Date | Purchase | Reimbursement | Amount |
|---|---|---|---|
| 3/3/2025 | CVS | | $324.23 |
| 3/10/2025 | Citibank 3/9/2025 | | $268.00 |
| 3/10/2025 | SYNCB 3/9 | | $161.00 |
| 3/10/2025 | SYNCB 3/9 | | $619.00 |
| 3/11/2025 | GODADDY 3/10 | | $85.59 |
| 3/11/2025 | Kroger 3/12 | | $286.00 |
| 3/13/2025 | Kroger 3/12 | | $242.00 |
| 3/13/2025 | Kroger 3/12 | | $17.93 |
| 3/17/2025 | Been verified | | $ 35.19 |
| 3/17/2025 | Family Dollar | | $ 39.13 |
| 3/17/2025 | Smoker Friendly | | $76.84 |
| 3/17/2025 | Good Will | | $119.88 |
| 3/19/2025 | Walmart | | $192.40 |
| 3/28/2025 | Family Dollar | | $122.68 |
| 3/31/2028 | Westfax | | $39.95 |
| 3/31/2025 | Discover | | $1480.00 |
| 3/31/2025 | Kroger | | $179.66 |
| | | | |
| | | | |
| | | | |
| | | | |

## APRIL

| Date | Purchase | Reimbursement | Amount |
|---|---|---|---|
| 4/3/2025 | 12 Panel now | | $709.35 |
| 4/7/2025 | Walmart 4/2 | | $ 103.71 |
| 4/7/2025 | Walmart 4/5 | | $150.70 |
| 4/7/2025 | Kroger 4/5 | | $285.00 |
| 4/9/2025 | Indeed 4/9 | | $128.40 |
| 4/11/2024 | GODADDY 4/10 | | $85.59 |
| 4/14/2025 | Walmart 4/11 | | $86.73 |
| 4/14/2025 | Walmart 4/11 | | $30.09 |
| 4/14/2025 | Krogers 4/12 | | $66.40 |

| 4/14/2025 | Walmart 4/12 | | $191.21 |
|---|---|---|---|
| 4/15/2025 | Been Verified | | $35.19 |
| 4/17/2025 | Walmart | | $188.87 |
| 4/17/2025 | Family Dollar | | $20.49 |
| 4/21/2025 | Indeed | | $107.00 |
| 4/28/2025 | Walmart | | $132.72 |
| 4/28/2025 | ? Check | | 2333.00 |
| | | | |
| | | | |
| | | | |
| | | | |

## MAY

| Date | Purchase | Reimbursement | Amount |
|---|---|---|---|
| 5/01/1025 | Marathon | | $47.85 |
| 5/01/2025 | Krogers | | $590.14 |
| 5/06/2025 | Dollar Tree | | $93.75 |
| 5/12/2025 | Indeed | | $129.40 |
| 5/12/2025 | GODADDY | | $85.59 |
| 5/12/2025 | Family Dollar | | $508.70 |
| 5/15/2025 | Been Verified | | $35.19 |
| 5/22/2025 | Dalton Services | | $2.270.25 |
| 5/30/2025 | Marathon 5/28/2025 | | $46.33 |
| | | | |
| | | | |

## JUNE

| Date | Purchase | Reimbursement | Amount |
|---|---|---|---|
| 6/2/2025 | Family Dollar 5/31/2025 | | $5.46 |
| 6/2/2025 | Family Dollar 5/31/2025 | | $5.46 |
| 6/2/2025 | Family Dollar 5/31/2025 | | $10.70 |
| 6/2/2025 | Family Dollar 5/31/2025 | | $205.07 |
| 6/5/2025 | Marathon 6/4/2025 | | $39.61 |
| 6/5/2025 | Marathon 6/4/2025 | | $56.54 |
| 6/8/2025 | MacAfee 6/8/2025 | | $69.64 |

