## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**In Re:**

**HEART 2 HEART VOLUNTEERS INC.**

**Case No. 25-00087**
**Chapter 11**

        **Debtor.**


## NOTICE OF WITHDRAWAL OF JOHN ZACHARY BALASKO AND APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND NOTICES ON BEHALF OF THE HEALTH PLAN OF THE UPPPER OHIO VALLEY, INC.

John Zachary Balasko of Steptoe & Johnson PLLC, previously filed a Notice of Appearance in this case [Doc. #72], however, has since left the firm. Our client desires to withdraw the representation of John Zachary Balasko and retain Steptoe & Johnson PLLC through representation by Sarah C. Ellis. Please take notice that Sarah C. Ellis of Steptoe & Johnson PLLC, P.O. Box 1588, Charleston, West Virginia 25326-1588, hereby:

1. Appears in the above matter, pursuant to Rule 9010 of the Rules of Bankruptcy Procedure for and on behalf of The Health Plan of the Upper Ohio Valley, Inc.

2. Pursuant to Rules 2002, 3017(a), and 9010(b) of the rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code requests: (1) that they be placed on the matrix and/or service list and be sent copies of all orders, pleadings and papers filed herein; and (2) that all notices, whether written or oral (including but not limited to telephone notice of hearings to obtain emergency relief) given or required to be given and all papers served or required to be served in this case (and all related cases, if any) be given or served upon them at Steptoe & Johnson PLLC, P.O. Box 1588, Charleston, West Virginia 25326-1588, (304) 353-8000, Sarah.Ellis@steptoe-johnson.com.

Please take further notice that the foregoing demand includes not only the notices, pleadings and papers referred to above and in Rule 2002, but also includes, without limitation, all orders, notices, applications, schedulings, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier or otherwise.

Dated:  May 15, 2026.

                                        **THE HEALTH PLAN OF**
                                        **THE UPPER OHIO VALLEY, INC.**
                                        By Counsel


/s/ *Sarah C. Ellis*
Sarah C. Ellis (WV Bar #10434)
Steptoe & Johnson PLLC
P.O. Box 1588
Charleston, WV 25326-1588
(304)  353-8000
Sarah.Ellis@steptoe-johnson.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2026, I served the foregoing *Notice of Appearance and Request for Service of Papers and Notice* upon all counsel of record and the parties listed below, by e-service through the Court's ECMF system or by depositing a true copy thereof in the United States mail, postage prepaid.

Heart 2 Heart Volunteers Inc.            *U.S. Mail*
667 Stone Shannon Road
Wheeling, WV 26003

Kirk B. Burkley                          *electronically*
Bernstein-Burkley, P.C.
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Harry Greenfield                         *electronically*
Bernstein - Burkley
1360 East Ninth Street
Suite 1250
Cleveland, OH 44114

Gwenyth Ann Ortman                       *electronically*
Bernstein-Burkley, P.C.
601 Grant Street
Ste 9th Floor
Pittsburgh, PA 15219

John Pizzo                               *electronically*
Law Office of John Pizzo
17 Camp David Way
Fairmont, WV 26554

Chad Taylor                              *electronically*
Simmerman Law Office, PLLC
254 East Main Street
Clarksburg, WV 26301

Robert L. Johns                          *electronically*
Robert L. Johns, Chapter 7 Trustee
808 Greenbrier Street
Charleston, WV 25311

3

United States Trustee                    *electronically*
2025 United States Courthouse
300 Virginia Street East
Charleston, WV 25301

Shari Lynne Collias                      *electronically*
DOJ-Ust
300 Virginia Street East
Ste. 2025
Charleston, WV 25301

Gary O. Kinder                           *electronically*
U.S. Trustee's Office
300 Virginia Street East
Room 2025
Charleston, WV 25301

                                        */s/ Sarah C. Ellis*
                                        Sarah C. Ellis
                                        WV Bar #10434

31321277.1

4