**Bob Johns**

| | |
|---|---|
| **From:** | Bob Johns |
| **Sent:** | Friday, April 24, 2026 2:59 PM |
| **To:** | 'Sharon Travis'; Tara Singer |
| **Subject:** | RE: Recovering some of my stuff and getting the documentation that you have. |

Ms. Travis,

You are still on administrative leave and are prohibited from accessing the office. If you have personal belongings that you need, once again, please identify them and we will make arrangements to have them boxed and returned to you. Please make arrangements to have a licensed mover, with proper insurance, move your personal belongings, that were moved from your house to the detox area, from out of the facility. Please provide at least seven days' notice. It makes no sense why these items were placed at the facility in the first place.

Robert L. Johns
Johns & Associates, PLLC
101 Brook Hill Drive
Charleston, WV 25311
(304)720-2312
(304)720-2311 *fax*

*CONFIDENTIALITY NOTICE:*

*This e-mail, including any attachments, is intended for the sole use of the addressee(s) and may contain information legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this e-mail or the information contained herein is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone (304 720-2300) or reply by e-mail, and permanently delete this e-mail from your computer system. Thank you.*

**From:** Sharon Travis <serenityhillscenterceo@gmail.com>
**Sent:** Thursday, April 23, 2026 12:02 PM
**To:** Bob Johns <RJohns@johnswvlaw.com>; Tara Singer <accountant@serenityhillslifecenter.org>
**Subject:** Recovering some of my stuff and getting the documentation that you have.

I will be coming in for documentation and a copy of the receipts that are needed for the courts. This will happen on Monday, the 27th of April 2026. If you have an objection to this, please provide the reason why you are objecting, the reason why that reflects the current policies concerning investigations, and how putting me on leave reflects the policies. If they changed, when and why. Was everyone trained on these policies? Was I made aware of these policies before being put on leave?

I am also coming to get some of my personal things that belong to me. I can not make a list because over 9 years in the office, I never kept count. You are welcome to have someone observe me. I will also be making an active effort to get my personal stored items and also to get my items used by Serenity Hills, and I expect my property to be secure and not stolen or touched.

1

I will expect an answer by tomorrow, Friday, the 24th of 2026. If I receive no answer, then I will presume that it is okay.

Thanks,

**Marie Travis**
**Serenity Hills Life Center**
**304-277-4657 Ext 104/ 304-971-4171 Fax**
**667 Stone Shannon Rd. Wheeling Wv 26003**