## NOTICE OF APPEAL AND STATEMENT OF ELECTION
## TO THE UNITED STATES DISTRICT COURT
## FROM THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### RE: HEART 2 HEART VOLUNTEERS, INC.
### CASE 5:25-BK-00087

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF WV

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):

Sharon Marie Travis

JUN 05 2026

Time: 2:35 am/pm

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

☐ Plaintiff

☐ Defendant

☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.

☐ Debtor

X Creditor

☐ Trustee

☐ Other (describe) _Also Former founder, Board President, and CEO

### Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

Motion to remove the ombudsman for impartiality, breach of duty, abuse of process, misconduct, and fraud.

2. State the date on which the judgment—or the appealable order or decree—was entered:

Judge's order to deny the motion to remove the Ombudsman was entered on May 22, 2026

Pg.1

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Appellee:   Deborah Fish- Ombudsman

Address: 211 West Fort Street Suite 705, Detroit, MI 48226

Telephone: 313-309-3171

---

2.  Appellant:  Sharon "Marie" Travis (pro se litigant)

Address: 930 Main Street Apt 303, Wheeling, WV 26003

Telephone: 304-281-0474

**Part 4: Sign below**

Sharon Marie Travis                                 Date  6-5-2026

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney

P. 2