**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In Re:

**HEART 2 HEART VOLUNTEERS INC.**                    **Bankruptcy Case No. 25-00087**
                                                                                    **Chapter 11**

                                            **Debtor.**


**ORDER GRANTING MOTION TO CONTINUE HEARING(S)**

Robert L. Johns, Chapter 11 Trustee of the bankruptcy estate of Hearth 2 Heart Volunteers Inc. (the "Trustee"), by and through undersigned counsel, requested that the hearing(s) scheduled for July 16, 2026, at 10:00 a.m., regarding Sharon Marie Travis' ("Travis") *Motion for Turnover of Property filed by Sharon Marie Travis* ("Turnover Motion"), the *Objection to Motion to Compel Turnover of Property Filed by Sharon Marie Travis and Trustee's Motion for Requiring Sharon Marie Travis to Pay Storage Fees and Excess Wages* ("Turnover Objection") filed by the Trustee; the *Response to Order on Motion to Compel Turnover Filed by Sharon Travis* ("Turnover Response"); as well as, the *Motion To Remove Robert Boles for Conflict of Interest With a Creditor; Motion to Object as a Creditor to the Hiring of Robert Boles; Motion for Expedited Hearing Filed by Sharon Travis* ("Boles Motion"); and *Motion to Remove Sara Dean For Conflict of Interest; Motion to Object as a Creditor to her Hiring; Motion To Request Job Description, Title and Pay Filed by Sharon Travis* ("Dean Motion"),be continued because of a scheduling conflict.

The Court, having reviewed the request for relief, upon consideration of the representations by the Trustee and Counsel and for other good cause having been shown for the continuance, it is hereby

**ORDERED** that the Motion is hereby granted and approved; and it is further,

**ORDERED** that the hearing is continued to _____, 2026, at _____ ____.

**Prepared by:**

_____/s/ Brian R. Blickenstaff_____
ROBERT L, JOHNS [WVSB No. 5161]
BRIAN R. BLICKENSTAFF [WVSB No. 9449]
**JOHNS & ASSOCIATES, PLLC**
101 Brook Hill Drive
Charleston, WV  25311
Phone No. :  (304) 720-2300
Fax No.:      (304) 720-2311
E-mail:       bblickenstaff@johnswvlaw.com
*Counsel for the Trustee*