IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re:

HEART 2 HEART VOLUNTEERS INC.,          Bankruptcy Case No. 25-00087
d/b/a SERENITY HILLS LIFE CENTER,         Chapter 11

Debtor.

COMBINED RESPONSE TO MOTION TO REMOVE ROBERT BOLES FOR
CONFLICT OF INTEREST WITH A CREDITOR; MOTION TO OBJECT AS A
CREDITOR TO THE HIRING OF ROBERT BOLES; MOTION FOR
EXPEDITED HEARING FILED BY SHARON TRAVIS AND MOTION TO
REMOVE SARA DEAN FOR CONFLICT OF INTEREST; MOTION TO
OBJECT AS A CREDITOR TO HER HIRING; MOTION TO REQUEST JOB
DESCRIPTION, TITLE AND PAY FILED BY SHARON TRAVIS

This day appeared Robert L. Johns, Chapter 11 Trustee for the bankruptcy estate of

Heart 2 Heart Volunteers, Inc. (the "Trustee"), by undersigned counsel; in response to

Sharon Marie Travis' ("Travis") *Motion To Remove Robert Boles for Conflict of Interest*

*With a Creditor; Motion to Object as a Creditor to the Hiring of Robert Boles; Motion for*

*Expedited Hearing Filed by Sharon Travis* ("Boles Motion"); and *Motion to Remove Sara*

*Dean For Conflict of Interest; Motion to Object as a Creditor to her Hiring; Motion To*

*Request Job Description, Title and Pay Filed by Sharon Travis* ("Dean Motion"). A

Chapter 11 Trustee's business judgment is generally given deference by the courts.

Furthermore, the Trustee is not required pursuant to 11 U.S.C. § 327 to seek court approval

to contract or employee individuals that are solely involved with the ongoing business of

the Heart 2 Heart Volunteers, Inc. d/b/s Serenity Hills Life Center (the "Debtor"). For

these reasons, this Court should deny the relief requested in the Boles Motion and Dean

Motion. In support thereof, the Trustee respectfully represents:

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF WV

JUL 1 0 2026

Time:___4:03___am/pm

JR.

1.      The debtor, Heart 2 Heart Volunteers, Inc. (the "Debtor"), filed a voluntary petition for Chapter 11 relief on February 27, 2025.

2.      The Debtor conducts business as Serenity Hills Life Center and is an addiction recovery center specializing in treatment of at-risk women suffering from substance abuse disorder.

3.      On April 2, 1015, the Court entered an order directing the U.S. Trustee to appoint a health care ombudsman pursuant to 11 U.S. C. §333.

4.      On December 17, 2025, the Debtor filed an application to employ a CRO on an expedited basis.

5.      After it was clear that a CRO was not working, the U.S. Trustee filed a Motion for entry on order directing the appointment of a Chapter 11 Trustee and on February 19, 2026, the Court appointed the Trustee.

6.      In taking over the day-to-day operations, the Trustee deemed it necessary to replace the existing clinical director and in order to stabilize the treatment of patient to hire a clinical director with a more of supervisory background.  As a result, the Trustee contracted with Dr. Sarah Dean to provide those services.

7.      Dr. Sarah Dean ("Dr. Dean") is well qualified for the position of clinical director, as evidenced by her Curriculum Vitae, herein referenced and incorporated as Exhibit A, and had familiarity with the Debtor's business operations by having been previously contracted by the Debtor.

8.      Dr. Dean has agreed to waive any claim for payment from the Debtor for the previously work that Dr. Dean had performed for the Debtor.

2

9.      The Trustee also allowed Robert Boles ("Mr. Boles") to provide information technology services as an unpaid volunteer and as evidenced by his resume, herein referenced and incorporated as Exhibit B, is qualified to provide these necessary services. In addition, Mr. Boles worked for the Debtor. Mr. Boles does not have any claim against the Debtor.

10.     The Trustee, a part of his duties, oversees the operation of the Debtor, has regular meetings with both Dr. Dean and Mr. Boles, and is also available remotely as the need arises.

