

David L. Bissett
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| *In re*: | ) | |
| | ) | |
| HEART 2 HEART VOLUNTEERS, INC., | ) | Case No. 5:25-bk-87 |
| | ) | |
| Debtor. | ) | Chapter 11 |

### ORDER AND NOTICE

On July 8, 2026, Robert L. Johns, Chapter 11 Trustee of the bankruptcy estate of Heart 2 Heart Volunteers, Inc. (the "Trustee"), filed a Motion to Continue Hearing(s) on *Motion for Turnover of Property filed by Sharon Marie Travis, Objection to Motion to Compel Turnover of Property Filed by Sharon Marie Travis and Trustee's Motion for Requiring Sharon Marie Travis to Pay Storage Fees and Excess Wages; Response to Order on Motion to Compel Turnover Filed by Sharon Travis; Motion To Remove Robert Boles for Conflict of Interest With a Creditor; Motion to Object as a Creditor to the Hiring of Robert Boles; Motion for Expedited Hearing Filed by Sharon Travis; and Motion to Remove Sara Dean For Conflict of Interest; Motion to Object as a Creditor to her Hiring; Motion To Request Job Description, Title and Pay filed by Sharon Travis* (Doc. No. 331). On July 9, 2026, Sharon Travis filed an Emergency Objection to the Trustee's Adjournment Attempts, Emergency Objection to the Retention of Authorized Personnel (Robert Boles and Sara Dean), Motion for an Emergency Investigation by a Third Party for the Harassment and Retaliation, Motion for Appointment of Third Party Comprehensive Examination of Records Financial Audit, Motion for Investigation on Formal Complaint Made on Dahna Herr and Sheila Weese, and Motion for Rental Fees for Use of Property (Doc. No. 336).

The Court finds good cause exists to grant a continuance of the July 16, 2026, hearing because, in addition to the conflict outlined in the Trustee's motion to continue, Ms. Travis' emergency objection requests additional relief beyond that sought in her previously filed motions: Motion To Compel Turnover Of Property (Doc. No. 263); Motion To Remove Robert Boles for Conflict of Interest With a Creditor; Motion to Object as a Creditor to the Hiring of Robert Boles; Motion for Expedited Hearing (Doc. No. 315); Motion to Remove Sara Dean For Conflict of

Interest; Motion to Object as a Creditor to her Hiring; Motion To Request Job Description, Title and Pay (Doc. No. 316).   Specifically, Ms. Travis requests: (1) an emergency investigation by a third party into the alleged harassment, retaliation, and continuing defamation arising from her former employment and status as a creditor; (2) an examination of financial records from 2020, 2021, 2022, 2023, 2024, 2025, and 2026; and (3) an investigation concerning Ms. Travis' alleged formal complaint against Dahna Herr and Sheila Weese relating to harassment allegations made on April 6, 2026.   Because these requests raise additional issues that were not previously before the Court, the Court finds that a continuance is necessary to allow the Trustee an opportunity to respond.   Accordingly, it is hereby

**ORDERED** that the Trustee's Motion to Continue Hearing(s) is GRANTED.   The following matters, currently scheduled for hearing on July 16, 2026, are continued and rescheduled for hearing on **July 29, 2026, at 11:00 a.m.** in the L. Edward Friend II Bankruptcy Courtroom, 1125 Chapline Street, Wheeling, West Virginia:

**315** Motion To Remove Robert Boles for Conflict of Interest With a Creditor; Motion to Object as a Creditor to the Hiring of Robert Boles; Motion for Expedited Hearing Filed by Sharon Travis

**316** Motion to Remove Sara Dean For Conflict of Interest; Motion to Object as a Creditor to her Hiring; Motion To Request Job Description, Title and Pay Filed by Sharon Travis

**263** Motion To Compel Turnover Of Property Filed by Sharon Travis.

**279** Objection *to Motion to Compel Turnover of Property Filed by Sharon Marie Travis and Trustee's Motion for Requiring Sharon Marie Travis to Pay Storage Fees and Excess Wages* with Certificate of Service. Filed by Brian Richard Blickenstaff on behalf of Robert L. Johns (related document(s)263 Motion for Turnover of Property filed by Interested Party Sharon Travis). (Attachments: # 1 Exhibit A)

Additionally, the Court will also consider, at the July 29, 2026 hearing, the issues raised by Ms. Travis, as part of her emergency objection to the Trustee's motion to continue hearing (Doc. No. 336), noted above. It is further

**ORDERED** that the Trustee shall file a supplemental written response to Ms. Travis' motions (Doc. No. 336) by July 24, 2026.