CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF WV

JUL 16 2026

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Time: 330 _____ am/pm

### IN RE:

Heart 2 Heart, Inc Case No 25-00087

Creditor Chapter 11

Pro se/ Creditor

7/16/2026

**EMERENCY MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY AND PERMANENT DUE TO UNLICENCED PRACTICE OF PSYCHOLOGY AND INJUNCTION RELIEF AND TO REMOVE SARAH DEAN, CLINICAL DIRECTOR DUE TO UNLICENSED PRACTICE OF PYSCHOLOGY AND IMMEDIATE FACILITY AND PATIENT RISK.**

Now comes Sharon "Mare" Travis, former CEO, Founder, current Creditor appearing Po se in the above Chapter 11 proceeding. I respectfully moves this Court for an EMERGENCY TEMPORARY RESTRAINIG ORDER and PRELIMINARY AND PERMANENT INJUCTION RELIEF to immediately and permanently remove Sarah Dean from her position as Clinical Director of Serenity Hills Life Center.

## I.   JURISDICTION & REPRESENTATION

1. This court has jurisdiction over this matter pursuant to 28 U.S.C 1134 157, as it directly impacts the administration, assets, liability, and patient Safety of the debtor's estate currently operating under chapter 11.

2. Sarah Dean was previously terminated by the movant during her tenure as CEO. Following the appointment of the Trustee, Sarah Dean was rehired and placed into the critical role of Clinical Director.

II. GROUND FOR RELIEF: IRREFUTABLE EVIDENCE OF FRAUDULENT CREDENTIALS

3. On her current professional resume and in her active employment capacity, Sarah Dean explicitly holds herself out as a licensed psychologist. Specifically, her resume boast that she performs "psychological testing," "Assessments," and interpretations". A copy of the resume of that was provided by the Trustee's counsel is attached as *Exhibit A*

4. Under West Virginia Code 30-21-3and Ohio revised Code 4732.21, conducting psychological testing and diagnostic interpretation is strictly by law to licensed psychologist.

5. On July, 2026 primary source license verification were obtained from the licensing boards of both states.

6. The West Virginia Board of Examiners of Psychologist confirmed Via and the Or Ohio's Licensing Boards confirmed through email that Sarah Dean does not hold, and has never held, a license in to West Virginia or Ohio, nor is she operating under any approved supervisory relationship. A copy of the emails from both state board are attached in *exhibit B, and C.*

7. Furthermore, on her resume (Exhibit A), Sarah Dean falsely claims her employment at Serenity Hills began on 09/08/2023 and continued through 2025, However, her official employment contract-attached hereto as *exhibit D*- Clearly demonstrates she was not hired and did not begin employment until September 2023.

8. Upon information and belief Sarah Dean's intentionally falsified her employment dates to mislead the court, the Trustee, and state licensing boards in order to obscure an active ethical violation regarding an improper dual relationship. Sharon Dean provided personal counseling services to the movant in 2022, subsequently accepted employment under the movant in 2023. By fraudulently backdating her employment on her resume to 2022, she is actively attempting to cover up the fact that she acted as the CEO's personal counselors immediately prior to her employment, an action currently under active ethical investigation. This evidence was provided in the previous motion and also to the state board. It also sent to the state board was her testimony of abuse st my divorce hearing, because she was my counselor. She is falsifying information at the risk of her license and the detriment of this facility.

III.    CRIMINAL PENALTIES AND STATUTORY VIOLATIONS

9. Under West Virginia Code 30-21-3, it is strictly unlawful for any person to practice. Offer to practice, or hold themselves out to the public as a psychologist without a license issued by the state board.

10. Pursuant to West Virginia Code 30-11-13, any individual who violates these provisions, is guilty of a criminal misdemeanor. Upon conviction, they face a criminal fine and imprisonment in the county jail for up to six (6) months.

11. By performing clinical psychologist testing, assessment, and diagnostic interpretations, Sarah Dean is actively committing criminal acts on the Debtor's premise. Every single unauthorized evaluation she signs represents a separate, prosecutable offense.

