

David L. Bissett
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| *In re*: | ) | |
| | ) | |
| HEART 2 HEART VOLUNTEERS, INC., | ) | Case No. 5:25-bk-87 |
| | ) | |
| Debtor. | ) | Chapter 11 |

### ORDER AND NOTICE

Upon consideration of the *Emergency Motion for Temporary Restraining Order, Preliminary and Permanent Due to Unlicensed Practice of Psychology and Injunction Relief and to Remove Sarah Dean, Clinical Director Due to Unlicensed Practice of Psychology [sic] and Immediate Facility and Patient Ris*k filed by Sharon Travis ("Motion for Temporary Restraining Order") (Doc 344) and other motions currently pending before the Court, including the motion to remove Sara Dean, the Court finds it to be in the best interest of the bankruptcy estate and judicial economy to schedule the Motion for Temporary Restraining Order for hearing, in conjunction with the other matters currently scheduled for July 29, 2026.   Therefore, it is hereby

**ORDERED** that the Motion for Temporary Restraining Order is scheduled for hearing on **July 29, 2026, at 11:00 a.m.** in the L. Edward Friend II Bankruptcy Courtroom, 1125 Chapline Street, Wheeling, West Virginia.   It is further

**ORDERED** that the Trustee and Healthcare Ombudsman shall file a written response to the Motion for Temporary Restraining Order by July 24, 2026.