**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

IN RE:   Heart 2 Heart Volunteers Inc.

_____
                        Debtor,

Bankruptcy No.  5:25-bk-87

Civil Action No.  5:26-cv-114

**NOTICE OF RECEIPT OF DESIGNATED RECORD ON APPEAL
AND BANKRUPTCY BRIEFING SCHEDULE**

Please take notice that the designated record on appeal was received from

the Clerk of the United States Bankruptcy Court for the Northern District of West

Virginia on  July 21, 2026  .  The record was made available electronically in this

court's case number  5:26-cv-114  on  July 21, 2026  .

Pursuant to Rule 8018(1) of the Federal Rules of Bankruptcy Procedure, the

appellant must file a brief within 30 days after the docketing of notice advising that

the record was transmitted or is available electronically. The appellee must file a

brief within 30 days after service of the appellant's brief.  The appellant may file a

reply brief 14 days after service of the appellee's brief but at least 7 days before

scheduled argument.

Stephanie Hainer Ojeda, Clerk of Court

Date: July 22, 2026                    By: /s/ L.M. Murphy
                                                    Deputy Clerk