**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**In Re:**

**HEART 2 HEART VOLUNTEERS INC.**          **Bankruptcy Case No. 25-00087**
                                                                   **Chapter 11**
                          **Debtor.**

**TRUSTEE'S MOTION TO ALLOW WITNESS**
**TO APPEAR BY VIDEO OR PHONE**

Robert L. Johns, Chapter 11 Trustee for the bankruptcy estate of Heart 2 Heart Volunteers, Inc. (the "Trustee"), by and through undersigned counsel, and pursuant to Local Rule 5.07 of the *Local Rules for the United States District Court for the Northern District of West Virginia*, moves to allow certain witness to testify by video or phone at the hearing scheduled in the above captioned case (the "Motion").  In support of this Motion, the following is represented:

1.        An evidentiary hearing has been scheduled for July 29th, 2026, starting at 11:00 AM at the Bankruptcy Courtroom located at the US Bankruptcy Court, Frederick P. Stamp, Jr. Federal Building and United States Courthouse, 1125 Chapline Street, Wheeling, WV 26003.

2.        The Trustee believes it will be necessary to have Deborah Fish ("Mrs. Fish"), the Health Care Ombudsman testify at the hearing.

3.        Mrs. Fish is located in Detroit, Michigan, and having her appear in person would cause an undue hardship and unnecessary expense to the bankruptcy estate.

4.        to Local Rule 5.07 of the *Local Rules for the United States District Court for the Northern District of West Virginia* permits the Court to conduct hearings and bankruptcy proceedings using video telecommunications.

5.        If video conferencing were to fail for any reason, the Trustee respectfully requests that the witness be permitted to testify telephonically.

6.        The Trustee will provide telephone numbers for the out of state witness.

7.      Trustee's counsel will ensure that the witness has a copy of all relevant documents prior to the hearing.

**WHEREFORE**, the Trustee respectfully requests that this Court grant Trustee's Motion to allow Mrs. Fish to testify by video or phone at the hearing scheduled for scheduled for July 29th, 2026, starting at 11:00 AM, and further grant any additional relief this Court would deem appropriate.

**ROBERT L. JOHNS, Chapter 7 Trustee**
**By Counsel,**

    /s/ Brian R. Blickenstaff_____
ROBERT L. JOHNS [WVSB No. 9449]
BRIAN R. BLICKENSTAFF [WVSB No. 9449]
**JOHNS & ASSOCIATES, PLLC**
101 Brook Hill Drive
Charleston, WV 25311
Phone No:  (304) 720-2300
Fax No:     (304) 720-2311
E-mail:      bblickenstaff@johnswvlaw.com
*Counsel for the Trustee*