**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re:

**HEART 2 HEART VOLUNTEERS INC.,**      **Bankruptcy Case No. 25-00087**
**d/b/a SERENITY HILLS LIFE CENTER,**     Chapter 11

                Debtor.

**OBJECTION TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING
ORDER, PRELIMINAR AND PERMANENT DUE TO UNLICENSED
PRACTICE OF PSYCHOLOGY AND INJUCTION RELIEF AND TO REMOVE
SARAH DEAN, CLINICAL DIRECTOR DUE TO UNLICENSED PRACTICE OF
PSYCHOLOGY AND IMMEDIATE FACILITY AND PATIENT RISK**

        Robert L. Johns, Chapter 11 Trustee for the bankruptcy estate of Heart 2 Heart Volunteers, Inc. (the "Trustee"), objects to the *Emergency Motion for Temporary Restraining Order, Preliminary and Permanent Due to Unlicensed Practice of Psychology and Injunction Relief and to Remove Sarah Dean, Clinical Director Due to Unlicensed Practice of Psychology and Immediate Facility and Patient Risk* ("Motion to Remove") filed by Sharon Marie Travis ("Travis") former CEO, on July 16, 2026.

In support thereof, the Trustee respectfully represents:

1.       The debtor, Heart 2 Heart Volunteers, Inc. (the "Debtor"), filed a voluntary petition for Chapter 11 relief on February 27, 2025.

2.       The Debtor conducts business as Serenity Hills Life Center and is an addiction recovery center specializing in treatment of at-risk women suffering from substance abuse disorder.

3.       On April 2, 1015, the Court entered an order directing the U.S. Trustee to appoint a health care ombudsman pursuant to 11 U.S. C. §333.

4.     On December 17, 2025, the Debtor filed an application to employ a CRO on an expedited basis.

5.     After it was clear that a CRO was not working, the U.S. Trustee filed a Motion for entry on order directing the appointment of a Chapter 11 Trustee.

6.     On February 19, 2026, after an evidentiary hearing on the United States Trustee's *Motion to Appoint a Chapter 11 Trustee,* this Court determined that it was necessary and appropriate to appoint a Chapter 11 Trustee and the Trustee was appointed.

7.     On February 25, 2026, Travis and Tara Singer, Secretary of the Board of Directors, filed a *Motion to Reconsider the Appointment of a Trustee*, which was denied by the Court.

8.     As part of the Debtor's ongoing business, the Trustee hired Dr. Sarah Dean as Clinical Director.  Dr. Dean works approximately sixteen hours per week as Clinical Director and supervises other counselors at the facility

9.     Dr. Dean previously was hired by Travis at Serenity Hills Life Center as their Clinical Director.

10.     On June 30, 2026, Travis filed a Motion to Remove Dr. Dean for conflict of interest with Ms. Travis and for the Trustee not getting approval by the Court to hire Dr. Dean as a professional along with other reasons set forth in Travis' motion.

11.     Upon information and belief, Travis has filed an ethics complaint against Dr. Dean with the State licensing board relating to Travis' interactions with Dr. Dean.

12.     On July 16, 2026, Travis filed the Motion to Remove alleging that Dr. Dean's employment was based upon fraudulent credentials, set forth in her resume, her

employment caused an immediate threat to patient safety and potential loss of Serenity Hills Life Center's operating license.

13.     Dr. Dean is the Clinical Director at Serenity Hills Life Center.  She is not employed as a Psychologist and is not conducting psychological testing and diagnostic interpretation at the facility.  Dr. Dean is a licensed Professional Counselor and is supervising other counselors.  Dr. Dean possesses the necessary credentials to fulfill the duties of Clinical Director.

14.     Further, Serenity Hills Life Center is not billing any time for Dr. Dean to West Virginia Medicaid or any insurance company.  Dr. Dean is not providing any patient notes relating to current patients at the facility and Serenity Hills Life Center is not receiving any reimbursement for Dr. Dean.  The health and safety of the patients at the facility is not being negatively impacted by Dr. Dean's presence.

15.     Travis' complaints against Dr. Dean are personal in nature and this Court is not the proper forum for Travis to pursue her personal vendetta against Dr. Dean.

**WHEREFORE**, the Trustee respectfully requests this Court to deny Travis's Motion to Remove and grant the Trustee such other relief as the Court deems reasonable and necessary.

Respectfully submitted,
**ROBERT L. JOHNS, TRUSTEE**
By Counsel:

_____/s/ Brian R. Blickenstaff_____
BRIAN R. BLICKENSTAFF [WVSB No. 9449]
**Johns & Associates, PLLC**
**101 Brook Hill Drive**
Charleston, WV  25311
Phone No.     (304) 720-2300
Fax No.        (304) 720-2311
E-mail          bblickentaff@johnswvlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re:

| | |
|---|---|
| **HEART 2 HEART VOLUNTEERS INC.,** | **Bankruptcy Case No. 25-00087** |
| **d/b/a SERENITY HILLS LIFE CENTER,** | Chapter 11 |

Debtor.

**CERTIFICATE OF SERVICE**

I, Brian R. Blickenstaff, hereby certify that a copy of the foregoing "***OBJECTION TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY AND PERMANENT DUE TO UNLICENSED PRACTICE OF PSYCHOLOGY AND INJUCTION RELIEF AND TO REMOVE SARAH DEAN, CLINICAL DIRECTOR DUE TO UNLICENSED PRACTICE OF PSYCHOLOGY AND IMMEDIATE FACILITY AND PATIENT RISK***"  and **CERTIFICATE OF SERVICE** was served by First Class mail, postage prepaid, by electronic mail, or by utilizing the Court's CM/ECF Pacer System where indicated, on this 24th day of July, 2026, on the following:

**GARY O. KINDER, ESQ.**
Assistant U.S. Trustee
300 Virginia Street East, Room 2025
Charleston, WV  25307
(*Via Electronic Filing*)

**KIRK B. BURKLEY, ESQ.**
Bernstein-Burkley, P.C.
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(*Via Electronic Filing*)

**SHARON MARIE TRAVIS**
930 Main Street, Unit 303
Wheeling, WV 26003
(*Via Electronic Mail*)

Given this day by my hand,

_____/s/ Brian R. Blickenstaff__