CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF WV



JUL 28 2026

Time: 1:30 AD am/pm

930 main Street Apt 303, Wheeling WV 26003

**IN THE UNITED STATES BANKRUPTSY COURT**

**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**IN RE:**
**Heart 2 Heart, Inc Case No 25-00087**

**Debtor Chapter 11**

**7/28/2026**

Witness List And exhibits for July Hearing and also proof of claim and exhibits

Witnesses

Sarah Dean

Robert Boles

Jon Beagle

Tara Singer

Us Trustee

Sheila Weese Danha Herr

Greg Ford

The Trustee

The ombudsman

US Trustee

Any other witness that is presented to the court as rebuttal witnesses.

Exhibits of the entire record and the following:

A1 through X

Sharon Harris