**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

In Re: Heart 2 Heart Volunteers Inc.
Debtor

Case No.: 5:25−bk−00087
Chapter: 11

**NOTICE TO PARTIES IN INTEREST**

On 08/14/2026 and 08/17/2026 the following document was filed:

***377*** − Motion for Reconsideration of Order Denying Motion to Remove Sarah Dean and Emergency Motion to Remove Sarah Dean and Request for Evidentiary Hearing with Certificate of Service Filed by Sharon Travis (Related Doc # 369 Order) (Recchio, Amanda)

***379*** − Motion for Reconsideration of Court Order Permitting Former Employee Robert Boles to Volunteer/Work and Access to Records, Manage the Record, Computer Systems and Any Work on the Record; Request for Evidentiary Hearing; and Request for Emergency Protective Restrictions Filed by Sharon Travis (Related Doc # 370 Order). (Attachments: # 1 Exhibit) (Recchio, Amanda)

**It is the responsibility of the moving party to ensure adequate service of the above−mentioned document. Nothing herein excuses the moving party from their responsibility in that regard.**

Unrelatedly, you may contact the moving party for a copy of the document if you believe you are entitled to service but did not receive the document. Also, the document is on file in the Clerk's Office, and you may review it during regular business hours. You may also view the document electronically through the Public Access to Court Electronic Records system: www.pacer.gov

YOU ARE FURTHER NOTIFIED that if you object to the Motion/Application, you must file your written objection with the Clerk of this Court on or before twenty−three (23) days from the date of this Notice.

If you object, you should provide an explanation for the basis of your objection. If you are a business entity, any objection must be filed by an attorney. The Court, in its discretion, may grant or deny the relief sought based on the written contents of the above−mentioned document and any filed objection, or, if an objection is filed, may set the matter for hearing upon further notice by the Clerk to affected parties. A failure to timely file a written objection may result in the entry of an order that grants the relief sought in the document without further notice or opportunity for a hearing.

Date of Issuance: 8/17/26

Clerk of Court
U.S. Bankruptcy Court
Northern District of WV
Post Office Box 70
Wheeling, WV 26003
304−233−1655