# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424−5 | User: ad | Date Created: 8/17/2026 |
| Case: 5:25−bk−00087 | Form ID: negntc | Total: 16 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Robert L. Johns | rjohns@turnerjohns.com |
| aty | Brian Richard Blickenstaff | bblickenstaff@johnswvlaw.com |
| aty | Chad Taylor | clt@simmermanlaw.com |
| aty | Deborah Fish | dfish@allardfishpc.com |
| aty | Gary O. Kinder | gary.o.kinder@usdoj.gov |
| aty | Gwenyth Ann Ortman | gortman@bernsteinlaw.com |
| aty | Harry Greenfield | hgreenfield@bernsteinlaw.com |
| aty | John Pizzo | jpizzolaw@gmail.com |
| aty | Kirk B. Burkley | kburkley@bernsteinlaw.com |
| aty | Kirk B. Burkley | kburkley@bernsteinlaw.com |
| aty | Robert L Johns | rjohns@turnerjohns.com |
| aty | Shari Lynne Collias | shari.collias@usdoj.gov |

TOTAL: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Heart 2 Heart Volunteers Inc. | 667 Stone Shannon Road | Wheeling, WV 26003 | | |
| ombh | Deborah L. Fish | Allard & Fish, P.C. | 211 West Fort Street | Suite 705 | Detriot, MI 48226 |
| intp | Sharon Travis | 930 Main Street | Apt. 303 | Wheeling, WV 26003 | |

TOTAL: 3