Doc 388

Exhibit A

WEST VIRGINIA DEPARTMENT OF HUMAN SERVICES

# STATE OF WEST VIRGINIA DEPARTMENT OF HUMAN SERVICES GRANT AGREEMENT

[X] 1. Federal Sub-recipient Grant Agreement (128)

[ ] 2. Other Grant Agreement

3. Agreement Number: [redacted]

4. wvOASIS Document Id [redacted]

5. Grantee UEI: [redacted]

6. wvOASIS Vendor #: [redacted]

7. Date Prepared: 12/05/2025

**8. Grantee Name and Address**
HEART 2 HEART VOLUNTEERS INC
220 BETHANY PIKE
WHEELING, WV 26003

**9. Spending Unit Name and Address**
Bureau for Behavioral Health: Office of Programs and Policies
350 Capitol Street, Room 350
Charleston, WV 25301

**10. Grantee Remittance Name and Address**
HEART 2 HEART VOLUNTEERS INC
220 BETHANY PIKE
WHEELING, WV 26003

**11. Spending Unit Contact Person Name**
Iarossi, Damon

**12. Auditor's Information**

| Fund | Sub Fund | Budget Fiscal Year | Department | Unit | Appropriation Unit | Object | Sub Object | Amount |
|---|---|---|---|---|---|---|---|---|
| 8723 | 0000 | 2027 | 0511 | 3081 | 13000 | 3285 | 3885 | $33,750.00 |
| **Function** | **Major Program** | | | **Program** | | **Program Period** | | |
| | SORG | | | SORG F SR | | EY2025 | | |

| Fund | Sub Fund | Budget Fiscal Year | Department | Unit | Appropriation Unit | Object | Sub Object | Amount |
|---|---|---|---|---|---|---|---|---|
| 8723 | 0000 | 2026 | 0511 | 3081 | 13000 | 3285 | 3885 | $101,250.00 |
| **Function** | **Major Program** | | | **Program** | | **Program Period** | | |
| | SORG | | | SORG F SR | | EY2025 | | |

**Total:** $135,000.00

13. Start Date: September 30, 2025

14. End Date: September 29, 2026

**15. Description of Program**
Quick Response Team

No. 5:25-bk-00087 Doc 298 Filed 06/11/26 Entered 06/11/26 12:05:38 Page 1 of 12

Exhibit B
pg 1 of 6

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF West Virginia

WHEELING

In Re. HEART 2 HEART VOLUNTEERS INC. § Case No. 25-00087

Debtor(s) §

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2026

Petition Date: 02/27/2025

Months Pending: 14

Industry Classification: 6 2 1 4

Reporting Method: Accrual Basis ◯ Cash Basis ◉

Debtor's Full-Time Employees (current): 32

Debtor's Full-Time Employees (as of date of order for relief): 35

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Robert L Johns
Signature of Responsible Party

05/18/2026
Date

Robert L Johns
Printed Name of Responsible Party

Johns & Associates Pllc
101 Brook Hill Drive
Charleston, WV 25311
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $11,619 | |
| b. | Total receipts (net of transfers between accounts) | $276,174 | $2,843,029 |
| c. | Total disbursements (net of transfers between accounts) | $250,006 | $2,704,567 |
| d. | Cash balance end of month (a+b-c) | $37,787 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $250,006 | $2,704,567 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $94,735 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $34,993 |
| d | Total current assets | $129,728 |
| e. | Total assets | $5,129,728 |
| f. | Postpetition payables (excluding taxes) | $73,402 |
| g. | Postpetition payables past due (excluding taxes) | $46,494 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $73,402 |
| k. | Prepetition secured debt | $3,374,584 |
| l. | Prepetition priority debt | $172,331 |
| m. | Prepetition unsecured debt | $589,732 |
| n. | Total liabilities (debt) (j+k+l+m) | $4,210,050 |
| o. | Ending equity/net worth (e-n) | $919,678 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $276,174 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $276,174 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $250,006 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $26,168 | $149,679 |

B pg 3

**Case #25-00087**

HEART 2 HEART VOLUNTEERS, INC

**Profit & Loss Statement**

**4/1/2026 -4/30/2026**

**DRAFT**

| | | |
|---|---|---|
| **Income** | | |
| | Fee For Service Income | $237,500.00 |
| | Rent Income | $6,096.00 |
| | Commissions | $0.00 |
| | Donations to Heart2Heart VOL | $0.00 |
| | settlement | $0.00 |
| Grants: | QRT Peer Grant -WV | $32,577.00 |
| **Total Revenue** | | **$276,173.00** |
| **Expenses** | | |
| | Expenses | |
| Ordinary Expenses | | $250,281.00 |
| Refunds/returns | | $275.00 |
| | | **$250,006.00** |
| | Net Income/Loss | **$26,167.00** |
| internally prepared | | |

Grant obtained by respondent

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF West Virginia

WHEELING

In Re. HEART 2 HEART VOLUNTEERS INC. §
§
§
Debtor(s) §

Case No. 25-00087

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2026

Petition Date: 02/27/2025

Months Pending: 17

Industry Classification: 6 2 1 4

Reporting Method: Accrual Basis ◯ Cash Basis ◉

Debtor's Full-Time Employees (current): 34

Debtor's Full-Time Employees (as of date of order for relief): 37

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Robert L Johns
Signature of Responsible Party

