David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| *In re*: | ) | |
| | ) | |
| HEART 2 HEART VOLUNTEERS, INC., | ) | CASE NO. 5:25-bk-00087 |
| | ) | |
| Debtor. | ) | Chapter 11 |

**ORDER**

On August 14, 2026, Sharon Marie Travis filed a *Creditor's Motion For Reconsideration Of Order Denying Motion To Remove Sarah Dean And Emergency Motion To Remove Sarah Dean, And Request For Evidentiary Hearing* (Doc. No. 377). On August 17, 2026, Ms. Travis filed a *Motion For Reconsideration Of Court Order Permitting Former Employee Robert Boles To Volunteer/Work And Access Records, Manage The Record, Computer Systems And Any Work On The Record; Request For Evidentiary Hearing; And Request For Emergency Protective Restrictions* (Doc. No. 379). On September 9, 2026, Robert L. Johns, Chapter 11 Trustee for the bankruptcy estate of Heart 2 Heart volunteers, Inc. (the "Trustee"), filed a *Combined Response To Creditor's Motion For Reconsideration Of Order Denying Motion To Remove Sarah Dean And Emergency Motion To Remove Sarah Dean, And Request For Evidentiary Hearing And Motion For Reconsideration Of Court Order Permitting Former Employee Robert Boles To Volunteer/Work And Access Records, Manage The Record, Computer Systems And Any Work On The Record; Request For Evidentiary Hearing; And Request For Emergency Protective Restrictions* (Doc. No. 397) ("Combined Response"). For the reasons stated in the Trustee's Combined Response, the Court does hereby

**ORDER** that Ms. Travis' *Creditor's Motion For Reconsideration Of Order Denying Motion To Remove Sarah Dean And Emergency Motion To Remove Sarah Dean, And Request For Evidentiary Hearing* (Doc. No. 377), filed August 14, 2026, is **DENIED.** It is further

**ORDERED** that Ms. Travis' *Motion For Reconsideration Of Court Order Permitting Former Employee Robert Boles To Volunteer/Work And Access Records, Manage The Record, Computer Systems And Any Work On The Record; Request For Evidentiary Hearing; And Request For Emergency Protective Restrictions* (Doc. No. 379), filed August 17, 2026, is **DENIED.**