# NOTICE OF APPEAL AND STATEMENT OF ELECTION

# TO THE UNITED STATES DISTRICT COURT

# FROM THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN

# DISTRICT OF WEST VIRGINIA

# RE: HEART @ HEART VOLUNTEERS INC.

# CASE 5:20-BK-00087

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF WV

SEP 15 2026

Time: 3:35 AD am/pm

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): Sharon Marie Travis

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
θ Plaintiff
θ Defendant
θ Other (describe)

For appeals in a bankruptcy case and not in an adversary proceeding.
θ Debtor
x Creditor
θ Trustee
θ Other (describe)

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

Order Denying reconsideration to remove Sarah Dean and Robert Boles and Request for Evidentiary Hearing. (Docket Entry No: 400)

2. State the date on which the judgment—or the appealable order or decree—was entered:

September 10th, 2026

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Sharon "Marie" Travis Attorney: Pro Se
   930 Main Street Apt 303 Wheeling, WV 26003
   304-281-0474

2. Party: Chapter 11 Trustee:
   Robert Johns
   Johns & Associates, PLLC
   101 Brook Hill Drive Charleston, WV 25311
   304-610-2822

   Attorney: Counsel for the Chapter 11 Trustee:
   BRIAN R. BLICKENSTAFF [WVSB No. 9449] Johns & Associates, PLLC 101 Brook Hill Drive Charleston, WV 25311
   304-720-2300

3. Party: Office of the United States Trustee:
   GARY O. KINDER, ESQ. Assistant U.S. Trustee 300 Virginia Street East, Room 2025 Charleston, WV 25307

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

x Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Sharon Travis Creditor/Pro Se

930 Main Street Apartment 303. Wheeling, WV 26003

304-281-0474

September 15th 2026