IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

Heart 2 Heart Volunteers, Inc., Case No. 25-00087

Debtor Chapter 11

---

RESPONSE OF UNITED STATES TRUSTEE TO MOTION

---

The Acting United States Trustee for Region 4, Matthew W. Cheney ("UST"), by counsel, objects to the Motion entitled "MOTION TO REMEDY MANIFEST INJUSTICE AND MISCARRAGE OF INJUSTICE BY RESTORING AUTHORITY AND MANAGEMENT TO THE DEBTORS BOARD OF DIRECTORS INCLUDING THE FORMER BOARD PRESIDENT" filed by Sharon Marie Travis on September 1, 2026, at Docket # 388 (the "Motion").

In the Motion, Ms. Travis seems to be asking that the Debtor's former management be reinstated as debtor-in-possession with respect to this bankruptcy estate. In the Motion, Ms. Travis continues her pattern of presenting her personal grievances as relevant facts and treats her subjective perceptions as settled conclusions. The Court is very familiar with this pattern as Ms. Travis has included it in numerous, and continuing pleadings, before this Court. See Docket #'s 248, 257, 258, 261, 263, 271, 273, 285, 287, 315, 333, 334, 336, 344, 377, 379, and 385. The only authority Ms. Travis cites in the Motion is the Court's general equitable powers under 11 U.S.C. §105(a). In the Motion, Ms. Travis does not identify any attorney that would be representing the debtor in possession in this proceeding.

Pursuant to Rule 1074-1 of the Local Rules of Bankruptcy Procedure for the Northern District of West Virginia, corporations appearing before this Court must be represented by an attorney. Thus, the remedy Ms. Travis seeks is impossible unless or until the board of directors retains a licensed and admitted attorney to act on behalf of the corporate debtor. Accordingly,

the Motion must be denied. The UST reserves the right to raise additional issues related to the Motion if counsel is retained and the Motion is refiled or otherwise considered under changed circumstances.

Dated: September 25, 2026

Respectfully submitted,

Matthew W. Cheney
Acting United States Trustee

By Counsel

/s/ *Gary O. Kinder*
Shari Collias (WV Bar #7732)
United States Courthouse, Room 2025
300 Virginia Street, E.
Charleston, WV 25301
Telephone: (304) 347-3400
gary.o.kinder@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing Response with the Clerk of this Court using the CM/ECF system, which will serve this filing on all participants who are registered CM/ECF users. Additionally, the following were served by U.S. Mail:

Sharon Marie Travis
930 Main Street
Apt. 303
Wheeling, WV 26003

Date: September 25, 2026

/s/ Gary O. Kinder

Gary O. Kinder (WV Bar #7732)
United States Courthouse, Room 2025
300 Virginia Street, E.
Charleston, WV 25301
Telephone: (304) 347-3400