**PlnDue, DsclsDue, NTCAPR, APPEAL**

# U.S. Bankruptcy Court
# Northern District of West Virginia (Wheeling)
# Bankruptcy Petition #: 5:25−bk−00087

*Date filed:* 02/27/2025
*341 meeting:* 04/17/2025
*Deadline for objecting to discharge:* 06/16/2025

*Assigned to:* David L Bissett
Chapter 11
Voluntary
Asset

***Debtor***
**Heart 2 Heart Volunteers Inc.**
667 Stone Shannon Road
Wheeling, WV 26003
OHIO−WV
Tax ID / EIN: 47−2418972
***dba*** **Serenity Hills Life Center**

represented by

**Kirk B. Burkley**
WH Burkley, LLP
601 Grant Street
9th Fl.
Pittsburgh, PA 15219−1945
412−456−8108
Fax : 412−456−8135
Email: kburkley@bernsteinlaw.com

**Harry Greenfield**
Bernstein − Burkley
1360 East Ninth Street
Suite 1250
Cleveland, OH 44114
216−294−4950
Fax : 412−456−8135
Email: hgreenfield@bernsteinlaw.com

**Gwenyth Ann Ortman**
Bernstein−Burkley, P.C.
601 Grant Street
Ste 9th Floor
Pittsburgh, PA 15219
412−456−8141
Email: gortman@bernsteinlaw.com

**John Pizzo**
Law Office of John Pizzo
17 Camp David Way
Fairmont, WV 26554
304−612−3452
Email: jpizzolaw@gmail.com

**Chad Taylor**
Simmerman Law Office, PLLC
254 East Main Street
Clarksburg, WV 26301
304−623−4900
Email: clt@simmermanlaw.com

***Trustee***
**Robert L. Johns**
Turner & Johns, PLLC
808 Greenbrier Street

represented by

**Brian Richard Blickenstaff**
Johns & Associates, PLLC
101 Brook Hill Drive
Charleston, WV 25311

Charleston, WV 25311
(304) 720−2300

304−720−2300
Fax : 304−720−2311
Email: bblickenstaff@johnswvlaw.com

**Kirk B. Burkley**
(See above for address)

**Robert L Johns**
Robert L. Johns, Chapter 7 Trustee
808 Greenbrier Street
Charleston, WV 25311
304−720−2300
Fax : 304−720−2311
Email: rjohns@turnerjohns.com

***U.S. Trustee***
**United States Trustee**
2025 United States Courthouse
300 Virginia Street East
Charleston, WV 25301
304−347−3400

represented by **Shari Lynne Collias**
DOJ−Ust
300 Virginia Street East
Ste. 2025
Charleston, WV 25301
304−347−3417
Fax : 304−347−3402
Email: shari.collias@usdoj.gov

**Gary O. Kinder**
U.S. Trustee's Office
300 Virginia Street East
Room 2025
Charleston, WV 25301
304−347−3400
Fax : 304−347−3402
Email: gary.o.kinder@usdoj.gov

**SUPPLEMENT TO TRANSMITTAL OF COMPLETE RECORD ON APPEAL**

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 04/17/2025 | TEXT ENTRY ONLY; NO IMAGE | 117 | The United States Trustee makes this report to the Clerk of the United States Bankruptcy Court for the Northern District of West Virginia regarding the appointment of a committee of unsecured creditors pursuant to 11 U.S.C. Section 1102. Despite efforts by the United States Trustee to solicit unsecured creditors for appointment to a committee of unsecured creditors, as of this date, sufficient indications of willingness to serve on such committee have not been received from persons eligible to serve on such committee under 11 U.S.C. Section 1102(b)(1). Accordingly, the United States Trustee is unable to appoint a committee of unsecured creditors pursuant to 11 U.S.C. Section 1102(a). Filed by U.S. Trustee United States Trustee. (Kinder, Gary) (Entered: 04/17/2025) |
| 01/16/2026 | | 195 | Expedited Motion to Set Hearing *Requesting Emergency Status Conference* Filed by Kirk B. Burkley on behalf of Heart 2 Heart (Entered: 01/16/2026) |
| 01/22/2026 | | 200 | Order Denying Motion To Continue of the January 23, 2026 Hearing (Related Doc # 199) (trs) 1/22/2026. (Entered: 01/22/2026) |
| 01/27/2026 | | 205 | Order RE: Expedited Motion Requesting Emergency Status Conference, the Board of Directors Resolution and Motion to the Court Heart 2 Heart Volunteers Inc. d/b/a Serenity Hills Life Center, and testimony during the January 23, 2026 Status Conference (Related Doc # 195) (trs) 1/27/2026. (Entered: 01/27/2026) |

| | | | |
|---|---|---|---|
| 05/05/2026 | | 261 | Pro Se Correspondence filed with the court on May 4, 2026 by Sharon Travis . (Viewing Access Not Restricted) (related document(s)260 Generic Order Re:) (trs) (Entered: 05/05/2026) |
| 05/20/2026 | | 271 | Motion to Partially Seal All Filings that I file for the reason of defamation and scandal. Also, any responses to any of my filings. This does not include creditors, attorneys, or any pertinent party in this Chapter 11 Filed by Sharon Travis (trs) (Entered: 05/21/2026) |