David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| *In re*: | ) | |
| | ) | |
| HEART 2 HEART VOLUNTEERS, INC., | ) | CASE NO. 5:25-bk-00087 |
| | ) | |
| Debtor. | ) | Chapter 11 |

**ORDER**

On August 31, 2026, Sharon Marie Travis filed a *Motion to Remove Chapter 11 Trustee For Cause Pursuant to 11 U.S.C. § 324(a)* (Doc. No. 385). On September 3, 2026, Ms. Travis filed a *Supplement to Doc. No. 385* (Doc. No. 390). On September 24, 2026, Robert L. Johns, Chapter 11 Trustee for the bankruptcy estate of Heart 2 Heart Volunteers, Inc. (the "Trustee"), filed a *Combined Objection and Memorandum in Opposition to Motion to Remove Chapter 11 Trustee For Cause* (Doc. No. 412). On September 25, 2026, Ms. Travis filed *Sharon Marie Travis Makes a Combined Motion to Supplement to the Motion to Remove Trustee Docket No. 384 and the Motion of a Miscarriage of Justice Docket No. 388* (Doc. No. 416). On October 1, 2026, Ms. Travis filed *Debtor's Former CEO Sharon Marie Travis's Reply to the Chapter 11 Trustee's Combined Objection and Memorandum in Opposition to Motion to Remove Chapter 11 Trustee For Cause* (Doc. No. 423).

On September 1, 2026, Ms. Travis filed a *Motion to Remedy Manifest Injustice and Miscarriage of Injustice by Restoring Full Corporate Authority and Management to the Debtors Board of Directors Including the Former Board President* (Doc. No. 388). On September 3, 2026, Ms. Travis filed a *Supplement to Doc. No. 388* (Doc. No. 391). On September 25, 2026, Gary O. Kinder on behalf of the United States Trustee ("UST") filed a *Response to Motion* (Doc. No. 414). Also on September 25, 2026, Ms. Travis filed *Sharon Marie Travis Makes a Combined Motion to Supplement to the Motion to Remove Trustee Docket No. 384 and the Motion of a Miscarriage of Justice Docket No. 388* (Doc. No. 416) and *Sharon Marie Travis Makes a Motion to Supplement*

*the Motion of a Miscarriage of Justice Docket No. 388* (Doc. No. 417). Also on September 25, 2026, the Trustee filed a *Combined Objection and Memorandum in Opposition to Motion to Remedy Manifest Injustice and Miscarriage of Injustice by Restoring Full Corporate Authority and Management to the Debtors Board of Directors Including the Former Board President* (Doc. No. 418). On October 1, 2026, Ms. Travis filed *Creditor Sharon Marie Travis's Reply to the United States Trustee's Response Opposing the Motion to Reinstate the Board of Directors* (Doc. No. 421). Also on October 1, 2026, Ms. Travis filed a *Response to Combined Objection and Memorandum in Opposition to Remedy Manifest Injustice and Miscarriage of Injustice by Restoring Full Corporate Authority and Management to the Debtors Board of Directors Including the Former Board President* (Doc. No. 422). On October 2, 2026, Ms. Travis filed *Sharon Travis asking the Court to Supplement the Docket* (Doc. No. 424). On October 7, 2026, Ms. Travis filed an *Amended Response to Combined Objection and Memorandum in Opposition to Remedy Manifest Injustice and Miscarriage of Injustice by Restoring Full Corporate Authority and Management to the Debtors Board of Directors Including the Former Board President* (Doc. No. 426).

On September 10, 2026, the Trustee filed a *Motion for Rule 11 Sanctions, and/or Protective Measures Regarding Frivolous Motions Filed by Sharon Marie Travis* (Doc. No. 398). On September 15, 2026, Ms. Travis filed an *Objection and Memorandum of Law in Opposition to the Trustee's Motion for Rule 9011 Sanctions* (Doc. No. 406).

The Court has reviewed Ms. Travis' *Motion to Remove Chapter 11 Trustee For Cause Pursuant to 11 U.S.C. § 324(a)* (Doc. No. 385), Ms. Travis' *Motion to Remedy Manifest Injustice and Miscarriage of Injustice by Restoring Full Corporate Authority and Management to the Debtors Board of Directors Including the Former Board President* (Doc. No. 388), the Trustee's *Motion for Rule 11 Sanctions, and/or Protective Measures Regarding Frivolous Motions Filed by Sharon Marie Travis* (Doc. No. 398), and all responses, replies, amendments, and supplements thereto. The Court will consider the original filings as amended, together with all supplemental materials submitted by the parties. To the extent any motions to amend remain pending, such motions are granted. Any supplement filed to date will also be considered. The Court finds that the record is sufficiently developed for the Court to proceed to a hearing. Accordingly, the pleadings are deemed closed, and no further pleadings, motions, responses, replies, supplements, or other filings requesting additional relief will be considered at the hearing unless specifically approved by the Court. Therefore, the Court does hereby

