David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| *In re*: | ) | |
| | ) | |
| HEART 2 HEART VOLUNTEERS, INC., | ) | CASE NO. 5:25-bk-00087 |
| | ) | |
| Debtor. | ) | Chapter 11 |

**<u>ORDER</u>**

On October 9, 2026, Sharon Marie Travis filed *Creditor Sharon Travis's Motion for a Formal Determination of Unbroken Creditor Standing, Mandatory Right to Dollar-for-Dollar Reimbursement, and for an Order Imposing a Protective Escrow Upon Disputed Corporate Capital Proceeds, and Notice of Intent to Initiate an Adversary proceeding Pursuant to 11 U.S.C. §§ 105(a), 1109(b), 509(b)(2), and Fed. R. Bankr. P. 7001/9014* (Doc. No. 431). The Court has reviewed Ms. Travis' Motion and does hereby

**ORDER** that Robert L. Johns, Chapter 11 Trustee, shall file a response to Ms. Travis' Motion on or before November 5, 2026. It is further

**ORDER** that that Ms. Travis' *Creditor Sharon Travis's Motion for a Formal Determination of Unbroken Creditor Standing, Mandatory Right to Dollar-for-Dollar Reimbursement, and for an Order Imposing a Protective Escrow Upon Disputed Corporate Capital Proceeds, and Notice of Intent to Initiate an Adversary proceeding Pursuant to 11 U.S.C. §§ 105(a), 1109(b), 509(b)(2), and Fed. R. Bankr. P. 7001/9014* (Doc. No. 431), filed October 9, 2026, and any response filed thereto, is scheduled for hearing on **<u>November 17, 2026, at 10:00 a.m.</u>** in the L. Edward Friend II Bankruptcy Courtroom, 1125 Chapline Street, Wheeling, West Virginia.