**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re:

**HEART 2 HEART VOLUNTEERS INC.,**
**d/b/a SERENITY HILLS LIFE CENTER,**

**Bankruptcy Case No. 25-00087**
**Chapter 11**

Debtor.

# NOTICE OF WITHDRAW OF TRUSTEE'S MOTION FOR RULE 11 SANCTIONS

This day came Robert L. Johns, Chapter 7 Trustee of the bankruptcy estate of Heart 2 Heart Volunteers, Inc. (the "Trustee"), by his undersigned counsel, and files this *Notice of Withdraw of Trustee's Motion for Rule 11 Sanctions* (the "Motion"). Upon further review, the Trustee has determined that the request for sanctions pursuant to Rule 11 of the *Federal Rules of Civil Procedures* is premature at this time. The Trustee withdraws the portion of the Motion as it relates to Rule 11 sanctions only, and continues request alternative means consistent with this Court's inherent powers to tailor other injunctive relief and pre-filing restrictions when appropriate.

**ROBERT L. JOHNS**, Trustee,
by Counsel:

/s/ Brian R. Blickenstaff

Brian R. Blickenstaff, Esq. [WVSB No. 9449]
**JOHNS & ASSOCIATES, PLLC**
101 Brook Hill Drive
Charleston, WV 25311
Phone No: 304-720-2300
Fax No: 304-720-2311
E-Mail: bblickenstaff@johnswvlaw.com
*Counsel for Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re:

**HEART 2 HEART VOLUNTEERS INC.,**
**d/b/a SERENITY HILLS LIFE CENTER,**

**Bankruptcy Case No. 25-00087**
**Chapter 11**

Debtor.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have caused a true and correct copy of the foregoing ***"NOTICE OF WITHDRAW TRUSTEE'S MOTION FOR RULE 11 SANCTIONS"*** to be served upon the following by electronic filing, or by other means as noted below, on this 16th day of October, 2026:

**GARY O. KINDER, ESQ.**
Assistant U.S. Trustee
300 Virginia Street East, Room 2025
Charleston, WV 25307
(*Via Electronic Mail*)

**KIRK B. BURKLEY, ESQ.**
WH Burkley, LLP
601 Grant Street, 9th Floor
Pittsburg, PA 15219
(*Via Electronic Mail*)

**SHARON MARIE TRAVIS**
930 Main Street, Unit 303
Wheeling, WV 26003

/s/ Brian R. Blickenstaff
**Brian R. Blickenstaff, Esq.**