**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

In Re: Heart 2 Heart Volunteers Inc.
Debtor

Case No.: 5:25−bk−00087
Chapter: 11
Judge: David L Bissett

# TRANSMITTAL OF RECORD ON APPEAL

| | |
|---|---|
| **Transmittal To:**<br>The District Court for the Northern District of WV | **Transmittal From:**<br>The Bankruptcy Court for the Northern District of West Virginia |
| **Appellate Court Case Caption:**<br>Travis v. Johns et al<br>**Civil Action No:**<br>5:26−cv−00183 | **Appeal Fee Status:**<br>Appeal Fee Paid In Full |
| **STATUS OF THE RECORD ON APPEAL: NOA DATE:** | |
| **Appellant** | **Appellee** |
| Appellant's Designations & Statement of Issues Due:9/29/2026<br>Appellant's Extension Due Date:<br>Appellant's Designations Filed: 09/29/2026<br>Transcript(s):<br>Transcript Was Not Ordered<br>Transcript Filed: | Appellee's Designations Due: 10/13/2026<br>Appellee's Extension Due Date:<br>Appellee's Designations Filed:<br>Transcript(s):<br>Transcript was Not Ordered<br>Transcript Filed: |
| **Cross−Appellee:** ☐ **No** ☐ **Yes** | **Cross−Appellant:** ☐ **No** ☐ **Yes** |
| Cross−Appellee's Designations Due:<br>Cross−Appellee's Extension Due Date:<br>Cross−Appellee's Designations Filed:<br>Transcript(s):<br>Transcript was Not Ordered<br>Transcript Filed: | Cross−Appellee's Designations & Statement of Issues Due:<br>Cross−Appellant's Extension Due Date:<br>Appellee's Designations Filed:<br>Transcript(s):<br>Transcript was Not Ordered<br>Transcripts Filed: |

**Other Information**

Doc No. 365 on Appellants Designation States "Will Get Transcribed". The court has not yet received a request.

Date of Issuance: 10/27/26

Clerk of Court
U.S. Bankruptcy Court
Northern District of WV
PO Box 70
Wheeling, WV 26003
304−233−1655