**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

IN RE: Heart 2 Heart Volunteers Inc.

______________________________
Debtor,

Bankruptcy No. 5:25-bk-87

Civil Action No. 5:26-cv-183

**NOTICE OF RECEIPT OF DESIGNATED RECORD ON APPEAL AND BANKRUPTCY BRIEFING SCHEDULE**

Please take notice that the designated record on appeal was received from the Clerk of the United States Bankruptcy Court for the Northern District of West Virginia on 10/27/2026. The record was made available electronically in this court's case number 5:26-cv-183 on 10/27/2026.

Pursuant to Rule 8018(1) of the Federal Rules of Bankruptcy Procedure, the appellant must file a brief within 30 days after the docketing of notice advising that the record was transmitted or is available electronically. The appellee must file a brief within 30 days after service of the appellant's brief. The appellant may file a reply brief 14 days after service of the appellee's brief but at least 7 days before scheduled argument.

Stephanie Hainer Ojeda, Clerk of Court

Date: 10/29/2026

By: /s/ N.M. Maxwell
Deputy Clerk