**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| IN RE:<br><br>HEART 2 HEART VOLUNTEERS INC. d/b/a SERENITY HILLS LIFE CENTER,<br><br>Debtor. | Bankruptcy No. 5:25-bk-00087<br><br>Chapter 11<br><br>Related Doc. Nos. 427, 429 & 432 |

**CERTIFICATION OF NO OBJECTION REGARDING**
**FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY WH BURKLEY, LLP F/K/A BERNSTEIN-BURKLEY, P.C, COUNSEL FOR THE DEBTOR FOR THE TIME PERIOD OF JULY 1, 2025 THROUGH FEBRUARY 28, 2026**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Final Application for Compensation as Counsel for the Debtor filed on October 7, 2026 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Final Application for Compensation as Counsel for the Debtor appears thereon. Pursuant to the Notice of Motion/Negative Notice, objections to the Final Application for Compensation as Counsel for the Debtor were to be filed and served no later than November 2, 2026.

It is hereby respectfully requested that the Order related to the be entered by the Court. *See* Doc. No. 428.

Dated: November 3, 2026

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Kirk B. Burkley
Kirk B. Burkley, Esq.
WV I.D. #11767
kburkley@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone: (412) 456-8108
Fax: (412) 456-8135