**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re:

**HEART 2 HEART VOLUNTEERS, INC.,** **Bankruptcy Case No. 25-00087**

**Debtor** **Chapter 11**

# ACTING UNITED STATES TRUSTEE'S LIST OF WITNESSES AND EXHIBITS

The Acting United States Trustee for Region 4, Matthew W. Cheney ("UST"), submits the following list of potential witnesses and exhibits with respect to the hearing before this Court on November 17, 2026:

## WITNESSES

1. Robert L. Johns
   Turner & Johns
   808 Greenbriar Street
   Charleston, WV 25311

2. Sharon M. Travis
   930 Main Street
   Apt. 303
   Wheeling, WV 26033

3. Deborah Fish
   Patient Care Ombudsman
   211 West Fort Street
   Suite 705
   Detroit, MI 48226

4. Any other witness necessary for rebuttal purposes, including but not limited to witnesses called by the Trustee, Robert L. Johns or the Movant, Sharon M. Travis.

**EXHIBITS**

The UST does not intend to introduce any new exhibits. The UST does expect to potentially refer to documents that are already of record before this Court in this case or in the individual case of Sharon Marie Travis, Case No. 25-00251 or before the United States District Court in an appeal from this case before District Court Judge John Preston Bailey, Civil Action Number: 5:26-CV-114. While those documents are already of record, the UST provides the following list of documents as those that are potentially the most relevant.

1. Any and all documents which appear on the docket in this case, including, but not limited to the following:

   a. Chapter 11 Voluntary Petition (Dkt. 1)
   b. Declaration of Sharon Marie Travis (Dkt. 31)
   c. Motion to Waive Appointment of Patient Care Ombudsman (Dkt. 53)
   d. Motion to Extend Time to File Schedules (Dkt. 63)
   e. Bankruptcy Schedules (Dkt. 92)
   f. All monthly operating reports and supplements thereto.
   g. Amended Schedules (Dkt. 114)
   h. Motion to Extend Exclusivity Period (Dkt. 128)
   i. Second Motion to Extend Exclusivity Period (Dkt. 144)
   j. Expedited Application to Employ Meridian Management Partners, LLC and designation of William Frederick as Chief Restructuring Officer (Dkt. 175)
   k. Order Authorizing (I) the Employment and Retention of Meridian Management Partners, LLC to Provide Financial Advising and (II) the Designation of William Frederick as Chief Restructuring Officer to the Debtor as of December 12, 2025 (Dkt. 185)
   l. Expedited Motion to Set Hearing Requesting Emergency Status Conference (Dkt. 195)
   m. Motion to Continue Hearing on Expedited Motion to Set Hearing Requesting Emergency Status Conference (Dkt. 199)
   n. Supplement to Document (Dkt. 201)
   o. Motion to Appoint Chapter 11 Trustee (Dkt. 210)
   p. Motion To Deny The United States Trustee For The Entry Of An Order Directing The Appointment Of A Chapter 11 Trustee And A Motion To Deny An Expedited Hearing and Motion To Have More Time To Find An Attorney And To Have An Evidentiary Hearing (Dkt. 213)
   q. Response (Dkt. 218)
   r. Motion To Request A Reconsideration To Appoint A Trustee , or Motion to Stay On That Order, And Time To Get Another Attorney (Dkt. 223)
   s. Motion to the Court to Request to Submit Contradictory Evidence of Robert Boles who Testified Under Oath, To Establish Materiality, that he Committed Purgery (*sic)*

and a Motion to Strike the Testimony due to the Fraud on the Court under Oath (Dkt. 248)

