David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| *In re*: | ) | |
| | ) | |
| HEART 2 HEART VOLUNTEERS, INC., | ) | Case No. 5:25-bk-87 |
| | ) | |
| Debtor. | ) | Chapter 11 |

**<u>O R D E R</u>**

Pending before the Court is a *Motion to Extend Time to File List of Witness and Exhibit Lists* filed by Sharon Marie Travis (Doc. 454) Upon consideration of the same, the Court finds good cause exists to grant the extension of time. Therefore, it is hereby

**ORDERED** that the Motion to Extend Time to File List of Witness and Exhibit List is GRANTED. The deadline for filing witness and exhibit lists is extended to November 6, 2026, for all parties.