**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re: Heart 2 Heart Volunteers Inc.
Debtor.
Case No. 5:25-bk-00087
Chapter 11
Sharon Travis Creditor/ Pro Se

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF WV
NOV 06 2026
Time: 3:05 am/pm

I Sharon Pro Se creditor submit the following witness list and Exhibits for the November 17th , 2025 Hearing.

Witness List

| Person | | Estimated time needed | | address |
|---|---|---|---|---|
| Sarah Dean | Clinical Director | 15 min | s | |
| Robert Boles | Volunteer | 15 min | s | |
| Robert Johns | Trustee | 30 min | s | |
| Sheila Weese | Medical Director | 15 min | | |
| Dahna Herr | Former staff | 15 min | s | |
| Tara Singer | HR/ Accountant/ Board Member | 30 min | s | |
| Deborah Fish | Ombudsman | 30 min | s | |
| Jacquetta Harrison | Lead Peer | 10 min | | |
| Taylor Cox | Supervisor | 10 min | | |
| William Frederick | Former CRO | 15 min | s | |
| Brianna Elwain | Supportive counselor | 15 min | s | |
| Keith King | Former BMS manager of | 15 min | s | |

| | | | | |
|---|---|---|---|---|
| | sub waiver program | | | |
| Brandon Nickerson Branch manager | United Bank manager | 15 min | s | |
| Chris Dudek | DEP | 15 min | s | |
| Gregory Ford | Board Member | 15 min | | |
| Lisa Taylor | | 10 min | s | |
| Donna Camposeco | | 10 min | | |
| Jon Beagle | Board Member | 10 min | Requesting telephone call | Michigan |
| Jim Duel | Maintenance | 10 min | s | |
| Cornell detective | | 15 min | s | |
| Susie Hoffman | | 15 min | | |
| Mark Childers | | 10minutes | | |
| Robert Tomasiell0 | | 10 minutes | | |
| Sarah Cross | | 15 minutes | | |
| Samantha Groh | Utilization Nurse | 15 minutes | | |

Exhibit List

| | | | | |
|---|---|---|---|---|
| A1 | SHLC Abuse and Neglect Guidelines | | | |
| A2 | Resident Grievance Guidelines | | | |
| A3 | SHLC Incident Investigation Guidelines | | | |
| B1 | Personell Handbook | | | |

| | | | | |
|---|---|---|---|---|
| B2 | Appellant's Opening Brief | | | |
| B3 | Motion to remove the Trustee | | | |
| B4 | Debtors former CEO Reply to Chapter 11 trustee | | | |
| B5 | Creditors Reply to US Trustee | Doc 421 | | |
| B6 | Motion for Remedy of injustice | Doc. 388 | | |
| B7 | Response to combined Memorandum and Miscarriage | Doc. 426 | | |
| C | Incident Concerning Amy Morts firing | | | |
| C1 | Westlyn Davis letter of infractions | | | |
| C2 | Patient Grievance forms sent to me as board member concerning Westlyn Davis | | | |
| C3 | Exerts from Workforce hearing | | | |
| C4 | Emergency motion for Temporary restraining order of Sarah dean | Doc 344 | | |
| C5 | Reconsideration of Sarah Dean order denying motion | Doc. 377 | | |
| C6 | Motion to Reconsider Robert Boles | Do. 379 | | |
| D2 | Ombudsman's First report | Doc. 126 | | |
| E | Email from Debtors attorney | May, 20 2025 | | |

| | | | | |
|---|---|---|---|---|
| E1 | Email from Sunbiz | Date Sept 18, 2026 | | |
| E1.1 | Documents concerning Keith Greenburg | | | |
| F | Ombudsman second report | Doc. 135-1 | | |
| F1 | Ombudsman third report | Doc.139 | | |
| G | Conclusion of OHFLAC's Closing of the facility and reversed Judgement | November 4th 2022 | | |
| G1 | Lawsuit against OHFLAC | 3/15/2024 | | |
| H | Emails Concerning Medical Director | 2/29/2025 and 2/8/2025 | | |
| H1 | Text message from CRO Concerning Sheila Weese | | | |
| H2 | Text Message To CRO and From CRO concerning harassment and humiliation concerning N P and N S | | | |
| I | Written Testimony from Former resident redacted | | | |
| J | Second Motion for extension | Doc. 144 | | |
| J2 | Internal Investigation of Case manage Mains redacted | 11/4/2025 | | |
| J3 | DCD Door History | 10/28/2025 | | |
| J4 | OHFLAC statement of Deficiency for November | | | |

