**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re:

**HEART 2 HEART VOLUNTEERS INC.,**
**d/b/a SERENITY HILLS LIFE CENTER,**

**Bankruptcy Case No. 25-00087**
**Chapter 11**

Debtor.

# TRUSTEE'S EXHIBIT AND WITNESS LIST

Plaintiff, Robert L. Johns, Chapter 7 Trustee Chapter 11 Trustee of the bankruptcy estate of Heart 2 Heart Volunteers, Inc. (the "Trustee"), by and through undersigned counsel, files this *Trustee's Exhibit and Witness List* in advance of the Court's hearing on November 17th, 2026.

## Exhibit List

| Bate Stamp | Description |
|---|---|
| H2H 1-11 | Debtor's Initial Petition [Docket No. 1], dated February 27th, 2025. |
| H2H 12-63 | Debtor's Schedules [Docket No. 92], dated March 27th, 2025. |
| H2H 64-116 | Sharon Marie Travis Bankruptcy Petition and Schedules, Case No. 25-00251, [Docket No. 1], dated May 12th, 2025. |
| H2H 117-124 | Patient Care Ombudsman's First Report [Docket No. 126], dated May 15th, 2025. |
| H2H 125-131 | Patient Care Ombudsman's Second Report [Docket No. 135], dated July 15th, 2025. |
| H2H 132-138 | Patient Care Ombudsman's Third Report [Docket No. 139], dated September 17th, 2025. |
| H2H 139-143 | Patient Care Ombudsman's Fifth Report [Docket No. 174], dated December 9th, 2025. |
| H2H 144-149 | Patient Care Ombudsman's Seventh [Docket No. 237], dated March 27th, 2026. |
| H2H 150-155 | Patient Care Ombudsman's Eighth Report [Docket No. 278], dated May 26th, 2026. |
| H2H 156-161 | Patient Care Ombudsman's Ninth Report [Docket No. 357], dated July 24th, 2026. |
| H2H 168 | Renewal License |

| | |
|---|---|
| - | Any and all pleadings and/or documents filed in the bankruptcy case. |
| - | Any and all Exhibits listed by Sharon Marie Travis. |

**Witness List**

1. Robert L. Johns, Chapter 7 Trustee.
2. Dr. Sarah Dean, Clinical Director.
3. Tara Singer, Bookkeeper.
4. Deborah Fish, Patient Care Ombudsman.
5. James Dull, Maintenance Supervisor.
6. Michael Blackburn, Maintenance.
7. Weslyn Davis, Intake.
8. Shelley Foles, Facility Coordinator.
9. Any-and-all witnesses listed by Sharon Marie Travis.
10. Any-and-all witnesses necessary for rebuttal.

**Prepared by:**

___/s/ Brian R. Blickenstaff________________
Brian R. Blickenstaff, Esq. [WVSB No. 9449]
**Johns & Associates, PLLC**
101 Brook Hill Drive
Charleston, WV 25311
Phone No: (304) 720-2300
Fax No: (304) 720-2311
E-mail: bblickenstaff@johnswvlaw.com
*Counsel for Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re:

**HEART 2 HEART VOLUNTEERS INC.,**
**d/b/a SERENITY HILLS LIFE CENTER,**

**Bankruptcy Case No. 25-00087**
**Chapter 11**

Debtor.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have caused a true and correct copy of the foregoing "***TRUSTEE'S EXHIBIT AND WITNESS LIST," "EXHIBITS,***" and certificate of service was served by First Class mail, postage prepaid, by electronic mail, or by utilizing the Court's CM/ECF Pacer System where indicated, on this 6th day of November, 2026, on the following:

**GARY O. KINDER, ESQ.**
Assistant U.S. Trustee
300 Virginia Street East, Room 2025
Charleston, WV 25307
(*Via Electronic Filing*)

**KIRK B. BURKLEY, ESQ.**
Bernstein-Burkley, P.C.
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(*Via Electronic Filing*)

**SHARON MARIE TRAVIS**
930 Main Street, Unit 303
Wheeling, WV 26003
(*Via Electronic Mail*)

/s/ Brian R. Blickenstaff
Brian R. Blickenstaff, Esq.