**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of West Virginia

Case number (*If known*): ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**

   Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   47-2418972

4. **Debtor's address**

   **Principal place of business**

   667 Stone Shannon Road
   Number Street

   Wheeling WV 26003
   City State ZIP Code

   Ohio County
   County

   **Mailing address, if different from principal place of business**

   Number Street

   P.O. Box

   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor's website** (URL)

   https://www.serenityhillslifecenter.org

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: ____________

**7. Describe debtor's business**

A. *Check one:*

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☑ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

621420

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ______________ When ______________ (MM / DD / YYYY) Case number ______________

  District ______________ When ______________ (MM / DD / YYYY) Case number ______________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ______________ Relationship ______________

  District ______________ When ______________ (MM / DD / YYYY)

  Case number, if known ______________

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?** ____________

Number Street

____________

City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____________

Contact name ____________

Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center
Name

Case number (*if known*)

**16. Estimated liabilities**

- ❑ $0-$50,000
- ❑ $50,001-$100,000
- ❑ $100,001-$500,000
- ❑ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ❑ $10,000,001-$50 million
- ❑ $50,000,001-$100 million
- ❑ $100,000,001-$500 million
- ❑ $500,000,001-$1 billion
- ❑ $1,000,000,001-$10 billion
- ❑ $10,000,000,001-$50 billion
- ❑ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/27/2025
MM / DD / YYYY

✘ */s/ Sharon Travis*
Signature of authorized representative of debtor

Sharon Travis
Printed name

Title President

**18. Signature of attorney**

✘ */s/ Kirk B. Burkley*
Signature of attorney for debtor

Date 02/27/2025
MM / DD / YYYY

Kirk Burkley
Printed name

Bernstein-Burkley, P.C.
Firm name

601 Grant Street 9th Floor
Number Street

Pittsburgh
City

PA
State

15219
ZIP Code

412-456-8100
Contact phone

kburkley@bernsteinlaw.com
Email address

89511
Bar number

PA
State

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

| | |
|---|---|
| **Business** | **220 Bethany Pike Wheeling, WV 26003, Ohio County** |

**Fill in this information to identify the case:**

Debtor name Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

United States Bankruptcy Court for the: Northern District of West Virginia

Case number (If known): ________________________

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Small Business Administration<br>409 Third St SW<br>Washington, DC, 20416 | | | Unliquidated<br>Contingent | | | 165,519.62 |
| 2 | The Fundworks LLC<br>299 S. Main St<br>Suite 1300, PMB 93894<br>Salt Lake City, UT, 84111 | | | Disputed<br>Unliquidated<br>Contingent | | | 118,410.00 |
| 3 | Synrgi Partners, Inc<br>PO Box 5599<br>Florence, SC, 29502 | | | Unliquidated<br>Contingent | | | 70,633.47 |
| 4 | Legend Advance Funding<br>800 Brickell Ave<br>Miami, FL, 33131 | | | Disputed<br>Unliquidated<br>Contingent | | | 69,931.19 |
| 5 | Itria Ventures LLC<br>1 Penn Plz<br>STE 3101<br>New York, NY, 10119 | | | Disputed<br>Unliquidated<br>Contingent | | | 58,100.00 |
| 6 | American Electric Power<br>PO Box 24401<br>Canton, OH, 44701 | | | Unliquidated<br>Contingent | | | 35,317.85 |
| 7 | Avion Funding LLC<br>101 Chase Avenue<br>STE 208<br>Lakewood, NJ, 08701 | | | Disputed<br>Unliquidated<br>Contingent | | | 32,613.50 |
| 8 | Gordon Food Service<br>1300 Gezon Parkway SW<br>Wyoming, MI, 49509 | | | Unliquidated<br>Contingent | | | 28,947.66 |

Debtor Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center Case number (*if known*)
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | WV BRIM<br>PO BOX 1373<br>Charleston, WV, 25325 | | | Unliquidated<br>Contingent | | | 28,539.52 |
| 10 | Candy Capital Corp<br>124 Grove Avenue<br>Suite 309<br>Cedarhurst, NY, 11516 | | | Disputed<br>Unliquidated<br>Contingent | | | 27,489.00 |
| 11 | The Money Store Funding, Inc<br>7 Kermit Avenue<br>Staten Island, NY, 10305 | | | Disputed<br>Unliquidated<br>Contingent | | | 26,323.31 |
| 12 | Community Bank<br>875 National Rd<br>Wheeling, WV, 26003 | | | Unliquidated<br>Contingent | | | 20,038.71 |
| 13 | Dean's Natural Wellness<br>489 Charleston St.<br>Cadiz, OH, 43907 | | | Unliquidated<br>Contingent | | | 16,096.00 |
| 14 | Highmark<br>614 Market Street<br>Parkersburg, WV, 26101 | | | Unliquidated<br>Contingent | | | 15,151.95 |
| 15 | Schrader Companion Duff & Law<br>401 Main St.<br>Wheeling, WV, 26003 | | | Unliquidated<br>Contingent | | | 10,351.19 |
| 16 | United Bank Card Center<br>PO Box 3364<br>Charleston, WV, 25333 | | | Unliquidated<br>Contingent | | | 8,413.61 |
| 17 | Gompers Lohri & Associates<br>117 Edgingon Lane<br>Wheeling, WV, 26003 | | | Unliquidated<br>Contingent | | | 7,040.00 |
| 18 | Integrated Software Solutions<br>PO BOX 822272<br>South Florida, FL, 33082 | | | Unliquidated<br>Contingent | | | 4,320.60 |
| 19 | Dalton Service Company LLC<br>1230 Mercer Road<br>Ellwood City, PA, 16117 | | | Unliquidated<br>Contingent | | | 2,515.12 |
| 20 | Stericycle<br>28883 Network Place<br>Chicago, IL, 60673 | | | Unliquidated<br>Contingent | | | 2,504.06 |

United States Bankruptcy Court
Northern District of West Virgini

In re: Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 02/27/2025

***/s/ Sharon Travis***
Signature of Individual signing on behalf of debtor

**President**
Position or relationship to debtor

Advance Communications
PO BOX 6650
Wheeling, WV 26003

Advance Lock & Security
109 3rd ST.
Bellaire, OH 43906

Alliance Laundry
P. O. Box 844226
Dallas, TX 75284

American Electric Power
PO Box 24401
Canton, OH 44701

Avion Funding LLC
101 Chase Avenue
STE 208
Lakewood, NJ 08701

Brewer & Company of WV Inc
3601 7th Avenue
Charleston, WV 25387

Candy Capital Corp
124 Grove Avenue
Suite 309
Cedarhurst, NY 11516

Citynet
3600 University Avenue
Morgantown, WV 26505

Community Bank
875 National Rd
Wheeling, WV 26003

Culligan
809 Boulevard St.
Dover, OH 44622

Dalton Service Company LLC
1230 Mercer Road
Ellwood City, PA 16117

Dean's Natural Wellness
489 Charleston St.
Cadiz, OH 43907

Dish
PO Box 7203
Pasadena, CA 91109

Frontier
PO BOX 740407
Cincinnati, OH 45274

Gompers Lohri & Associates
117 Edgingon Lane
Wheeling, WV 26003

Gordon Food Service
1300 Gezon Parkway SW
Wyoming, MI 49509

Groupstar
111 Park View Lane
Suite 102
Wheeling, WV 26003

Highmark
614 Market Street
Parkersburg, WV 26101

Hughes Office
3114 Belmont St
Bellaire, OH 43906

Integrated Software Solutions
PO BOX 822272
South Florida, FL 33082

Itria Ventures LLC
1 Penn Plz
STE 3101
New York, NY 10119

Jochum Refuse
1 Ellen St
Wheeling, WV 26003

Klein Consulting FIrm
188 Springdale Ave
Wheeling, WV 26003

Lauttamus Security
PO Box 2216
Weirton, WV 26062

Legend Advance Funding
800 Brickell Ave
Miami, FL 33131

Lowes
PO Box 669807
Dallas, TX 75266

Main Street Bank
2001 Main St.
Wheeling, WV 26003

Medstat
5308 Park Ave
Bethel Park, PA 15102

Medstat
PO Box 1826
Albany, GA 31702

National Equipment
1 Fourteenth St.
Wheeling, WV 26003

Ohio County Public Service District
PO Box 216
Triadelphia, WV 26059

Ohio County Sheriff's Department
PO Box 188
Wheeling, WV 26003

On-Site Testing Specialist
5308 Park Ave
Bethel Park, PA 15102

Orkin
90 W Chestnut St
STE 145UL
Washington, PA 15301

Partner Community Capital, Inc.
1000 Galliher Drive
Fairmont, WV 26654

Relias Learning
PO Box 74008620
Chicago, IL 60674

Schrader Companion Duff & Law
401 Main St.
Wheeling, WV 26003

Small Business Administration
409 Third St SW
Washington, DC 20416

Stericycle
28883 Network Place
Chicago, IL 60673

Subaru
PO Box 650516
Dallas, TX 75265

Synrgi Partners, Inc
PO Box 5599
Florence, SC 29502

The Fundworks LLC
299 S. Main St
Suite 1300, PMB 93894
Salt Lake City, UT 84111

The Money Store Funding, Inc
7 Kermit Avenue
Staten Island, NY 10305

United Bank Card Center
PO Box 3364
Charleston, WV 25333

USDA
2118 Ripley Rd.
Ripley, WV 25271

WV BRIM
PO BOX 1373
Charleston, WV 25325

**WRITTEN CONSENT OF THE BOARD OF DIRECTORS**

**CORPORATE RESOLUTION**

OF

Heart 2 Heart Volunteers Inc.

BE IT RESOLVED that the Board of Directors of Heart 2 Heart Volunteers Inc. (the “Company”) is hereby authorized and empowered for and on behalf of the Company to file a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, and to undertake all necessary acts consistent with the rights and duties of the Board of Directors under West Virginia Corporation Law, and any and all other statutory, regulatory, and common law to effectuate bankruptcy filing.

BE IT FURTHER RESOLVED that the President of the Company, Sharon Travis, is hereby authorized to serve as the signatory to sign all documents necessary to the administration of the bankruptcy case on behalf of the Company.

BE IT FURTHER RESOLVED that the Board of Directors hereby authorize the Company to engage the law firm of Bernstein-Burkley, P.C. for all legal services related to the bankruptcy filing and related proceedings.

The undersigned hereby certifies that the above and foregoing is a true and correct copy of a Resolution adopted by the Board of Directors of the above named Company by written consent on this 25th day of February, 2025, in lieu of a meeting.

Sharon Marie Travis

Sharon Travis, President

Fill in this information to identify the case and this filing:

Debtor Name Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

United States Bankruptcy Court for the: Northern District of West Virginia

Case number (*If known*): 5:25-bk-00087

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/27/2025
MM / DD / YYYY

✘ /s/ Sharon Travis
Signature of individual signing on behalf of debtor

Sharon Travis
Printed name

President
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

United States Bankruptcy Court for the: Northern District of West Virginia (State)

Case number (If known): 5:25-bk-00087

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:** Copy line 88 from *Schedule A/B* ..... $ 5,000,000.00

   1b. **Total personal property:** Copy line 91A from *Schedule A/B* ..... $ 175,718.16

   1c. **Total of all property:** Copy line 92 from *Schedule A/B* ..... $ 5,175,718.16

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..... $ 3,846,647.78

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 6a of *Schedule E/F* ..... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..... +$ 278,226.41

4. **Total liabilities** .....
   Lines 2 + 3a + 3b ..... $ 4,124,874.19

Fill in this information to identify the case:

Debtor name Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

United States Bankruptcy Court for the: Northern District of West Virginia

Case number (If known): 5:25-bk-00087

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|---|
| 3.1. | United Bank | Checking | 5 9 0 0 | $ 31,993.86 |
| 3.2. | See continuation sheet | | | $ 152.70 |

4. **Other cash equivalents** *(Identify all)*

4.1. ______ $______

4.2. ______ $______

5. **Total of Part 1** $ 32,146.56

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. ______ $______

7.2. ______ $______

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.______________________________ $______________

8.2.______________________________ $______________

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$______________

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 94,121.60 | – | 0.00 | = ........➔ | $ 94,121.60 |
| 11b. Over 90 days old: | 0.00 | – | 0.00 | = ........➔ | $ 0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 94,121.60

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. ______________________________ | ______________ | $______________ |
| 14.2. ______________________________ | ______________ | $______________ |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: / % of ownership: | | |
| 15.1.______________________________ ________% | ______________ | $______________ |
| 15.2.______________________________ ________% | ______________ | $______________ |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1.______________________________ | ______________ | $______________ |
| 16.2.______________________________ | ______________ | $______________ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$______________

No. 5:25-bk-00087 Doc 459-1 Filed 03/11/26 Entered 03/11/26 16:17:04 Page 16 of 168

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ☑ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | ______________ | ___ MM / DD / YYYY | $______ | ______ | $______ |
| 20. | **Work in progress** | | | | |
| | ______________ | ___ MM / DD / YYYY | $______ | ______ | $______ |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | ______________ | ___ MM / DD / YYYY | $______ | ______ | $______ |
| 22. | **Other inventory or supplies** | | | | |
| | ______________ | ___ MM / DD / YYYY | $______ | ______ | $______ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. $______

24. **Is any of the property listed in Part 5 perishable?**

- ☐ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

- ☐ No
- ☐ Yes. Book value ______ Valuation method ______ Current value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | | | |
| | ______________ | $______ | ______ | $______ |
| 29. | **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | ______________ | $______ | ______ | $______ |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | ______________ | $______ | ______ | $______ |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| | ______________ | $______ | ______ | $______ |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| | ______________ | $______ | ______ | $______ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.
$____________________

34. **Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value $______________ Valuation method __________________ Current value $______________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 8.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Assorted Office Equipment | $ | | $ 20,000.00 |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>See continuation sheet | $ 0.00 | | $ 7,800.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.
$ 27,800.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☑ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See continuation sheet | $ 0.00 | | $ 21,650.00 |
| 51. **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | | | $ 21,650.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

- ☑ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

No. 5:25-bk-00087 Doc 259-1 Filed 08/27/25 Entered 08/27/25 12:17:24 Page 8 of 12
No. 5:25-bk-00087 Doc 94 Filed 03/17/25 Entered 03/17/25 16:27:30 Page 19 of 168

