**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re:

**HEART 2 HEART VOLUNTEERS INC.,**
**d/b/a SERENITY HILLS LIFE CENTER,**

**Bankruptcy Case No. 25-00087**
**Chapter 11**

Debtor.

**TRUSTEE'S AMENDED WITNESS LIST**

Plaintiff, Robert L. Johns, Chapter 7 Trustee Chapter 11 Trustee of the bankruptcy estate of Heart 2 Heart Volunteers, Inc. (the "Trustee"), by and through undersigned counsel, files the *Trustee's Amended Witness List* in advance of the Court's hearing on November 17th, 2026.

**Witness List**

1. Robert L. Johns, Chapter 7 Trustee.
2. Dr. Sarah Dean, Clinical Director.
3. Tara Singer, Bookkeeper.
4. Deborah Fish, Patient Care Ombudsman.
5. James Duill, Maintenance Supervisor.
6. Michael Blackburn, Maintenance.
7. Weslyn Davis, Intake.
8. Shelley Foles, Facility Coordinator.
9. Erica Biggers, Quick Response Peer.
10. Any-and-all witnesses listed by Sharon Marie Travis.
11. Any-and-all witnesses necessary for rebuttal.

**Prepared by:**

___/s/ Brian R. Blickenstaff_______________
Brian R. Blickenstaff, Esq. [WVSB No. 9449]
**Johns & Associates, PLLC**
101 Brook Hill Drive
Charleston, WV 25311
Phone No: (304) 720-2300
Fax No: (304) 720-2311
E-mail: bblickenstaff@johnswvlaw.com
*Counsel for Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re:

**HEART 2 HEART VOLUNTEERS INC., d/b/a SERENITY HILLS LIFE CENTER,**

**Bankruptcy Case No. 25-00087**
**Chapter 11**

Debtor.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have caused a true and correct copy of the foregoing "***TRUSTEE'S AMENDED WITNESS LIST,***" and certificate of service was served by First Class mail, postage prepaid, by electronic mail, or by utilizing the Court's CM/ECF Pacer System where indicated, on this 10th day of November, 2026, on the following:

**GARY O. KINDER, ESQ.**
Assistant U.S. Trustee
300 Virginia Street East, Room 2025
Charleston, WV 25307
(*Via Electronic Filing*)

**KIRK B. BURKLEY, ESQ.**
Bernstein-Burkley, P.C.
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(*Via Electronic Filing*)

**SHARON MARIE TRAVIS**
930 Main Street, Unit 303
Wheeling, WV 26003
(*Via Electronic Mail*)

/s/ Brian R. Blickenstaff
Brian R. Blickenstaff, Esq.