IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF WV

NOV 16 2026

Time: 3:07 am/pm

In RE:

Heart 2 Heart Vol. Inc

Case No. 25-00087

Creditor /Pro Se

I make an upsate to the court to add a Witness Danielle Shoonmaker in place of Lisa Taylor and I am removing. She is in the wind program and I could not get a hold of her at first to see if she could come. She went through our program and also worked as a supervisor. I also need to see If Ann Bauduin can have a call in, she is going Blind and cannot drive. I would like to get approval for Donna Campo to call in Donna, she is in Florida can we do a call in with her. Jon Beagle would like to call in he a board member and he is in Michigan and takes care of an autistic Adult.

Sharon Travis

Wheeling WV

26003

304-281-0474

Certificat of Service

All Parties will recive by Email