David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| *In re*: | ) | |
| | ) | |
| HEART 2 HEART VOLUNTEERS, INC., | ) | Case No. 5:25-bk-87 |
| | ) | |
| Debtor. | ) | Chapter 11 |

# **O R D E R**

Pending before the Court is a Supplemental Witness List and Motion to Permit Witnesses to Appear Telephonically filed by Sharon Marie Travis (Doc. 463) It is the practice in the Bankruptcy Court for the Northern District of West Virginia to only allow remote testimony with the consent of all parties. The motion is silent with respect to the consent of any of the necessary parties and based on the short notice of such motion, the Motion is DENIED.

**IT IS SO ORDERED**.