David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| *In re*: | ) | |
| | ) | |
| HEART 2 HEART VOLUNTEERS, INC., | ) | Case No. 5:25-bk-87 |
| | ) | |
| Debtor. | ) | Chapter 11 |

**ORDER AND NOTICE**

On November 17, 2026, a hearing is scheduled in the above-styled case for consideration of the matters:

384 Motion for Extension of Time to File Proof of Claim Out of Time According to Federal Rule of Procedure 9006(b)(1) and Motion for the Court to Have The Trustee to Allow the Communication Between the Former Accountant, To Supply Documentation of All Loans Paid Back to Sharon Travis from the Debtor, and All Check Made to Heart 2 Heart Volunteers Inc. and Transfer Sent by Sharon Travis To All Heart 2 Heart Checking Accounts and To Supply Legible Receipts for the Missing Documentation Provided filed by Sharon Travis;

408 Notice of Filing Supporting Documentation Please Take Notice For Motion On Docket No. 384 filed by Sharon Travis;

413 Motion for Extension of Time to File Proof of Claim Out of Time According to federal Rule of Procedure 9006(b)(1) and Motion for the Court to Have The Trustee to Allow the Communication Between the Former Accountant, To Supply Documentation of All Loans Paid Back to Sharon Travis from the Debtor, and All Check Made to Heart 2 Heart Volunteers Inc. and Transfer Sent by Sharon Travis To All Heart 2 Heart Checking Accounts and To Supply Legible Receipts for the Missing Documentation Provided Filed by Sharon Travis filed by Brian Richard Blickenstaff on behalf of Robert L. Johns, Chapter 11 Trustee;

430 Creditor Sharon Marie Travis's Reply to Chapter 11 Trustee's Response and Partial Objection to Motion for Extension of Time and Document Production filed by Sharon Travis;

385 Motion to Remove Chapter 11 Trustee For Cause Pursuant to 11 U.S.C. § 324(a) filed by Sharon Marie Travis;

412 Ms. Travis' Supplement to Doc. No. 385 (Doc. No. 390), the Trustee's Combined Objection and Memorandum in Opposition to Motion to Remove Chapter 11 Trustee For Cause filed by Sharon Travis;

416 Ms. Travis' Sharon Marie Travis Makes a Combined Motion to Supplement to the Motion to Remove Trustee Docket No. 384 and the Motion of a Miscarriage of Justice Docket No. 388 filed by Sharon Travis;

423 Ms. Travis' Debtor's Former CEO Sharon Marie Travis's Reply to the Chapter 11 Trustee's Combined Objection and Memorandum in Opposition to Motion to Remove Chapter 11 Trustee For Cause filed by Sharon Travis; and

431 Creditor Sharon Travis's Motion for a Formal Determination of Unbroken Creditor Standing, Mandatory Right to Dollar-for-Dollar Reimbursement, and for an Order Imposing a Protective Escrow Upon Disputed Corporate Capital Proceeds, and Notice of Intent to Initiate an Adversary proceeding Pursuant to 11 U.S.C. §§ 105(a), 1109(b), 509(b)(2), and Fed. R. Bankr. P. 7001/9014.

For reasons appearing to the Court, it is hereby

**ORDERED AND NOTICE IS GIVEN** that the hearing scheduled on these matters for November 17, 2026, at 11:00 a.m. is converted to a telephonic status conference. To participate parties are instructed to dial (646)828-7666 and provide Meeting ID # 161 666 5385 when prompted to do so.