IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re:
Heart 2 Heart Volunteers, Inc., Case No. 25-00087

Debtor Chapter 11

# NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

To: Michael A. Shiner
Tucker Arensberg, P.C.
Via email: mshiner@tuckerlaw.com

Pursuant to the Order of this Court entered on February 19, 2026 (the "Order") directing the United States Trustee to appoint a Chapter 11 Trustee in the above-captioned case and upon the resignation of the previous Chapter 11 Trustee filed this day, the United States Trustee hereby appoints Michael A. Shiner to serve as the Chapter 11 Trustee.

The Chapter 11 Trustee bond is initially set at $80,000.00. The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

This appointment is made the 18th day of November 2026.

Dated: November 18, 2026

**MATTHEW W. CHENEY**
**ACTING UNITED STATES TRUSTEE**
**FOR REGION 4**

By counsel:

//s/ Gary O. Kinder
Gary O. Kinder (WVSB #7732)
Assistant United States Trustee
United States Courthouse, Room 2025
300 Virginia Street, East
Charleston, WV 25301
(304) 347-3400
gary.o.kinder@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on this day I electronically served the foregoing Notice of Appointment of Chapter 11 Trustee upon the newly appointed Chapter 11 Trustee, Michael A. Shiner, via email, pursuant to Fed. R. Bankr. P. 2008(a).

Dated: November 18, 2026

/s/ Gary O. Kinder

Gary O. Kinder (WVSB #7732)
Assistant United States Trustee
United States Courthouse, Room 2025
300 Virginia Street, East
Charleston, WV 25301
(304) 347-3400
gary.o.kinder@usdoj.gov