| Date | Purchase | Reimbursement | Amount |
|---|---|---|---|
| 6/12/2025 | Indeed | | $128.40 |
| 6/12/2025 | Kroger | | $112.53 |
| 6/13/2025 | Kroger | | $172.67 |
| 6/16/2025 | Been Verified 6/15/2025 | | $35.19 |
| 6/16/2024 | Walmart 6/14/2025 | | $70.85 |
| 6/16/2025 | Walmart 6/14/2025 | | $71.82 |
| 6/20/2025 | Kroger 6/19/2025 | | $30.86 |
| 6/20/2025 | Family Dollar 6/19/2025 | | $287.30 |
| 6/20/2025 | Kroger | | $389.67 |
| 6/23/2025 | Marathon | | $42.00 |
| 6/23/2025 | Amazon 6/20/ 2025 | | $64.19 |
| 6/23/2025 | Amazon 6/20/2025 | | $209.29 |
| 6/26/2025 | Family Dollar 6/20/2025 | | $39.54 |
| 6/30/2025 | Krogers 6/27/2025 | | $28.01 |
| 6/30/2025 | Little Caesars | | $156.16 |

# JULY

| Date | Purchase | Reimbursement | Amount |
|---|---|---|---|
| 7/3/2025 | Kroger | | $17.97 |
| 7/3/2025 | Kroger | | $43.11 |
| 7/3/2025 | Oglebay Park rental for the pool Picnic 7/2 | | $142.22 |
| 7/7/2025 | Family Dollar 7/3/2025 | | $40.82 |
| 7/7/2025 | Smoker Friendly 7/5/2025 | | $73.06 |
| 7/7/2025 | Little Caesars 7/2/2025 | | $104.16 |
| 7/7/2025 | Family Dollar 7/3/2025 | | $463.99 |
| 7/8/2025 | Wayfair 7/4/2025 | | $1546.62 |
| 7/9/2025 | Smoker Friendly 7/8/2025 | | $66.41 |
| 7/10/2025 | Indeed | | $128.40 |
| 7/10/2025 | Krogers 7/9/2025 | | $102.96 |
| 7/11/2025 | Marathon 7/10/2025 | | $51.17 |
| 7/14/2025 | Kroger 7/12/2025 | | $440.52 |
| 7/15/2025 | Been verified 7/15/2025 | | $35.19 |
| 7/23/2025 | Wayfair | | $562.71 |
| 7/28/2025 | Kroger 7/25/2025 | | $284.22 |
| 7/31/2025 | Kroger7/31/2025 | | $166.88 |
| | | | |

# August

| Date | Purchase | Reimbursement | AMount |
|---|---|---|---|

| | | t | |
|---|---|---|---|
| 8/8/2025 | Smoker Friendly | $33.76 | $33.76 |
| 8/11/2025 | Kroger | $413.39 | $413.39 |
| 8/15/2025 | Been Verified | $35.19 | $35.19 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# September

| Date | Purchase | Reimbursement | Amount |
|------|----------|---------------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# October

| Date | Purchase | Reimbursement | Amount |
|------|----------|---------------|--------|
| 10/20/2025 | Kroger | | $250.76 |
| 10/20/2025 | Amazon 10/18/25 | | $277.31 |
| 10/29/2025 | Amazon 10/29/25 | | $338.14 |
| 10/30/2025 | Walmart 10/29/25 | | $51.93 |
| 10/30/2025 | Walmart 10/29/25 | | $205.77 |
| 10/30/2025 | Dollar Tree 10/29/25 | | $419.69 |
| 10/31/2025 | Family Dollar 10/30/2025 | | $11.50 |
| 10/31/2025 | Kroger 10/31/2025 | | $11.98 |
| 10/31/2025 | Riesbecks 10/30/2025 | | $155.35 |
| 10/31/2025 | Riesbecks  10/30/2025 | | $321.86 |
| 10/31/2025 | Riesbecks 10/30/2025 | | $352.19 |

# November

| Date | Purchase | Reimbursements | Amount |
|------|----------|----------------|--------|
| 11/03/2025 | Kroger 11/4/25 | | $195.00 |
| 11/04/2025 | Kroger | | $127.90 |
| 11/17/2025 | Marathon 11/14/2025 | | $33.75 |
| 1 |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