11.     Generally, a Chapter 11 Trustee's business judgment is given deference by the courts. Courts within the Fourth Circuit recognize that the primary distinction of a Chapter 11 proceeding is the expanded possibility for a trustee to use independent judgment and good management to direct the ongoing operations of the estate to optimize recovery for both creditors and the estate. *In re Sydnor*, 431 B.R. 584 (Bankr. D. Md. 2010). In exercising the authority to continue the debtor's business, a trustee is "...vested with considerable discretion." *United States use of Julien P. Benjamin Equipment Co. v. Sapp*, 641 F.2d 182, 185 (4th Cir. 1981).

12.     In operating a business, a Chapter 11 trustee may be required to hire certain professionals to manage the day-to-day operations of a business. Under Bankruptcy Code provisions and interpreting case law within the Fourth Circuit, a Chapter 11 trustee is not required to file an application for court approval to hire or contract with individuals who are engaged strictly for the day-to-day operations of the debtor's business and that do not assist in the actual reorganization of the debtor or the administration of the estate.

13.     The Bankruptcy Code requires court approval only when a trustee seeks to employ "attorneys, accountants, appraisers, auctioneers, or other professional persons" to assist in carrying out statutory duties. 11 U.S.C. § 327, *David v. King*, 109 F.4th 653 ( 4th Cir. 2024).  Specifically,  § 327 dictates that the trustee may employ such professionals only "with the court's approval." *Id*.  However, this application and approval requirement does not extend to ordinary, non-professional employees who assist exclusively with the ongoing, day-to-day operations of the business. *In re Sieling Assoc. Ltd. Partnership*, 128 B.R. 721 (Bankr. E.D. Va. 1991).

14.     While the Bankruptcy Code does not explicitly define "professional persons," courts within the Fourth Circuit apply a functional definition to distinguish "professionals" who require court approval from ordinary staff who do not. *Id*. A "professional person" under § 327 is limited to those who "play a central role in the administration of the debtor proceeding" or whose duties deal directly with the "actual reorganization of the debtor," rather than the "ongoing business of the debtor." *Id at 723*. Consequently, individuals hired to perform routine operational duties in the ordinary course of business—rather than to assist in administering the bankruptcy estate or structuring the reorganization—do not qualify as "professional persons" under 11 U.S.C. § 327. *Id*.  Rule 2014(a) of the *Federal Rules of Bankruptcy Procedure* is strictly reserved for attorneys, accountants, appraisers, auctioneers, or other professional persons whose work directly impacts the administration or reorganization of the bankruptcy estate.  The reasoning in the case of *In re Seiling* has been applied in a variety of case in other districts. ((Please see *Butler v. Indiano (in Re Ponce Marine Farm, Inc.)*, 259 B.R. 484, 494 (Bankr. D. P.R. 2001)("The expertise of a wetlands expert or a professional photographer does not

4

extend to matters of bankruptcy estate administration or to core participation in bankruptcy proceedings."), *Office of the United States Tr. v. McQuaide (In re CNH, Inc.)*, 304 B.R. 177, 179 (Bankr. M. D. of Pa. 2004) ("[p]ersons in occupations ordinarily considered professions are not necessarily professionals whose retention by the estate requires court approval."), *In re Argus Group 1700*, 199 B.R. 525, 534 (Bankr. E. D. of Pa. 1996)("…[i]t is the person's duties, not his status, that is determinative."), *In re River Ranch*, 176 B.R. 603, 605 (Bankr. M. D. of Fla. 1994) ("…[t]his Court is satisfied that an environmental consultant is technically a professional but nevertheless is not within the prohibition of employment set forth in § 327(a) even though the entity sought to be employed has a prepetition claim against the Debtor.")).   Therefore, ordinary operational employment does not fall under the statutory constraints enumerated under § 327(a).