IV.   IMMEDIATE THREAT TO PATIENT SAFETY

Allowing an individual who is fraudulently holding herself out as a psychologist and falsifying her clinical start timeline to remain in the building as Clinical Director triggers immediate, catastrophic risks:

12. Clinical and Patient jeopardy: while Sarah Dean holds a license as a Licensed Professional Counselor (LPC), she is actively performing diagnostic psychological test and clinical interpretation-procedures that are legally restricted to licensed psychologist and entirely exceeds the scope of her LPC License. Allowing an individual to perform specialized psychological diagnostics without the requires license psychology credentials poses an immediate risk to vulnerable patients. Legally invalid or unauthorized psychological assessment can lead to improper medication management, flawed treatment plans and direct, severe harm to patients.

13. Immediate Loss of Facility Operating License: Under West

Virginia DHHR/ Bureau for Public Health regulations, a healthcare facility must employ appropriately Licensed and credentialed professionals to maintain its state operating License. The continued employment of an individual performing restricted psychological testing without a psychology license is grounds for immediate emergence suspension or revocation of the facility 's operating License, which would force the immediate closure of the building. Just employing an individual breaking the law by claiming they have the license is a real liability.

14. Decertification and loss of Revenue (Medicaid/Insurance): Major insurance payors, including West Virginia Medicaid and strictly prohibit billing for restricted psychological services rendered or supervised by unlicensed clinician. Discovering that clinical evaluation have been directed by am LPC posing as a psychologist will trigger immediate decertification, total freeze on insurance reimbursements, claw back/audits of previously paid claims, and potentially devastating federal healthcare fraud investigations under False Claims Act.

15. Personal and Estate liability: By permitting this unlicensed clinical practice to continue after being formally notified, the Chapter 11 Trustee and the Debtor's estate face immense civil exposure. The estate could lose their insurance coverage.

V.     Prayer for Relief

Wherefore, the movant respectfully requests that this court immediately enter an Emergency Order that:

a. Immediately order the physical removal of Sarah Dean and any clinical access to the facility. Suspend any communication with the facility and staff concerning business.

b. Suspend her from all from all clinical, administration, and supervisory duties;

c. Direct the Trustee to immediately designate an appropriately licensed clinician to review all patients' files previously handled or signed by Sarah Dean (Utilization Nurse or outside) to mitigate immediate clinical risk to patients; and

d. Grant such other and further relief as this Court deems just and proper.

Sharon Travis

Creditor

*Sharon "Marie" Travis*

*7-16-2026*

Exhibit A

# Dr. Sarah Dean, Ph.D., NCC, LPC, GAL

## Curriculum Vitae

**Contact**
740-509-0079
Sarah@DNWtherapy.com
www.DNWtherapy.com

**Professional Profile**
Vision-driven Clinical Director, Psychologist, Licensed Professional Counselor, and private practice owner with over 15 years of leadership in behavioral health, substance use treatment, and clinical program development. Recognized for ethical leadership, evidence-based practice, organizational transformation, regulatory compliance, staff development, and exceptional patient-centered care. Extensive experience across inpatient psychiatry, residential treatment, outpatient psychotherapy, neuropsychology, trauma treatment, and executive leadership.

**Areas of Specialization**
Anxiety, Depression, PTSD, Trauma, Grief, Addiction, Mood Disorders, Personality Disorders, Women's Mental Health, Chronic Pain, Stress Management, Sleep Disorders, Neuropsychology, Executive Coaching, Couples Counseling, Child & Adolescent Psychology.

## Professional Experience

**Dean's Natural Wellness (2010-Present)**
Founder and Clinical Therapist providing comprehensive psychological assessment, psychotherapy, family-centered interventions, psychoeducation, court involvement, community collaboration, and evidence-based treatment for children, adolescents, adults, and substance use populations.

**Serenity Hills Life Center (2022-2025; 2026-Present)**
Clinical Director overseeing clinical operations, quality assurance, regulatory compliance, treatment program development, policy creation, recruitment, supervision, staff training, multidisciplinary leadership, and stakeholder collaboration while maintaining the highest ethical and clinical standards.

**Previous Clinical Positions**
Inpatient Psychiatric Therapist – Ohio Valley Medical Center (2009-2010); Clinical Therapist – Crittenton Services (2008-2009); Residential Therapist – Fox Run Residential (2006-2008). Responsibilities included crisis intervention, treatment planning, trauma-informed care, multidisciplinary collaboration, psychoeducation, behavioral assessment, court involvement, family reunification, and substance use treatment.