08/21/2026
Date

Robert L Johns
Printed Name of Responsible Party

Johns & Associates Pllc
101 Brook Hill Drive
Charleston, WV 25311
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $50,319 | |
| b. | Total receipts (net of transfers between accounts) | $249,788 | $3,515,785 |
| c. | Total disbursements (net of transfers between accounts) | $212,192 | $3,315,360 |
| d. | Cash balance end of month (a+b-c) | $87,915 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $212,192 | $3,315,360 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $107,743 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $95,787 |
| d | Total current assets | $203,530 |
| e. | Total assets | $5,203,530 |
| f. | Postpetition payables (excluding taxes) | $65,964 |
| g. | Postpetition payables past due (excluding taxes) | $46,494 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $65,964 |
| k. | Prepetition secured debt | $3,374,584 |
| l. | Prepetition priority debt | $172,331 |
| m. | Prepetition unsecured debt | $589,732 |
| n. | Total liabilities (debt) (j+k+l+m) | $4,202,612 |
| o. | Ending equity/net worth (e-n) | $1,000,918 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $249,788 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $249,788 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $212,192 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $37,596 | $211,642 |

**Case #25-00087**

**HEART 2 HEART VOLUNTEERS, INC**

**Profit & Loss Statement**

**7/1/2026 - 7/31/2026**

**DRAFT**

## Income

| | | |
|---|---|---|
| | Fee For Service Income | $209,850.00 |
| | Rent Income | $6,187.50 |
| | Commissions | $0.00 |
| | Donations to Heart2Heart VOL | $0.00 |
| | settlement | $0.00 |
| Grants: | QRT Peer Grant -WV | $33,750.00 |
| | misc income | $0.00 |
| **Total Revenue** | | **$249,787.50** |

Grant retained by Responden

## Expenses

| | | |
|---|---|---|
| | Expenses | |
| Ordinary Expenses | | $212,192.23 |
| Refunds/returns | | $0.00 |
| Total Expenses | | **$212,192.23** |
| | Net Income/Loss | **$37,595.27** |

Internally prepared

Exhibit C

Gmail christopher dudek

Compose

Inbox
Starred
Snoozed
Sent
Drafts 2
Purchases 6
More

Labels

## Public Info Request

Inbox ×

**Dudek, Christopher T** <christopher.t.dudek@wv.gov>
to me

Below are instructions and links to our public data depository, Application Enhancer. The permit number is WVG550836.

DEP FOIA Website

- https://dep.wv.gov/Data/Pages/default.aspx (Data Center page)
- Select Application Xtender (Located under Quick Links)
- Enter Username and Password: DEP (All Caps)
- Choose "Permits" (Left Hand Side of Screen)
- Click the magnifying glass icon (Top Right Hand Side of Screen) and choose "New Query"
- Primary ID: Enter the Permit # (Located in Memo Subj: Line)
- Select "Run"

DEP Public Electronic Submission Website
- https://dep.wv.gov/Data/Pages/default.aspx (Data Center page)
- Select ESS Public Query (Located under Quick Links)
- Enter the permit number in the "Permit Number" box
- Select "Go"

https://dep.wv.gov/Data/Pages/default.aspx

https://documents.dep.wv.gov/AppEnhancer/DataSources/AE/account/login?ret=Lw==

--

dep

Christopher Dudek
WVDEP Division of Water & Waste Management

Reply Forward

OK No thanks

Exhibit D



**DISCHARGE MONITORING REPORT**

**WVDEP - Division of Water and Waste Management**

Covering the period from August 1, 2024 to August 6, 2026. and Sampler = "ALL"

( 2 )Permit ID = "WVG550836"