**ORDER** that that the following matters are scheduled for hearing on **November 17, 2026, at 10:00 a.m.** in the L. Edward Friend II Bankruptcy Courtroom, 1125 Chapline Street, Wheeling, West Virginia:

> **385** *Motion to Remove Chapter 11 Trustee For Cause Pursuant to 11 U.S.C. § 324(a)* filed by Brian Richard Blickenstaff on behalf of Robert L. Johns, Chapter 11 Trustee;
>
> **412** Ms. Travis' *Supplement to Doc. No. 385* (Doc. No. 390), the Trustee's *Combined Objection and Memorandum in Opposition to Motion to Remove Chapter 11 Trustee For Cause* filed by Sharon Travis;
>
> **416** Ms. Travis' *Sharon Marie Travis Makes a Combined Motion to Supplement to the Motion to Remove Trustee Docket No. 384 and the Motion of a Miscarriage of Justice Docket No. 388* filed by Sharon Travis;
>
> **423** Ms. Travis' *Debtor's Former CEO Sharon Marie Travis's Reply to the Chapter 11 Trustee's Combined Objection and Memorandum in Opposition to Motion to Remove Chapter 11 Trustee For Cause* filed by Sharon Travis.

It is further

**ORDERED** that the following matters are scheduled for hearing on **November 17, 2026, at 10:00 a.m.** in the L. Edward Friend II Bankruptcy Courtroom, 1125 Chapline Street, Wheeling, West Virginia:

> **388** *Motion to Remedy Manifest Injustice and Miscarriage of Injustice by Restoring Full Corporate Authority and Management to the Debtors Board of Directors Including the Former Board President* filed by Sharon Travis;
>
> **391** *Supplement to Doc. No. 388* filed by Sharon Travis;
>
> **414** *Response to Motion* filed by Gary O. Kinder on behalf of the United States Trustee;
>
> **416** *Sharon Marie Travis Makes a Combined Motion to Supplement to the Motion to Remove Trustee Docket No. 384 and the Motion of a Miscarriage of Justice Docket No. 388* filed by Sharon Travis;

**417** *Sharon Marie Travis Makes A Motion to Supplement the Motion of a Miscarriage of Justice Docket No. 388* filed by Sharon Travis;

**418** *Combined Objection and Memorandum in Opposition to Motion to Remedy Manifest Injustice and Miscarriage of Injustice by Restoring Full Corporate Authority and Management to the Debtors Board of Directors Including the Former Board President* filed by Brian Richard Blickenstaff on behalf of Robert L. Johns, Chapter 11 Trustee;

**421** *Creditor Sharon Marie Travis's Reply to the United States Trustee's Response Opposing the Motion to Reinstate the Board of Directors* filed by Sharon Travis;

**422** *Response to Combined Objection and Memorandum in Opposition to Remedy Manifest Injustice and Miscarriage of Injustice by Restoring Full Corporate Authority and Management to the Debtors Board of Directors Including the Former Board President* filed by Sharon Travis;

**424** *Sharon Travis asking the Court to Supplement the Docket* filed by Sharon Travis;

**426** *Amended Response to Combined Objection and Memorandum in Opposition to Remedy Manifest Injustice and Miscarriage of Injustice by Restoring Full Corporate Authority and Management to the Debtors Board of Directors Including the Former Board President* filed by Sharon Travis.

It is further

**ORDERED** that the following matters are scheduled for hearing on **November 17, 2026, at 10:00 a.m.** in the L. Edward Friend II Bankruptcy Courtroom, 1125 Chapline Street, Wheeling, West Virginia:

**398** *Motion for Rule 11 Sanctions, and/or Protective Measures Regarding Frivolous Motions Filed by Sharon Marie Travis* filed by Brian Richard Blickenstaff on behalf of Robert L. Johns, Chapter 11 Trustee;

**406** *Objection and Memorandum of Law in Opposition to the Trustee's Motion for Rule 9011 Sanctions* filed by Sharon Travis.

It is further

**ORDERED** that, on or before November 5, 2026, any party intending to present testimony or other evidence at the hearing shall file with the Clerk a list of witness and exhibits they intend to use during the hearing.

It is **FURTHER ORDERED** that, at the final hearing, the parties shall present the court with two copies of each exhibit that is offered, in addition to copies for opposing counsel and the witness.

It is **FURTHER ORDERED** that to the extent any motions to amend or supplement the pleadings remain pending, such motions are **GRANTED**. It is further

It is **FURTHER ORDERED** that the pleadings are deemed **CLOSED**, and no further pleadings, motions, responses, replies, supplements, or other filings requesting additional relief will be considered at the hearing unless specifically approved by the Court.