t. Pro Se Correspondence (Dkt. 257)
u. Motion To Strike Testimony from the Record (Dkt. 258)
v. Pro Se Correspondence filed with the court on May 4, 2026 by Sharon Travis (Dkt. 261)
w. Motion To Compel Turnover Of Property (Dkt. 263)
x. Motion to Partially Seal All Filings (Dkt. 271)
y. Motion to Remove Ombudsman (Dkt. 273)
z. Response (Dkt. 287)
aa. Notice of Appeal (Dkt. 289)
bb. Motion To Remove Robert Boles for Conflict of Interest With a Creditor; Motion to Object as a Creditor to the Hiring of Robert Boles (Dkt. 315)
cc. Motion to Remove Sara Dean For Conflict of Interest; Motion to Object as a Creditor to her Hiring; Motion To Request Job Description, Title and Pay (Dkt. 316)
dd. Emergency Objection To 331 Motion to the Trustee Adjournment Attempts; Emergency Objection To The Retention of Authorized Personnel (Robert Boles and Sara Dean) 315 316; Motion for Emergency Investigation by a Third Party for Harassment and Retaliation, Motion for Appointment of Third Party Comprehensive Examination of Records Financial Audit; Motion for Investigation on Formal Complaint Made on Dahna Herr and Sheila Weese; and Motion for Rental Fees for Use of Property Filed by Sharon Travis (Dkt. 336)
ee. Emergency Motion for Temporary Restraining Order, Preliminary and Permanent Due to Unlicensed Practice of Psychology and Injunction Relief and to Remove Sarah Dean, Clinical Director, Due to Unlicensed Practice of Psychology and Immediate Facility and Patient Risk (Dkt. 344)
ff. Motion to Request for Sharon Travis to have more time to get the monies not listed in the Official Form 410 Proof of Claim for 2020 thorough 2026 and lack of notice of date to file amount and Motion to add my Witness List and to Exhibits (Dkt. 364)
gg. Order Granting 364 Ms. Travis Motion to Request To Have More Time To Get the Monies Not Listed In The Official Form 410 Proof of Claim Filed For 2020 Through 2026 And Lack Of Notice Of Date To File Amount and Motion To Add My Witness List and To Exhibits; Denying As Moot 360 Trustees Combined Response To Various Objections and Motions Filed on July 9, 2026 By Sharon Marie Travis. Ms. Travis shall file a properly redacted attachment for proof of claim number 17-1, on or before August 5, 2026 with any fee that may be required for such redaction being waived. Ms. Travis may amend her proof of claim on or before August 28, 2026. (Dkt. 366)
hh. Order Granting Ms. Travis Motion for Extension of Time to File Retractions/Amended Claim; Ms. Travis shall comply with the Courts Order, issued July 30, 2026, requiring her to file any amended proof of claim on or before August 28, 2026 (Dkt. 376)
ii. Motion for Reconsideration of Order Denying Motion to Remove Sarah Dean and Emergency Motion to Remove Sarah Dean and Request for Evidentiary Hearing (Dkt. 377)
jj. Motion for Reconsideration of Court Order Permitting Former Employee Robert Boles to Volunteer/Work and Access to Records, Manage the Record, Computer

Systems and Any Work on the Record; Request for Evidentiary Hearing; and Request for Emergency Protective Restrictions (Dkt. 379)

kk. Motion for Extension of Time to File Proof of Claim Out of Time According to Federal Rule of Procedure 9006(b)(1) and Motion for the Court to have the Trustee to Allow the Communication Between the Former Accountant, to Supply Documentation of All Loans Paid Back to Sharon Travis from the Debtor, and All Checks Made to Heart 2 Heart Volunteers Inc and Transfer Sent by Sharon Travis to All Heart 2 Heart Checking Accounts and to Supply Legible Receipts for the Missing Documentation (Dkt. 384)

ll. Motion to Remove Chapter 11 Trustee for Cause Pursuant to 11 U.S.C. 324(a) (Dkt. 385)

mm. Motion to Remedy Manifest Injustice and Miscarriage of Injustice by Restoring Full Corporate Authority and Management to the Debtors Board of Directors Including the Former Board President (Dkt. 388)

nn. Supplement (Dkt. 390)

oo. Supplement (Dkt. 391)

pp. Sharon Marie Travis Makes a Combined Motion to Suppliment (*sic)* to the Motion to Remove Trustee Docket No. 384 and the Motion of a Miscarriage of Justice Docket No. 388 (Dkt. 416)

qq. Sharon Marie Travis Makes a Motion Suppliment (*sic)* the Motion of a Miscarriage of Justice Docket No. 388 (Dkt. 417)

rr. Creditor Sharon Marie Travis''s Reply to the United States Trustee''s Response Opposing the Motion to Reinstate the Board of Directors (Dkt. 421)

ss. Response (Dkt. 422)

tt. Reply (Dkt. 423)

uu. Amended Response (Dkt. 426)

vv. Application for Compensation (FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY WH BURKLEY, LLP F/K/A BERNSTEIN-BURKLEY, P.C, as Counsel to the Debtor) for WH Burkley, LLP, Debtor''s Attorney, Period: 7/1/2025 to 2/28/2026 (Dkt. 427)

ww. Reply (Dkt. 430)

xx. Creditor Sharon Travis''s Motion for a Formal Determination of Unbroken Creditor Standing, Mandatory Right to Dollar for Dollar Reimbursement, and for an Order Imposing a Protective Escrow Upon Disputed Corporate Capital Proceeds, and Notice of Intent to Initiate an Adversary Proceeding Pursuant to 11 U.S.C. 105(a), 1109(b), 509(b)(2), and FED. R. BANKR. P. 7001/9014 (Dkt 431)

yy. Order Entered on 10/9/2026 By District Court Judge John Preston Bailey, Re: Appeal on Civil Action Number: 5:26-cv-00114 Directing the Bankruptcy Clerk to transmit supplemental documents. (Dkt. 433)

zz. Final Order Entered on 10/20/2026 By District Court Judge John Preston Bailey, Denying Appeal on Civil Action Number: 5:26-CV-114 (Dkt.442)