| | | | | |
|---|---|---|---|---|
| K | Objection and Response for Debtor's second motion to extend | 10/28/2025 | | |
| K1 | Ombudsman 4th report | | | |
| K2 | Hearing Transcripts for Nov. 25,2025 | | | |
| K5 | Testimony written by R. C. concerning counselors under investigation and confirmed by investigators | 11/3/2025 | | |
| K6 | Testimony written by C. R about counselors under investigation and confirmed by investigaters. | | | |
| K7 | Text message between Ombudsman and CEO about investigation | December | | |
| K8 | Ombudsman text messages concerning her involvement in the OHFLAC | December | | |
| K 9 | Text messages about incident to Ombudsman | December | | |
| K10 | Text to Ombudsman concerning Investigation | December | | |
| K11 | OHFLAC Investigation called by counselor under investigation, | December 8th, 2025 | | |

| | | | | |
|---|---|---|---|---|
| | Medical Director and Ombudsman | | | |
| K12 | Investigation of 2 Therapist and results | December 10, 2025 | | |
| L | Wellpoint Email | December 9,2025 | | |
| L1 | CEO restraining order against counselor | Dec 16, 2025 | | |
| L2 | Email from Deborah Fish | December 26, 2025 | | |
| L3 | Ombudsman 5th report | December 9, 2025 | | |
| L4 | CRO contract | December 12, 2025 | | |
| L5 | PCO emails | January 9-12, 2026 | | |
| L 6 | Resignation of CRO email | January 14, 2026 | | |
| L7 | Signed contract with ASK LLC | January 2, 2026 | | |
| L8 | Email from Tara Singer | January 15, 2026 | | |
| L9 | Email from Sharon Travis | January 15th 2026 | | |
| L10 | Board resolution for new board member Jon Beagle | 1/3/2026 | | |
| L11 | Board resolution to accept resignation of CRO | | | |
| M | Emergency meeting called | | | |
| N | Hearing on January 23, 2026 Transcripts | January 23, 2026 | | |
| N1 | Audit of Notes | | | |
| N2 | 4th quarter humane rights committee | January 30, 2026 | | |

| | | | | |
|---|---|---|---|---|
| N3 | 4th quarter Quality assurance meeting | January 30, 2026 | | |
| N4 | Text about the audit | February 2, 2024 | | |
| N 5 | Text to CRO | February 3rd 2026 | | |
| N 5 | Jeff Prohaska statement | January 5, 2025 | | |
| N6 | Board resolution to over ride the CRO to get a an IIDR appeal to a separate entity for review | | | |
| N7 | Text from CRO about OHFLAC | February 6, 2026 | | |
| N8 | Text to CRO | February 7 2026 | | |
| N9 | Text to CRO about harassment | February 9, 2026 | | |
| N10 | Text to CRO more details of harrassment | February 9, 2026 | | |
| N11 | Text to CRO for confirmation | February 9. 2026 | | |
| N 12 | CRO text stating he did not instruct them to do that | February 9, 2026 | | |
| O | Text About Nurses supervisor | February 9,2026 | | |
| O1 | Text about the residents hearing this and how it effects the business | February 1, 2026 | | |
| O2 | CRO text telling me we cannot hire a counselor | February 1, 2026 | | |
| O3 | About Retaliation text to Will | February 11, 2026 | | |
| O4 | Text about Patient | February 20, | | |