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 55.1 | 667 Stone Shannon Road, Wheeling, WV 26003 | | $ | | $ 5,000,000.00 |
| 55.2 | | | $ | | $ |
| 55.3 | | | $ | | $ |

56. **Total of Part 9.** $ 5,000,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** www.serenityhillslifecenter.org | $ | | $ Unknown |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** Patient List | $ | | $ 0.00 |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.** $ 0.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

- ☐ No
- ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☑ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
______ Total face amount – ______ doubtful or uncollectible amount = → $______

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
______ Tax year ______ $______
______ Tax year ______ $______
______ Tax year ______ $______

73. **Interests in insurance policies or annuities**
______ $______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
______ $______
**Nature of claim** ______
**Amount requested** $______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
______ $______
**Nature of claim** ______
**Amount requested** $______

76. **Trusts, equitable or future interests in property**
______ $______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
______ $______
______ $______

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. $______

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

**Part 12:** **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 32,146.56 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 94,121.60 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 27,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 21,650.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* → | | $ 5,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. | 91a. $ 175,718.16 | + 91b. $ 5,000,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. 5,175,718.16 ... $ 5,175,718.16

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| United Bank | Checking | 8726 |
| Balance: 0.00 | | |
| United Bank | Checking | 2134 |
| Balance: 2.70 | | |
| United Bank | Checking | 1528 |
| Balance: 3.00 | | |
| United Bank | Checking | 6979 |
| Balance: 0.00 | | |
| Main Street Bank | Checking | 5669 |
| Balance: 147.00 | | |

**41) Office equipment, including all computer equipment and communication systems equipment and software**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Assorted Office Equipment | | | 7,300.00 |
| Medical Equipment | | | 500.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Tractor with attachments | | | 10,000.00 |
| Weed Trimmer | | | 250.00 |
| Lawn Mowers | | | 900.00 |
| Assorted Tools | | | 10,000.00 |
| Arc Welder | | | 500.00 |

Fill in this information to identify the case:

Debtor name Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

United States Bankruptcy Court for the: Northern District of West Virginia

Case number (If known): 5:25-bk-00087

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
Avion Funding LLC

**Creditor's mailing address**
101 Chase Avenue
STE 208, Lakewood, NJ 08701

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
Accounts, deposit accounts, and accounts receivable

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $ 32,613.50 — Column B: $ 0.00

**2.2 Creditor's name**
Candy Capital Corp

**Creditor's mailing address**
124 Grove Avenue
Suite 309, Cedarhurst, NY 11516

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Proceeds, chattel paper, inventory, equipment, general intangibles, and negotiable instruments

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $27,489.00 — Column B: $0.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 3,846,647.78

H2H 23

No. 5:25-bk-00087 Doc 459-1 Filed 03/27/26 Entered 03/27/26 16:27:34 Page 24 of 168

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.3 Creditor's name**
Itria Ventures LLC

**Creditor's mailing address**
1 Penn Plz
STE 3101, New York, NY 10119

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Present and future accounts, chattel paper, deposit accounts, documents, personal property, general intangibles, instruments, equipment (including assets and fixtures), inventory and proceeds

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $58,100.00
Column B: $0.00

**2.4 Creditor's name**
Legend Advance Funding

**Creditor's mailing address**
800 Brickell Ave
Miami, FL 33131

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All of Debtor's Goods, Inventory, Machinery, Equipment, Furniture and Fixtures (as those terms are defined under the UCC) and all of Debtor's Accounts Receivable, including but not limited to Credit Card and Charge Card Receivables, Cash on Hand and in Deposit in Banks, Cash Equivalents, Contracts, Real Property Leases, Notes, Bills, Acceptances, Chooses in Action, Chattel Paper, Instruments, Documents, and all other General Intangibles

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $69,931.19
Column B: $0.00

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim. Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim

**2.5 Creditor's name**
Partner Community Capital, Inc.

**Creditor's mailing address**
1000 Galliher Drive
Fairmont, WV 26654

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All Inventory, Chattel Paper, Accounts, Equipment, General Intangibles, Consumer Goods.

Column A: $230,000.00
Column B: $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.6 Creditor's name**
Small Business Administration

**Creditor's mailing address**
409 Third St SW
Washington, DC 20416

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles and as-extracted collateral

Column A: $165,519.62
Column B: $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

No. 5:25-bk-00087 Doc 459-1 Filed 01/27/26 Entered 01/27/26 11:27:44 Page 26 of 168

## Part 1: Additional Page

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7 Creditor's name**
The Fundworks LLC

**Creditor's mailing address**
299 S. Main St
Suite 1300, PMB 93894, Salt Lake City, UT

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
all accounts, deposit accounts, chattel paper, documents, equipment, general intangibles, instruments, inventory, investment property, letter of credit rights, commercial tort claims and as-extracted collateral; (b) all patents, patent applications, trademarks, trade names, service marks, logos, copyrights, and other sources of business identifiers, and all registrations, recordings and applications

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $118,410.00
Column B: $0.00

**2.8 Creditor's name**
USDA

**Creditor's mailing address**
2118 Ripley Rd.
Ripley, WV 25271

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Improvements now on the premises or hereafter placed thereon, including, without limitation, all heating, lighting, refrigeration, plumbing, ventilating, incinerating, water heating, cooling and air-conditioning equipment and apparatus and all appurtenances now and hereafter installed or placed within such improvements. Fixtures, machinery, appliances, and equipment on the premises or hereafter placed or installed. Chattels and articles of personal property owned by the Borrower

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $3,144,584.47
Column B: $0.00

Case No. 5:25-bk-00087 Doc 459-1 Filed 03/27/26 Entered 03/27/26 17:31:14 Page 27 of 168

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |

No. 5:25-bk-00087 Doc 429-1 Filed 01/05/26 Entered 01/05/26 11:21:44 Page 17 of 168

**Fill in this information to identify the case:**

Debtor: Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

United States Bankruptcy Court for the: Northern District of West Virginia

Case number (If known): 5:25-bk-00087

❑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ❑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1 Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred** ______<br><br>**Last 4 digits of account number** ______<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | $______ | $______ |
| **2.2 Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred** ______<br><br>**Last 4 digits of account number** ______<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | $______ | $______ |
| **2.3 Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred** ______<br><br>**Last 4 digits of account number** ______<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | $______ | $______ |

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Advance Communications
PO BOX 6650
Wheeling, WV 26003

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 264.00

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.2 Nonpriority creditor's name and mailing address**
Advance Lock & Security
109 3rd ST.
Bellaire, OH 43906

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 313.76

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.3 Nonpriority creditor's name and mailing address**
Alliance Laundry
P. O. Box 844226
Dallas, TX 75284

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 96.31

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.4 Nonpriority creditor's name and mailing address**
American Electric Power
PO Box 24401
Canton, OH 44701

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 35,317.85

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.5 Nonpriority creditor's name and mailing address**
Brewer & Company of WV Inc
3601 7th Avenue
Charleston, WV 25387

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 700.00

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
Citynet
3600 University Avenue
Morgantown, WV 26505

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 1,360.82

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

H2H 29

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7 Nonpriority creditor's name and mailing address**

Community Bank
875 National Rd
Wheeling, WV 26003

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ 20,038.71

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**3.8 Nonpriority creditor's name and mailing address**

Culligan
809 Boulevard St.
Dover, OH 44622

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ 1,116.50

**Basis for the claim:**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

**3.9 Nonpriority creditor's name and mailing address**

Dalton Service Company LLC
1230 Mercer Road
Ellwood City, PA 16117

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ 2,515.12

**Basis for the claim:**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

**3.10 Nonpriority creditor's name and mailing address**

Dean's Natural Wellness
489 Charleston St.
Cadiz, OH 43907

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ 11,030.00

**Basis for the claim:**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.11 Nonpriority creditor's name and mailing address**

Dish
PO Box 7203
Pasadena, CA 91109

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ 121.99

**Basis for the claim:**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

H2H 30

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.12 Nonpriority creditor's name and mailing address**

Frontier
PO BOX 740407
Cincinnati, OH 45274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ 88.79

**Basis for the claim:**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.13 Nonpriority creditor's name and mailing address**

Gompers Lohri & Associates
117 Edgingon Lane
Wheeling, WV 26003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ 7,040.00

**Basis for the claim:**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
✓ No
☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

Gordon Food Service
1300 Gezon Parkway SW
Wyoming, MI 49509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ 28,947.66

**Basis for the claim:**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
✓ No
☐ Yes

**3.15 Nonpriority creditor's name and mailing address**

Groupstar
111 Park View Lane
Suite 102
Wheeling, WV 26003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ 463.75

**Basis for the claim:**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

Highmark
614 Market Street
P.O. Box 1948
Parkersburg, WV 26101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ 9,117.51

**Basis for the claim:**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
✓ No
☐ Yes

H2H 31

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.17 **Nonpriority creditor's name and mailing address**

Hughes Office
3114 Belmont St
Bellaire, OH 43906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ 548.49

**Basis for the claim:**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
☑ No
☐ Yes

3.18 **Nonpriority creditor's name and mailing address**

Integrated Software Solutions
PO BOX 822272
South Florida, FL 33082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ 4,320.60

**Basis for the claim:**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
✓ No
☐ Yes

3.19 **Nonpriority creditor's name and mailing address**

Jochum Refuse
1 Ellen St
Wheeling, WV 26003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ 1,109.69

**Basis for the claim:**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
✓ No
☐ Yes

3.20 **Nonpriority creditor's name and mailing address**

Klein Consulting FIrm
188 Springdale Ave
Wheeling, WV 26003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ 500.00

**Basis for the claim:**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
☑ No
☐ Yes

3.21 **Nonpriority creditor's name and mailing address**

Lauttamus Security
PO Box 2216
Weirton, WV 26062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ 96.00

**Basis for the claim:**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
✓ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.22 Nonpriority creditor's name and mailing address**

Lowes
PO Box 669807
Dallas, TX 75266

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

$ 0.00

**3.23 Nonpriority creditor's name and mailing address**

Main Street Bank
2001 Main St.
Wheeling, WV 26003

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

$ 0.00

**3.24 Nonpriority creditor's name and mailing address**

Medstat
PO Box 1826
Albany, GA 31702

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

$ 156.68

**3.25 Nonpriority creditor's name and mailing address**

National Equipment
1 Fourteenth St.
Wheeling, WV 26003

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

$ 1,185.21

**3.26 Nonpriority creditor's name and mailing address**

Ohio County Public Service District
PO Box 216
Triadelphia, WV 26059

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

$ 1,300.81

H2H 33

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.27 **Nonpriority creditor's name and mailing address**

Ohio County Sheriff's Department
PO Box 188
Wheeling, WV 26003

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

$ 1,564.50

3.28 **Nonpriority creditor's name and mailing address**

On-Site Testing Specialist
5308 Park Ave
Bethel Park, PA 15102

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

$ 78.48

3.29 **Nonpriority creditor's name and mailing address**

Orkin
90 W Chestnut St
STE 145UL
Washington, PA 15301

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

$ 680.97

3.30 **Nonpriority creditor's name and mailing address**

Relias Learning
PO Box 74008620
Chicago, IL 60674

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

$ 0.00

3.31 **Nonpriority creditor's name and mailing address**

Schrader Companion Duff & Law
401 Main St.
Wheeling, WV 26003

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

$ 10,351.19

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.32 **Nonpriority creditor's name and mailing address**

Sharon Travis
220 Bethany Pike
Wheeling, WV 26003

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**

Stericycle
28883 Network Place
Chicago, IL 60673

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 2,504.06

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**

Subaru
PO Box 650516
Dallas, TX 75265

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 693.53

**Date or dates debt was incurred** ________

**Last 4 digits of account number** 4703

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**

Subaru
PO Box 650516
Dallas, TX 75265

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 693.52

**Date or dates debt was incurred** ________

**Last 4 digits of account number** 1031

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**

Synrgi Partners, Inc
PO Box 5599
Florence, SC 29502

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 70,633.47

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

H2H 35

No. 5:25-bk-00087 Doc 429-1 Filed 01/16/26 Entered 01/16/26 16:17:44 Page 25 of 52

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.37 Nonpriority creditor's name and mailing address**

The Money Store Funding, Inc
7 Kermit Avenue
Staten Island, NY 10305

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 26,323.31

**Basis for the claim:**

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.38 Nonpriority creditor's name and mailing address**

United Bank Card Center
PO Box 3364
Charleston, WV 25333

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ 8,413.61

**Basis for the claim:**

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

**3.39 Nonpriority creditor's name and mailing address**

WV BRIM
PO BOX 1373
Charleston, WV 25325

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ 28,539.52

**Basis for the claim:**

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

**3.___ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ ________

**Basis for the claim:**

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.___ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ ________

**Basis for the claim:**

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- No
- ☐ Yes

H2H 36

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 278,226.41 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 278,226.41 |

Fill in this information to identify the case:

Debtor name: Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

United States Bankruptcy Court for the: Northern District of West Virginia

Case number (If known): 5:25-bk-00087 Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | 2024 Subaru Ascent<br>Lessee | Subaru<br>PO Box 650516<br>Dallas, TX, 75262 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | 2024 Subaru Ascent<br>Lessee | Subaru<br>PO Box 650516<br>Dallas, TX, 75265 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Annual monitoring of fire alarm system | Yahn Electric Company<br>113 17th Street<br>Wheeling, WV, 26003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | New hire orientation training- annual subscription | Relias<br>1010 Sync<br>Morrisville, NC, 27560 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

United States Bankruptcy Court for the: Northern District of West Virginia

Case number (If known): 5:25-bk-00087

❑ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ❑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.2 | | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 | | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 | | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | | | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case:**

Debtor name Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

United States Bankruptcy Court for the: Northern District of West Virginia

Case number (If known): 5:25-bk-00087

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 01/01/2025 (MM / DD / YYYY) | to | Filing date | ☑ Operating a business<br>☐ Other | $ 489,887.40 |
| **For prior year:** | From | 01/01/2024 (MM / DD / YYYY) | to | 12/31/2024 (MM / DD / YYYY) | ☐ Operating a business<br>☐ Other | $ 2,324,988.62 |
| **For the year before that:** | From | 01/01/2023 (MM / DD / YYYY) | to | 12/31/2023 (MM / DD / YYYY) | ☐ Operating a business<br>☐ Other | $ 1,161,817.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | ______ (MM / DD / YYYY) | to | Filing date | ______ | $______ |
| **For prior year:** | From | ______ (MM / DD / YYYY) | to | ______ (MM / DD / YYYY) | ______ | $______ |
| **For the year before that:** | From | ______ (MM / DD / YYYY) | to | ______ (MM / DD / YYYY) | ______ | $______ |