## December

| Date | Purchase |  |  |
|---|---|---|---|
| 12/01/2025 | Family Dollar |  | $131.08 |
| 12/03/2025 | Krogers |  | $375.23 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Exhibit E

## M Gmail

Sharon Travis <serenityhillscenterceo@gmail.com>

---

## Money owed to Sharon Travis for 2025

---

**Sharon Travis** <serenityhillscenterceo@gmail.com>                    Fri, Apr 17, 2026 at 12:15 PM
To: Tara Singer <accountant@serenityhillslifecenter.org>

This came directly out of my account. I know that not all the Krogers are for Serenity Hills Life Center. Not everything is for Serenity Hills. I know all Dollar Tree and Dollar General are. I know most of the Riesbecks are, and some Krogers. There are also obvious ones, like the ones for drug tests, and there are also some Walmart.

Please tell me which ones you have receipts for. I would also like to come up and get it done myself. It is a conflict of interest to rely on a company that owes me money to be accurate. If I do not get to do that or receive timely cooperation, I will take it to court and may have to hire an attorney.

I will be sending the rest from 2020 to 2025

I would like to do this amicably.

**Marie Travis "CEO"**
**Serenity Hills Life Center**
**304-277-4657 Ext 104/ 304-971-4171 Fax**
**667 Stone Shannon Rd. Wheeling Wv 26003**

---

📄 **Money owed to Sharon Travis update.docx**
52K

Exhibit F

**M** Gmail

Sharon Travis <serenityhillscenterceo@gmail.com>

---

## Money owed to Sharon Travis for 2025

**Sharon Travis** <serenityhillscenterceo@gmail.com>                    Fri, Apr 17, 2026 at 3:18 PM
To: Tara Singer <accountant@serenityhillslifecenter.org>

I might have ones that are not there. Please add the ones that are not. Please also add the difference of the 105,000 that I should have made and the 83,000 I was paid for 2025. I know that I have receipts also that you might not have on Amazon and things that I ordered directly, like a 12-panel now and Walmart. I just want the ones that you have. I might have to find the others. You might not have all of the receipts for Kroger's that I might be able to get.

[Quoted text hidden]

--

[Quoted text hidden]

Exhibit G

**M** Gmail

## Recovering some of my stuff and getting the documentation that you have.

**Sharon Travis** <serenityhillscenterceo@gmail.com>                    Thu, Apr 23, 2026 at 12:02 PM
To: rjohns@johnswvlaw.com, Tara Singer <accountant@serenityhillslifecenter.org>

I will be coming in for documentation and a copy of the receipts that are needed for the courts. This will happen on Monday, the 27th of April 2026. If you have an objection to this, please provide the reason why you are objecting, the reason why that reflects the current policies concerning investigations, and how putting me on leave reflects the policies. If they changed, when and why. Was everyone trained on these policies? Was I made aware of these policies before being put on leave?

I am also coming to get some of my personal things that belong to me. I can not make a list because over 9 years in the office, I never kept count. You are welcome to have someone observe me. I will also be making an active effort to get my personal stored items and also to get my items used by Serenity Hills, and I expect my property to be secure and not stolen or touched.

I will expect an answer by tomorrow, Friday, the 24th of 2026. If I receive no answer, then I will presume that it is okay.

Thanks,

**Marie Travis**
**Serenity Hills Life Center**
**304-277-4657 Ext 104/ 304-971-4171 Fax**
**667 Stone Shannon Rd. Wheeling Wv 26003**

**M** Gmail

Sharon Travis <serenityhillscenterceo@gmail.com>

---

## Recovering some of my stuff and getting the documentation that you have.

---

**Sharon Travis** <serenityhillscenterceo@gmail.com>                    Mon, Apr 27, 2026 at 1:43 PM
To: Bob Johns <RJohns@johnswvlaw.com>, Tara Singer <accountant@serenityhillslifecenter.org>

Also as far as a licensed movers.I am broke Mr. Johns because all my money is held up in the facility before the Chapter 11 late 2020 to 2025. I took no money from 2014 to 2018 to run the non-profit because I had a disability and did not know if I could handle working as needed. So I could stay home when I was sick. In late 2020 I started to go into full remission and decided to work full time instead of volunteering when I could. I did it because of my faith and my disability. I obviously can not get the money owed to me after the Chapter 11 was filed because you have access to the receipts proving that to the courts. I also do not have access to the receipts for all those years before chapter 11 because you are not giving me access.