15.      In the case before this Court, the Trustee has not employed any professional persons as defined by the Fourth Circuit, other than the Trustee's law firm, Kirk B. Burkley and WH Burkley, LLP, as special counsel for the Trustee which has been previously approved by this Court.   Neither Dr. Dean or Mr. Boles are providing any role that involves the reorganization or restructuring of the Debtor.   Dr. Dean and Mr. Boles duties are not central to the administration of the bankruptcy estate, like negotiating a reorganization plan, dealing with creditors of the estate, or liquidating assets.   The employment dispute described in the case of *In re Sieling* is very similar to the dispute before this Court.   In that case, the bankruptcy court determined that an environment consultant was hired for routine property maintenance and not to assist with the reorganization plan.   As a result, the Trustee did not  need to seek court approval for the services of the environment consultant.   Like the consultant in *In re Sieling,*  Dr. Dean and Mr. Boles are providing serviced related to

5

ongoing business of the Debtor in providing either addiction recovery services, or technological and administrative support for the facility.   Therefore, Mrs. Travis' allegations have no merit as it relates to the services that Dr. Dean and Mr. Boles provide to the facility.

16.   Furthermore, the remaining allegations raised in Travis' Boles Motion and Dean Motion refer to incidents that occurred when Travis was the Chief Executive Officer, essentially these allegations occurred on her watch and prior to when the Trustee was appointed to operate the business. The Court should defer to the Trustee's business judgment as to the day-to-day operations of the Debtor.

**WHEREFORE**, the Trustee respectfully requests this Court to (1) deny the relief requested in the Boles Motion and Dean Motion; and (2) grant whatever additional relief this Court would deem appropriate.

> **ROBERT L. JOHNS, TRUSTEE**
> By Counsel:

_____/s/ Brian R. Blickenstaff_____
BRIAN R. BLICKENSTAFF [WVSB No. 9449]
**Johns & Associates, PLLC**
**101 Brook Hill Drive**
Charleston, WV  25311
Phone No.   (304) 720-2300
Fax No.   (304) 720-2311
E-mail   bblickentaff@johnswvlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re:

**HEART 2 HEART VOLUNTEERS INC.,**          **Bankruptcy Case No. 25-00087**
**d/b/a SERENITY HILLS LIFE CENTER,**       **Chapter 11**

Debtor.

## CERTIFICATE OF SERVICE

I, Brian R. Blickenstaff, hereby certify that a copy of the foregoing "*COMBINED RESPONSE TO MOTION TO REMOVE ROBERT BOLES FOR CONFLICT OF INTEREST WITH A CREDITOR; MOTION TO OBJECT AS A CREDITOR TO THE HIRING OF ROBERT BOLES; MOTION FOR EXPEDITED HEARING FILED BY SHARON TRAVIS AND MOTION TO REMOVE SARA DEAN FOR CONFLICT OF INTEREST; MOTION TO OBJECT AS A CREDITOR TO HER HIRING; MOTION TO REQUEST JOB DESCRIPTION, TITLE AND PAY FILED BY SHARON TRAVIS,*" "*EXHIBIT A & B,*" and **CERTIFICATE OF SERVICE** was served by First Class mail, postage prepaid or by electronic mail where indicated, on this 10th day of July, 2026, on the following:

**GARY O. KINDER, ESQ.**
Assistant U.S. Trustee
300 Virginia Street East, Room 2025
Charleston, WV 25307
(*Via Electronic Mail*)

**KIRK B. BURKLEY, ESQ.**
WH Burkley, LLP
601 Grant Street, 9th Floor
Pittsburg, PA 15219
(*Via Electronic Mail*)

**SHARON MARIE TRAVIS**
930 Main Street, Unit 303
Wheeling, WV 26003
(*Via Electronic Mail*)

Given this day by my hand,

_____/s/ Brian R. Blickenstaff_____

7

# Dr. Sarah Dean, Ph.D., NCC, LPC, GAL

## Curriculum Vitae

**Contact**
740-509-0079
Sarah@DNWtherapy.com
www.DNWtherapy.com

**Professional Profile**
Vision-driven Clinical Director, Psychologist, Licensed Professional Counselor, and private practice owner with over 15 years of leadership in behavioral health, substance use treatment, and clinical program development. Recognized for ethical leadership, evidence-based practice, organizational transformation, regulatory compliance, staff development, and exceptional patient-centered care. Extensive experience across inpatient psychiatry, residential treatment, outpatient psychotherapy, neuropsychology, trauma treatment, and executive leadership.