**Academic Leadership & Teaching**
President, Graduate Counseling Association (Franciscan University); Counselor-In-Training (Jefferson Behavioral Health); Peer Counselor, Higher-Level Tutor Instructor, and University Student Instructor (Kent State University). Led instruction, mentoring, orientation, disability support, psychology tutoring, student development, and leadership initiatives.

**Education**
Liberty University – Ph.D. in Psychology (2019-2025), Distinguished Honors, GPA 3.98.
Franciscan University – M.A. Counseling (2008), GPA 3.675.
Kent State University – B.A. Psychology, Minor: Pre-Law. Additional Post-Secondary Studies in Pre-Medicine/Biochemistry (GPA 3.86).

**Professional Credentials**
Licensed Professional Counselor (Ohio & West Virginia); Guardian Ad Litem; National Certified Counselor Applicant; Child & Adolescent Sexual Trauma Professional.

EXHIBIT A

**Clinical Competencies**
Psychological Assessment, Diagnosis, CBT, ACT, EMDR, DBT, MI, SFBT, Trauma-Informed Care, Group Therapy, Couples & Family Therapy, Suicide Risk Assessment, Crisis Intervention, Integrated Behavioral Health, Substance Use Treatment, Treatment Planning, Psychological Testing & Interpretation.

**Research Experience**
Research Assistant positions at Franciscan University and Kent State University involving MMPI/MMPI-2 research, data analysis, psychometric evaluation, IRB coordination, manuscript preparation, behavioral assessment, and clinical research collaboration with faculty including Dr. Graham, Dr. Ben-Porath, and Dr. Wildman.

**Honors**
Dean's List, Distinguished Student Award, National Honor Society.

Exhibit B

## Gmail

## Sarah Dean

1 message

**Denitra.Hairston@psy.ohio.gov** <Denitra.Hairston@psy.ohio.gov>    Tue, Jul 14, 2026 at 12:39 PM
To: "mcblessed4God@gmail.com" <mcblessed4God@gmail.com>

Good afternoon, per our conversation this email is to confirm that Sarah Dean is not a licensed psychologist in the State of Ohio nor is she being supervised by a licensed psychologist.

Thank you,

Denitra Young
Ohio Board of Psychology


(614) 466-8808 (Work)
(614) 728-7081 (Fax)

Gmail   Exhibit C   Sharon <mcblessed4god@gmail.com>

## Sarah Dean

1 message

**McCarthy, Nikki D** <nikki.d.mccarthy@wv.gov>                    Mon, Jul 13, 2026 at 4:32 PM
To: mcblessed4god@gmail.com

Hello,

To whom it may concern, Sarah Dean is **NOT** a licensed psychologist or a supervised-psychologist in WV. Please let me know if you have further questions.

Best,

Nikki D. McCarthy
Board Administrator


Phone: 304-558-3040
Mobile: 681-557-9089
Fax: 304-957-0361

Webpage:

Exhibit D     Pg 1

1-4 pages

LIFE CENTER

# Contracted Clinical Director

**THIS AGREEMENT** is entered into on 08/22/23 by and between Serenity Hills Life Center, located at 667 Stone Shannon Rd, Wheeling, West Virginia 26003, known as the Employer herein this contract, and Sarah Dean residing at 489 Charleston St, Cadiz OH 43907, known as the Contracted Clinical director herein this contract. WHEREAS, the Employer desires to obtain the services of the contractor desires to render such services on the terms and conditions set forth herein; and

WHEREAS, the parties wish to enter into this Agreement and memorialize within this instrument the terms and conditions of contracted services by the parties;

THEREFORE, in consideration of the mutual promises and other good and valuable consideration (the sufficiency and receipt of which are hereby acknowledged) the parties agree as follows

## Contracted Services

Serenity Hills Life center, a Behavioral Health Center, operating at 667 Stone & Shannon Rd, Wheeling, West Virginia 26003, does hereby contract Sarah Dean LPC, NCC, PC, GAL, CASTP as interim clinical director beginning on 8/22/23. Contractor agrees to give adquete notice

## COMPENSATION

In accordance with the terms and conditions of this Agreement, services will be performed 6 hours a day 2 days a week and be compensated at $120.00 per hour.   Hours may be increased with agreement of both parties.