| | | | | | Quantity | | | | | Concentration | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Permit Id | Insp. Unit | Chemical EPA | Report Date | DMR Type | Min. | Avg. | Max. | Unit | Excur | Min. | Avg. | Max. | Unit | Excur |
| WVG550836 | 001 | 00300 - Dissolved Oxygen | 12/31/2024 | Normal | | | | | | 6.8 | | | mg/l | 0 |
| | | | 03/31/2025 | Normal | | | | | | 6.6 | | | mg/l | 0 |
| | | | 06/30/2025 | Normal | | | | | | 6.6 | | | mg/l | 0 |
| | | | 12/31/2025 | Normal | | | | | | 6.7 | | | mg/l | 0 |
| WVG550836 | 001 | 00310 - BOD, 5-Day 20 Deg.C | 12/31/2024 | Normal | | 0.439 | 0.439 | Lbs/Day | 0 | 48.7 | 48.7 | 48.7 | mg/l | 3 |
| | | | 03/31/2025 | Normal | | 0.123 | 0.123 | Lbs/Day | 0 | 8.7 | 8.7 | 8.7 | mg/l | 0 |
| | | | 06/30/2025 | Normal | | 0.295 | 0.295 | Lbs/Day | 0 | 18.6 | 18.6 | 18.6 | mg/l | 0 |
| | | | 12/31/2025 | Normal | | 0.358 | 0.358 | Lbs/Day | 0 | 14.3 | 14.3 | 14.3 | mg/l | 1 |
| WVG550836 | 001 | 00400 - pH | 12/31/2024 | Normal | | | | | | 7.95 | | 7.95 | S.U. | 0 |
| | | | 03/31/2025 | Normal | | | | | | 7.90 | | 7.90 | S.U. | 0 |
| | | | 06/30/2025 | Normal | | | | | | 7.66 | | 7.66 | S.U. | 0 |
| | | | 12/31/2025 | Normal | | | | | | 7.71 | | 7.71 | S.U. | 0 |
| WVG550836 | 001 | 00530 - Total Suspended Solids | 12/31/2024 | Normal | | 0.072 | 0.072 | Lbs/Day | 0 | 8.0 | 8.0 | 8.0 | mg/l | 0 |
| | | | 03/31/2025 | Normal | | 0.057 | 0.057 | Lbs/Day | 0 | 4.0 | 4.0 | 4.0 | mg/l | 0 |
| | | | 06/30/2025 | Normal | | 0.048 | 0.048 | Lbs/Day | 0 | 3.0 | 3.0 | 3.0 | mg/l | 0 |
| | | | 12/31/2025 | Normal | | 0.475 | 0.475 | Lbs/Day | 0 | 19.0 | 19.0 | 19.0 | mg/l | 0 |
| WVG550836 | 001 | 00610 - Ammonia Nitrogen | 12/31/2024 | Normal | | 0.003 | 0.003 | Lbs/Day | 0 | 0.31 | 0.31 | 0.31 | mg/l | 0 |
| | | | 03/31/2025 | Normal | | 0.045 | 0.045 | Lbs/Day | 0 | 3.16 | 3.16 | 3.16 | mg/l | 0 |
| | | | 06/30/2025 | Normal | | 0.003 | 0.003 | Lbs/Day | 0 | 0.20 | 0.20 | 0.20 | mg/l | 0 |
| | | | 12/31/2025 | Normal | | 0.003 | 0.003 | Lbs/Day | 0 | < 0.10 | <0.10 | <0.10 | mg/l | 0 |
| WVG550836 | 001 | 50050 - Flow,in Conduit or thru plar | 12/31/2024 | Normal | | | | | | | | 0.00108 | mgd | 0 |
| | | | 03/31/2025 | Normal | | | | | | | | 0.0017 | mgd | 0 |
| | | | 06/30/2025 | Normal | | | | | | | | 0.0019 | mgd | 0 |
| | | | 12/31/2025 | Normal | | | | | | | | 0.003 | mgd | 0 |
| WVG550836 | 001 | 50060 - Chlorine, Total Residual | 12/31/2024 | Normal | | | | | | < 28 | <28 | <28 | ug/l | 0 |
| | | | 03/31/2025 | Normal | | | | | | < 28 | <28 | <28 | ug/l | 0 |
| | | | 06/30/2025 | Normal | | | | | | < 28 | <28 | <28 | ug/l | 0 |
| | | | 12/31/2025 | Normal | | | | | | < 28 | <28 | <28 | ug/l | 0 |
| WVG550836 | 001 | 74055 - Coliform, Fecal | 12/31/2024 | Normal | | | | | | 24 | 24 | 24 | Cnts/100m | 0 |
| | | | 03/31/2025 | Normal | | | | | | 4 | 4 | 4 | Cnts/100m | 0 |
| | | | 06/30/2025 | Normal | | | | | | 22 | 22 | 22 | Cnts/100m | 0 |
| | | | 12/31/2025 | Normal | | | | | | < 1 | <1 | <1 | Cnts/100m | 0 |

Last time tested
Suppose to be
quarterly

Sampling Frequency not matching for Highlighted rows.

No. 5:25-bk-00087 Doc 390 Filed 09/03/26 Entered 09/03/26 14:58:10 Page 10 of 23

Gmail

Exhibit E

Sharon <mcblessed4god@gmail.com>

# Public Info Request

**Dudek, Christopher T** <christopher.t.dudek@wv.gov> Thu, Aug 6, 2026 at 7:51 AM
To: "mcblessed4god@gmail.com" <mcblessed4god@gmail.com>

[Quoted text hidden]

**Heart 2 Heart DMRs.pdf**
179K

Exhibit F

## Online Banking

1 message

Jessica Sheedy <Jessica.Sheedy@bankwithunited.com> Fri, May 8, 2026 at 10:05 AM
To: "Serenityhillscenterceo@gmail.com" <Serenityhillscenterceo@gmail.com>

Hi Tara,

This was their reply

when Movant found out her name was still on account

Sharon Travis is the only user on the profile.

She would need to create Tara as a user to be able to log into the profile.

UNITED BANK

**Jessica Sheedy**
Universal Banker
NMLS ID 2630378

14 W Bethlehem Blvd

Bethlehem, WV 26003
**Direct** 304.233.6110
**Fax** 304.233.7960

**BankWithUnited.com**

When responding to this email, **do not include personal information**, such as social security number or account number. If your response requires you to include personal information, email us through the secure Contact Us email link on our website.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you have received this email in error please notify the sender. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company.

Exhibit G

## Heart 2 Heart Documents

Aurion Beaulivaric <Aurion.Beaulivaric@bankwithunited.com> Mon, May 18, 2026 at 9:06 AM
To: "serenityhillscenterceo@gmail.com" <serenityhillscenterceo@gmail.com>

Good morning, Sharon,

As requested, here are the most recent statements for all three (3) accounts as well as the current signature cards on file indicating who is authorized to sign on the accounts.

UNITED BANK

**Aurion Beaulivaric**
**Sales and Services Representative**

Wheeling Main

21 12th Street

Wheeling, WV 26003
**Direct 304**.234.1132

BankWithUnited.com

When responding to this email, **do not include personal information**, such as social security number or account number. If your response requires you to include personal information, email us through the secure Contact Us email link on our website.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you have received this email in error please notify the sender. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company.

**6 attachments**

**H2H5900.pdf**
230K

**H2H1528.pdf**
891K

**H2H2134.pdf**
60K

**H2H2134 04-2026.pdf**
1135K

Exhibit H

# ACCOUNT AGREEMENT

United Bank - Wheeling Main
21 12th St
Wheeling, WV 26003

Account Number: [redacted]2134

**Account Owner(s) Name & Address**
Heart 2 Heart Volunteers Inc
Sober Living House Apple Blossom Cottage
667 Stone Shannon Rd
Wheeling WV 26003-6742

Agreement Date: 02/20/2020 By: Mallory Coup

☐ EXISTING Account - This agreement replaces previous agreement(s).