2. Any and all documents which appear on the docket in the individual case of Sharon Marie Travis, Case No. 25-00251, including, but not limited to the following:

a. Chapter 7 Voluntary Petition (Dkt. 1)

b. Chapter 7 Trustee's Report of No Distribution (Dkt 29)
c. Order Discharging Debtor (Dkt. 32)
d. Final Decree and Case Closed (Dkt. 34)
e. Motion to Reopen Chapter 7 Case (Dkt. 36)
f. Objection to Motion to Reopen (Pleading Captioned Motion to Vacate and Reconsider Order Reopening Chapter 7 Case, Request for Emergency Hearing, and Opposition Based on Lack of Statutory Cause, Zero Net Benefit, and Bad-Faith Sanctions Principles) (Dkt. 39)
g. Motion to Amend Motion to Reopen Case (Dkt. 41)
h. Motion to Vacate and Reconsider Order Reopening Chapter 7 Case, Request for Emergency Hearing, and Opposition Based on Lack of Statutory Cause, Zero Net Benefit, and Bad-Faith Sanctions Principles (Dkt. 48)
i. Motion to Remove and Replace Chapter 7 Trustee (Dkt. 50)
j. Response to Motion to Remove and Replace Chapter 7 Trustee (Dkt. 60)
k. Motion for a Formal Determination of Unbroken Creditor Standing, Mandatory Right to Dollar-for-Dollar Reimbursement, and for an Order Imposing a Protective Escrow Upon Disputed Corporate Capital Proceeds, and Notice of Intent to Initiate an Adversary Proceeding Pursuant to 11 U.S.C. §§ 105 (a), 1109 (b), 509 (b) (2), and Fed. R. Bankr. P. 7001 / 9014, Concerning Heart 2 Heart Volunteers, Inc. Case No: 5:25-bk-00087 (Dkt. 61)
l. Emergency Motion for an Order Directing the United States Trustee and Case Trustee to Provide a Definite Statement of Alleged Debt, and Notice of Retaliatory Abuse of Process and Exploitation of Known Medical Vulnerabilities Pursuant to 11 U.S.C. §§ 105 (a), 502, and Fed. R. Bankr. P. 7012 / 9014 (Dkt. 63)
m. Trustee's Rejection of Appointment (Dkt. 66)
n. Notice of Appointment of Successor Trustee Aaron C. Amore.(Dkt. 67)

3. Any and all documents which appear on the docket in the appeal from this case to United States District Court before District Court Judge John Preston Bailey, Civil Action Number: 5:26-CV-114, including, but not limited to the following:

a. Motion to Intervene (Dkt. 5)
b. Objection to Motion to Intervene (Dkt. 8)
c. Appellant's Opening Brief (Dkt. 16)
d. Motion for Extension of Time and Leave to Substitute Brief (Dkt. 17)
e. Substitute Appellant's Brief (Dkt. 18)
f. Emergency Motion for Extension of Time to File Appellant's Reply Brief (Dkt. 25)
g. Response (Dkt. 27)
h. Appellant's Response (Dkt. 30)
i. Appellant's Reply Brief (Dkt. 33)
j. Motion for Leave to File a Corrected Reply Brief (Dkt. 34)
k. Amended Reply Brief (Dkt. 36)
l. Final Order (Dkt. 38)

The Acting UST reserves the right to amend this List of Witnesses and Exhibits in the event

the Movant produces additional documents prior to the November 17, 2026, hearing.

Respectfully submitted,

**MATTHEW W. CHENEY,**

**Acting United States Trustee**
**Region 4**

**By Counsel**

/s/ *Gary O. Kinder*
Gary O. Kinder (WV Bar No. 7732)
Assistant United States Trustee
United States Courthouse, Room 2025
300 Virginia Street East
Charleston, WV 25301
(304)347-3400
gary.o.kinder@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on November 5, 2026, I caused this Notice to be served via the CM/ECF Electronic Filing system and by first class mail to:

Ms. Sharon Travis
930 Main Street
Apt. 303
Wheeling, WV 26003

/s/ *Gary O. Kinder*
Gary O. Kinder (WV Bar No. 7732)
Assistant United States Trustee
United States Courthouse, Room 2025
300 Virginia Street East
Charleston, WV 25301
(304)347-3400
gary.o.kinder@usdoj.gov