| | | | | |
|---|---|---|---|---|
| O5 | Text about Patient | February 20, 2026 | | |
| O6 | Transcripts Of workforce | January 14, 2026 | | |
| Q | Texting confirming 43 girls | 2/8/2026 | | |
| Q1 | Evidence showing Nurses | | | |
| Q2 | Motion to Reconsider | Doc. 218 | | |
| Q3 | Hearing Transcripts | 2/18/2026 | | |
| Q3 | Survey sent to 2 staff to clear up the holding back of patients | 2/9/2026 | | |
| R | Email to the CRO upset about the survey | February 9, 2026 | | |
| R1 | Tara Singer board member states it is the boards right | 2/9/2026 | | |
| R2 | CEO email concerning survey | 2/9/2026 | | |
| R3 | Text to CRO not addressing behavior | 2/24/2026 | | |
| S | Text message from CRO confirming Nurse slowing down the referrals | 2/24/2026 | | |
| S1 | Trustee appointed | 3/5/2026 | | |
| S2 | Trustee comes in and meets with staff | March and tells me he heard about me hitting a staff member and other things negative | | |
| S3 | Emergency Outage Text | | | | |

| | | | | |
|---|---|---|---|---|
| S4 | Emergency Outage report | | | |
| T | Text telling Robert Johns I need information | 3/20/2026 | | |
| T1 | Robert Johns putting me on Leave | 3/21/2026 | | |
| T2 | CEO's Response Text | 3/21/ 2026 | | |
| T3 | CEO text to Trustee about unfair treatment | 3/26//2026 | | |
| T4 | Email to Trustee | March 25, 2026 | | |
| T5 | Email picking up property | 3/27/2026 | | |
| T6 | Email conflict of interest | 3/24/2026 | | |
| U | Email Trying to get property | 4/23/2026 | | |
| U1 | Email about onsite Sara dean and Robert Boles & text | 4/30/2024 | | |
| U1 | Abuse and compliance neglect put on the docket | 5/1/2025 | | |
| U2 | Filed on the docket information about abuse and not compliance | May 1 2026 | | |
| U3 | Termination of CEO hours later | May 1st 2026 | | |
| U4 | Response to the termination | May 4th 2026 | | |
| U5 | Email from CEO to Robert Johns and Tara Singer | May 27 2026 | | |
| V | Robert Boles Email | July 19th 2026 | | |
| W | Robert Boles email July 2024 | July 24 2026 | | |

| | | | | |
|---|---|---|---|---|
| W1 | All emails from Tara Singer about my income and request for documentation of my income | | | |
| W2 | June 3rd email about changing wage claims to Tara Singer | | | |
| W3 | All bank statements and all bank documents concerning my pay and account | | | |
| W4 | All paystubs that the state is trying to get for me. | | | |
| W5 | All monthly reports | | | |
| X | All appeal documents | | | |
| X1 | All Chapter 7 documents | | | |
| X2 | Any supplemental documents filed for this hearing | | | |

All witnesses and Documents filed by the US trustee or Trustee I will also use. Some witnesses might come off once I figure my arguments and if they are needed.

Sharon "Marie" Travis

930 main Street Apt 303 Wheeling WV 26003

11/06/2026 Sharon Travis 11-6-2026

**CERTIFICATE OF SERVICE**

**UNITED STATES BANKRUPTCY COURT**

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF WV

**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

NOV 06 2026

Time: 3:05 am/pm

**In re: Heart 2 Heart Volunteers, Inc.,**
***Debtor.***
**Case No. 5:25-bk-00087**
**Chapter 11**

**I, Ms. Travis, hereby certify under penalty of perjury that on this 6th day of November, 2026, I served a true and correct copy of the foregoing *Witness list and Exhibits for the November 17, 2026 hearing* via the Court's by depositing the same in the United States Mail, first-class postage prepaid, addressed to the following parties of record:**

**Chapter 11 Trustee:**
**Robert Johns**
**Johns & Associates, PLLC 101 Brook Hill Drive Charleston, WV 25311**

**Counsel for the Chapter 11 Trustee:**
**BRIAN R. BLICKENSTAFF [WVSB No. 9449] Johns & Associates, PLLC 101 Brook Hill Drive Charleston, WV 25311**

**Counsel for the Debtor:**
**KIRK B. BURKLEY, ESQ. Bernstein-Burkley, P.C. 707 Grant Street Suite 2200 Gulf Tower Pittsburgh**

**Office of the United States Trustee:**
**GARY O. KINDER, ESQ. Assistant U.S. Trustee 300 Virginia Street East, Room 2025 Charleston, WV 25307**

**Dated: November 6, 2026 - Respectfully Submitted- Sharon Marie Travis**

Sharon Travis 11-6-2026