Debtor Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center Case number (*if known*) 5:25-bk-00087

Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | American Electric Power<br>Creditor's name<br>PO Box 24401<br>Canton, OH 44701 | | $ 5,694.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other |
| 3.2. | Advance Communications<br>Creditor's name<br>PO BOX 6650<br>Wheeling, WV 26003 | | $ 288.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br>**Relationship to debtor** | | $ | |
| 4.2. | Insider's name<br>**Relationship to debtor** | | $ | |

Debtor Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center
Name
Case number (*if known*) 5:25-bk-00087

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | ______ Creditor's name | | ______ | $______ |
| 5.2. | ______ Creditor's name | | ______ | $______ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| ______ Creditor's name | Last 4 digits of account number: XXXX– ______ | ______ | $______ |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Case number ______ | | | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Case title<br>Case number ______ | | Court or agency's name and address | ☐ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| ______ Custodian's name | ______ | $______ |
| | **Case title** ______ | **Court name and address** ______ Name |
| | **Case number** ______ | |
| | **Date of order or assignment** ______ | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. ______ Recipient's name | | ______ | $______ |
| | | ______ | $______ |
| **Recipient's relationship to debtor** ______ | | | |
| 9.2. ______ Recipient's name | | ______ | $______ |
| | | ______ | $______ |
| **Recipient's relationship to debtor** ______ | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | ______ | ______ | $______ |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | ______ Address<br>Email or website address ______<br>Who made the payment, if not debtor? ______ | | ______ | $______ |
| 11.2. | ______ Address<br>Email or website address ______<br>Who made the payment, if not debtor? ______ | | ______ | $______ |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| ______<br>Trustee<br>______ | | ______ | $______ |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | ______ | | ______ | $______ |
| | Address | | | |
| | Relationship to debtor | | | |
| | ______ | | | |
| | Who received transfer? | | ______ | $______ |
| 13.2. | ______ | | | |
| | Address | | | |
| | Relationship to debtor | | | |
| | ______ | | | |

**Part 7: Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From ______ To ______ |
| 14.2. | | From ______ To ______ |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |
| 15.2. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Personal and medical information

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | United Bank<br>Name | XXXX–8726 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | 02/04/2025 | $ 0.00 |
| 18.2. | United Bank<br>Name | XXXX–6979 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | 01/26/2025 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| ______<br>Name | <br>Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| ______<br>Name | <br>Address | | ☐ No<br>☐ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

Debtor Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center
Name
Case number (if known) 5:25-bk-00087

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| ____________ Name | ____________ Name | | ________ |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | ____________ Name | | EIN: ____________<br>**Dates business existed**<br>From ________ To ________ |
| 25.2. | ____________ Name | | EIN: ____________<br>**Dates business existed**<br>From ________ To ________ |
| 25.3. | ____________ Name | | EIN: ____________<br>**Dates business existed**<br>From ________ To ________ |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Gompers Lohri & Associates<br>Name<br>117 Edgington Lane, Wheeling, WV 26003 | From _______<br>To _______ |
| 26a.2. ______<br>Name | From _______<br>To _______ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Gompers Lohri & Associates<br>Name<br>117 Edgington Lane, Wheeling, WV 26003 | From _______<br>To _______ |
| 26b.2. ______<br>Name | From _______<br>To _______ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. ______<br>Name | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. ______________________________
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

26d.1. ______________________________
Name

**Name and address**

26d.2. ______________________________
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| ______________________________ | _______ | $__________ |

**Name and address of the person who has possession of inventory records**

27.1. ______________________________
Name

Debtor Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center
Name
Case number (*if known*) 5:25-bk-00087

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2. ______
Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | ______ To ______ |
| | | | ______ To ______ |
| | | | ______ To ______ |
| | | | ______ To ______ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. ______ Name | ______ | ______ | |

Relationship to debtor

______

**Name and address of recipient**

30.2 ______
Name

**Relationship to debtor**

______

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| | EIN: |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN: |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/27/2025
MM / DD / YYYY

✘ /s/ Sharon Travis
Signature of individual signing on behalf of the debtor

Printed name Sharon Travis

Position or relationship to debtor President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

## Continuation Sheet for Official Form 207

3) Certain payments or transfers to creditors within 90 days before filing this case

| | |
|---|---|
| Brewer & Company of WV Inc., 3601 7th Avenue, Charleston, WV 25387 | $350.00 |
| Citynet LLC, 3600 University Avenue, Morgantown, WV 26505 | $6,433.73 |
| Culligan, 809 Boulevard St., Dover, OH 44622 | $1,189.21 |
| Dalton Service Company LLC, 1230 Mercer Road, Ellwood City, PA 16117 | $3,405.16 |
| Dish, PO Box 7203, Pasadena, CA 91109 | $243.98 |
| Frontier, PO BOX 740407, Cincinnati, OH 45274 | $178.75 |
| Gompers Lohri & Associates, 117 Edgingon Lane, Wheeling, WV 26003 | $1,205.00 |
| Hughs Office, 3114 Belmont St, Bellaire, OH 43906 | $1,231.81 |
| Jochum Refuse, 1 Ellen St, Wheeling, WV 26003 | $277.22 |
| Subaru, PO Box 650516, Dallas, TX 75265 | $1,390.05 |
| On-Site Testing Specialist, 5308 Park Ave, Bethel Park, PA 15102 | $78.48 |
| Main Street Bank, 2001 Main St., Wheeling, WV 26003 | $1,019.78 |
| WV Brim, PO BOX 1373, Charleston, WV 25325 | $4,797.33 |
| Gordon Food Service, 1300 Gezon Parkway SW, Grand Rapids, MI 49509 | $51,915.02 |
| Ohio County Public Service District, PO Box 216, Triadelphia, WV 26059 | $5,950.27 |
| Schrader Companion Duff | $687.50 |

## Continuation Sheet for Official Form 207

| | |
|---|---|
| & Law, 401 Main St., Wheeling, WV 26003 | |
| United Bank Card Center, PO Box 3364, Charleston, WV 25333 | $28,520.93 |
| Avion Funding, 101 Chase Avenue STE 208, Lakewood, NJ 08701 | $5,000.00 |
| Legend Advance Funding, 800 Brickell Ave, Miami, FL 33131 | $14,850.00 |
| Candy Capital Corporation, 124 Grove Avenue Suite 309, Cedarhurst, NY 15516 | $4,500.00 |
| The Money Store, Inc., 7 Kermit Avenue, Staten Island, NY 10305 | $6,953.48 |
| Itria Ventures LLC, 1 Penn Plz STE 3101, New York, NY 10119 | $5,000.00 |
| The Fundworks LLC, 299 S. Main St Suite 1300 PMB 93894, Salt Lake City, UT 84111 | $2,000.00 |
| USDA, 2118 Ripley Rd., Ripley, WV 25271 | $13,823.00 |
| Encova Insurance, One PPG Place # 2700, Pittsburgh, PA 15222 | $567.00 |
| Go Daddy, 2155 E GoDaddy Way, Tempe, AZ 85284 | $86.58 |
| Lowes, 2100 Georgetown Dr Suite 200, Sewickley, PA 15143 | $767.95 |
| MedEZ, Integrated Software Solutions, Co., 7450 Griffin Rd STE 150, Fort Lauderdale, FL 33314 | $6,355.90 |
| Yahn Electric Company, 113-17th Street, Wheeling, WV 26003 | $3,335.00 |
| Sal Chemical, 3036 Birch Dr, Weirton, WV 26062 | $813.50 |
| Quality Environmental, | $146.54 |

## Continuation Sheet for Official Form 207

**13123 Lakeland Rd Ste. A1, Santa Fe Springs, CA 90670**

| | |
|---|---|
| **Small Business Administration, 409 Third St SW, Washington, DC 20416** | **$128.20** |
| **Partner Community Capital, 1000 Galliher Drive, Fairmont, WV 26654** | **$7,530.60** |

**17) Pension Contributions**

**Principal Life**

**United States Bankruptcy Court**

**IN RE:** Case No. 5:25-bk-00087

Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| This Debtor is a non-profit, therefore there are no equity security holders | | |

# United States Bankruptcy Court

Northern District of West Virginia

**In re** Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

Case No. 5:25-bk-00087

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $______________

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $______________

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $______________

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . . $ 5,000.00

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $ 0.00

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify)

Heart 2 Heart signed an engagement letter on February 25, 2025. At that time, a retainer was paid in this matter. Fees for preparation of the petition and other first day documents in the amount of $3,584.00 were paid from that retainer. A retainer balance of $1,416.00 remains and is being held in Trust.

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor’s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/27/2025

*Date*

/s/ Kirk Burkley, WV #11767

*Signature of Attorney*

Bernstein-Burkley, P.C.

*Name of law firm*

601 Grant Street
9th Floor
Pittsburgh, PA 15219

United States Bankruptcy Court

Northern District of West Virgini

In re: Heart 2 Heart Volunteers Inc d/b/a Serenity Hills Life Center

Debtor(s)

Case No. 5:25-bk-00087

Chapter 11

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 03/27/2025

/s/ Sharon Travis

Signature of Individual signing on behalf of debtor

President

Position or relationship to debtor

No. 5:25-bk-00087 Doc 42-1 Filed 02/21/26 Entered 02/21/26 11:27:44 Page 5 of 12

Advance Communications
PO BOX 6650
Wheeling, WV 26003

Advance Lock & Security
109 3rd ST.
Bellaire, OH 43906

Alliance Laundry
P. O. Box 844226
Dallas, TX 75284

American Electric Power
PO Box 24401
Canton, OH 44701

Avion Funding LLC
101 Chase Avenue
STE 208
Lakewood, NJ 08701

Brewer & Company of WV Inc
3601 7th Avenue
Charleston, WV 25387

Candy Capital Corp
124 Grove Avenue
Suite 309
Cedarhurst, NY 11516

Citynet
3600 University Avenue
Morgantown, WV 26505

Community Bank
875 National Rd
Wheeling, WV 26003

Culligan
809 Boulevard St.
Dover, OH 44622

Dalton Service Company LLC
1230 Mercer Road
Ellwood City, PA 16117

Dean's Natural Wellness
489 Charleston St.
Cadiz, OH 43907

Dish
PO Box 7203
Pasadena, CA 91109

Frontier
PO BOX 740407
Cincinnati, OH 45274

Gompers Lohri & Associates
117 Edgingon Lane
Wheeling, WV 26003

Gordon Food Service
1300 Gezon Parkway SW
Wyoming, MI 49509

Groupstar
111 Park View Lane
Suite 102
Wheeling, WV 26003

Highmark
614 Market Street
P.O. Box 1948
Parkersburg, WV 26101

Hughes Office
3114 Belmont St
Bellaire, OH 43906

Integrated Software Solutions
PO BOX 822272
South Florida, FL 33082

Itria Ventures LLC
1 Penn Plz
STE 3101
New York, NY 10119

Jochum Refuse
1 Ellen St
Wheeling, WV 26003

Klein Consulting FIrm
188 Springdale Ave
Wheeling, WV 26003

Lauttamus Security
PO Box 2216
Weirton, WV 26062

Legend Advance Funding
800 Brickell Ave
Miami, FL 33131

Lowes
PO Box 669807
Dallas, TX 75266

Main Street Bank
2001 Main St.
Wheeling, WV 26003

Medstat
PO Box 1826
Albany, GA 31702

National Equipment
1 Fourteenth St.
Wheeling, WV 26003

Ohio County Public Service District
PO Box 216
Triadelphia, WV 26059

Ohio County Sheriff's Department
PO Box 188
Wheeling, WV 26003

On-Site Testing Specialist
5308 Park Ave
Bethel Park, PA 15102

Orkin
90 W Chestnut St
STE 145UL
Washington, PA 15301

Partner Community Capital, Inc.
1000 Galliher Drive
Fairmont, WV 26654

Relias
1010 Sync
Morrisville, NC 27560

Relias Learning
PO Box 74008620
Chicago, IL 60674

Schrader Companion Duff & Law
401 Main St.
Wheeling, WV 26003

Sharon Travis
220 Bethany Pike
Wheeling, WV 26003

Small Business Administration
409 Third St SW
Washington, DC 20416

Stericycle
28883 Network Place
Chicago, IL 60673

Subaru
PO Box 650516
Dallas, TX 75265

Subaru
PO Box 650516
Dallas, TX 75262

Synrgi Partners, Inc
PO Box 5599
Florence, SC 29502

The Fundworks LLC
299 S. Main St
Suite 1300, PMB 93894
Salt Lake City, UT 84111

The Money Store Funding, Inc
7 Kermit Avenue
Staten Island, NY 10305

United Bank Card Center
PO Box 3364
Charleston, WV 25333

USDA
2118 Ripley Rd.
Ripley, WV 25271

WV BRIM
PO BOX 1373
Charleston, WV 25325

Yahn Electric Company
113 17th Street
Wheeling, WV 26003

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF WEST VIRGINIA, WHEELING DIVISION

Case number *(if known)* ____________________

Chapter you are filing under:

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Sharon<br>First name<br>Marie<br>Middle name<br>Travis<br>Last name and Suffix (Sr., Jr., II, III) | First name<br>Middle name<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | xxx-xx-2279 | |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | 220 Bethany Pike<br>Wheeling, WV 26003<br>Number, Street, City, State & ZIP Code<br><br>Ohio<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

**Part 2: Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No.
☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.