 Let's go over this. After the closing in march 22, I paid for the fight against the state and used up all of my savings to pay for lawyers, payroll for the few employees that were there and the facility bills to protect the integrity of the building. While it was closed and not all was paid back. After opening, I paid for many of the residents' needs because there was not enough money, paid for things to be fixed because there was not enough money, paid for payroll and refinanced my car to do that, cosigned for the business when I had good credit. Then I had to file bankruptcy because one of Serenity Hills Life Center creditors put a lien on my home when I was trying to sell it. Once I sold my house in 2025, I used my money to help with payroll, bills maintenance and other things, with the money from the sale of my house. On top of all of this the board had voted on my salary to be $ 105,000 dollars a year. I had to defer my salary and take less first, because of COVID and then because of the closing . I could not get Unemployment because I could not try to get a job, because the lawyers had me working on stuff for the appeal for the closing . So I went the whole year also living off the money saved for retirement. Then after opening back up we struggled with no startup money and had to defer my payroll again, sometimes making less than the cleaning staff in order to hire staff needed. Took on jobs like intake so nursing and clinical could have what they needed.

So for you to come in and treat me this way because of a staff that did not like me because I was all business and about compliance . I have had to deal with former employees that are no longer there for good reasons. Most because of serious compliance issues.The former employees are using Chapter 11 to retaliate against me. In conjunction with that I have the state targeting me because of the lawsuit. The head of the OHFLAC who is named in the lawsuit making all the decisions and they usually revolve around a complaint made by a fired employee, disgruntled employee, and residents who are mad about rules. They do this because they know we were closed before and think they can cause trouble again. Then I have the ombudsman reporting on things that have to do with me that she states she discussed with former employees. That are not true. I have been mentally abused, lied about all by people with agendas.

You wonder why at this time that I am upset and all I want is my money owed. If I get fired, I will be out on the streets, I am mentally exhausted and have not been feeling well. I have tests being run on me at this time. Stress is playing a major role in how I feel. I was diagnosed with PTSD and this has me in a very bad place. This is all because I tried to help people in addiction get their lives back. I am 66 and a half and even if I get social security it will not be much because I was disabled for many years and at times in a wheelchair on and off. It will not be enough. It is very important I get to present the evidence of what is owed to me.

You come in and I have been there for 13 years and am the founder of Heart 2 heart Volunteers Inc. and you treat me like I am not an important figure and you listen to someone that you state you need her because of her license instead of me( only there for two years). I was trying to teach you and keep you compliant, but that seems not important. You can retaliate against me if you will. you can give my information and email to a person who wishes me wrong and who I filed a complaint against. I will not stop trying to get justice and the truth.
[Quoted text hidden]

Exhibit I

**M** Gmail

Sharon Travis <serenityhillscenterceo@gmail.com>

## Recovering some of my stuff and getting the documentation that you have.

**Sharon Travis** <serenityhillscenterceo@gmail.com>                    Mon, Apr 27, 2026 at 11:35 AM
To: Bob Johns <RJohns@johnswvlaw.com>, Tara Singer <accountant@serenityhillslifecenter.org>

You did not answer any of my questions but one, nor did I get answers through HR, but I will have the courtesy to answer you. I left stuff in the future detox area because we were going to have an auction of my stuff and the facility to raise money. I was also going to invite the neighbors to set up auction tables. This was a way to build community with our facility. This would have been a yearly event, but too much was going on at the time, and it did not happen. On top of that, I had to file Chapter 7 for myself because I signed for Heart 2 Heart Volunteers Inc. debts, and they had put a lien on my house. Therefore, unless I filed Chapter 7, my house could not be sold, and I had good credit. I would think that at the time, that would be the least that Serenity Hills could do for me. On top of all of this, I have my dining room table in the farmhouse that Serenity Hills Life Center is using as a boardroom table, a commercial freezer, and a regular refrigerator that is used in the facility Kitchen and also my freezer is at the farmhouse, and a large one is at the Sober living house. These were to help out the facility. I did not know we would be taken over by a trustee.