**Areas of Specialization**
Anxiety, Depression, PTSD, Trauma, Grief, Addiction, Mood Disorders, Personality Disorders, Women's Mental Health, Chronic Pain, Stress Management, Sleep Disorders, Neuropsychology, Executive Coaching, Couples Counseling, Child & Adolescent Psychology.

## Professional Experience

**Dean's Natural Wellness (2010-Present)**
Founder and Clinical Therapist providing comprehensive psychological assessment, psychotherapy, family-centered interventions, psychoeducation, court involvement, community collaboration, and evidence-based treatment for children, adolescents, adults, and substance use populations.

**Serenity Hills Life Center (2022-2025; 2026-Present)**
Clinical Director overseeing clinical operations, quality assurance, regulatory compliance, treatment program development, policy creation, recruitment, supervision, staff training, multidisciplinary leadership, and stakeholder collaboration while maintaining the highest ethical and clinical standards.

**Previous Clinical Positions**
Inpatient Psychiatric Therapist – Ohio Valley Medical Center (2009-2010); Clinical Therapist – Crittenton Services (2008-2009); Residential Therapist – Fox Run Residential (2006-2008). Responsibilities included crisis intervention, treatment planning, trauma-informed care, multidisciplinary collaboration, psychoeducation, behavioral assessment, court involvement, family reunification, and substance use treatment.

**Academic Leadership & Teaching**
President, Graduate Counseling Association (Franciscan University); Counselor-in-Training (Jefferson Behavioral Health); Peer Counselor, Higher-Level Tutor Instructor, and University Student Instructor (Kent State University). Led instruction, mentoring, orientation, disability support, psychology tutoring, student development, and leadership initiatives.

**Education**
**Liberty University** – Ph.D. in Psychology (2019-2025), Distinguished Honors, GPA 3.98.
**Franciscan University** – M.A. Counseling (2008), GPA 3.675.
**Kent State University** – B.A. Psychology, Minor: Pre-Law. Additional Post-Secondary Studies in Pre-Medicine/Biochemistry (GPA 3.86).

**Professional Credentials**
Licensed Professional Counselor (Ohio & West Virginia); Guardian Ad Litem; National Certified Counselor Applicant; Child & Adolescent Sexual Trauma Professional.

EXHIBIT A

**Clinical Competencies**
Psychological Assessment, Diagnosis, CBT, ACT, EMDR, DBT, MI, SFBT, Trauma-Informed Care, Group Therapy, Couples & Family Therapy, Suicide Risk Assessment, Crisis Intervention, Integrated Behavioral Health, Substance Use Treatment, Treatment Planning, Psychological Testing & Interpretation.

**Research Experience**
Research Assistant positions at Franciscan University and Kent State University involving MMPI/MMPI-2 research, data analysis, psychometric evaluation, IRB coordination, manuscript preparation, behavioral assessment, and clinical research collaboration with faculty including Dr. Graham, Dr. Ben-Porath, and Dr. Wildman.

**Honors**
Dean's List, Distinguished Student Award, National Honor Society.

# ROBERT E. BOLES III

Wheeling, WV  |  304.559.7860  |  Reboles@me.com  |  bold.pro/my/robert-boles/7671

---

## PROFESSIONAL SUMMARY

Operations and compliance executive with 20+ years of progressive leadership across multi-million-dollar retail operations, licensed behavioral health facilities, and virtual-operations consulting. Currently directs VA operations for a national business-process consulting firm while serving as compliance and investigations lead for a 72-bed licensed residential treatment facility. Proven track record building compliance infrastructure, leading sensitive workplace investigations, and standing up SOP-driven operating systems that scale. Known for direct, execution-first leadership grounded in documentation, accountability, and regulatory rigor.