## CONFIDENTIALITY

Contracted Director understands that Confidential Information should not be disclosed to third parties according to, and adhering to the HIPAA rules and privacy Act.

## APPLICABLE LAW

The provisions of the Agreement shall be interpreted in accordance with the current laws of the state of West Virginia.

pg 2

## Serenity Hills Life Center
## Contracted Interim Clinical Director

**Summary**

**Serenity Hills Life Center**

**Residential Care for Primary Substance Abuse and/or**

**Co-occurring Mental Health Disorder**

**667 Stone & Shannon Rd. Wheeling, WV 26003**

**Licensed Therapist**

**Status: Contracted 1099 Services**                    **PAY: $120.00 an hour**

**Reports to: CEO**

**Hours: 6 hours a day 2 days a week**

**Qualifications**

- Licensed Therapist
- Experience working in addiction in an addiction treatment center
- Demonstrated ability to deal successfully with program and/or accreditation standards
- Competency in providing cognitive and behavioral interventions to individuals, families, couples, and groups with behavioral health/ substance abuse problems in a primary care /residential setting
- ASAM educated or willing to become certified
- Support evidence based practices that support social and emotional well-being, prevention approaches person-centered interventions and self-directed and/or recovery driven support services.
- Support a holistic approach
- Must pass a background and reference check per WV Cares
- No criminal record
- Valid driver's license
- Reliable transportation

   Services rendered as a Licensed Therapist performing duties as a Clinical Director

**Acknowledgment**

Print name _____

Signature _____        Date _____

CEO/Director _Sharon "Marie" Travis_     Date 9-8-2023

Authorized Representative _____ Date 9-8-23

RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN Title VII of the Civil Rights Act of 1964, as amended, protects applicants and employees from discrimination in hiring, promotion, discharge, pay, fringe benefits, job training, classification, referral, and other aspects of employment, on the basis of race, color, religion, sex (including pregnancy), or national origin. Religious discrimination includes failing to reasonably accommodate an employee's religious practices where the accommodation does not impose undue hardship.

DISABILITY Title I and Title V of the Americans with Disabilities Act of 1990, as amended, protect qualified individuals from discrimination on the basis of disability in hiring, promotion, discharge, pay, fringe benefits, job training, classification, referral, and other aspects of employment. Disability discrimination includes not making reasonable accommodation to the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or employee, barring undue hardship. AGE The Age Discrimination in Employment Act of 1967, as amended, protects applicants and employees 40 years of age or older from discrimination based on age in hiring, promotion, discharge, pay, fringe benefits, job training, classification, referral, and other aspects of employment. SEX (WAGES) In addition to sex discrimination prohibited by Title VII of the Civil Rights Act, as amended, the Equal Pay Act of 1963, as amended, prohibits sex discrimination in the payment of wages to women and men performing substantially equal work, in jobs that require equal skill, effort, and responsibility, under similar working conditions, in the same establishment. GENETICS Title II of the Genetic Information Nondiscrimination Act of 2008 protects applicants and employees from discrimination based on genetic information in hiring, promotion, discharge, pay, fringe benefits, job training, classification, referral, and other aspects of employment. GINA also restricts employers' acquisition of genetic information and strictly limits disclosure of genetic information. Genetic information includes information about genetic tests of applicants, employees, or their family members; the manifestation of diseases or disorders in family members (family medical history); and requests for or receipt of genetic services by applicants, employees, or their family members.

RETALIATION All of these Federal laws prohibit covered entities from retaliating against a person who files a charge of discrimination, participates in a discrimination proceeding, or otherwise opposes an unlawful employment practice. WHAT TO DO IF YOU BELIEVE

Pg 3



# State of West Virginia
# Board of Examiners in Counseling

815 Quarrier Street, Suite 212
Charleston, West Virginia 25301
(304) 558-5494

Cheryl.J.Henry@wv.gov
www.wvbec.org

# Verification of West Virginia Licensure

### Date Verification Created: Wednesday, August 14, 2024
### Verification Created by Cheryl Henry, Executive Director

| | |
|---|---|
| **NAME OF LICENSEE:** | **Sarah D. Dean** |
| **PROFESSION:** | **Licensed Professional Counselor** |
| **LICENSE NUMBER:** | **2007** |
| **LICENSURE STATUS:** | **CURRENT** |
| **ORIGINAL ISSUE DATE:** | **02/25/2011** |
| **EXPIRATION DATE:** | **06/30/2025** |

Disclaimer

The information provided is accurate and correct.