Account Description: Free Business Checking

☒ Checking ☐ Savings ☐ NOW ☐ ____

Initial Deposit $ 1,100.00 Source: Cash

**Ownership of Account - CONSUMER Purpose**

☐ Individual ☐ ____

☐ Joint - With Survivorship (and not as tenants in common)

☐ Joint - No Survivorship (as tenants in common)

X____
X____
X____

☐ Trust - Separate Agreement: ____

☐ Revocable Trust or ☐ Pay-on-Death Designation as Defined in this Agreement
(Name and Address of Beneficiaries):

**Ownership of Account - BUSINESS Purpose**

☐ Sole Proprietorship ☐ Single-Member LLC ☐ Partnership

☐ LLC *(LLC tax classification:* ☐ *C Corp* ☐ *S Corp* ☐ *Partnership)*

☒ C Corporation ☐ S Corporation ☒ *Non-Profit*

☐ ____

Business: Corporation

**Backup Withholding Certifications** *(Non-"U.S. Persons" - Use separate Form W-8)*

☒ By signing at right, I, Sharon Travis, certify under penalties of perjury that the statements made in this section are true.

☒ **TIN:** [redacted]8972 The Taxpayer Identification Number (TIN) shown is my correct taxpayer identification number.

☒ **Not Subject to Backup Withholding.** I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☒ **Exempt Recipient.** I am an exempt recipient under the Internal Revenue Service Regulations. Exempt payee code (if any) ____

**FATCA Code.** The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**U.S. Person. I am a U.S. citizen or other U.S. person (as defined in the instructions).**

**Additional Information:**
No United Overdraft Protection
Number of Signatures Required for withdrawal : 1

**Signature(s).** The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):

☒ Terms & Conditions ☐ Truth in Savings ☒ Funds Availability

☐ Electronic Fund Transfers ☐ Privacy ☐ Substitute Checks

☐ Common Features ☒ Fee Schedule and Arbitration

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1): [X (signature) ]
Sharon Travis - Auth Signer
I.D. # [redacted] D.O.B. 12/30/1959

(2): [X ]
I.D. # ____ D.O.B. ____

(3): [X ]
I.D. # ____ D.O.B. ____

(4): [X ]
I.D. # ____ D.O.B. ____

☐ Authorized Signer (Individual Accounts Only)

[X ]
I.D. # ____ D.O.B. ____

Exhibit J



# ACCOUNT AGREEMENT

United Bank - Wheeling Main
21 12th St
Wheeling, WV 26003

Account Number: [redacted]134

Agreement Date: 02/20/2020 By: Mallory Coup

☐ EXISTING Account - This agreement replaces previous agreement(s).

Account Description: Free Business Checking

☒ Checking ☐ Savings ☐ NOW ☐ ____________

Initial Deposit $ 1,100.00 Source: Cash

**Account Owner(s) Name & Address**
Heart 2 Heart Volunteers Inc
Sober Living House Apple Blossom Cottage
667 Stone Shannon Rd
Wheeling WV 26003-6742

**Ownership of Account - CONSUMER Purpose**

☐ Individual ☐ ____________

☐ Joint - With Survivorship (and not as tenants in common)

☐ Joint - No Survivorship (as tenants in common)

X ____________
X ____________
X ____________

☐ Trust - Separate Agreement: ____________

☐ Revocable Trust or ☐ Pay-on-Death Designation as Defined in this Agreement
(Name and Address of Beneficiaries):

**Additional Information:**
No United Overdraft Protection
Number of Signatures Required for withdrawal : 1

**Ownership of Account - BUSINESS Purpose**

☐ Sole Proprietorship ☐ Single-Member LLC ☐ Partnership

☐ LLC *(LLC tax classification:* ☐ *C Corp* ☐ *S Corp* ☐ *Partnership)*

☒ C Corporation ☐ S Corporation ☒ *Non-Profit*

☐ ____________

Business: Corporation

**Backup Withholding Certifications** *(Non-"U.S. Persons" - Use separate Form W-8)*

☒ By signing at right, I, Sharon Travis, certify under penalties of perjury that the statements made in this section are true.

☒ TIN: [redacted]8972 The Taxpayer Identification Number (TIN) shown is my correct taxpayer identification number.

☒ **Not Subject to Backup Withholding.** I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☒ **Exempt Recipient.** I am an exempt recipient under the Internal Revenue Service Regulations. Exempt payee code (if any) ____________

**FATCA Code.** The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**U.S. Person. I am a U.S. citizen or other U.S. person (as defined in the instructions).**

**Signature(s). The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):**

☒ Terms & Conditions ☐ Truth in Savings ☒ Funds Availability

☐ Electronic Fund Transfers ☐ Privacy ☐ Substitute Checks

☐ Common Features ☒ Fee Schedule and Arbitration

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1): [X ]
Sharon Travis - Auth Signer
I.D. # [redacted] D.O.B. 12/30/1959

(2): [X ]
I.D. # ____________ D.O.B. ____________

(3): [X ]
I.D. # ____________ D.O.B. ____________

(4): [X ]
I.D. # ____________ D.O.B. ____________

☐ Authorized Signer (Individual Accounts Only)

[X ]
I.D. # ____________ D.O.B. ____________

Exhibit K

8832 5900

# ACCOUNT AGREEMENT

United Bank - Wheeling Main
21 12th St
Wheeling, WV 26003

Account Number: [redacted]5900

Account Owner(s) Name & Address
Heart 2 Heart Volunteers Inc
General Fund
667 Stone Shannon Rd
Wheeling WV 26003-6742

Agreement Date: 07/05/2024 By: Katie Coffield

☒ EXISTING Account - This agreement replaces previous agreement(s).