Debtor ______ Relationship to you ______
District ______ When ______ Case number, if known ______
Debtor ______ Relationship to you ______
District ______ When ______ Case number, if known ______

**11. Do you rent your residence?**

☒ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

**Part 3: Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

**Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

**Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Sharon Marie Travis
Sharon Marie Travis
Signature of Debtor 1

Signature of Debtor 2

Executed on May 12, 2025
MM / DD / YYYY

Executed on
MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Ryan W. Johnson
Signature of Attorney for Debtor

Date May 12, 2025
MM / DD / YYYY

Ryan W. Johnson 14178
Printed name

Johnson Legal Services, PLLC
Firm name

1049 Market Street
Wheeling, WV 26003
Number, Street, City, State & ZIP Code

Contact phone (304) 212-4950x102

Email address ryanjohnson@johnsonlegalservicespllc.com

14178 WV
Bar number & State

Fill in this information to identify your case:

Debtor 1 Sharon Marie Travis
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA, WHEELING DIVISION

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B ........ $ 135,000.00
   1b. Copy line 62, Total personal property, from Schedule A/B ........ $ 20,046.41
   1c. Copy line 63, Total of all property on Schedule A/B ........ $ 155,046.41

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... $ 363,088.05
3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........ $ 0.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ........ $ 123,058.38

**Your total liabilities** $ 486,146.43

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ........ $ 4,769.87
5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ........ $ 6,751.56

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes
7. **What kind of debt do you have?**
   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   ☒ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ ____________

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ ____________ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ ____________ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ ____________ |
| 9d. Student loans. (Copy line 6f.) | $ ____________ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ ____________ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ ____________ |
| 9g. **Total.** Add lines 9a through 9f. | $ ____________ |

**Fill in this information to identify your case and this filing:**

Debtor 1: Sharon Marie Travis
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA, WHEELING DIVISION

Case number

☐ Check if this is an amended filing

# Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1

220 Bethany Pike
Street address, if available, or other description

Wheeling WV 26003
City State ZIP Code

Ohio
County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $270,000.00 | $135,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Joint tenants

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

Real estate located at 220 Bethany Pike, Wheeling, Ohio County, West Virginia, Deed Book 867 at Page 612. Original Purchase Date of 2008

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>** $135,000.00

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

3.1 Make: Subaru
Model: Outback
Year: 2018
Approximate mileage: 38,000
Other information:
Value determined by JD Power

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $15,413.00 | $15,413.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>** $15,413.00

**Part 3:** **Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe.....

Large and Small Appliances, Kitchenware and Utensils, Dining Room, Living Room, Bedroom, Bathroom, Linens, Books and Lawn and Garden. — $3,000.00

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe.....

Cell Phone, Televisions, Telephone, Radio — $455.00

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☒ No
☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☒ No
☐ Yes. Describe.....

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
☒ Yes. Describe.....

One Pistol — $100.00


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy
H2H 74

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes. Describe.....

| Women's Clothing | $250.00 |
|---|---|

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☒ Yes. Describe.....

| Women's Jewelry: Ring, Necklace, Bracelet, Earrings and a Watch | $50.00 |
|---|---|

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☒ Yes. Describe.....

| Two Dogs, Three Cats | $50.00 |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................................... $3,905.00

**Part 4: Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☒ No
☐ Yes.......................................................................................................

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes.......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Checking | United Bank<br>Account No.: xxxxxx9996 | $725.98 |
| 17.2. | Savings | United Bank<br>Account No.: xxxxxx6432 | $2.43 |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☒ No
☐ Yes.................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☒ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| Serenity Hills a West Virginia Limited Liability Company. Currently in a Chapter 11 Bankruptcy Case. | 100 % | $0.00 |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☒ No
☐ Yes. List each account separately.
Type of account: Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☒ No
☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☒ No
☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☒ No
☐ Yes. Name the insurance company of each policy and list its value.
Company name: Beneficiary: Surrender or refund value:


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☒ No
☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
☒ No
☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**........................................ $728.41

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes. Go to line 38.

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☐ No
☒ Yes. Give specific information.........

| | |
|---|---|
| Two Leased 2024 Subaru Ascents.<br>Debtor rejects the leases. | Unknown |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... $0.00

**Part 8: List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................ | | $135,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $15,413.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $3,905.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $728.41 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $20,046.41 | Copy personal property total $20,046.41 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $155,046.41 |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1 Sharon Marie Travis
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing)
First Name Middle Name Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA, WHEELING DIVISION

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Large and Small Appliances, Kitchenware and Utensils, Dining Room, Living Room, Bedroom, Bathroom, Linens, Books and Lawn and Garden.<br>Line from *Schedule A/B*: 6.1 | $3,000.00 | ☒ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | W. Va. Code § 38-10-4(c) |
| Cell Phone, Televisions, Telephone, Radio<br>Line from *Schedule A/B*: 7.1 | $455.00 | ☒ $455.00<br>☐ 100% of fair market value, up to any applicable statutory limit | W. Va. Code § 38-10-4(c) |
| One Pistol<br>Line from *Schedule A/B*: 10.1 | $100.00 | ☒ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | W. Va. Code § 38-10-4(e) |
| Women's Clothing<br>Line from *Schedule A/B*: 11.1 | $250.00 | ☒ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | W. Va. Code § 38-10-4(c) |
| Women's Jewelry: Ring, Necklace, Bracelet, Earrings and a Watch<br>Line from *Schedule A/B*: 12.1 | $50.00 | ☒ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | W. Va. Code § 38-10-4(d) |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Sharon Marie Travis Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Two Dogs, Three Cats<br>Line from *Schedule A/B*: 13.1 | $50.00 | ☒ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | W. Va. Code § 38-10-4(e) |
| United Bank<br>Account No.: xxxxxx9996<br>Line from *Schedule A/B*: 17.1 | $725.98 | ☒ $725.98<br>☐ 100% of fair market value, up to any applicable statutory limit | W. Va. Code § 38-10-4(e) |
| United Bank<br>Account No.: xxxxxx6432<br>Line from *Schedule A/B*: 17.2 | $2.43 | ☒ $2.43<br>☐ 100% of fair market value, up to any applicable statutory limit | W. Va. Code § 38-10-4(e) |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No

☐ Yes



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

H2H 79

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Sharon Marie Travis | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA, WHEELING DIVISION

Case number (if known) ____________________

☐ Check if this is an amended filing

# Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| **2.1** Freedom Mortgage Corporation | $174,619.00 | $270,000.00 | $0.00 |
| **2.2** Main Street Bank | $18,487.00 | $15,413.00 | $3,074.00 |

**2.1** Freedom Mortgage Corporation
Creditor's Name

Attn: Bankruptcy
907 Pleasant Valley Ave
Ste 3
Mount Laurel, NJ
08054-1210
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** 220 Bethany Pike, Wheeling, WV 26003
Ohio County Real estate located at 220 Bethany Pike, Wheeling, Ohio County, West Virginia, Deed Book 867 at Page 612. Original Purchase Date of 2008

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) Deed of Trust

**Date debt was incurred** 2020-12 **Last 4 digits of account number** 4069

**2.2** Main Street Bank
Creditor's Name

2001 Main Street
Wheeling, WV 26003-2854
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** 2018 Subaru OutbackLeased Vehicle

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) Lien on Title

**Date debt was incurred** 2024-09 **Last 4 digits of account number** 0001


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Sharon Marie Travis — Case number (if known)

First Name / Middle Name / Last Name

**2.3** The Fundworks, LLC
Creditor's Name

Attn: Bankruptcy
299 S. Main Street, Suite 1300
PMB 93894
Salt Lake City, UT 84111
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** $169,982.05 | $270,000.00 | $74,601.05

220 Bethany Pike, Wheeling, WV 26003
Ohio County Real estate located at 220 Bethany Pike, Wheeling, Ohio County, West Virginia, Deed Book 867 at Page 612. Original Purchase Date of 2008

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** 02/12/2025 — **Last 4 digits of account number** C252

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $363,088.05 |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | $363,088.05 |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

[ ] Name, Number, Street, City, State & Zip Code
Amato & Keatings, P.C.
107 North Commerce Way, Ste 100
Bethlehem, PA 18017

On which line in Part 1 did you enter the creditor? 2.3
Last 4 digits of account number C252

[ ] Name, Number, Street, City, State & Zip Code
Circuit Court of Ohio County, WV
Attn: Brenda Miller, Clerk
Ohio County Courthouse
1500 Chapline Street
Wheeling, WV 26003

On which line in Part 1 did you enter the creditor? 2.3
Last 4 digits of account number C252



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy
H2H 81

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Sharon Marie Travis | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA, WHEELING DIVISION | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims — 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**

☒ No. Go to Part 2.
☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

4.1

Avion Funding c/o
Nonpriority Creditor's Name
David Fogel, P.C.
Attn: Bankruptcy
1225 Franklin Ave., Suite 201
Garden City, NY 11530
Number Street City State Zip Code

**Last 4 digits of account number** 3425 — $32,613.50

**When was the debt incurred?** 2023-2025

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Settlement



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

H2H 82

4.2 Candy Capital Corp
Nonpriority Creditor's Name
Attn: Bankruptcy
124 Grove Avenue, Suite 309
Cedarhurst, NY 11516
Number Street City State Zip Code

Last 4 digits of account number ______ Unknown

When was the debt incurred? ______

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify ______

---

4.3 Chase Card Services
Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298
Number Street City State Zip Code

Last 4 digits of account number 4703 $19,272.00

When was the debt incurred? 08/2024

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Leased vehicle for business Serenity Hills Life Center

---

4.4 Chase Card Services
Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298
Number Street City State Zip Code

Last 4 digits of account number 4725 $19,272.00

When was the debt incurred? 08/2024

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Leased vehicle for business Serenity Hills Life Center

---


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.5** ComenityBank/Venus
Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125
Number Street City State Zip Code

**Last 4 digits of account number** 3467 — $681.00

**When was the debt incurred?** 2023-04

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Credit card purchases

---

**4.6** Community Bank
Nonpriority Creditor's Name
PO Box 357
Carmichaels, PA 15320-0357
Number Street City State Zip Code

**Last 4 digits of account number** 1121 — $3,179.00

**When was the debt incurred?** 2021-11

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Unsecured

---

**4.7** Community Bank
Nonpriority Creditor's Name
PO Box 357
Carmichaels, PA 15320-0357
Number Street City State Zip Code

**Last 4 digits of account number** 4187 — $20,711.85

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Unsecured


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.8 **Dale Travis** — Last 4 digits of account number: D213 — Unknown

Nonpriority Creditor's Name
Attn: Bankruptcy
1824 Forest Oak Road
Woodlawn, VA 24381
Number Street City State Zip Code

**When was the debt incurred?** 2021

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Judgment

---

4.9 **Discover Financial** — Last 4 digits of account number: 7535 — $2,543.00

Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054-3025
Number Street City State Zip Code

**When was the debt incurred?** 2025-01-16

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Unsecured

---

4.10 **Itria Ventures, LLC** — Last 4 digits of account number: 9551 — Unknown

Nonpriority Creditor's Name
Attn: Bankruptcy
1 Penn Plz, STE 3101
New York, NY 10119
Number Street City State Zip Code

**When was the debt incurred?** 09/2023

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Unsecured


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.1 1** Itria Ventures, LLC
Nonpriority Creditor's Name
Attn: Bankruptcy
1 Penn Plz, STE 3101
New York, NY 10119
Number Street City State Zip Code

**Last 4 digits of account number** 1543 — Unknown

**When was the debt incurred?** 01/2024

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Unsecured

---

**4.1 2** Legend Advance Funding
Nonpriority Creditor's Name
Attn: Bankruptcy
800 Brickell Ave
Miami, FL 33131
Number Street City State Zip Code

**Last 4 digits of account number** — Unknown

**When was the debt incurred?** 06/2024

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

---

**4.1 3** Macy's/ DSNB
Nonpriority Creditor's Name
Atytn: Bankruptcy
701 E 60th St N
Sioux Falls, SD 57104-0432
Number Street City State Zip Code

**Last 4 digits of account number** 2754 — $5,827.00

**When was the debt incurred?** 2012-12

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Unsecured


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 4.14 | **Schrader, Duff, Law and Lowe, PLLC** | **Last 4 digits of account number** 9673 | $6,372.03 |

Nonpriority Creditor's Name
Attn: Frank X. Duff
401 Main Street
Wheeling, WV 26003
Number Street City State Zip Code

**When was the debt incurred?** 2023

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Attorney Fees

---

| | | | |
|---|---|---|---|
| 4.15 | **Sherri Mcphail** | **Last 4 digits of account number** | Unknown |

Nonpriority Creditor's Name
1131 National Road
Wheeling, WV 26003
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Attorney Fees

---

| | | | |
|---|---|---|---|
| 4.16 | **Synchrony Bank** | **Last 4 digits of account number** 0213 | $3,212.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**When was the debt incurred?** 2021-11

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Unsecured

---



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.17 **Synchrony Bank/Care Credit**
Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**Last 4 digits of account number** 2099 — $9,375.00
**When was the debt incurred?** 2023-09

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Credit card purchases

---

4.18 **The Fundworks, LLC**
Nonpriority Creditor's Name
Attn: Bankruptcy
299 S. Main Street, Suite 1300
PMB 93894
Salt Lake City, UT 84111
Number Street City State Zip Code

**Last 4 digits of account number** — Unknown
**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

4.19 **The Money Store Funding, Inc**
Nonpriority Creditor's Name
Attn: Bankruptcy
7 Kermit Avenue
Staten Island, NY 10305
Number Street City State Zip Code

**Last 4 digits of account number** — Unknown
**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
Avion Funding, LLC
Attn: Bankruptcy
101 Chase Ave., Ste 208
Lakewood, NJ 08701

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 3425


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Name and Address
Monroe County Supreme Court, New York
Attn: Clerk
99 Exchange Blvd., Ste 545
Rochester, NY 14614

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 3425

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 123,058.38 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 123,058.38 |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Sharon Marie Travis
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing)
First Name Middle Name Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA, WHEELING DIVISION

Case number ______________________
(if known)

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Chase Card Services<br>PO Box 15298<br>Attn: Bankruptcy<br>Wilmington, DE 19850-5298 | Installment account opened 08/01/2024<br>Credit Limit: $23,778.00, Remaining Balance: $19,272.00 |
| 2.2 | Chase Card Services<br>PO Box 15298<br>Attn: Bankruptcy<br>Wilmington, DE 19850-5298 | Installment account opened 08/01/2024<br>Credit Limit: $23,778.00, Remaining Balance: $19,272.00 |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Sharon Marie Travis | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA, WHEELING DIVISION | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | Dale Travis<br>1824 Forrest Oak Road<br>Woodlawn, VA 24381 | ☒ Schedule D, line 2.1<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>Freedom Mortgage Corporation |
| 3.2 | Heart 2 Heart Volunteers, Inc.<br>d/b/a Serenity Hills Life Center<br>667 Stone and Shannon Road<br>Wheeling, WV 26003 | ☒ Schedule D, line 2.3<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>The Fundworks, LLC |
| 3.3 | Heart 2 Heart Volunteers, Inc.<br>d/b/a Serenity Hills Life Center<br>667 Stone and Shannon Road<br>Wheeling, WV 26003 | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.3<br>☐ Schedule G ____<br>Chase Card Services |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Sharon Marie Travis Case number *(if known)*