You surely answered this, but when asked about the complaint that I sent In on the harassment and lies told by the nurse practitioner and the nurse supervisor, there is no update on whether an investigation is being done. There is no way that after being there for 8 years, a place that I was more than my own home, that you would expect me to remember everything that I have there,

I do not know what your so-called strategy is here, but all this started after I told you that I was going to the judge about my concerns regarding how the facility was being run and its compliance. A day or two later, you come in angry and tell me to go ahead and reach out to the judge, then I am told that I am under investigation for so-called driving recklessly and almost hitting a semi on my transportation of residence, and a statement of telling the residents that they were homeless and they should know what it is like to be cold. In which neither happened. I am also told that the OHFLAC tells you that if I leave during the investigation, the facility would not get cited. This is all against our policies and not allowed by OHFLAC to pull a blackmail move.I believe you are retaliating against me and trying to find something on me.

I get calls from a mother telling me that her daughter told her that they are trying to push Miss Marie out, and she is the only one who cares about us. Who is stating what to residents so that they can see what everyone already knows is happening? I am also told by this mother in court that when asked who I am, the Casemanager states that I am on administrative leave. That is a Breach of Confidentiality that I reported, and no one told me it was addressed. I get calls from two top persons who say that they are not sending anyone there anymore because of the way it is being run now.

I also heard that the former compliance officer, who testified falsely under oath, has been up at the facility. I am getting ready to present to the court the documentation showing he lied under oath. My concern is that you are trying to find something on me in retaliation for my stating that I was going to the judge to make sure my board was no longer responsible for the compliance of the facility under the control of others, appointed by the court.

This is unfortunate. I truly took seriously what the judge had tasked me with. He tasked me with helping you, and I really tried to do that. You decided to listen to someone who you agreed wanted me fired, and you gave her my email with the evidence of her harassment. I am still an employee here any intake information could have been provided by me from the email. That was the only email I used with resident information. to be HIPAA compliant.
[Quoted text hidden]

--
## Marie Travis "CEO"
[Quoted text hidden]

Exhibit J

**M** Gmail

Sharon Travis <serenityhillscenterceo@gmail.com>

---

## Recovering some of my stuff and getting the documentation that you have.

---

**Bob Johns** <RJohns@johnswvlaw.com>                                               Fri, Apr 24, 2026 at 2:58 PM
To: Sharon Travis <serenityhillscenterceo@gmail.com>, Tara Singer <accountant@serenityhillslifecenter.org>

Ms. Travis,


You are still on administrative leave and are prohibited from accessing the office.  If you have personal belongings that you need,  once again, please identify them and we will make arrangements to have them boxed and returned to you. Please make arrangements to have a licensed mover, with proper insurance, move your personal belongings, that were moved from your house to the detox area, from out of the facility. Please provide at least seven days' notice.  It makes no sense why these items were placed at the facility in the first place.



Robert L. Johns

Johns & Associates, PLLC

101 Brook Hill Drive

Charleston, WV  25311

(304)720-2312

(304)720-2311 *fax*


*CONFIDENTIALITY NOTICE:*

*This e-mail, including any attachments, is intended for the sole use of the addressee(s) and may contain information legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this e-mail or the information contained herein is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone (304 720-2300) or reply by e-mail, and permanently delete this e-mail from your computer system. Thank you.*

[Quoted text hidden]

Exhibit K

**M** Gmail

---

## Heart 2 Heart

---

**Sharon Travis** <serenityhillscenterceo@gmail.com>                    Sun, Jan 4, 2026 at 1:55 PM
To: Shelia Weese <NP@serenityhillslifecenter.org>

I had originally talked to her, and she explained to me what she saw wrong. I know what we are looking at for the most part. To me, when you get all these other players involved, like the ombudsman, that only brings more red flags. I explained to Sheila that when she stated times in and timeout, she was speaking about when a group is done or an