## CORE COMPETENCIES

- Regulatory Compliance & OHFLAC Response
- Workplace Investigations
- Policy & SOP Development

- VA / Remote Team Operations
- HR & Corrective Action Management
- Client Onboarding & Retention

- Risk Assessment & Audit Management
- Staffing Models & Scheduling Design
- P&L, Inventory & Loss Prevention

## PROFESSIONAL EXPERIENCE

*Remote*

### Director of VA Operations  |  *Allied Assist*

- Direct virtual-assistant and project-management operations across a multi-client consulting portfolio, overseeing onboarding, retention, and day-to-day service delivery.
- Built the firm's daily/weekly operating cadence — 10 structured time blocks covering director sync, client onboarding, and platform evaluation — standardizing execution across the team.
- Authored client-facing operational policies, including a client hours/overtime policy with manager-discretion thresholds and a tiered weather-event protocol for a distributed offshore workforce.
- Completed a full SOP gap analysis for the Executive Assistant function, defining a ~35-SOP core track plus specialist tracks and a formal promotion ladder.
- Led rollout proposal development for enterprise clients, packaging EA services, bookkeeping, and strategic operations consulting into unified engagement plans.

*Wheeling, WV*

### Compliance & Investigations Officer / Operations Lead  |  *Serenity Hills Life Center*

- Served as compliance and operations lead for a 72-bed licensed women's residential behavioral health and substance use treatment facility, reporting on regulatory standing to state licensing (OHFLAC) and internal leadership.
- Led workplace and clinical investigations end-to-end — evidence review, staff interviews, findings reports, and corrective action — closing multi-track misconduct cases and safety/critical-incident reviews.
- Rebuilt the facility's compliance infrastructure: a personnel handbook expansion, medical emergency and resuscitation policy, visitation policy, and recovery residence agreement aligned to WV Code, WV CSR, and 42 CFR Part 2.
- Identified clinical staffing gaps against ASAM and WV BMS standards and authored a staffing model and clinical scheduling standards policy to bring programming into compliance.
- Chaired safety, quality assurance, and human rights committee reviews following critical incidents, producing final investigation reports and corrective action plans for leadership and licensing bodies.

EXHIBIT B

*Bridgeport, OH*

**Operations Manager** / *Lowe's*

- Owned full store operations — freight flow, inventory accuracy, and P&L — for a high-volume home improvement retail location.

*St. Clairsville, OH*

**Store Manager** / *Walmart Supercenter*

- Led a team of 14 managers and 347 associates across an $83M facility, owning full P&L, safety, and HR functions in-house.
- Removed the store from corporate 'High Shrink Status' through a targeted loss-prevention and audit program.
- Cut total team turnover from 129% to 68% and improved store standards/engagement scores 15 bps year-over-year.
- Directly managed all internal HR casework — sexual harassment, behavioral, theft, and conduct investigations.

*St. Clairsville, OH*

**Co-Manager** / *Walmart Supercenter*

- Served as store-manager-in-training while leading 14+ managers and growing store sales to $103M.
- Led market-level projects and cross-store manager meetings; achieved Role Model store evaluation status.

*St. Clairsville, OH*

**Assistant Store Manager** / *Walmart Supercenter*

- Helped grow store sales to nearly $93M through merchandising strategy and people development.
- Certified Food Safety Manager (FSP).

*St. Clairsville, OH*

**Department Manager** / *Walmart*

- Maintained high in-stock performance on a high-traffic side counter; certified store power-equipment and safety trainer.

*Weirton, WV*

**Store Manager** / *Blockbuster Video*

- Nearly doubled store sales and customer base through service-first, role-model leadership.

## CERTIFICATIONS

- HSI Basic Life Support (BLS) Certified Trainer — CPR / AED / First Aid trainer for facility staff
- ServSafe Kitchen Manager
- Certified Food Safety Manager (FSP)

## EDUCATION

**West Liberty University** — West Liberty, WV