**Form W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Sarah Dean

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☒ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

489 Charleston St

**6** City, state, and ZIP code

Cadiz OH 43907

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type. See Specific Instructions on page 3.*

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

[redacted]

**or**

**Employer identification number**

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶                    Date ▶  8-24-23

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)

# What Happens to a Treatment Center with a Fraudulent Clinical Director Claiming to Be a Psychologist

If a treatment center's clinical director is fraudulently claiming to be a licensed psychologist, the situation can trigger **legal, regulatory, and reputational consequences** for both the individual and the organization.

## 1. Immediate legal and regulatory action

- **State licensing boards** (e.g., the Association of State and Provincial Psychology Boards) have authority to investigate complaints about psychologists' credentials, services, and conduct

- If evidence shows the person is **not licensed** or is **misrepresenting credentials**, the board can issue **cease-and-desist orders**, suspend or revoke licensure, and impose fines
- The treatment center could be held **jointly liable** for operating under an unlicensed or fraudulent practitioner, especially if patients were misled or harmed.

## 2. Fraud and abuse reporting

- **Mental health fraud** includes practicing without a license, billing for services not rendered, or intentionally deceiving patients/insurers
- Victims or whistleblowers can report to the **Health and Human Services Office of Inspector General** (1-800-HHS-TIPS) or state fraud units ·gov

- Reporting can lead to investigations, audits, and potential criminal charges if intent to deceive and financial gain are proven.

## 3. Impact on the treatment center

- **Loss of licensure or certification**: If the center's license to operate is tied to the clinical director's credentials, the board may revoke or suspend the center's license.
- **Financial penalties**: Fines, restitution to patients, and potential insurance denials.
- **Reputational damage**: Public disclosure of fraud can erode trust, deter patients, and harm referrals.

- **Criminal liability**: If fraud is proven, the center's owners or administrators could face criminal charges.

## 4. Patient protection and recourse

- Patients can seek **refund or compensation** for services rendered under false credentials.
- They can also report to the licensing board, which may take disciplinary action against both the individual and the center

## 5. Steps to address the issue

- **Document everything**: Keep records of the fraudulent claim, patient interactions, and any evidence.
- **Report to the state psychology board** and the center's licensing authority.
- **File with fraud reporting agencies** if there is evidence of financial gain or insurance fraud.
- **Seek legal advice** to understand your rights and options for recovery.

**Bottom line:** A treatment center with a clinical director falsely claiming to be a psychologist can face **license revocation, fines, criminal charges, and reputational collapse** if the fraud is substantiated. Prompt reporting to the appropriate licensing and fraud enforcement bodies is critical to protecting patients and holding the responsible parties accountable

Exhibit F

# Who in West Virginia Can Perform Psychological Testing and Interpretation

In West Virginia, **only certain licensed professionals** are legally authorized to administer and interpret psychological tests for diagnostic or evaluative purposes.

**Primary authorized providers**

- **West Virginia licensed psychologists** in good standing with the **WV Board of Examiners of Psychologists**
- **Supervised psychologists** who are under the supervision of a Board-approved supervisor and hold a **Gold Card** issued by the Board
- **Physicians or physician extenders** (e.g., physician assistants, nurse practitioners) who are authorized to perform psychological testing and interpretation in their scope of practice

**Licensure requirements**

- Must have **graduate-level formal academic training** in psychology, including statistics, test construction, measurement theory, individual differences, personality theory, and (for diagnostic interpretation) abnormal psychology, psychopathology, and mental health differential diagnosis
- Must complete **supervised practice experience** in psychology, with supervision occurring in West Virginia under a Board-approved supervisor and with a W-2 employer
- Licensure is available at **master's or doctoral level** in WV, and both tracks require the above education and supervised experience

**Scope of practice**

Psychological testing in WV includes administering and interpreting standardized instruments for intelligence, aptitudes, interests, personality, emotional states, and neuropsychological functioning . Interpretation for diagnostic purposes requires specialized training in abnormal psychology and mental health differential diagnosis .