Account Description: Free Business Checking

☒ Checking ☐ Savings ☐ NOW ☐ ________

Initial Deposit $ 0.00 Source: ________

**Ownership of Account - CONSUMER Purpose**

☐ Individual ☐ ________

☐ Joint - With Survivorship (and not as tenants in common)

☐ Joint - No Survivorship (as tenants in common)

X ________
X ________
X ________
X ________

☐ Trust - Separate Agreement: ________

☐ Revocable Trust or ☐ Pay-on-Death Designation as Defined in this Agreement

(Name and Address of Beneficiaries):

**Ownership of Account - BUSINESS Purpose**

☐ Sole Proprietorship ☐ Single-Member LLC ☐ Partnership

☐ LLC *(LLC tax classification:* ☐ *C Corp* ☐ *S Corp* ☐ *Partnership)*

☐ C Corporation ☐ S Corporation ☒ *Non-Profit*

☐ ________

Business: Corporation

**Backup Withholding Certifications** *(Non-"U.S. Persons" - Use separate Form W-8)*

☒ By signing at right, I, Sharon Travis, certify under penalties of perjury that the statements made in this section are true.

☒ TIN[redacted]972 The Taxpayer Identification Number (TIN) shown is my correct taxpayer identification number.

☒ **Not Subject to Backup Withholding.** I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☒ **Exempt Recipient.** I am an exempt recipient under the Internal Revenue Service Regulations. Exempt payee code (if any) ________

**FATCA Code.** The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**U.S. Person.** I am a U.S. citizen or other U.S. person (as defined in the instructions).

**Additional Information:**

Number of Signatures Required for withdrawal : 1

☒ **By signing below, the undersigned certifies the Account Owner does not currently engage in an Internet gambling business or activities. In the event this changes, the undersigned agrees to notify the Bank of such change.**

**Signature(s).** The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):

☒ Terms & Conditions ☐ Truth in Savings ☒ Funds Availability
☐ Electronic Fund Transfers ☐ Privacy ☐ Substitute Checks
☒ Common Features ☒ Fee Schedule and Arbitration

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1): [X Sharon Travis ]
Sharon Travis - Auth Signer
I.D. [redacted]9 D.O.B. 12/30/1959

(2): [X ]
Tara Singer - Auth Signer
I.D. [redacted] D.O.B. 02/05/1968

(3): [X ]
I.D. # ________ D.O.B ________

(4): [X ]
I.D. # ________ D.O.B. ________

☐ Authorized Signor (Individual Accounts Only)

[X ]
I.D. # ________ D.O.B. ________

Signature Card-VA
© 2016 Wolters Kluwer Financial Services, Inc
All rights reserved. Custom EVAMPBC6

## Owner Signer Information 3

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Owner Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Backup Withholding Certifications

*(If not a "U.S. Person," certify foreign status seperately.)*

TIN: [redacted]972

☒ Taxpayer I.D. Number (TIN) - The number shown above is my correct taxpayer identification number.

☒ Backup Withholding - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ Exempt Recipients - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X [signature] 6/21/18 (Date)

Sharon Travis

## Non Individual Owner Information

| | |
|---|---|
| Name | Heart 2 Heart Volunteers Inc |
| EIN | 47-2418972 |
| Phone | 304-281-0474 |
| Mobile Phone | |
| E-Mail | Livingfreeovwv@gmail.com |
| Type of Entity | |
| State/Country & Date of Organization | West Virginia, United States of America |
| Nature of Business | Corporation |
| Address | 220 Bethany Pike<br>Wheeling, WV 26003-1608 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | 06/20/2018 |
| Previous Financial Inst. | |

| Account Description | Account # | Initial Deposit Source |
|---|---|---|
| Analyzed Business Checking / 76 | 86641528 | $ 100.00 ☐ Cash ☒ Check ☐ ______ |
| | | $ ______ ☐ Cash ☐ Check ☐ ______ |
| | | $ ______ ☐ Cash ☐ Check ☐ ______ |

## Services Requested

☐ ATM ☐ Debit/Check Cards (No. Requested: ______)

☐ ______ ☐ ______

☐ ______ ☐ ______

## Other Terms Information

JHilton Wheeling Main



CRF 3 DEC 13 2018

2086

UNITED BANK



07486 0461814 0006-0012 0000000000000000

## Debits (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Apr 28 | ACH DEBIT<br>PRINCIPAL LIFE P PLIC-PERIS 260428 6-3252600005502<br>NO NAME ON FILE | -$836.93 |
| Apr 28 | ACH DEBIT<br>QUARTERLY FEE PAYMENT 260428 0000 HEART 2<br>HEART VOLU NTEE | -$2,483.00 |
| Apr 29 | POS SIGNATURE PURCH<br>MERCHANT PURCHASE TERMINAL 420785 WESTFAX INC<br>303 29993 CO XXXXXXXXXXXX8553 04-28-26 | -$39.95 |
| Apr 29 | ACH DEBIT<br>GO DADDY.COM,INC WEB ORDER 260429 3370518514<br>Travis | -$32.07 |
| Apr 29 | ACH DEBIT<br>THE GUARDIAN APR GP INS 260429 02490300BE10000<br>Heart 2 Heart Volu ntee | -$400.43 |
| Apr 30 | CHECK 1878 | -$295.25 |
| Apr 30 | CHECK 1883 | -$120.00 |
| Apr 30 | CASH MGMT TRSFR DR<br>REF 1201552L FUNDS TRANSFER TO DEP 86641528<br>FROM SAVINGS | -$30,000.00 |
| Apr 30 | WIRE TRANSFER OUT | -$56,783.82 |
| Apr 30 | DIRECT S/C<br>WIRE TRANSFER FEE | -$25.00 |