## Additional Page to List More Codebtors

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.4 Heart 2 Heart Volunteers, Inc.<br>d/b/a Serenity Hills Life Center<br>667 Stone and Shannon Road<br>Wheeling, WV 26003 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.4<br>☐ Schedule G _____<br>Chase Card Services |
| 3.5 Heart 2 Heart Volunteers, Inc.<br>d/b/a Serenity Hills Life Center<br>667 Stone and Shannon Road<br>Wheeling, WV 26003 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.1<br>☐ Schedule G _____<br>Avion Funding c/o |
| 3.6 Heart 2 Heart Volunteers, Inc.<br>d/b/a Serenity Hills Life Center<br>667 Stone and Shannon Road<br>Wheeling, WV 26003 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.10<br>☐ Schedule G _____<br>Itria Ventures, LLC |
| 3.7 Heart 2 Heart Volunteers, Inc.<br>d/b/a Serenity Hills Life Center<br>667 Stone and Shannon Road<br>Wheeling, WV 26003 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.11<br>☐ Schedule G _____<br>Itria Ventures, LLC |
| 3.8 Heart 2 Heart Volunteers, Inc.<br>d/b/a Serenity Hills Life Center<br>667 Stone and Shannon Road<br>Wheeling, WV 26003 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.12<br>☐ Schedule G _____<br>Legend Advance Funding |
| 3.9 Heart 2 Heart Volunteers, Inc.<br>d/b/a Serenity Hills Life Center<br>667 Stone and Shannon Road<br>Wheeling, WV 26003 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.18<br>☐ Schedule G _____<br>The Fundworks, LLC |
| 3.10 Heart 2 Heart Volunteers, Inc.<br>d/b/a Serenity Hills Life Center<br>667 Stone and Shannon Road<br>Wheeling, WV 26003 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line 4.2<br>☐ Schedule G _____<br>Candy Capital Corp |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Sharon Marie Travis Case number *(if known)*

## Additional Page to List More Codebtors

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.11 Heart 2 Heart Volunteers, Inc.<br>d/b/a Serenity Hills Life Center<br>667 Stone and Shannon Road<br>Wheeling, WV 26003 | ☐ Schedule D, line<br>☒ Schedule E/F, line 4.19<br>☐ Schedule G<br>The Money Store Funding, Inc |
| 3.12 Heart 2 Heart Volunteers, Inc.<br>d/b/a Serenity Hills Life Center<br>667 Stone and Shannon Road<br>Wheeling, WV 26003 | ☐ Schedule D, line<br>☒ Schedule E/F, line 4.7<br>☐ Schedule G<br>Community Bank |
| 3.13 Heart 2 Heart Volunteers, Inc.<br>d/b/a Serenity Hills Life Center<br>667 Stone and Shannon Road<br>Wheeling, WV 26003 | ☐ Schedule D, line<br>☐ Schedule E/F, line<br>☒ Schedule G 2.1<br>Chase Card Services |
| 3.14 Heart 2 Heart Volunteers, Inc.<br>d/b/a Serenity Hills Life Center<br>667 Stone and Shannon Road<br>Wheeling, WV 26003 | ☐ Schedule D, line<br>☐ Schedule E/F, line<br>☒ Schedule G 2.2<br>Chase Card Services |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Sharon Marie Travis |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA, WHEELING DIVISION |
| Case number (If known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

______________
MM / DD/ YYYY

# Official Form 106I
# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Supervisor | |
| **Employer's name** | Serenity Hills Life Center | |
| **Employer's address** | 667 Stone Shannon Road<br>Wheeling, WV 26003 | |
| **How long employed there?** | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 6,500.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 6,500.00 | $ N/A |

Debtor 1 Sharon Marie Travis Case number (*if known*)

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 6,500.00 | $ N/A |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 1,694.51 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 35.62 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 1,730.13 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 4,769.87 | $ N/A |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |

10. **Calculate monthly income.** Add line 7 + line 9. 10. $ 4,769.87 + $ N/A = $ 4,769.87
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies 12. $ 4,769.87
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Sharon Marie Travis |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA, WHEELING DIVISION |
| Case number (If known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

# Official Form 106J
# Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☒ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☒ No

   Do not list Debtor 1 and Debtor 2. ☐ Yes. Fill out this information for each dependent.............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☒ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 472.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 29.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 68.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 250.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a. $ 370.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ 90.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 439.00 |

Debtor 1 Sharon Marie Travis Case number (if known)

| Item | Description | Line | Amount |
|---|---|---|---|
| 6d. | Other. Specify: | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 740.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 100.00 |
| 10. | **Personal care products and services** | 10. | $ 300.00 |
| 11. | **Medical and dental expenses** | 11. | $ 35.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 275.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 100.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 0.00 |
| 15b. | Health insurance | 15b. | $ 187.00 |
| 15c. | Vehicle insurance | 15c. | $ 67.00 |
| 15d. | Other insurance. Specify: | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: Registration | 16. | $ 4.42 |
| | Specify: Personal Property | | $ 29.00 |
| | Specify: Inspections | | $ 1.25 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 509.89 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. | Other. Specify: | 17c. | $ 0.00 |
| 17d. | Other. Specify: | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: Support for Daughter | 19. | $ 400.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| 20a. | Mortgages on other property | 20a. | $ 0.00 |
| 20b. | Real estate taxes | 20b. | $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ 0.00 |
| 21. | **Other:** Specify: Pest Control | 21. | +$ 50.00 |
| | Lawn Maintenance and Snow Removal | | +$ 100.00 |
| | Home Office Supplies | | +$ 10.00 |
| | Pet Expenses | | +$ 500.00 |
| | Anticipated Rental Expense | | +$ 1,525.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | | $ 6,751.56 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ 6,751.56 |
| 23. | **Calculate your monthly net income.** | | |
| 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ 4,769.87 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | -$ 6,751.56 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ -1,981.69 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☒ Yes. Explain here: Debtor is selling her residence that is owned with her ex-husband. Debtor will be incurring additional living expenses associates with an apartment rental.

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | Sharon Marie Travis<br>First Name | Middle Name | Last Name |
| Debtor 2<br>(Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA, WHEELING DIVISION | | |
| Case number<br>(if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person ____________________ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| **X** /s/ Sharon Marie Travis<br>Sharon Marie Travis<br>Signature of Debtor 1 | **X** ____________________<br>Signature of Debtor 2 |
| Date May 12, 2025 | Date ____________________ |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1 Sharon Marie Travis
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA, WHEELING DIVISION

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

**04/25**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☒ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2 Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $27,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year: (January 1 to December 31, 2024 )** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $52,169.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For the calendar year before that: (January 1 to December 31, 2023 )** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $26,289.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

**Part 3: List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
☒ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?
☐ No. Go to line 7.
☒ Yes List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Freedom Mortgage Corporation<br>Attn: Bankruptcy<br>907 Pleasant Valley Ave<br>Ste 3<br>Mount Laurel, NJ 08054-1210 | 2025 | Unknown | $174,619.00 | ☒ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| Main Street Bank<br>2001 Main Street<br>Wheeling, WV 26003-2854 | 05/2025, 04/2025, 03/2025 | $1,529.67 | $18,487.00 | ☐ Mortgage<br>☒ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy
H2H 100

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| The Fundworks, LLC v. Heart 2 Heart Volunteers, Inc. D/B/A Serenity Hills Life Center<br>CC-35-2024-C-252 | Civil | Circuit Court of Ohio County, WV<br>Attn: Brenda Miller, Clerk<br>Ohio County Courthouse<br>1500 Chapline Street<br><br>Wheeling, WV 26003 | ☐ Pending<br>☐ On appeal<br>☒ Concluded<br><br>Judgment |
| Avion Funding V. Heart 2 Heart Volunteers, Inc.<br>E202502131438 | Civil | Monroe County Supreme Court, New York<br>Attn: Clerk<br>99 Exchange Blvd., Ste 545<br>Rochester, NY 14614 | ☐ Pending<br>☐ On appeal<br>☒ Concluded<br><br>Settlement |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☒ No
☐ Yes



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 5: List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☒ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Heart 2 Heart<br>667 Stone Shannon Road<br>Wheeling, WV 26003 | Misc Charity | 2023-2025 | Unknown |

**Part 6: List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7: List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Johnson Legal Services, PLLC<br>1049 Market Street<br>Wheeling, WV 26003<br>ryanjohnson@johnsonlegalservicespllc.com<br>Debtor | Attorney Fees: $1900Filing Fee: $338Credit Report: $45Credit Counseling: $50 | April 30, 2025 | $2,333.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

## Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

## Part 9: Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

☒ ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**

☒ ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**

☒ ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☒ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| Heart 2 Heart Volunteers, Inc d/b/a/<br>d/b/a/ Serenity Hills Life Center<br>220 Bethany Pike<br>Wheeling, WV 26003 | Behavioral Health Facility/Addiction<br>Tara Singer | EIN: 47-2418972<br>From-To 2014 - Current |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☒ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Felton & Felton CPA<br>1144 Market Street, Ste 600<br>Wheeling, WV 26003 | 2023 |
| Bernstein-Burkley, P.C.<br>Attn: Kirk B. Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219 | 2025 |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 12: Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | |
|---|---|
| /s/ Sharon Marie Travis<br>Sharon Marie Travis<br>**Signature of Debtor 1** | **Signature of Debtor 2** |
| **Date** May 12, 2025 | **Date** |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person ______. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: Sharon Marie Travis
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA, WHEELING DIVISION

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7

12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
**☒ creditors have claims secured by your property, or**
**☒ you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1: List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Freedom Mortgage Corporation<br>Description of property securing debt: 220 Bethany Pike, Wheeling, WV 26003 Ohio County Real estate located at 220 Bethany Pike, Wheeling, Ohio County, West Virginia, Deed Book 867 at Page 612. Original Purchase Date of 2008 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]:<br>Retain and pay pursuant to contract | ☒ No<br>☐ Yes |
| Creditor's name: Main Street Bank<br>Description of property securing debt: 2018 Subaru Outback Leased Vehicle | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☒ No<br>☐ Yes |
| Creditor's name: The Fundworks, LLC<br>Description of 220 Bethany Pike, Wheeling, WV | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☒ No<br>☐ Yes |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

No. 5:25-bk-00287 Doc 45-1 Filed 11/06/25 Entered 11/06/25 19:21:44 Page 163 of 168



| | | |
|---|---|---|
| property securing debt: | 26003 Ohio County Real estate located at 220 Bethany Pike, Wheeling, Ohio County, West Virginia, Deed Book 867 at Page 612. Original Purchase Date of 2008 | ☒ Retain the property and [explain]: Avoid lien using 11 U.S.C. § 522(f) |

**Part 2: List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| **Describe your unexpired personal property leases** | | **Will the lease be assumed?** |
|---|---|---|
| Lessor's name: | Chase Card Services | ☒ No ☐ Yes |
| Description of leased Property: | Installment account opened 08/01/2024<br>Credit Limit: $23,778.00, Remaining Balance: $19,272.00 | |
| Lessor's name: | Chase Card Services | ☒ No ☐ Yes |
| Description of leased Property: | Installment account opened 08/01/2024<br>Credit Limit: $23,778.00, Remaining Balance: $19,272.00 | |

**Part 3: Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X** /s/ Sharon Marie Travis
Sharon Marie Travis
Signature of Debtor 1

Date May 12, 2025

**X** ______________________
Signature of Debtor 2

Date ______________________



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

**Chapter 7: Liquidation**

| | | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

No. 5:25-bk-00037 Doc 459 Filed 01/12/26 Entered 01/12/26 19:21:42 Page 110 of 168

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of West Virginia, Wheeling Division

In re Sharon Marie Travis — Debtor(s)
Case No. ______
Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,900.00 |
| Prior to the filing of this statement I have received | $ | 1,900.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☒ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

May 12, 2025
*Date*

/s/ Ryan W. Johnson
Ryan W. Johnson 14178
*Signature of Attorney*
Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003
(304) 212-4950x102 Fax: (304) 212-4496
ryanjohnson@johnsonlegalservicespllc.com
*Name of law firm*

# United States Bankruptcy Court
## Northern District of West Virginia, Wheeling Division

In re Sharon Marie Travis — Debtor(s)

Case No.