**Key takeaway**

If you need psychological testing and interpretation in West Virginia, it must be performed by a **licensed psychologist** (master's or doctoral), a **supervised psychologist** under a Board-approved supervisor, or a **physician/physician extender** in

their authorized scope. Non-licensed individuals cannot legally perform these services in the state.

**Read less**

Exhibit G

# WEST VIRGINIA CODE

CHAPTER 30. PROFESSIONS AND OCCUPATIONS.

**CHAPTER 30. PROFESSIONS AND OCCUPATIONS.**

Article 20A                          All Articles                          Article 21A

ARTICLE 21. PSYCHOLOGISTS; SCHOOL PSYCHOLOGISTS.

## §30-21-1. Legislative findings and declaration of public policy.



The Legislature of the State of West Virginia hereby determines and finds that in the public interest persons should not engage in the practice of psychology in this state without the requisite experience and training and without adequate regulation and control; and that there is presently no adequate means to protect the interests of the citizens of this state from the unauthorized, unqualified and unregulated practice of psychology. It is therefore declared to be the public policy of this state that the practice of psychology affects the general welfare and public interest of the state and its citizens; that persons without the necessary qualifications, training and education, and persons not of good character should not engage in the practice of psychology; and that the evils of such unauthorized and unqualified practice may be best prevented and the interest of the public best served by regulating and controlling such practice as provided in this article.

**§30-21-1. Legislative findings and declaration of public policy.**

  

Search in all Chapters

Type search terms here...

Chapter...                    Article...                    Section...

Searches are case insensitive.

Search for phrases with double quotes around the phrase like this: "claims commission"

Use a + symbol in front of a word to include it and use a − in front of a word to exclude it from searches like this: +railroad -sign

If you type multiple words without quotes or +/- symbols, the search will look for all results containing any of the words

## My Saved WV Code                                        Clear All

No Code Saved Yet.

## Bill History For §30-21-1

HB524

Copyright © 2026 **West Virginia Code.** These West Virginia Code sections are updated regularly as new legislation takes effect. For the effective date of an individual act of the WV Legislature and the Code sections affected by that act, please consult our Bill Status database.

# West Virginia Laws on Psychologists and Related Licensing

In West Virginia, **only licensed psychologists** may legally state or practice as a psychologist. The state's **Psychologists Licensing Act** (West Virginia Code Chapter 30, Article 21) sets out the requirements and prohibitions for engaging in psychology practice

## Licensing Requirements

- **Licensure is mandatory** for any individual, firm, association, or corporation engaging in the practice of psychology 【§30-21-3】.
- To obtain a license, applicants must meet:
    - Educational qualifications (typically a doctoral degree in psychology)
    - Pass the **EPPP** (Examination for Professional Practice in Psychology)
    - Complete supervised professional experience (SPE) under a licensed supervisor.
- There are different license types:
    - **Licensed Psychologist** (PhD or PsyD)
    - **School Psychologist**
    - **Supervised Psychologist** (provisional)
    - **Special Volunteer Psychologist License** for certain indigent services

## Prohibited Actions

- **Unlicensed individuals** cannot use the title "psychologist" or engage in psychological practice in West Virginia 【§30-21-3】.
- This includes advertising, providing therapy, or diagnosing mental health conditions without a valid license.
- Violations can lead to **civil penalties, injunctions, and criminal charges** under the statute 【§30-21-13】.

## Enforcement and Discipline

- The **West Virginia Board of Examiners of Psychologists** oversees licensure and discipline
- Disciplinary actions can include:

- Reprimand
- Suspension
- Revocation of license

- Appeals are available to the Supreme Court of Appeals of West Virginia.

## Related Rules

- **Agency 17 of the West Virginia Code of State Rules** implements the licensing statute, covering:
    - Licensure procedures
    - Continuing education (CE) requirements
    - Ethical standards (aligned with APA Code of Ethics)
    - Complaint and disciplinary processes.

**In summary:** In West Virginia, only licensed psychologists may state or practice as a psychologist. Unlicensed individuals who do so risk legal penalties, and the Board enforces these rules to protect public welfare.