## Credits

| Date | Description | Deposits |
|---|---|---|
| Apr 01 | DEPOSIT | $176.76 |
| Apr 01 | DEPOSIT | $1,225.00 |
| Apr 01 | DEPOSIT | $2,275.00 |
| Apr 01 | ACH DEPOSIT<br>WVTREASURYREGMED HCCLAIMPMT 1043717<br>937MDGO6422190*155 6000814*2026033136 96164 \ | $7,125.00 |
| Apr 01 | ACH DEPOSIT<br>THE HEALTH PLAN HCCLAIMPMT 8202609101002458<br>*1550585592~ | $48,750.00 |
| Apr 02 | DEPOSIT | $98.07 |
| Apr 02 | ACH DEPOSIT<br>Wellpoint WV5C HCCLAIMPMT 3408792339*1841620 480\ | $1,225.00 |
| Apr 03 | ACH DEPOSIT<br>Wellpoint WV5C HCCLAIMPMT 3408905175*1841620 480\ | $8,700.00 |
| Apr 08 | ACH DEPOSIT<br>WVTREASURYREGMED HCCLAIMPMT 1043717<br>937MDGO6424192*155 6000814*2026040637 37645 \ | $4,025.00 |
| Apr 08 | ACH DEPOSIT<br>WVTREASURY VENDOR NTE*AUTO2601869116<br>*2600047548 *VC000006 5103 | $32,577.42 |
| Apr 09 | ACH DEPOSIT<br>Wellpoint WV5C HCCLAIMPMT 3409406719*1841620 480\ | $1,225.00 |

UNITED BANK



## Credits (Continued)

| Date | Description | Deposits |
|---|---|---|
| Apr 10 | DEPOSIT | $1,225.00 |
| Apr 10 | ACH DEPOSIT<br>Wellpoint WV5C HCCLAIMPMT 3409521506*1841620 480\ | $11,400.00 |
| Apr 13 | ACH DEPOSIT<br>Wellpoint WV5C HCCLAIMPMT 3409640438*1841620 480\ | $1,600.00 |
| Apr 14 | ACH DEPOSIT<br>Wellpoint WV5C HCCLAIMPMT 3409712099*1841620 480\ | $225.00 |
| Apr 15 | ACH DEPOSIT<br>WVTREASURYREGMED HCCLAIMPMT 1043717<br>937MDGO6429723*155 6000814*2026041438 03939 \ | $4,850.00 |
| Apr 15 | ACH DEPOSIT<br>THE HEALTH PLAN HCCLAIMPMT 8202610501002682<br>*1550585592~ | $48,325.00 |
| Apr 16 | ACH DEPOSIT<br>Wellpoint WV5C HCCLAIMPMT 3409982168*1841620 480\ | $1,225.00 |
| Apr 17 | ACH DEPOSIT<br>Wellpoint WV5C HCCLAIMPMT 3410090064*1841620 480\ | $12,775.00 |
| Apr 20 | ACH DEPOSIT<br>Wellpoint WV5C HCCLAIMPMT 3410209397*1841620 480\ | $1,225.00 |
| Apr 21 | ACH DEPOSIT<br>Wellpoint WV5C HCCLAIMPMT 3410279099*1841620 480\ | $450.00 |
| Apr 22 | ACH DEPOSIT<br>WVTREASURYREGMED HCCLAIMPMT 1043717<br>937MDGO6433545*155 6000814*2026042039 18911 \ | $9,350.00 |
| Apr 23 | ACH DEPOSIT<br>Wellpoint WV5C HCCLAIMPMT 3410550122*1841620 480\ | $175.00 |
| Apr 24 | ACH DEPOSIT<br>Wellpoint WV5C HCCLAIMPMT 3410659208*1841620 480\ | $1,225.00 |
| Apr 27 | ACH DEPOSIT<br>Wellpoint WV5C HCCLAIMPMT 3410779639*1841620 480\ | $12,200.00 |
| Apr 28 | ACH DEPOSIT<br>Wellpoint WV5C HCCLAIMPMT 3410852180*1841620 480\ | $1,675.00 |
| Apr 29 | ACH DEPOSIT<br>THE HEALTH PLAN HCCLAIMPMT 8202611901002745*1<br>550585592~ | $53,275.00 |
| Apr 30 | ACH DEPOSIT<br>Wellpoint WV5C HCCLAIMPMT 3411114858*1841620 480\ | $1,750.00 |

## Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Mar 31 | $11,435.68 | Apr 10 | $40,672.44 | Apr 22 | $39,389.61 |
| Apr 01 | $69,696.16 | Apr 13 | $38,418.84 | Apr 23 | $39,564.61 |
| Apr 02 | $16,138.87 | Apr 14 | $36,409.41 | Apr 24 | $35,158.49 |
| Apr 03 | $23,837.54 | Apr 15 | $89,405.57 | Apr 27 | $43,639.66 |
| Apr 06 | $19,471.33 | Apr 16 | $35,748.75 | Apr 28 | $36,705.90 |
| Apr 07 | $5,284.11 | Apr 17 | $47,885.23 | Apr 29 | $89,508.45 |
| Apr 08 | $41,664.18 | Apr 20 | $45,562.16 | Apr 30 | $4,034.38 |
| Apr 09 | $41,294.76 | Apr 21 | $30,768.75 | | |