Chapter 7

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: May 12, 2025

/s/ Sharon Marie Travis
Sharon Marie Travis
Signature of Debtor

Date: May 12, 2025

/s/ Ryan W. Johnson
Signature of Attorney

Ryan W. Johnson 14178
Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003
(304) 212-4950x102 Fax: (304) 212-4496

Amato & Keatings, P.C.
107 North Commerce Way, Ste 100
Bethlehem, PA 18017

Avion Funding c/o
Attn: Bankruptcy
David Fogel, P.C.
1225 Franklin Ave., Suite 201
Garden City, NY 11530

Avion Funding, LLC
Attn: Bankruptcy
101 Chase Ave., Ste 208
Lakewood, NJ 08701

Candy Capital Corp
Attn: Bankruptcy
124 Grove Avenue, Suite 309
Cedarhurst, NY 11516

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298

Circuit Court of Ohio County, WV
Attn: Brenda Miller, Clerk
Ohio County Courthouse
1500 Chapline Street
Wheeling, WV 26003

ComenityBank/Venus
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125

Community Bank
PO Box 357
Carmichaels, PA 15320-0357

Community Bank
PO Box 357
Carmichaels, PA 15320-0357

Dale Travis
Attn: Bankruptcy
1824 Forest Oak Road
Woodlawn, VA 24381

Dale Travis
Attn: Bankruptcy
1824 Forest Oak Road
Woodlawn, VA 24381

Dale Travis
1824 Forrest Oak Road
Woodlawn, VA 24381

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054-3025

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave
Ste 3
Mount Laurel, NJ 08054-1210

Heart 2 Heart Volunteers, Inc.
d/b/a Serenity Hills Life Center
667 Stone and Shannon Road
Wheeling, WV 26003

Itria Ventures, LLC
Attn: Bankruptcy
1 Penn Plz, STE 3101
New York, NY 10119

Itria Ventures, LLC
Attn: Bankruptcy
1 Penn Plz, STE 3101
New York, NY 10119

Legend Advance Funding
Attn: Bankruptcy
800 Brickell Ave
Miami, FL 33131

Macy's/ DSNB
Atytn: Bankruptcy
701 E 60th St N
Sioux Falls, SD 57104-0432

Main Street Bank
2001 Main Street
Wheeling, WV 26003-2854

Monroe County Supreme Court, New York
Attn: Clerk
99 Exchange Blvd., Ste 545
Rochester, NY 14614

Schrader, Duff, Law and Lowe, PLLC
Attn: Frank X. Duff
401 Main Street
Wheeling, WV 26003

Sherri Mcphail
1131 National Road
Wheeling, WV 26003

Synchrony Bank
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Care Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

The Fundworks, LLC
Attn: Bankruptcy
299 S. Main Street, Suite 1300 PMB 93894
Salt Lake City, UT 84111

The Fundworks, LLC
Attn: Bankruptcy
299 S. Main Street, Suite 1300 PMB 93894
Salt Lake City, UT 84111

The Money Store Funding, Inc
Attn: Bankruptcy
7 Kermit Avenue
Staten Island, NY 10305

**NOTICE OF FILING OF PATIENT CARE OMBUDSMAN'S FIRST PRELIMINARY REPORT PURSUANT TO BANKRUPTY CODE <u>SECTION 333</u>**

Deborah L. Fish, the Patient Care Ombudsman, hereby files her First Report to the Court, attached hereto as Exhibit A, as to the quality of patient care rendered by the Debtor.

/S/Deborah L. Fish
Patient Care Ombudsman
211 West Fort Street Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated: May 15, 2025
z:\25\404\pld\1st report.notice.doc

# PATIENT CARE OMBUDSMAN'S FIRST REPORT

Deborah L. Fish, patient care ombudsman, appointed by order dated April 4, 2025, (Docket #34); and in accordance with Section 333 of Title 11 of the United States Bankruptcy Code (the "Code"), submits this report on the status of the quality of patient care in the Chapter 11 Case of Heart 2 Heart Volunteer's Inc., (the "Debtor"). This written report covers the period from April 4, 2025, to May 13, 2025. It is based on two visits to the facility, numerous telephone conferences and in-person interviews with current staff including the CEO, and telephone conferences with former employees. Additionally, I receive and review census emails and schedules on a daily basis. I requested and reviewed forms and policies including the resident handbook.

## BACKGROUND

The Debtor filed a petition under Chapter 11 of the Code on February 27, 2025, and the PCO was appointed on April 4, 2025, following an evidentiary hearing. The Debtor provides substance abuse recovery treatment for women only as well as treatment for sober living under the assumed name Serenity Hills Life Center. The goal is to provide the residents with quality, one-on-one and group care to improve the patient's overall well-being while in the recovery process. At Serenity Hills, the Debtor maintains an integrated program of therapy, behavioral management, and education (life skills, prenatal, and parenting classes). Additionally, the Debtor disburses prescribed medications.

The Debtor's facilities sit atop a hill with a beautiful view of the Ohio river. There are four buildings on 149 acres of property. Those buildings include the facility where the residents reside, the administration house, the sober house, and the maintenance building. See the Debtors web-site for additional information on services provided and photos of the buildings: https://www.serenityhillslifecenter.org

## STATE OVERSIGHT

The West Virginia Office Health Facility Licensure and Certification ("OFLAC" or the "State") provides the state licensure and oversight for this

facility. In November of 2024, the Debtor underwent its two-year licensing survey, and the license renewal was received by the facility on April 25, 2025.

Additionally, the state investigates the complaints it receives about the facility. There were complaints pending with the state at the time of my appointment. Those complaints were investigated by OFLAC, substantiated, the plan of Correction submitted by the Debtor, and it was accepted by OFLAC. For a copy of the license renewal or additional information on the complaints *see:* https://ohflac.wvdhhr.org/Apps/Lookup/FacilityDetails/159065

**CONCERNS ADDRESSED**

It was my understating that the following concerns existed at the time of my appointment:

- Issues relating to staffing
- Issues relating to Intake of residents
- Issues relating to compliance with policies
- Issues relating to the grievance process
- Issues relating to security of the building

The PCO has investigated all of these concerns, and the Debtor has addressed or is continuing to address all of the issues listed above. The Debtor has provided and continues to provide information to the PCO about its status on working to

eliminate the issues listed above. For example, the Debtor has hired and is training a new Clinical Director/Therapist, the Debtor hired a new mental health counselor, a case manager and has an offer pending with a new supportive counselor. The initiatives and responses of the Debtor in other areas are incorporated below.

## AREAS OF ADDITIONAL REVIEW

Listed below are some additional items reviewed with management.

- Licensing: I have confirmed that all licensed staff hold valid licenses in the State of West Virginia or Ohio. Any staff members with an Ohio license are in the process of obtaining West Virgina licenses and are currently providing services under the license of the Nurse Practitioner. The Debtor advises that this process was approved by the State. Additionally, all kitchen staff hold valid certificates.
- Insurance: The Debtor advises that it maintains general liability and professional liability insurance policies and that those policies are effective through July 1, 2025. The Debtor provided a copy of the certificate of insurance to the UST and the PCO.
- Staffing: The Debtor reports that staffing is sufficient to properly address the residents' requirements and needs in the programs. I recommended to the CEO that the Debtor regularly evaluate the staff/census ratio to provide

assurance that the program therapy hours and other residents' needs are being maintained. Thus far, the Debtor has managed the fine line of increasing the resident census while maintaining sufficient staff to provide the proper resident care. I confirm on a regular basis the number of residents staffing ratio.

- Intake of Residents: Currently, the CEO accepts all calls and conducts an initial assessment of potential new residents. Once the resident arrives at the facility the clinical director performs the necessary clinical evaluations for placement and the initial treatment plan. The Debtor will hire an intake specialist when cash flow permits. In the meantime, the Debtor is working to make the current process as efficient and organized as possible, this may include cross training a current staff member. The CEO makes time but does not have the time necessary to devote to intake like a full-time person would. Going forward, the Debtor needs to hire an intake person.
- Supplies: The Debtor does not have any reported supply or vendors issues. I advised the staff to contact the CEO immediately if there were any supply or vendors issues affecting resident care. I further advised the CEO to contact its counsel immediately and to alert the PCO to any problems.
- Security: The Debtor has contracted with Yawn Electric to replace the circuit board that controls the locking mechanisms on the doors, the Debtor expects this to be complete by the end of May.

- Medical Records: The Debtor maintains an electronic medical record system with MEDEZ. Any paper medical records are stored on site in the administrative building.
- Resident complaints: I was advised that resident complaints and staff complaints were an issue for this facility prior to my appointment. We implemented the following procedure for any post appointment complaints. The Debtor will immediately notify the PCO of the complaint, the deemed severity, the appointed investigation team, the result, and the Debtor will cooperate if the PCO requires anything further. All management level staff are aware of the process.

**CONCLUSION**

Pursuant to Section 333 (b) (3) the quality of patient care provided to residents of the debtor has been maintained post-my appointment and is not being materially compromised. The Debtor hired new clinical staff, the new members of the team have acclimated well, and the Debtors staff and operations are much more stable than when I was first appointed.

The Debtor has been responsive to my calls, requests for information, emails and has provided access to employees. Additionally, while there is still work to be done, in my opinion, the Nurse Practitioner, therapists, new clinical

director/therapist, nurses, counselors, case managers and the administrative staff are all dedicated to the residents, their care, and their successful completion of the program.

/S/Deborah L. Fish
Patient Care Ombudsman
211 West Fort Street
Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated: May 15, 2025

:\25/0404/pld\1st.report.doc

Doc 155 Filed 07/16/25 Entered 07/16/25 11:05:24 Page 1 of 5

**NOTICE OF FILING OF PATIENT CARE OMBUDSMAN'S SECOND REPORT PURSUANT TO BANKRUPTY CODE SECTION 333**

Deborah L. Fish, the Patient Care Ombudsman, hereby files her Second Report to the Court, attached hereto as Exhibit A, as to the quality of patient care rendered by the Debtor.

/S/Deborah L. Fish
Patient Care Ombudsman
211 West Fort Street Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated: July 16, 2025
z:\25\404\pld\2nd.report.notice.doc

**PATIENT CARE OMBUDSMAN'S FIRST REPORT**

Deborah L. Fish, patient care ombudsman, appointed by order dated April 4, 2025, (Docket #34); and in accordance with Section 333 of Title 11 of the United States Bankruptcy Code (the "Code"), submits this report on the status of the quality of patient care in the Chapter 11 Case of Heart 2 Heart Volunteer's Inc., (the "Debtor"). This written report covers the period from May 15 ,2025 to July 15, 2025. It is based on two visits to the facility, numerous telephone conferences and in-person interviews with current staff including the CEO, and telephone conferences with former employees. Additionally, I receive and review census emails and schedules.

**BACKGROUND**

The Debtor filed a petition under Chapter 11 of the Code on February 27, 2025, and the PCO was appointed on April 4, 2025, following an evidentiary

hearing. The Debtor provides substance abuse recovery treatment for women only as well as treatment for sober living under the assumed name Serenity Hills Life Center. The goal is to provide the residents with quality, one-on-one and group therapy to improve the patient's overall well-being while in the recovery process. At Serenity Hills, the Debtor maintains an integrated program of therapy, behavioral management, and education (life skills, prenatal, and parenting classes). Additionally, the Debtor disburses prescribed medications.

The Debtor's facilities sit atop a hill with a beautiful view of the Ohio river. There are four buildings on 149 acres of property. Those buildings include the facility where the residents reside, the administration house, the sober house, and the maintenance building. See the Debtors web-site for additional information on services provided and photos of the buildings: https://www.serenityhillslifecenter.org

**STATE OVERSIGHT**

The West Virginia Office Health Facility Licensure and Certification ("OFLAC" or the "State") provides the state licensure and oversight for this facility. The Debtor is currently licensed by the state for seventy-two residential beds and is licensed through October 2026.

Additionally, the state investigates the complaints it receives about the facility. There are no reported complaints as of the date of this report.

For a copy of the license renewal or additional information on the prior complaints *see:* https://ohflac.wvdhhr.org/Apps/Lookup/FacilityDetails/159065

## JOINT COMMISSION ACCREDITATION

The Debtor is taking steps to obtain Joint Commission Accreditation, which. affirms high standards of healthcare quality and patient safety. The Joint Commission will evaluate the facility and issue recommendations; the Debtor will submit and implement a corrective plan as needed. Upon approval, the accreditation may be granted or re-evaluated. Achieving this accreditation will allow the Debtor to receive additional referrals.

## AREAS OF REVIEW

Listed below are some of the matters regularly reviewed with the Debtor and staff.

- Licensing: I have confirmed that all licensed staff hold valid licenses in the State of West Virginia. The Clinical Director received his West Virginia license on June 30th and it is valid for one year.
- Insurance: The Debtor advises that it maintains general liability and professional liability insurance policies and those policies were renewed as of July 1, 2025, are effective through July 1, 2026. The Debtor provided a copy of the certificate of insurance to the PCO for confirmation.

- Staffing: The Debtor reports it is currently understaffed however modifications and schedule arrangements were made to properly address the program requirements. The Debtor continues to evaluate the staff/census ratio to provide assurance that the program therapy hours and other residents' needs are maintained. The Debtor is trying to manage the fiscal fine line of increasing the resident census while maintaining sufficient staff to provide proper resident care. It is complicated by the resignations and terminations of staff since my last report. The Debtor has a new therapist starting on July 30th and is currently interviewing for a new case manager and has posted an opening for an additional therapist.
- Intake of Residents: Currently, the CEO accepts all calls and conducts an initial assessment of potential new residents. Once the resident arrives at the facility the clinical director performs the necessary clinical evaluations for placement and the initial treatment plan. Since my last report, the Debtor has made progress with the streamlining and organization of the intake process; however, the census lacks the consistency of a full-time intake specialist. The census ranged from 22-29 residents during this reporting period. Pre-confirmation, the Debtor would like to have between 35-40 residents on a consistent basis. The Debtor will hire an intake specialist when cash flow permits.

- Supplies: The Debtor does not have any reported supply or vendors issues.
- Security: The Debtor has contracted with Yawn Electric to replace the circuit board that controls the locking mechanisms on the doors of the residential building. Given the Debtor's cash flow, this contract is delayed in favor of hiring staff to work directly with the residents. While it would be best to have the system working properly, the PCO understands the Debtors' decision. There is no immediate harm to the residents.
- Medical Records: No change: the Debtor maintains an electronic medical record system with MEDEZ. Any paper medical records are stored on site in the administrative building.
- Resident complaints: The PCO has reviewed and reviewed complaints at the facility. The PCO confirmed those complaints were properly addressed and resolved.

## CONCLUSION

Pursuant to Section 333(b)(3), patient care has been maintained since my appointment and is not materially compromised. Although staff turnover remains a challenge, operations are stable as current employees continue to meet resident needs and program requirements.

The Debtor has been responsive to my communications and provided access to employees. While improvements are ongoing, I find that the clinical and administrative teams remain committed to resident care and program completion.

/S/Deborah L. Fish
Patient Care Ombudsman
211 West Fort Street
Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated: July 17, 2025

:\25/0404/pld\2nd.report.doc

**NOTICE OF FILING OF PATIENT CARE OMBUDSMAN'S THIRD REPORT PURSUANT TO BANKRUPTY CODE SECTION 333**

Deborah L. Fish, the Patient Care Ombudsman, hereby files her Third Report to the Court, attached hereto as Exhibit A, as to the quality of patient care rendered by the Debtor.