Exhibit P

UNITED BANK



07486 0461812 0004-0012 0000000000000000

## Debits (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Apr 15 | POS SIGNATURE PURCH<br>MERCHANT PURCHASE TERMINAL 400097 ADVANCED COMMUNICA TIONS 304 23330 WV XXXXXXXXXXXX8553 04-14-26 | -$144.00 |
| Apr 16 | CHECK | -$200.00 |
| Apr 16 | CHECK 1869 | -$35.58 |
| Apr 16 | CHECK 1870 | -$24.08 |
| Apr 16 | POS PINNED PURCHASE<br>POS PURCHASE TERMINAL 10056210 KROGER #562 WHEELING WV XXXXXXXXXXXX8553 04-15-26 7:32 PM | -$80.00 |
| Apr 16 | POS SIGNATURE PURCH<br>MERCHANT PURCHASE TERMINAL 411641 SHEETZ 2362 WHEELING WV XXXXXXXXXXXX8553 04-15-26 | -$38.26 |
| Apr 16 | POS SIGNATURE PURCH<br>MERCHANT PURCHASE TERMINAL 403454 MARATHON PETRO2524 86 WHEELING WV XXXXXXXXXXXX8553 04-15-26 | -$55.52 |
| Apr 16 | POS SIGNATURE PURCH<br>MERCHANT PURCHASE TERMINAL 403454 MARATHON PETRO2524 86 WHEELING WV XXXXXXXXXXXX8553 04-15-26 | -$60.00 |
| Apr 16 | POS SIGNATURE PURCH<br>MERCHANT PURCHASE TERMINAL 433322 SAL CHEMICAL 304 748 8 WV XXXXXXXXXXXX8553 04-15-26 | -$252.00 |
| Apr 16 | WIRE TRANSFER OUT | -$54,111.38 |
| Apr 16 | DIRECT S/C<br>WIRE TRANSFER FEE | -$25.00 |
| Apr 17 | CHECK 1847 | -$19.26 |
| Apr 17 | CHECK 1866 | -$161.85 |
| Apr 17 | CHECK 1871 | -$43.91 |
| Apr 17 | POS SIGNATURE PURCH<br>MERCHANT PURCHASE TERMINAL 469216 CIRCLE K 04013 GLEN DALE WV XXXXXXXXXXXX8553 04-16-26 | -$57.47 |
| Apr 17 | ACH DEBIT<br>ADP PAYROLL FEES ADP FEES 260417 702084918571 718341613HEART 2 H EART | -$101.04 |
| Apr 17 | ACH DEBIT<br>CULLIGAN OF DOVE ACH 260417 HEART 2 HEART VOLU NT | -$254.99 |
| Apr 20 | CHECK 1868 | -$64.32 |
| Apr 20 | POS SIGNATURE PURCH<br>MERCHANT PURCHASE TERMINAL 423168 MARATHON 142398 WHEELING WV XXXXXXXXXXXX8553 04-16-26 | -$42.68 |
| Apr 20 | ACH DEBIT<br>PRINCIPAL LIFE P PLIC-PERIS 260420 6-3252600002657 UNITED BANK | -$227.31 |
| Apr 20 | ACH DEBIT<br>PRINCIPAL LIFE P PLIC-PERIS 260420 6-3252600002656 UNITED BANK | -$233.58 |

UNITED BANK



07486 0461813 0005-0012 0000000000000000

## Debits (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Apr 20 | ACH DEBIT<br>GORDON FOOD SERV AR PAYMENT 260417 0001-722574116 Serenity Hills Lif e Ce | -$2,980.18 |
| Apr 21 | CHECK 1875 | -$57.26 |
| Apr 21 | WIRE TRANSFER OUT | -$14,982.00 |
| Apr 21 | DIRECT S/C<br>WIRE TRANSFER FEE | -$25.00 |
| Apr 21 | ACH DEBIT<br>GORDON FOOD SERV AR PAYMENT 260420 0001-722574116 Serenity Hills Lif e Ce | -$179.15 |
| Apr 22 | CHECK 1864 | -$63.80 |
| Apr 22 | CHECK 1873 | -$9.29 |
| Apr 22 | CHECK 1874 | -$27.48 |
| Apr 22 | CHECK 1876 | -$68.15 |
| Apr 22 | CHECK 1881 | -$520.51 |
| Apr 22 | POS SIGNATURE PURCH<br>MERCHANT PURCHASE TERMINAL 403454 MARATHON PETRO2524 86 WHEELING WV XXXXXXXXXXXX8553 04-20-26 | -$39.91 |
| Apr 24 | CHECK 1879 | -$3,677.00 |
| Apr 24 | CHECK 1880 | -$100.00 |
| Apr 24 | CHECK 1882 | -$100.00 |
| Apr 24 | POS SIGNATURE PURCH<br>MERCHANT PURCHASE TERMINAL 480197 BREWER COMPANY 304744531 WV XXXXXXXXXXXX8553 04-23-26 | -$1,400.00 |
| Apr 24 | ACH DEBIT<br>ADP PAYROLL FEES ADP FEES 260424 250082927276 718971641HEART 2 H EART | -$354.12 |
| Apr 27 | ACH DEBIT<br>GORDON FOOD SERV AR PAYMENT 260424 0001-722574116 Serenity Hills Lif e Ce | -$3,718.83 |
| Apr 28 | CHECK 1804 | -$904.07 |
| Apr 28 | CHECK 1805 | -$167.97 |
| Apr 28 | CHECK 1806 | -$1,877.07 |
| Apr 28 | CHECK 1807 | -$356.21 |
| Apr 28 | CHECK 1808 | -$1,071.59 |
| Apr 28 | CHECK 1877 | -$15.04 |
| Apr 28 | ACH DEBIT<br>GO DADDY.COM,INC WEB ORDER 260428 3370201794 Travis | -$151.04 |
| Apr 28 | ACH DEBIT<br>CULLIGAN OF DOVE ACH 260428 HEART 2 HEART VOLU NT | -$176.27 |
| Apr 28 | ACH DEBIT<br>CULLIGAN OF DOVE ACH 260428 HEART 2 HEART VOLU NT | -$254.99 |
| Apr 28 | ACH DEBIT<br>GORDON FOOD SERV AR PAYMENT 260427 0001-722574116 Serenity Hills Lif e Ce | -$314.58 |