/S/Deborah L. Fish
Patient Care Ombudsman
211 West Fort Street Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated: September 17, 2025

z:\25\404\pld\3rd[d].report.notice.doc

## PATIENT CARE OMBUDSMAN'S THIRD REPORT

Deborah L. Fish, patient care ombudsman, appointed by order dated April 4, 2025, (Docket #34); and in accordance with Section 333 of Title 11 of the United States Bankruptcy Code (the "Code"), submits this report on the status of the quality of patient care in the Chapter 11 Case of Heart 2 Heart Volunteer's Inc., (the "Debtor"). This written report covers the period from July 15, 2025, to September 17, 2025. It is based on two visits to the facility, numerous telephone conferences and in-person interviews with current staff including the CEO. Additionally, I receive and review census emails and schedules.

## BACKGROUND

The Debtor filed a petition under Chapter 11 of the Code on February 27, 2025, and the PCO was appointed on April 4, 2025, following an evidentiary

hearing. The Debtor provides substance abuse recovery treatment for women only as well as treatment for sober living under the assumed name Serenity Hills Life Center. The goal is to provide the residents with quality, one-on-one and group therapy to improve the patient's overall well-being while in the recovery process. At Serenity Hills, the Debtor maintains an integrated program of therapy, behavioral management, and education (life skills, prenatal, and parenting classes). Additionally, the Debtor disburses prescribed medications.

The Debtor's facilities sit atop a hill with a beautiful view of the Ohio river. There are four buildings on 149 acres of property. Those buildings include the facility where the residents reside, the administration house, the sober house, and the maintenance building. See the Debtors web-site for additional information on services provided and photos of the buildings:
https://www.serenityhillslifecenter.org

**STATE OVERSIGHT**

The West Virginia Office Health Facility Licensure and Certification ("OFLAC" or the "State") provides the state licensure and oversight for this facility. The Debtor is currently licensed by the state for seventy-two residential beds and is licensed through October 2026.

Additionally, the state investigates the complaints it receives about the facility. There are no reported complaints as of the date of this report.

For a copy of the license renewal or additional information on the prior complaints *see:* https://ohflac.wvdhhr.org/Apps/Lookup/FacilityDetails/159065

## JOINT COMMISSION ACCREDITATION

The Debtor is taking steps to obtain Joint Commission Accreditation, which affirms high standards of healthcare quality and patient safety. The Joint Commission evaluated the facility between August 26 -28, 2025 and issued its report on August 29,2025. The Debtor will submit and implement a plan of correction for all Requirements for Improvement on or before October 28, 2025. If the plan of correction is approved the Debtor will receive the accreditation, if not the process will commence again. The accreditation will be necessary for Medicaid/Medicare reimbursements commencing January 1, 2026, and will lead to additional referrals.

## AREAS OF REVIEW

Listed below are some of the matters regularly reviewed with the Debtor and staff.

- Licensing: I have confirmed that all licensed staff hold valid licenses in the State of West Virginia, those licenses are current, and all new licensed employees have valid licenses.

- Insurance: The Debtor advises that it maintains general liability and professional liability insurance policies and those policies were renewed as of July 1, 2025, are effective through July 1, 2026. The Debtor provided a copy of the certificate of insurance to the PCO for confirmation.

- Staffing: The Debtor reports it is currently understaffed however modifications and schedule arrangements were made to properly address the program requirements. The Debtor continues to evaluate the staff/census ratio to provide assurance that the program therapy hours and other residents' needs are maintained. The Debtor is trying to manage the fiscal fine line of increasing the resident census while maintaining sufficient staff to provide proper resident care. It is complicated by the resignations and terminations of staff since my last report. The Debtor has had a difficult time hiring, two new therapists did not commence work. However, on September 9th a new therapist did start, and the Debtor has posted an opening for another case manager and an additional therapist.

- Intake of Residents: Currently, the CEO continues to accept all calls and conducts an initial assessment of potential new residents. Since my last report, the Debtor has simply maintained the current intake process. The census and intake process census lacks the consistency of a full-time intake specialist. The census ranged from 28-36 residents during this reporting period. Pre-

confirmation, the Debtor would like to have between 35-40 residents on a consistent basis. The Debtor will hire an intake specialist when cash flow permits.

- Supplies: The Debtor does not have any reported supply or vendors issues.
- Security: The Debtor contracted with Yawn Electric to replace the circuit board that controls the locking mechanisms on the doors of the residential building. This work was completed during this reporting period. The doors are all locked from the outside.
- Medical Records: No change: the Debtor maintains an electronic medical record system with MEDEZ. Any paper medical records are stored on site in the administrative building.
- Resident complaints: The PCO reviewed the complaints what were submitted during this reporting period, the PCO followed up with the CEO and confirmed those complaints were properly addressed and resolved.
- Mental Health Technician Status: The Debtor has struggled throughout the case with its MHT program and hiring. While the Debtor has one outside MHT the remainder are graduates of the program and are trained as MHT’s post-graduation. Frankly, sometimes they workout and sometimes they don’t.

The Debtor continues to work on a long-term solution, the PCO acknowledges that there is not a simple solution as MHT's are hard to find and hire in many facilities throughout the country.

**CONCLUSION**

Pursuant to Section 333(b)(3), patient care has been maintained since my appointment and is not materially compromised. Although staffing remains a challenge, operations are stable as current employees continue to meet resident needs and program requirements.

The Debtor has been responsive to my communications and provided access to employees. While improvements are necessary and ongoing, I find that the clinical and administrative teams remain committed to resident care and program completion.

/S/Deborah L. Fish
Patient Care Ombudsman
211 West Fort Street
Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated: September 17, 2025

:\25/0404/pld\3rd.report.doc

**NOTICE OF FILING OF PATIENT CARE OMBUDSMAN'S FIFTH REPORT PURSUANT TO BANKRUPTY CODE SECTION 333**

Deborah L. Fish, the Patient Care Ombudsman, hereby files her Fifth Report to the Court, attached hereto as Exhibit A, as to the quality of patient care rendered by the Debtor.

/S/Deborah L. Fish
Patient Care Ombudsman
211 West Fort Street Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated: December 9, 2025
z:\25\404\pld\5thd.report.notice.doc

## PATIENT CARE OMBUDSMAN'S FIFTH REPORT

Deborah L. Fish, patient care ombudsman, appointed by order dated April 4, 2025, (Docket #34); and in accordance with Section 333 of Title 11 of the United States Bankruptcy Code (the "Code"), submits this fifth report on the status of the quality of patient care in the Chapter 11 Case of Heart 2 Heart Volunteer's Inc., (the "Debtor"). This written report references matters occurring since my last report filed on November 17, 2025.

## STATE OVERSIGHT

The West Virginia Office Health Facility Licensure and Certification ("OFLAC" or the "State") provides the state licensure and oversight for this facility. OFLAC commenced a second investigation on December 8, 2025, due to concerns over the safety and welfare of the residents. That investigation is

ongoing. OFLAC previously commenced an on-sight investigation on November 6, 2025. The on-sight investigation concluded on November 12, 2025, and on November 13, the State investigators shared their issues and concerns with the Debtor. When the survey reports of the investigations are finalized, the reports will be available on the OFLAC website. *see:* https://ohflac.wvdhhr.org/Apps/Lookup/FacilityDetails/159065.

.

## AREAS OF CONERN

There have been numerous issues at the facility since my last report. The PCO believes it is not necessary at this time to list all of them. I have listed my primary concerns below:

- Staffing: The facility remains understaffed. Since my last report, two employees were terminated, and two employees are under investigation (one has limited responsibilities and the other is not at the facility). One case manager was hired, and she is in training today.

- Resident Concerns: The PCO reports that no residents are receiving individual therapy. The Debtor is currently required to provide individual therapy to all residents. The residents in the six-month program are not receiving the education required in the six-month program policy.

- Intake of Residents: At present, the CEO handles all inquiries and conducts initial assessments of prospective residents. Ongoing issues with resident intakes were evident when the PCO visited the facility on November 26 and directly observed missing paperwork and insufficient documentation. Specifically, one resident lacked an initial intake form while another had no

paperwork whatsoever. Furthermore, due to the holiday weekend, the Debtor did not have staff available to complete the required assessment within 72 hours. The CEO claimed to be unaware of the schedule (the Clinical Director came in on Friday to perform the evaluation). These deficiencies highlight the urgent need for improvement—hiring an intake specialist is essential to address the problem.

Apart from appointing a case manager, the Debtor has not implemented significant enhancements to the quality of resident care. In fact, ongoing disruptions at the facility and insufficient individual therapy have contributed to a decline in care quality since my previous report. The Debtor continues to face challenges regarding continuity of care.

## CONCLUSION

Pursuant to Section 333(b)(3), patient care has diminished since my last report. Staffing remains an issue The current staff continue to do their best under the circumstances to meet basic resident needs and program requirements. However, given the staff shortages, the program requirements are currently not being met. The PCO believes it is imperative that the CRO be appointed as soon as possible. The PCO will continue to monitor resident care.

/S/Deborah L. Fish
Patient Care Ombudsman
211 West Fort Street

Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated: December 9, 2025

:\25/0404/pld\4th.report.doc

**NOTICE OF FILING OF PATIENT CARE OMBUDSMAN'S SEVENTH REPORT PURSUANT TO BANKRUPTY CODE SECTION 333**

Deborah L. Fish, the Patient Care Ombudsman, hereby files her Seventh Report to the Court, attached hereto as Exhibit A, as to the quality of patient care rendered by the Debtor.

/S/Deborah L. Fish
Patient Care Ombudsman
211 West Fort Street Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated: March 27, 2026
z:\25\404\pld\7th[d].report.notice.doc

**PATIENT CARE OMBUDSMAN'S SEVENTH REPORT**

Deborah L. Fish, patient care ombudsman, appointed by order dated April 4, 2025, (Docket #34); and in accordance with Section 333 of Title 11 of the United States Bankruptcy Code (the "Code"), submits this report on the status of the quality of patient care in the Chapter 11 Case of Heart 2 Heart Volunteer's Inc., (the "Debtor"). This written report covers the period from January 30, 2026[1], to March 27, 2026. It is based on visits to the facility, discussions with staff, and interviews with current residents. Emails and telephone calls with Will Fredrick, CRO, Robert Johns, Trustee and clinical staff.

[1] The PCO's sixth report was made in court on January 30,2026.

## BACKGROUND

The Debtor filed a petition under Chapter 11 of the Code on February 27, 2025, and the PCO was appointed on April 4, 2025. The Debtor provides substance abuse recovery treatment for women only as well as treatment for sober living under the assumed name Serenity Hills Life Center.

## STATE OVERSIGHT

The West Virginia Office Health Facility Licensure and Certification ("OHFLAC" or the "State") provides the state licensure and oversight for this facility. There were complaints pending with the state at the time of my appointment. Those complaints were investigated by OHFLAC, substantiated, the plan of correction submitted by the Debtor, and it was accepted by OHFLAC. Since my appointment, additional complaints have been filed with OHFLAC, investigated, substantiated and citations were issued. The plans of correction were submitted and accepted by OHFLAC. For additional information on the complaints *see:* https://ohflac.wvdhhr.org/Apps/Lookup/FacilityDetails/159065.

## AREAS OF REVIEW

- Licensing: All licensed personnel have been verified to possess valid licenses in the State of West Virginia or Ohio. Additionally, kitchen staff hold appropriate certificates. The Debtor consistently forwards licenses or certificates as new employees are hired.
- Insurance: The Debtor states that it holds general liability and professional liability insurance policies, which remain in effect until July 1, 2026. A copy of the insurance certificate has been provided to the PCO.
- Staffing: The Debtor states that current staffing levels are adequate to meet the needs and requirements of residents in the programs. With the census reduced to 32 residents, the Debtor maintains sufficient staffing based on established ratios. The Trustee hired a new intake staff member, as noted below. The Debtor is seeking a part-time driver, and the Trustee is collaborating with the team to prioritize this recruitment.
- Intake of Residents: After the Trustee's appointment, issues persisted with resident intake, including incomplete or missing forms, delays in sending assessments to nursing staff, and insufficient follow-up with prospective

residents. A new intake specialist was hired; she is an RN and has commenced work.

- Supplies/Equipment: The Debtor has implemented a new ordering system and continues to make steady progress in maintaining resident supplies, including items such as shampoo, toothbrushes, toothpaste, deodorant, and laundry detergent. As previously reported, the facility needed a new oven and dryer. The Trustee located a donor for a new commercial oven and is in the process of having it delivered and installed. The Trustee is working on the dryer and will initiate the purchase as soon as budgetary conditions allow.

- Security: No security issues have been reported.

- Residents Counseling Needs: Earlier reports showed that residents had not been getting sufficient individual counseling. At the hearing on February 18, 2026, it was mentioned that a virtual therapist had been hired and started in mid-January 2026. Since then, residents have regularly received individual therapy. Therapists state that ongoing counseling has had a positive impact on residents' recovery.

- Resident Grievances/complaints: Following the hearing held on February 18, 2026, the CRO revised the grievance procedure. All grievances are now

directed to the CRO, who subsequently furnishes copies and resolutions for my review. Recently, a substantial number of grievances relating to a 24-hour period were made by numerous residents and the facility is currently conducting an internal investigation.

## OBSERVATIONS

The Trustee has brought stability, fostered a sense of impartiality, and inspired the staff. As a result, residents experience improved outcomes. Staff members communicate more effectively, residents feel they are being heard and the overall atmosphere within the facility is more positive.

## CONCLUSION

Pursuant to Section 333 (b) (3) the quality of patient care provided to residents of the debtor has improved since the appointment of the Trustee and is not being materially compromised. The staff remain dedicated to the residents, their care, and successful completion of the program.

/S/Deborah L. Fish
Patient Care Ombudsman
211 West Fort Street
Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated: March 27, 2026

:\25/0404/pld\1st.report.doc

**NOTICE OF FILING OF PATIENT CARE OMBUDSMAN'S EIGHTH REPORT PURSUANT TO BANKRUPTY CODE SECTION 333**

Deborah L. Fish, the Patient Care Ombudsman, hereby files her Eighth Report to the Court, attached hereto as Exhibit A, as to the quality of patient care rendered by the Debtor.