Exhibit R



07486 0461811 0003-0012 0000000000000000

## Debits (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Apr 08 | POS SIGNATURE PURCH MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL B7005 3UO2 Amzn com WA XXXXXXXXXXXX8553 04-07-26 | -$29.62 |
| Apr 08 | POS SIGNATURE PURCH MERCHANT PURCHASE TERMINAL 444500 FAMILY DOLLAR WARWOOD WV XXXXXXXXXXXX8553 04-07-26 | -$192.73 |
| Apr 09 | CHECK 1865 | -$21.08 |
| Apr 09 | POS SIGNATURE PURCH MERCHANT PURCHASE TERMINAL 403454 MARATHON PETRO2524 86 WHEELING WV XXXXXXXXXXXX8553 04-07-26 | -$30.34 |
| Apr 09 | POS SIGNATURE PURCH MERCHANT PURCHASE TERMINAL 405523 DALTON S SERVICE C O LLC ELLWOOD C PA XXXXXXXXXXXX8553 04-08-26 | -$1,543.00 |
| Apr 10 | ACH DEBIT AEP WHEELING POW BILL PAY 260410 | -$75.45 |
| Apr 10 | ACH DEBIT ADP PAYROLL FEES ADP FEES 260410 935440700768 717886567HEART 2 H EART | -$179.16 |
| Apr 10 | ACH DEBIT AEP WHEELING POW BILL PAY 260410 | -$683.48 |
| Apr 10 | ACH DEBIT AEP WHEELING POW BILL PAY 260410 | -$12,309.23 |
| Apr 13 | CHECK 1867 | -$28.75 |
| Apr 13 | POS SIGNATURE PURCH MERCHANT PURCHASE TERMINAL 469216 AMAZON PRIME NI6BK 1673 Amzn com WA XXXXXXXXXXXX8553 04-10-26 | -$15.89 |
| Apr 13 | ACH DEBIT GO DADDY.COM,INC WEB ORDER 260413 3366362034 Travis | -$85.59 |
| Apr 13 | ACH DEBIT THE GUARDIAN MAR GP INS 260413 02490300BE10000 Heart 2 Heart Volu ntee | -$400.43 |
| Apr 13 | ACH DEBIT GORDON FOOD SERV AR PAYMENT 260410 0001-722574116 Serenity Hills Lif e Ce | -$3,322.94 |
| Apr 14 | ACH DEBIT GORDON FOOD SERV AR PAYMENT 260413 0001-722574116 Serenity Hills Lif e Ce | -$74.13 |
| Apr 14 | ACH DEBIT Integrated Softw CASH CONC 260414 Serenity Hills Heart 2 Heart Volu ntee | -$2,160.30 |
| Apr 15 | POS SIGNATURE PURCH MERCHANT PURCHASE TERMINAL 412254 AMOCO 1896786TRIDE LPHIA TRIADELPH WV XXXXXXXXXXXX8553 04-14-26 | -$34.84 |

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF WV

SEP 03 2026

Time: 2:35 AD am/pm

CERTIFICATE OF SERVICE

In re: Heart 2 Heart Volunteers, Inc.,
*Debtor.*
Case No. 5:25-bk-
Chapter 11

I, Ms. Travis, hereby certify under penalty of perjury that on this 31th day of August, 2026, I served a true and correct copy of the foregoing parties , addressed to the following parties of record:

Chapter 11 Trustee:

Robert Johns
Johns & Associates, PLLC 101 Brook Hill Drive Charleston, WV 25311

Counsel for the Chapter 11 Trustee:
BRIAN R. BLICKENSTAFF [WVSB No. 9449] Johns & Associates, PLLC 101 Brook Hill Drive Charleston, WV 25311

Counsel for the Debtor:
KIRK B. BURKLEY, ESQ. Bernstein-Burkley, P.C. 707 Grant Street Suite 2200 Gulf Tower Pittsburgh

Detroit, MI 48226 Office of the United States Trustee:
GARY O. KINDER, ESQ. Assistant U.S. Trustee 300 Virginia Street East, Room 2025 Charleston, WV 25307

Sharon Marie Travis
9-3-2026

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re: Heart 2 Heart Volunteers, Inc.,
*Debtor.*
Case No. 5:25-bk-00087
Chapter 11

Creditor/ Pro se

Motion to add to the docket 385 Exhibit A, B, C, D, E, F, G, H, J, K, M, N, O, P and Q that somehow came up missing from the docket. Also motion to supplement the record with Exhibit A, the map of the 50-acre carved out property discussed in docket 388.

Pray for the court to correct the lost exhibits and the new exhibit.

Sharon Travis

930 Main Street Apt 303 Wheeling, WV. 26003

Sharon "Marie" Travis
9-3-2026