/S/Deborah L. Fish
Patient Care Ombudsman
211 West Fort Street Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated: May 26, 2026
z:\25\404\pld\8th[d].report.notice.doc

**PATIENT CARE OMBUDSMAN'S EIGHTH REPORT**

Deborah L. Fish, patient care ombudsman, appointed by order dated April 4, 2025, (Docket #34); and in accordance with Section 333 of Title 11 of the United States Bankruptcy Code (the "Code"), submits this report on the status of the quality of patient care in the Chapter 11 Case of Heart 2 Heart Volunteer's Inc., (the "Debtor"). This written report covers the period from March 27, 2026, to May 22, 2026. It is based on numerous communications with staff, and emails and telephone calls with Trustee Robert Johns, site visit, and interviews with numerous residents.

**BACKGROUND**

The Debtor filed a petition under Chapter 11 of the Code on February 27, 2025, and the PCO was appointed on April 4, 2025. The Debtor provides substance abuse recovery treatment for women only as well as treatment for sober living

under the assumed name Serenity Hills Life Center.

## STATE OVERSIGHT

The West Virginia Office Health Facility Licensure and Certification ("OHFLAC" or the "State") provides the state licensure and oversight for this facility. There were complaints pending with the state at the time of my appointment. Those complaints were investigated by OHFLAC, substantiated, the plan of correction submitted by the Debtor, and it was accepted by OHFLAC. Since my appointment, complaints have been filed with OHFLAC, investigated, substantiated and citations were issued. The plans of correction were submitted and accepted by OHFLAC. For additional information on the complaints *see:* https://ohflac.wvdhhr.org/Apps/Lookup/FacilityDetails/159065.

## AREAS OF REVIEW

- Licensing: All licensed personnel possess valid licenses in the State of West Virginia or Ohio. Additionally, kitchen staff hold appropriate

certificates. The Debtor consistently forwards licenses or certificates as new employees are hired. A new therapist and two nurses on PRN (as need arises) started in May and the PCO has received the required information.

- Insurance: The Debtor states that it holds general liability and professional liability insurance policies, which remain in effect until July 1, 2026. A copy of the insurance certificate has been provided to the PCO.
- Staffing: The Debtor states that current staffing levels are adequate to meet residents' needs and program requirements. As of May 21, 2026, the census was 39 residents. During this reporting period, the census briefly dropped to 32 but has continued to rise, and the Debtor expects it to exceed 40 soon. Staffing remains sufficient under established ratios. The Trustee hired a new therapist and two PRN nurses, one for the day shift and one for the night shift. One staff member was reassigned from office administration to a combined office administration and driver role, and another was promoted to office administration. The Trustee also hired a new clinical director, and he continues to collaborate with the team to identify and prioritize recruitment needs as the resident population grows.
- Intake of Residents: The new intake specialist has substantially improved the intake process. As a result, the facility now receives better information

about prospective residents, more accurate status updates, and more reliable arrival details. There are currently no issues to report.

- <u>Supplies/Equipment</u>: The Debtor implemented a new ordering system and has sufficient supplies to meet the needs of the residents. As previously reported, the facility needed a new oven and dryer. The Trustee is still working on the commercial oven, and a dryer was donated to the facility.
- <u>Security</u>: No security issues have been reported.
- <u>Residents Counseling Needs</u>: Residents continue to receive regular individual therapy in addition to group sessions. Both residents and therapists report that ongoing counseling has positively supported recovery. The new therapist has been well received, and the former clinical director continues to provide therapy.
- <u>Resident Grievances/complaints:</u> The Trustee and staff have implemented a new grievance process; to date this new process appears to be working as intended and the residents feel their complaints are heard and resolved to the extent necessary.

## OBSERVATIONS

The Trustee's leadership has improved stability, strengthened impartiality, and boosted staff morale. These changes have contributed to better staff communication, resident outcomes, and a more positive facility environment.

## CONCLUSION

Pursuant to Section 333 (b) (3) the quality of patient care provided to residents of the debtor has improved since the appointment of the Trustee and is not being materially compromised. The staff remain dedicated to the residents, their care, and their successful completion of the program.

/S/Deborah L. Fish
Patient Care Ombudsman
211 West Fort Street
Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated: May 26, 2026

:\25/0404/pld\8th.report.doc

**NOTICE OF FILING OF PATIENT CARE OMBUDSMAN'S NINTH**
**<u>REPORT PURSUANT TO BANKRUPTY CODE SECTION 333</u>**

Deborah L. Fish, the Patient Care Ombudsman, hereby files her Ninth Report to the Court, attached hereto as Exhibit A, as to the quality of patient care rendered by the Debtor.

/S/Deborah L. Fish
Patient Care Ombudsman
211 West Fort Street Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated: July 24, 2026
z:\25\404\pld\9th[d].report.notice.doc

## PATIENT CARE OMBUDSMAN'S NINTH REPORT

Deborah L. Fish, patient care ombudsman, appointed by order dated April 4, 2025, (Docket #34); and in accordance with Section 333 of Title 11 of the United States Bankruptcy Code (the "Code"), submits this report on the status of the quality of patient care in the Chapter 11 Case of Heart 2 Heart Volunteer's Inc., (the "Debtor"). This written report covers the period from May 26, 2026 to July 23, 2026. It is based on numerous communications with staff, emails and telephone calls with Trustee Robert Johns, site visit, and interviews with numerous residents.

## BACKGROUND

The Debtor filed a petition under Chapter 11 of the Code on February 27, 2025, and the PCO was appointed on April 4, 2025. The Debtor provides substance abuse recovery treatment for women only as well as treatment for sober living

under the assumed name Serenity Hills Life Center.

## STATE OVERSIGHT

The West Virginia Office Health Facility Licensure and Certification ("OHFLAC" or the "State") provides the state licensure and oversight for this facility. There were complaints pending with the state at the time of my appointment. Those complaints were investigated by OHFLAC, substantiated, the plan of correction submitted, and it was accepted by OHFLAC. Since my appointment, complaints have been filed with OHFLAC, investigated, some complaints were substantiated and citations were issued. The plans of correction were submitted and accepted by OHFLAC. The last reported citation was December 16, 2025. For additional information on the complaints *see:* https://ohflac.wvdhhr.org/Apps/Lookup/FacilityDetails/159065.

## AREAS OF REVIEW

- Licensing: All licensed personnel possess valid licenses in the State of West Virginia. Additionally, kitchen staff hold appropriate certificates. The Debtor consistently forwards licenses or certificates as new employees are hired.

  Insurance: The Debtor states that it holds general liability and professional liability insurance policies, which remain in effect until July 1, 2027. A copy of the new insurance certificate was provided to the PCO.

  - Staffing: The Debtor states that current staffing levels are adequate to meet residents' needs and program requirements. As of July 23, 2026, the census was 36 residents. Staffing remains sufficient under established ratios. The Trustee continues to collaborate with the team to identify and prioritize recruitment needs as the resident population grows.
  - Intake of Residents: No issues or concerns to report.
  - Nursing: No issues or concerns to report.
  - Supplies/Equipment: No issues or immediate concerns to report. However, the Trustee is still working on replacing the commercial oven.
  - Housekeeping Attendants: Residents report, and the PCO observed, that the facility is clean. The Debtor also purchased additional laundry equipment, and the supervisor reports that the current equipment is satisfactory to meet the needs of the residents and facility.
  - Security: No security issues have been reported.

- Residents Counseling Needs: Residents continue to receive regular individual therapy in addition to group sessions. Both residents and therapists report that ongoing counseling has positively supported recovery.

- Staff Response to Emergency: During my site visit, I observed staff respond to a resident experiencing a cardiac event. Staff promptly called an ambulance, assigned an MHT to meet emergency personnel, and ensured that the resident was accompanied until admitted or released. The staff conducted themselves calmly and professionally throughout the incident.
- Resident Grievances/complaints: To date the new grievance process appears to be working as intended and the residents feel their complaints are heard and resolved to the extent necessary.

## OBSERVATIONS

The facility implemented a new activities program which provides residents with more options for recreation and activities. This new program fosters a goal of consistent meaningful recreation to promote healthy sober leisure while encouraging physical wellness, creativity, confidence and social interaction.

Sarah Dean, the new clinical director, supports the Trustee's goal of stability and continuous improvement throughout the facility. She has strengthened the structure, accountability, and oversight of residents' therapeutic needs. She is also implementing a comprehensive survey for graduating residents to help her and the Trustee identify improvements to the program and the residents' overall

experience. The Trustee's leadership, staffing decisions, and sound judgment continue to benefit the facility. With each visit, the facility's stability and overall improvement are increasingly evident. The environment for residents and staff has also become significantly more positive.

## CONCLUSION

Pursuant to Section 333 (b) (3) the quality of patient care provided to residents of the debtor continues to improve since the appointment of the Trustee and is not being materially compromised. The staff remain dedicated to the residents, their care, and their successful completion of the program.

/S/Deborah L. Fish
Patient Care Ombudsman
211 West Fort Street
Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated: July 24, 2026

:\25/0404/pld\9th.report.doc

**NOTICE OF FILING OF PATIENT CARE OMBUDSMAN'S TENTH REPORT PURSUANT TO BANKRUPTY CODE SECTION 333**

Deborah L. Fish, the Patient Care Ombudsman, hereby files her Tenth Report to the Court, attached hereto as Exhibit A, as to the quality of patient care rendered by the Debtor.

/S/Deborah L. Fish
Patient Care Ombudsman
211 West Fort Street Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated: September 25, 2026

z:\25\404\pld\10th[d].report.notice.doc

**PATIENT CARE OMBUDSMAN'S TENTH REPORT**

Deborah L. Fish, patient care ombudsman, appointed by order dated April 4, 2025, (Docket #34); and in accordance with Section 333 of Title 11 of the United States Bankruptcy Code (the "Code"), submits this report on the status of the quality of patient care in the Chapter 11 Case of Heart 2 Heart Volunteer's Inc., (the "Debtor"). This written report covers the period from July 23, 2026, to September 25, 2026. It is based on numerous communications with staff, emails and telephone calls with Trustee Robert Johns, unannounced site visit, and interviews with numerous residents.

## BACKGROUND

The Debtor filed a petition under Chapter 11 of the Code on February 27, 2025, and the PCO was appointed on April 4, 2025. The Debtor provides substance abuse recovery treatment for women only as well as treatment for sober living under the assumed name Serenity Hills Life Center.

## STATE OVERSIGHT

The West Virginia Office Health Facility Licensure and Certification (“OHFLAC” or the “State”) provides the state licensure and oversight for this facility. There were complaints pending with the state at the time of my appointment. Those complaints were investigated by OHFLAC, substantiated, the plan of correction submitted, and it was accepted by OHFLAC. Since my appointment, complaints have been filed with OHFLAC, investigated, some complaints were substantiated and citations were issued. The plans of correction were submitted and accepted by OHFLAC. The last reported citation was December 16, 2025. For additional information on the complaints *see:* https://ohflac.wvdhhr.org/Apps/Lookup/FacilityDetails/159065.

OHFLAC is in the process of recertification of the license, the Debtor is cooperating with OHFLAC and expects to be relicensed.

## AREAS OF REVIEW

- Licensing: All licensed personnel possess valid licenses in the State of West Virginia. Additionally, kitchen staff hold appropriate certificates. The Debtor consistently forwards licenses or certificates as new employees are hired.

  Insurance: The Debtor states that it holds general liability and professional liability insurance policies, which remain in effect until July 1, 2027. A copy of the new insurance certificate was provided to the PCO.

- Staffing: The Debtor states that current staffing levels are adequate to meet residents' needs and program requirements. As of September 23, 2026, the census was 31 residents. Staffing remains sufficient under established ratios. The Trustee continues to collaborate with the team to identify and prioritize recruitment needs.

- Intake of Residents: No issues or concerns to report, the Trustee hired a new intake person. The staff reports she is doing well and they have no issues with intake.

- Nursing: No issues or concerns to report. I meet with the nursing staff including all except for one PRN (as needed nurse). The staff is knowable

and capable. I observed two medication passes and an interaction to resolve a pain issue.

- Supplies/Equipment: No issues or immediate concerns to report. However, the Trustee is still working on replacing the commercial oven.
- Housekeeping Attendants: Residents report, and the PCO observed, that the facility is clean, the facility has new pillows and will have new bedding for the residents soon.
- Security: No security issues have been reported.
- Residents Counseling Needs: Residents continue to receive regular individual therapy in addition to group sessions. Both residents and therapists report that ongoing counseling has positively supported recovery.
- Resident Grievances/Complaints: All grievances are reviewed and resolved, and residents reported no concerns.

## OBSERVATIONS

As reported the facility implemented a new activities program which provides residents with more options for recreation and activities. The residents did report an increase in the activities, so this new program has enhanced the resident experience.

Additionally, the facility partners with outside agencies to offer a weekly instructional or activities forum.

Staff members now participate in community functions, and the facility is seeing greater involvement from the local community.

The Trustee's leadership, staffing decisions, and sound judgment continue to strengthen the facility. Each visit shows greater stability and progress, with significant improvement since my previous report.

## CONCLUSION

Pursuant to Section 333 (b) (3) the quality of patient care provided to residents of the debtor continues to improve since the appointment of the Trustee and is not being materially compromised. The staff remain dedicated to the residents, their care, and their successful completion of the program.

/S/Deborah L. Fish
Patient Care Ombudsman
211 West Fort Street
Suite 705
Detroit, MI 48226
313.309.3171
dfish@allardfishpc.com

Dated: September 25, 2026

:\25/0404/pld\9th.report.doc

# State of West Virginia
# Office of Inspector General
# Behavioral Health License

## No. 477

**This is to certify that** **Heart 2 Heart Volunteers, Incorporated** *is granted a license to provide behavioral health services at locations indicated below on this license, under the provisions of Chapter 27, Article 9, Section 1, Code of West Virginia, 1931, as amended subject to compliance with appropriate West Virginia Administrative Regulations. This license shall be in effect until the date of expiration, unless revoked for due cause by the Department of Health and Human Resources.*

**Location: Serenity Hills Life Center (Orchard House)**

**Serenity Hills Life Center - Orchard House (72 beds)**
667 Stone Shannon Road
Wheeling, WV 26003

*In Witness whereof, we have hereunto signed this*

29th Day of October, 2026.

November 1, 2026
Date of Issuance

October 31, 2028
Date of Expiration

[signature]
Director, Office of Health Facility Licensure and Certification

*Acceptance of this license guarantees the right to inspection at any time. This license must be posted in a conspicuous area at all service locations.*